# EXHIBIT 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SERPAPI, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>ZILVINAS KUCINSKAS and<br>SEARCHAPI LLC,<br><br>              Defendants. | **DECLARATION OF MATTHEW SCHROEDER IN SUPPORT OF SERPAPI, LLC'S COMPLAINT** |

I, Matthew Schroeder, declare as follows:

      1.      I am a Director at Berkeley Research Group, LLC ("BRG"), where I have been employed since 2018. I have personal knowledge of the matters stated herein, and, if called as a witness, I could and would competently testify thereto. I submit this Declaration in support of SerpApi, LLC ("SerpApi").

      2.      My analysis in this matter is ongoing, and I reserve the right to supplement my opinions based on further review of the evidence, additional evidence that may be provided to me, and/or to rebut opinions offered by Defendants or any experts working therefore.

      3.      I previously served as a Director, Forensics and Collections at Lighthouse eDiscovery, based in Seattle, Washington. Prior to that I held the same job title at Discovia, another forensics and electronic discovery consulting firm based in San Francisco, California. Lighthouse acquired Discovia in May 2017. Prior to Discovia, I worked for StoneTurn Group, a firm that provides expert witness and consulting services. I hold a B.S. in Information Science from Northeastern University. I maintain the EnCE, MCFE, and CCE computer forensics certifications, as well as a variety of technical IT certifications. I have completed training courses offered by

Guidance Software, SANS, Blackbag, Magnet Forensics, EC-Council, and Cellebrite, all of which are recognized leaders in computer forensics and cyber investigations.

4. I have 17 years of experience performing forensic imaging and analysis of computer hard drives and other electronic storage media, advising clients regarding eDiscovery and forensics issues, and providing expert testimony. I have conducted hundreds of computer forensics investigations (often involving numerous computers, devices, and massive amounts of data in a single case). These investigations have been in the context of a wide range of legal matters, including employment, intellectual property, cyber breach, trade secrets, and securities regulation. I have provided reports and executed affidavits and declarations describing my computer forensic analysis, and I have given both deposition and courtroom testimony.

5. My CV is attached as Exhibit A.

6. I have been retained by Kirkland & Ellis, LLP on behalf of its client SerpApi to examine certain logs in relation to former contractor Zilvinas Kucinskas.

7. I have received and reviewed the following evidence:

- A full access log from SerpApi's MongoDB service,
- email exports I created from SerpApi's Google Vault platform,
- various documents created by SerpApi in its investigation of this issue, and
- logs and screenshots from SerpApi's Stripe instance.

8. I further understand that Mr. Kucinskas was a Lithuania-based contractor and that he left SerpApi on July 23, 2021. I am informed and believe that Mr. Kucinskas gave notice of his resignation on July 7, 2021.

I. **MR. KUCINSKAS EXPORTED DATA FROM STRIPE AND KEPT ACCESSING IT AFTER LEAVING SERPAPI**

9. SerpApi uses Stripe [1] for payment processing and customer relationship management. I have reviewed SerpApi's Stripe logging and confirm that those logs show that Mr. Kucinskas created an export of a customer report from the platform on July 12, 2021, just eleven days before he left SerpApi, and five days after he gave notice.

10. SerpApi confirmed for me that the default fields exported with a customer report include:

   a. ID,
   b. Description,
   c. Email,
   d. Name,
   e. Created (UTC),
   f. Card ID,
   g. Total Spend,
   h. Payment Count,
   i. Refunded Volume,
   j. Dispute Losses.

11. It is unclear from the logging which fields Mr. Kucinskas downloaded.[2]

---

[1] *See* https://stripe.com.

[2] This is a complete list of fields available, as provided to me by SerpApi: ID, Description, Email, Name, Created (UTC), Delinquent, Card ID, Card Name, Card Address Line1, Card Address Line2, Card Address City, Card Address State, Card Address Country, Card Address

(continued...)

12. The Stripe logs that I reviewed show that Mr. Kucinskas logged into the platform after he left SerpApi, on August 2, 2021, November 9, 2021, and June 7, 2022.

## II. MR. KUCINSKAS ACCESSED SERPAPI'S MONGODB DATABASE MULTIPLE TIMES AFTER LEAVING SERPAPI

13. SerpApi's MongoDB logs show that Mr. Kucinskas accessed its service multiple times after he left SerpApi. I understand that SerpApi's MongoDB environment serves as a central repository that enables its code; containing the data they use to answer queries and to store information about users, test data, statistics, and more.

14. I created and compared a list of IP addresses[3] previously used by Mr. Kucinskas to send emails and IP addresses that he used to log into Stripe. Specifically, Mr. Kucinskas used IP address 196.240.54.21 to access Stripe on June 7, 2022, with his own login credentials, and used IP address 78.61.206.75 to access Stripe on November 9, 2021, with his own login credentials.

15. I then queried the MongoDB log for these two IP addresses 196.240.54.21 and 78.61.206.75, and I found that he accessed the service 29 times following his termination from SerpApi:

    a. 2022-06-07, from IP 196.240.54.21
    b. 2022-07-03, from IP 78.61.206.75
    c. 2022-08-11, from IP 78.61.206.75
    d. 2022-08-14, from IP 78.61.206.75
    e. 2022-09-01, from IP 78.61.206.75

Zip, Card AVS Line1 Status, Card AVS Zip Status, Card Brand, Card CVC Status, Card Exp Month, Card Exp Year, Card Fingerprint, Card Funding, Card Issue Country, Card Last4, Card Tokenization Method, Plan, Status, Cancel At Period End, Account Balance, Currency, Total Spend, Payment Count, Average Order, Refunded Volume, Dispute Losses, Business Vat ID, Tax Location Recognized.

[3] IP Addresses are groups of numbers like "1.2.3.4" and represent a particular virtual location on the internet. Typically, IP Addresses are assigned by an Internet Service Provider (ISP).

      f.  2022-09-05, from IP 78.61.206.75
      g.  2022-12-15, from IP 78.61.206.75
      h.  2023-01-06, from IP 78.61.206.75
      i.  2023-01-13, from IP 78.61.206.75
      j.  2023-01-17, from IP 78.61.206.75
      k.  2023-02-13, from IP 78.61.206.75
      l.  2023-02-19, from IP 78.61.206.75
      m.  2023-03-29, from IP 78.61.206.75
      n.  2023-04-19, from IP 78.61.206.75
      o.  2023-04-24, from IP 78.61.206.75
      p.  2023-04-26, from IP 78.61.206.75
      q.  2023-05-01, from IP 78.61.206.75
      r.  2023-05-04, from IP 78.61.206.75
      s.  2023-05-08, from IP 78.61.206.75
      t.  2023-05-09, from IP 78.61.206.75
      u.  2023-05-12, from IP 78.61.206.75
      v.  2023-05-30, from IP 78.61.206.75
      w.  2023-06-01, from IP 78.61.206.75
      x.  2023-06-19, from IP 78.61.206.75
      y.  2023-07-03, from IP 78.61.206.75
      z.  2023-07-19, from IP 78.61.206.75
      aa. 2023-08-28, from IP 78.61.206.75
      bb. 2023-08-30, from IP 78.61.206.75
      cc. 2023-09-08, from IP 78.61.206.75

16.    The 196.240.54.21 IP address is assigned to ISP "Orion Network Limited / packetexchange.eu and is roughly geolocated to Riga, Latvia."[4]

17.    The 78.61.206.75 IP is based in Lithuania and assigned to Telia Lietuva, AB.[5]

18.    Further, I found that three other IP addresses very likely to be Mr. Kucinskas's also accessed MongoDB. While I did not specifically observe that he used these IPs in the Stripe logs or SerpApi emails available to me, they are issued by the same, Latvia-based ISP, "Orion Network Limited / packetexchange.eu," are geolocated to the same area as Riga, Latvia, and are very close

---

[4] I queried this extended information using ipinfo.io's API. Results are available in Exhibit B.

[5] *Id.*

in number.[6] Typically, ISPs are assigned IP addresses for use in "blocks," and numbers close to each other are likely to be used by the ISP in the same geographic region (and possibly within the same city or neighborhood). I also understand from SerpApi that Mr. Kucinskas is the only employee or contractor that has worked for them in the countries of Lithuania or Latvia, making it likely that these IPs are also him.

      a. 2023-02-20, from IP 196.240.54.53
      b. 2022-06-08, from IP 196.240.54.22
      c. 2022-07-10, from IP 196.240.54.44

---

[6] *Id.*

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge. Executed in Shoreline, WA.

Dated: January 20, 2026

By: /s/ M. Schroeder

Matthew Schroeder