# EXHIBIT A

# Curriculum Vitae



**Matt Schroeder**
BERKELEY RESEARCH GROUP, LLC
Seattle, WA
mschroeder@thinkbrg.com

## SUMMARY

Matt Schroeder is a Director in BRG's Discovery and Forensic Technology Services practice. Mr. Schroeder helps clients through complex investigations involving digital evidence, providing expert witness testimony in writing, deposition, and court. He focuses on issues surrounding trade secret theft, data destruction, incident response, and fraud. He operates out of BRG's Portland, OR office but is based in Seattle.

Mr. Schroeder advises clients on eDiscovery strategy and best practices, and can assist in vendor management and cost control. He excels at orchestrating large-scale investigations, managing teams of investigators and developing cost-effective and automated approaches to complex issues.

Mr. Schroeder is knowledgeable on emerging technology and industry challenges, such as:
- Collecting and analyzing data in enterprise cloud platforms, such as Office 365®, G Suite®, and Dropbox®
- Building programs to address insider data theft protection, data privacy, cybersecurity data breach response and awareness, and other information governance initiatives
- Forensic artifacts often overlooked or not well understood in the industry, particularly on Mac OS X® and Linux® systems
- Analysis and processing automation
- Programming languages, including Python, C#®, and SQL

Mr. Schroeder holds EnCE, CCE, and MCFE forensic certifications, as well as a variety of technical certifications. His selected case experience includes:
- Serving as an expert, he helped identify willful concealment of documents by custodians and efforts to evade eDiscovery data collection of relevant material, resulting in a large monetary award for his client.
- Investigating the computers of individuals who had left his client for the same competitor, he established that the custodians had taken confidential materials with them and destroyed significant evidence when caught.
- He has served frequently as a backstop to internal forensics groups inside large technology companies that have suffered data theft from departing employees. He has helped companies reclaim their data without requiring litigation.
- He organized a collection from five hundred user endpoints in the US and Europe while minimizing disruption to working professionals.

## EDUCATION

    B.S., Information Science    Northeastern University, 2009



## PRESENT EMPLOYMENT

Director, Berkeley Research Group, 2018-present

## PREVIOUS POSITIONS

Director, Lighthouse (formerly Discovia), 2012-2018
Senior Consultant, StoneTurn, 2008-2012

## FORENSIC CERTIFICATIONS

EnCase Certified Examiner (EnCE), 2010
Certified Computer Examiner (CCE), 2010
Magnet Certified Forensics Examiner (MCFE), 2020

## OTHER CERTIFICATIONS

Texas Licensed Private Investigator # 152100001
Who's Who Legal Thought Leader – Data Experts (2023, 2024, 2025)

## SELECTED FORENSICS TRAINING

Vound Software Intella Advanced Course, 2024
Vound Software Intella Foundation Course, 2024
Nuix Workstation – Data Discovery Core, 2021
Nuix Workstation – Data Discovery Specialist, 2021
Nuix Workstation – Data Discovery Administrator, 2021
Magnet Forensics AX200 Magnet Axiom Examinations, 2020
Magnet Forensics AX300 Advanced Mobile Forensics, 2020
Magnet Forensics AX310 Axiom Incident Response Investigations, 2020
Blackbag Tool Training, 2016
Cellebrite Certified Physical Analyst, 2016
SANS FOR508 Advanced Computer Forensic Analysis and Incident Response, 2012

## EXPERT TESTIMONY

HALO MICROELECTRONICS CO., LTD., and HALO MICROELECTRONICS INT'L CORP. v. ELEVATION MICROSYSTEMS, INC., et al.
  Superior Court of the State of California, County of Santa Clara
  Case No. 25CV463582
  Provided a declaration in support of Halo's Motion for Preliminary Injunction on 6/20/2025.

2



*Motherboard Express Company, d/b/a MBX Systems v. Thomas Larson and Velasea, LLC*
    United States District Court, Northern District of Illinois, Eastern Division
    Case No. 1:23-cv-00475
    Provided a declaration in support of Motion for Summary Judgement on 9/26/2023 and a declaration in support of Motion for Partial Summary Judgement on 12/21/2023.

*Empact Engineering LLC v. Matthew Waldron and Stonehollow Capital, LLC*
    District Court of Brazos County, Texas
    Cause No. 22-000899-CV-272
    Provided an affidavit in support of Motion for Summary Judgement on 4/10/2023.

*Employee v. Employer*
    Confidential arbitration case re alleged theft of trade secret material; AAA San Francisco.
    Provided expert report on 3/22/2023; deposed 4/7/2023.

*BGC Inc., v. Kimberly Bryant*
    United States District Court, Northern District of California
    Case No. 3:22-CV-04801(JSC)
    Provided a declaration in support of Emergency Motion to Enforce TRO on 3/31/2023. Provided a declaration in support of Renewed Motion for Temporary Restraining Order on 9/14/2022.

*TYR Tactical, LLC v. Josh Jones, et al.*
    Superior Court of the State of Arizona in and for the County of Maricopa
    Case No. CV2021-010387
    Provided a declaration in support of Settlement Agreement on 11/4/2022.

*William J. Godfrey, as Administrator for the Estate of Cole Casey, Deceased, v. Mark C. Kirby and NSI Holdings, Inc.*
    Superior Court of Dougherty County, State of Georgia
    Case No. SUCV2020000586
    Deposed on 4/27/2022; provided an affidavit on 4/29/2022 related to alleged spoliation.

*Landscape Workshop, LLC. v. Paul Matthew Harris*
    Circuit Court of Lee County, Alabama
    Case No. 43-cv-2022-900103.00
    Provided an affidavit in support of Motion for Temporary Restraining Order. Signed 4/5/2022.

*Brad Peters, David Gray, and Paul Staelin v. Infor (US), LLC*
    United States District Court, Northern District of California
    Case No. 3:19-cv-08102-JCS
    Provided a declaration in opposition to Motion for Partial Summary Judgment. Signed 11/12/2021.

*Dr. Albert Cha v. Vivo Capital, LLC and Vivo Ventures VII, LLC*
    JAMS San Francisco



Ref. No. 1100110703
Provided expert report on 10/29/2021; deposed 12/7/2021.

*Coalition Inc., v. Alex Becker, John Loeber, Shea McNamara, Apollo Brokers, Inc.*
Superior Court of the State of California, County of San Francisco
Case No. CGC-20-584249
Provided a declaration in support of Motion for Preliminary Injunction. Signed 9/3/2020.

*Employee v. Employer*
Confidential arbitration case re employee termination; JAMS Seattle.
Provided testimony in trial on 1/10/2019.

*Patriot Environmental Services, Inc. v. Thomas Scranton et al.*
Superior Court of the State of California, County of Los Angeles
Case No. BC716929
Provided a declaration in support of opposition to TRO. Signed 8/12/2018.

*PeopleReady, Florida, Inc. v. Zandol Whited, Chartwell Staffing Solutions, et al.*
Circuit Court of the Fourth Judicial Circuit in and for Duval County, State of Florida
Case No. 16-2018-CA-000787-XXXX-MA
Provided an affidavit with findings in preparation for an evidentiary hearing. Signed 6/6/2018.

*Waymo, LLC v. Uber Technologies, Inc; OttoMotto LLC; Otto Trucking LLC*
United States District Court, Northern District of California
Case No. 3:17-cv-00939-WHA
Provided declaration in support of Motion for Jury Instruction Based on Spoliation. Signed 11/24/2017.

*Cobbs, Allen & Hall, Inc. and CAH Holdings, Inc. v. Epic Holdings et al.*
Circuit Court of Jefferson County, Alabama
Case No. 01-CV-2014-904935
Provided hearing testimony, deposition testimony, affidavits, and expert reports. Fifth and final report signed 11/18/2017.

*Alan Franklin v. Sunil Gupta, M.D., LLC, d/b/a Retina Specialty Institute*
Circuit Court of Mobile County, Alabama
Case No. CV-16-902495
Provided affidavit in support of Motion to Compel. Signed 5/12/2017.

*Hooked Media Group, Inc. v. Apple, Inc. and Chandrasekar Venkatarman*
Superior Court of the State of California, County of Santa Clara
Case No. 114CV265819
Provided a declaration, expert reports, and deposition testimony. Deposed on 10/25/2016.

*Lisa Lancaster and David Sundelson v. Rudy Leone et al.*



    Superior Court of the State of California, County of Alameda
    Case No. RG 13 693269
    Provided a declaration in support of Motion to Compel.

*Larisa Piriyeva v. Sinai Memorial Chapel*
    Superior Court of the State of California, County of San Francisco
    Case No. CGC-11-515049
    Provided a declaration in support of Motion for Summary Judgment. Signed 11/13/2012.

*Mehrdad Elie v. Michael A. Fedoris et al.*
    Superior Court of the State of California, County of Los Angeles
    Case No. GC046810
    Provided a declaration in support of Motion for Termination and Monetary Sanctions. Signed March 2014.

*BWE II et al. v. Bryan Hall et al.*
    Superior Court of the State of California, County of Marin
    Case No. CV 1402561
    Provided a declaration in Support of Motion for Expedited Discovery. Signed 8/2/2014.