# EXHIBIT B

| ip | geo:city | geo:region | geo:region_code | geo:country | geo:country_code | geo:continent | geo:continent_code | geo:latitude | geo:longitude | geo:timezone | geo:postal_code | geo:geoname_id | geo:radius | geo:last_changed | geo:dma_code | as:asn | as:name | as:domain | as:type | as:last_changed | mobile | anonymous:is_proxy | anonymous:is_relay | anonymous:is_tor | anonymous:is_vpn | anonymous:name | is_anonymous | is_anycast | is_hosting | is_mobile | is_satellite | hostname |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 196.240.54.21 | Riga | Riga | RIX | Latvia | LV | Europe | EU | 56.946 | 24.10589 | Europe/Riga | LV-1001 | 456172 | 10 | 7/17/2022 | | AS41564 | Orion Network Limited | packetexchange.eu | hosting | 10/9/2025 | FALSE | FALSE | FALSE | FALSE | FALSE | | FALSE | FALSE | TRUE | FALSE | FALSE | |
| 196.240.54.22 | Riga | Riga | RIX | Latvia | LV | Europe | EU | 56.946 | 24.10589 | Europe/Riga | LV-1001 | 456172 | 10 | 7/17/2022 | | AS41564 | Orion Network Limited | packetexchange.eu | hosting | 10/9/2025 | FALSE | FALSE | FALSE | FALSE | FALSE | | FALSE | FALSE | TRUE | FALSE | FALSE | |
| 196.240.54.44 | Riga | Riga | RIX | Latvia | LV | Europe | EU | 56.946 | 24.10589 | Europe/Riga | LV-1001 | 456172 | 10 | 7/17/2022 | | AS41564 | Orion Network Limited | packetexchange.eu | hosting | 10/9/2025 | FALSE | FALSE | FALSE | FALSE | FALSE | | FALSE | FALSE | TRUE | FALSE | FALSE | |
| 196.240.54.53 | Riga | Riga | RIX | Latvia | LV | Europe | EU | 56.946 | 24.10589 | Europe/Riga | LV-1001 | 456172 | 10 | 7/17/2022 | | AS41564 | Orion Network Limited | packetexchange.eu | hosting | 10/9/2025 | FALSE | FALSE | FALSE | FALSE | FALSE | | FALSE | FALSE | TRUE | FALSE | FALSE | |
| 78.61.206.75 | Klaipėda | Klaipėda County | KL | Lithuania | LT | Europe | EU | 55.7068 | 21.13912 | Europe/Vilnius | 91001 | 598098 | 50 | 10/26/2025 | | AS8764 | Telia Lietuva, AB | telia.lt | isp | 5/1/2021 | FALSE | FALSE | FALSE | FALSE | FALSE | | FALSE | FALSE | FALSE | FALSE | FALSE | 78-61-206-75.static.zebra.lt |