# EXHIBIT 2

**Registration Number**
# TXu 2-515-424
**Effective Date of Registration:**
November 18, 2025
**Registration Decision Date:**
December 12, 2025

## Title

**Title of Work:** SerpApi

**Previous or Alternate Title:** SerpAPI

## Completion/Publication

**Year of Completion:** 2025

## Author

- **Author:** SerpApi, LLC
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Bradley Taunt
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** Canada
  **Domiciled in:** Canada

- **Author:** Dmytro Horoshko
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** Ukraine
  **Domiciled in:** Ukraine

- **Author:** Muhammad Owais
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** Pakistan
  **Domiciled in:** Pakistan

- **Author:** Zilvinas Kucinskas
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** Lithuania
  **Domiciled in:** Lithuania

- **Author:** Matteo Vedovati
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** Italy
  **Domiciled in:** Italy

- **Author:** Aleksei Makeev Kruglov
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** Russia
  **Domiciled in:** Uzbekistan

- **Author:** David Sojevic
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** Australia
  **Domiciled in:** Australia

- **Author:** Igor Kyrychenko
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** Ukraine
  **Domiciled in:** Ukraine

- **Author:** Michael de Morcerf e Moura
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** Brazil
  **Domiciled in:** United States

- **Author:** Felipe Hishihara
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** Brazil
  **Domiciled in:** Japan

- **Author:** Milos Djurdjevic
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** Serbia
  **Domiciled in:** Serbia

- **Author:** Sebastian Quek
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** Singapore
  **Domiciled in:** Singapore

- **Author:** Andi Muhammad Hilman Ramadhan
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** Indonesia
  **Domiciled in:** Indonesia

- **Author:** Kenneth Reitz
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Ajay Ramachandran
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** Canada
  **Domiciled in:** Canada

- **Author:** Muhammad Owais Yousuf
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** Pakistan
  **Domiciled in:** Pakistan

- **Author:** Ryan Schafer
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Michael Mooney
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Daniel Segal
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** Germany

- **Author:** Wayne Hoover
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Victor Benarbia
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** United States

|                        |                    |
|-----------------------:|:-------------------|
| **Domiciled in:**      | United States      |

- |                        |                    |
  |-----------------------:|:-------------------|
  | **Author:**            | Emirhan Akdeniz    |
  | **Author Created:**    | computer program   |
  | **Work made for hire:**| No                 |
  | **Citizen of:**        | Türkiye            |
  | **Domiciled in:**      | Türkiye            |

- |                        |                    |
  |-----------------------:|:-------------------|
  | **Author:**            | Marsel Mustafin    |
  | **Author Created:**    | computer program   |
  | **Work made for hire:**| No                 |
  | **Citizen of:**        | Russia             |
  | **Domiciled in:**      | Georgia (Republic) |

- |                        |                    |
  |-----------------------:|:-------------------|
  | **Author:**            | Joshua Bell        |
  | **Author Created:**    | computer program   |
  | **Work made for hire:**| No                 |
  | **Citizen of:**        | United States      |
  | **Domiciled in:**      | United States      |

- |                        |                    |
  |-----------------------:|:-------------------|
  | **Author:**            | Maurice Didelot    |
  | **Author Created:**    | computer program   |
  | **Work made for hire:**| No                 |
  | **Citizen of:**        | France             |
  | **Domiciled in:**      | France             |

- |                        |                     |
  |-----------------------:|:--------------------|
  | **Author:**            | SourceWorks Limited |
  | **Author Created:**    | computer program    |
  | **Work made for hire:**| Yes                 |
  | **Citizen of:**        | Germany             |
  | **Domiciled in:**      | Ireland             |

- |                        |                    |
  |-----------------------:|:-------------------|
  | **Author:**            | Shubham Jain       |
  | **Author Created:**    | computer program   |
  | **Work made for hire:**| No                 |
  | **Citizen of:**        | India              |
  | **Domiciled in:**      | India              |

- |                        |                      |
  |-----------------------:|:---------------------|
  | **Author:**            | Bartosz Marmolowski  |
  | **Author Created:**    | computer program     |
  | **Work made for hire:**| No                   |
  | **Citizen of:**        | Poland               |
  | **Domiciled in:**      | Poland               |

- |                        |                    |
  |-----------------------:|:-------------------|
  | **Author:**            | Mark Hermiz        |
  | **Author Created:**    | computer program   |
  | **Work made for hire:**| No                 |
  | **Citizen of:**        | United States      |
  | **Domiciled in:**      | United States      |

- |                        |                    |
  |-----------------------:|:-------------------|
  | **Author:**            | Jayden Coventry    |
  | **Author Created:**    | computer program   |
  | **Work made for hire:**| No                 |

**Citizen of:** Australia
**Domiciled in:** Australia

- **Author:** Nathan Skiles
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Vladyslav Mokrousov
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** Ukraine
  **Domiciled in:** Poland

- **Author:** Tan Yongsheng
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** Malaysia
  **Domiciled in:** Malaysia

- **Author:** Autumrose Stubbs
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Roi Driscoll
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** United Kingdom
  **Domiciled in:** Spain

- **Author:** Dmitriy Zub
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** Ukraine
  **Domiciled in:** Ukraine

- **Author:** Noraina Nordin
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** Malaysia
  **Domiciled in:** Malaysia

- **Author:** Gabriela Paola Sosa Mendez
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** Venezuela
  **Domiciled in:** Argentina

- **Author:** Gina Kim
  **Author Created:** computer program

|                      |                  |
|---------------------:|:-----------------|
| **Work made for hire:** | No            |
| **Citizen of:**      | not known        |
| **Domiciled in:**    | United States    |

- **Author:** Alexander Barron
  - **Author Created:** computer program
  - **Work made for hire:** No
  - **Citizen of:** United States
  - **Domiciled in:** United Kingdom

- **Author:** Martin Kaldramov
  - **Author Created:** computer program
  - **Work made for hire:** No
  - **Citizen of:** Bulgaria
  - **Domiciled in:** Bulgaria

- **Author:** Thomas Hurst
  - **Author Created:** computer program
  - **Work made for hire:** No
  - **Citizen of:** United Kingdom
  - **Domiciled in:** United Kingdom

- **Author:** Yicheng Zhou
  - **Author Created:** computer program
  - **Work made for hire:** No
  - **Citizen of:** China
  - **Domiciled in:** China

- **Author:** Sonika Arora
  - **Author Created:** computer program
  - **Work made for hire:** No
  - **Citizen of:** India
  - **Domiciled in:** United States

- **Author:** Elizabeth Oster
  - **Author Created:** computer program
  - **Work made for hire:** No
  - **Citizen of:** United States
  - **Domiciled in:** United States

- **Author:** Julien Khaleghy
  - **Author Created:** computer program
  - **Work made for hire:** No
  - **Citizen of:** United States
  - **Domiciled in:** United States

- **Author:** Le Tan Phat
  - **Author Created:** computer program
  - **Work made for hire:** No
  - **Citizen of:** Vietnam
  - **Domiciled in:** Vietnam

- **Author:** Illia Zub

|  |  |
|---:|:---|
| **Author Created:** | computer program |
| **Work made for hire:** | No |
| **Citizen of:** | Ukraine |
| **Domiciled in:** | Poland |

- |  |  |
  |---:|:---|
  | **Author:** | Alaa Abdulridha |
  | **Author Created:** | computer program |
  | **Work made for hire:** | No |
  | **Citizen of:** | Iraq |
  | **Domiciled in:** | United States |

- |  |  |
  |---:|:---|
  | **Author:** | Bartosz Piotrowski |
  | **Author Created:** | computer program |
  | **Work made for hire:** | No |
  | **Citizen of:** | Poland |
  | **Domiciled in:** | Poland |

## Copyright Claimant

| | |
|---:|:---|
| **Copyright Claimant:** | SerpApi, LLC<br>5540 N. Lamar Blvd., #12, Austin, TX, 78751, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---:|:---|
| **Material excluded from this claim:** | computer program |
| **New material included in claim:** | computer program |

## Certification

| | |
|---:|:---|
| **Name:** | Bartosz Piotrowski |
| **Date**: | November 18, 2025 |

| | |
|---:|:---|
| **Correspondence:** | Yes |