# EXHIBIT 4

# Best Scraper API (best web scraping API) of 2024

TechRadar Pro

November 1, 2024 Friday 11:47 AM EST

Copyright 2024 Future Publishing Ltd  All Rights Reserved



**Length:** 2336 words

# Body

In the digital age, data is king, and the goal of web scraping API is to send a request to a website of your choice and, in return, collect data. While scraping APIs are not that complex to set up, basic programming skills are still required. But don't worry; watching a quick tutorial or two on the topic will get you up to speed quickly.

Equipped with this essential technique for data extraction, you and your business can extract data that can assist with your market research, lead generation, or competitor analysis, among other things. This is why we delve into the best web scraping APIs available in 2024, highlighting their features, benefits, and why they stand out.

**Our Top Picks for 2024**

**Best overall**

## 1. Oxylabs Scraper API

Best web scraping API overall

Rock-solid reliability and scalabilityGreat at dodging complex anti-bot systemsDetailed reporting and analyticsA tad pricey

When it comes to large-scale scraping, Oxylabs is the heavyweight champion. Armed with all the goodies like top-tier CAPTCHA-busting tools, a massive proxy collection, and JavaScript rendering for dynamic websites, its Scraper API is built for serious data extraction.

Its proxy pool includes over 102 million residential and data center proxies for maximized scraping success, alongside geo-targeting capabilities for scraping data from specific regions, and more. As such, it is best suited for large-scale price monitoring, competitor research, and SEO analytics.

Now, here is the kicker - all that power comes with a hefty price tag. Its Enterprise package starts at $499 per month, which gives you 330,000 results with 50 requests per second. If you don't need that much firepower, you can go for a more wallet-friendly Regular plan, which starts at $49/month. There is also a 7-day free trial.

**Read our full** *Oxylabs review*.

- *^ Back to the top*

**Best for data collection**

## 2. Bright Data

Best for comprehensive data collection

Highly customizableMassive proxy poolExpensive

Looking for a web scraping tool that shines in more ways than one? Look no further than Bright Data. With its enormous proxy network and top-notch scraping skills, this star player has what it takes to pull real-time data from almost anywhere on the web.

With over 72 million proxies, Bright Data excels at slicing through CAPTCHAs and navigating JavaScript-rendered pages like it is a Sunday stroll. Having all the tools you will likely need, it is a great choice for data aggregation, financial services research, market analysis, and gathering information about the competition.

In contrast, the high pricing threshold at $499/month might give some pause. That said, there is also a handy pay-as-you-go option at $1 per 1,000 records, and each pricing package includes a free trial that doesn't require your financial details.

**Read our full** *Bright Data review*.

- *^ Back to the top*

**Best for ease of use**

*3. ScrapingAnt*

Best for ease of use

Inexpensive and easyFast response timesLimited scalability for enterprises

ScrapingAnt was made with speed and ease of use in mind. It is a quick API that won't make a dent in your wallet and focuses on getting structured data from JavaScript-dominant websites, all without requiring you to fiddle with proxies or CAPTCHAs.

Not only is this scraping solution equipped with a CAPTCHA solver and JavaScript handler, but it also prides itself with some extras. For instance, users can customize HTTP headers for more efficient stealth scraping.

The platform can be used to scrape blogs and news websites but also for tasks such as lead generation and directory scraping. Pricing is competitive, starting at $19 per month, which makes it accessible to a wider audience.

**Read our full** *ScrapingAnt review*.

- *^ Back to the top*

**Best for speed and simplicity**

4. ScrapingBee

Best for speed and simplicity

AffordableSimple integrationLacks more advanced features

For developers dealing with JavaScript-rich websites, ScrapingBee is a no-fuss, effective solution. It removes the hassle of managing proxies or handling CAPTCHAs by yourself, focusing on quick deployment and rendering web pages like a real browser.

ScrapingBee is great for social media monitoring and scraping dynamic websites like ecommerce product listings, as it combines headless browser support and proxy rotation. It also features custom HTTP headers and request settings for stealth scraping.

Add affordable pricing into the mix, which starts at $49 per month for 150,000 API credits and 5 concurrent requests, and ScrapingBee is a no-brainer. Plus, it has a free trial with 1,000 free API calls, and no credit card required, so you can take it for a spin before committing.

- [^ Back to the top](#)

**Best for advanced users**

### 5. ScraperAPI

Best for advanced users

Simplified integrationAffordable plansNot great for highly complex websites

ScraperAPI keeps things easy and efficient with automated proxy rotation, CAPTCHA solving, and JavaScript rendering. This all makes it an optimal pick for developers and businesses that just want to plug in and get data without having to code up a storm.

Its Swiss Army knife approach to web scraping covers all the basics: over 5 million residential and data center proxies, CAPTCHA code busting, and handling JavaScript for scraping in a breeze - all without the need for complex setup or integration troubles.

Thanks to these key features, ScraperAPI is great for scraping product information off ecommerce sites and monitoring competitors' pricing and product offerings. Its pricing plans are as simple as its integration, starting at $49 per month for 100,000 API calls. There is also a 7-day free trial with 5,000 API calls, no credit card is needed.

- [^ Back to the top](#)

**Best for high level customization**

### 6. Apify

Best for high level customization

Highly customizableScalable cloud infrastructureRequires technical know-how for advanced setups

An all-in-one web scraping powerhouse, Apify offers a robust scraper API and a tool for creating tailored workflows. It distinguishes itself with flexibility that enables developers to automate scraping processes and store large amounts of harvested data on the cloud.

Depending on whether you select a free tier or one of its paid plans starting at $49/month, you will get pre-built actors for common scraping tasks. These include scraping the likes of LinkedIn or Amazon, modifiable workflows for specific business needs, cloud storage options, and more.

Such a high level of customization and a long list of features make Apify the dream tool for scraping data from websites in the real estate industry, analyzing social media chatter, or performing automated and continuous data pulling.

- [^ Back to the top](#)

**Best for large-scale scraping**

### 7. Zyte

Best for large-scale scraping

Excellent for large-scale scrapingManaged services for complex needsPricey for smaller businesses

If you are looking to extract data from websites while dodging their defenses, then Zyte has you covered with its Smart Proxy Manager, a powerful scraper API, and other treats. It is a complete package equipped with built-in proxy management, configurable settings, and more.

Among the platform's primary advantages are its 14 million IPs ready to roll, smart proxy rotation, automatic CAPTCHA bypass and browser fingerprint spoofing, as well as advanced scraping reports and analytics for even the toughest websites.

Its best use cases range from web data aggregation for media outlets to price comparison tools. Depending on the website tier and spending limit, the pricing opens at $100 per month or $0.20 on a pay-as-you-go basis, but you can also give it a run for free if you are just testing the waters.

- ^ Back to the top

**Best for open-source-conscious users**

**8. Octoparse**

Best for open-source-conscious users

No coding requiredScalable cloud infrastructureLimited customization for developers

If coding gives you a headache but you still need to scrape, Octoparse is here to save the day. This no-code solution allows users to create scrapers without any programming knowledge. Not only this, but Octoparse's cloud-based scraping platform does everything from rotating proxies to solving CAPTCHA.

This tool offers a visual scraper builder that simplifies the scraping process without users ever touching a line of code. One of its standout features is its cloud-based scraping for scheduling and automating tasks. Of course, JavaScript rendering is thrown in for good measure.

Octoparse's versatility makes it suitable for a wide range of use cases, including social media monitoring and ecommerce data scraping. It offers a free plan to dip your toes in, while paid options, providing more advanced features, will cost you at least $99 per month.

- ^ Back to the top

**Best for search engines**

**9. SerpApi**

Best for search engines

Ideal for scraping search enginesReal-time search resultsNot quite suited for general web scraping

In case scraping search engines is your bread and butter, **SerpApi** is what you need. It is laser-focused on pulling accurate and recent SERP (Search Engine Results Pages) data for SEO research. Plus, it offers location-based searches, manages proxies, busts CAPTCHA, and delivers real-time results.

As such, **SerpApi** is most commonly employed for keyword rankings, search volume, and trends. It can also be used in competitor analysis and price tracking by scraping search engines for ecommerce listings.

In terms of pricing packages, its base plan costs $75 per month for 5,000 searches. That said, there is also a free tier that supports 100 searches per month if you are just getting started.

- ^ Back to the top

**Best for ecommerce products**

**10. WebScrapingAPI**

Best for ecommerce products

Fast and efficientGreat for scraping JavaScript-bulky contentNot as feature-rich as higher-end solutions

If speed is what you need, WebScrapingAPI has your back. This fast and reliable tool is designed to make the process of scraping large amounts of data super simple.

It manages automatic proxy switching, CAPTCHA solving, and seamless JavaScript rendering without slowing you down. Finally, it includes customizable headers and geo-targeting features.

Suited for scraping ecommerce products, news articles, or reviews, WebScrapingAPI has a free trial and packages starting at $19/month for 7,000 API calls. However, its Basic subscription at $49/month is more attractive, as it includes 20,000 API calls.

- ^ Back to the top

**FAQs**

**What is a scraper API?**

A scraper API is described as a set of protocols and tools that allows you to automatically interact with websites, pulling all the data you need without having to sift through it manually. *Web scraping* as a process, in its classical sense, usually requires creating ways to overcome the nuances of these interactions, like bypassing detection and CAPTCHAs.

Scraper APIs do the heavy lifting. They usually include helpful features like automatic proxy rotation (so you don't get blocked), CAPTCHA handling (so you don't waste your time), and JavaScript rendering (so you don't miss out on dynamic content).

All of this means you can sit back, relax, and let the scraper API handle the tough stuff. As it does, you can work with and analyze the collected information for your purposes.

**Why do you need a scraper API?**

Ever tried scraping websites manually? It can be a major pain. Getting blocked, fighting CAPTCHAs, and dealing with JavaScript content is a nightmare. Scraper APIs take away that hassle by automating the whole process.

If you need a great deal of data from across the Internet, they let you scale up without having to worry about getting blocked or dealing with complicated websites. Also, they are super reliable, allowing you to take a break from constantly tinkering with scripts after every website update.

As a result, you can devote your attention to other aspects of your project.

**Things to consider when choosing a scraper API**

When you are on the hunt for a scraper API, you don't just want to grab the first one you encounter. You want to keep some things in mind to make sure you are going with the right fit, including:

**Ease of Integration**: Go for an API with solid documentation, SDKs, and some sample code. It will simplify the process of connecting it to your existing system.

**Data Accuracy**: You will want an API that reliably extracts the information you need, especially from tricky sites with tons of dynamic content or sneaky anti-scraping defenses.

**CAPTCHA and Anti-Bot Handling**: If you're scraping websites that frequently deploy these methods, make sure your API is a pro at getting around them.

**Proxy Management**: A proper scraper API should automatically switch up your proxies and, ideally, allow you to collect data from different regions for that geo-targeted goodness.

**Performance**: Speed and reliability matter big time. Seek an API that responds fast and keeps running without hiccups, especially if you are collecting mountains of data.

**Pricing**: Let's be real - some scraper APIs can cost an arm and a leg. Look for one that fits your budget, more so if you plan to level up your operations and embark on some serious scraping.

**Legal Compliance**: It is not all fun and games; you need to play by the rules. Your scraper API of choice should comply with data privacy laws such as the General Data Protection Regulation (GDPR), especially when scraping sensitive information.

**How to pick the best scraper API?**

Deciding on the right scraper API is not a one-size-fits-all situation. It depends on all sorts of things, like how big your project is, how complex the websites you have to scrape are, and how much cash you are willing (or can afford) to spend.

For big-time, enterprise-level scraping, Oxylabs and Bright Data are the go-to choices with their behemoth proxy pools and advanced features. For smaller projects or if you are just starting out, check out ScraperAPI, ScrapingBee, and ScrapingAnt as budget-friendly and simpler choices.

All things considered, using a scraper API is about automating data collection to gain valuable insights and make better decisions. Just make sure you follow the law and scrape responsibly to avoid any trouble down the line.

- *^ Back to the top*

**Load-Date:** November 1, 2024

---

**End of Document**