# EXHIBIT 6

🔒 PageVault

| | |
|---|---|
| Document title: | SearchApi |
| Capture URL: | https://web.archive.org/web/20230326112835/https://www.searchapi.io/ |
| Page loaded at (UTC): | Thu, 25 Sep 2025 05:09:43 GMT |
| Capture timestamp (UTC): | Thu, 25 Sep 2025 05:09:47 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 3.85.175.172 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 26 |
| Capture ID: | uwujBHtCbDjUAfQMCHLyaJ |
| Display Name: | abhi |



Documentation

Features
⌄



Google SERP API

Document title: SearchApi
Capture URL: https://web.archive.org/web/20230326112835/https://www.searchapi.io/
Capture timestamp (UTC): Thu, 25 Sep 2025 05:09:47 GMT
Estimated post date: 03/26/2023 11:28:35 AM

Google SERP API

Obtain organic results, ads, featured snippets and more.



Coming soon

Coming soon

Google Maps Search API

Scrape shops, coffees and other local businesses.



Document title: SearchApi
Capture URL: https://web.archive.org/web/20230326112835/https://www.searchapi.io/
Capture timestamp (UTC): Thu, 25 Sep 2025 05:09:47 GMT
Estimated post date: 03/26/2023 11:28:35 AM

Coming soon

Youtube Search API

Scrape location based Youtube search result pages.

Enterprise
New

Empower your entire team with even more advanced tools.

Pricing

More
∨

What's new

New updates and improvements to SearchApi

Sign in Sign up

 SearchApi

Pricing Documentation
Sign up

Existing customer? Sign in

What's new See our recent updates



Document title: SearchApi
Capture URL: https://web.archive.org/web/20230326112835/https://www.searchapi.io/
Capture timestamp (UTC): Thu, 25 Sep 2025 05:09:47 GMT
Estimated post date: 03/26/2023 11:28:35 AM

Page 4 of 25



# Google Search API Fast Search Result Scraping with our SERP API

Our SERP API enables you to scrape search engine result pages in realtime. Get started with just a few clicks by signing up for our free plan.

Get Started  View Documentation

- 
- 
- 
- 
- 
- 

```
        curl --get https://searchapi.io/google \
 -d q="Apple"
```

☐

## Extensive search results

Get JSON results in seconds

Scrape organic results, ads, related searches, inline questions and more. Get structured results.

```
{
  "organic_results": [
    {
      "position": 1,
      "title": "New York City's 29 Iconic Pizzerias - Eater NY",
      "link": "https://ny.eater.com/maps/nyc-best-iconic-pizza-pizzeria",
      "displayed_link": "https://ny.eater.com › maps › nyc-best-iconic-pizza-pizzeria",
      "about_this_result": {
        "source": {
          "description": "Eater is a food website by Vox Media. It was co-founded by Lockhart Steele and Ben Leventhal in 2005, and originally focused on dining and nightlife in New York City. Eat
          "source_info_link": "https://ny.eater.com/maps/nyc-best-iconic-pizza-pizzeria",
          "security": "secure"
        }
      },
      "about_page_link": "https://www.google.com/search?q=About+https://ny.eater.com/maps/nyc-best-iconic-pizza-pizzeria&tbm=ilp&ilps=ADNMCi3XBa47VzSvyQkfGpMnWdc3QSHLYw",
      "rich_snippet_list": [
        "Louie & Ernie's Pizza",
        "Mama's Too!",
        "Patsy's Pizza",
        "Rose & Joe's Italian Bakery",
        "Bellucci's Pizzeria",
        "Rizzo's Fine Pizza",
        "NY Pizza Suprema",
        "John's of Bleecker Street",
        "Joe's Pizza",
        "Motorino",
        "Paulie Gee's",
        "Famous Ben's Pizza"
      ]
    },
    {
      "position": 2,
      "title": "The 24 Best Pizza Places In NYC - New York - The Infatuation",
      "link": "https://www.theinfatuation.com/new-york/guides/best-pizza-nyc",
      "displayed_link": "https://www.theinfatuation.com › new-york › guides › guides",
      "date": "Oct 7, 2021",
      "snippet": "The 24 Best Pizza Places In NYC - The Spots · Lucali - $$$$ · Razza - $$$$ · Sign up for our newsletter. · Di Fara Pizza - $$$$.",
      "snippet_highlighted_words": ["Pizza", "NYC", "Pizza"],
      "sitelinks": {
```




```
        "Motorino",
        "Paulie Gee's",
        "Famous Ben's Pizza"
      ]
    },
    {
      "position": 2,
      "title": "The 24 Best Pizza Places In NYC - New York - The Infatuation",
      "link": "https://www.theinfatuation.com/new-york/guides/best-pizza-nyc",
      "displayed_link": "https://www.theinfatuation.com › new-york › guides",
      "date": "Oct 7, 2021",
      "snippet": "The 24 Best Pizza Places In NYC · The Spots · Lucali · $$$$ · Razza · $$$$ · Sign up for our newsletter. · Di Fara Pizza · $$$$.",
      "snippet_highlighted_words": ["Pizza", "NYC", "Pizza"],
      "sitelinks": {
        "inline": [
          {
            "title": "Sign Up For Our Newsletter",
            "link": "https://www.theinfatuation.com/new-york/guides/best-pizza-nyc#:~:text=Sign%20up%20for%20our%20newsletter."
          },
          {
            "title": "L'industrie Pizzeria",
            "link": "https://www.theinfatuation.com/new-york/guides/best-pizza-nyc#:~:text=L%27Industrie%20Pizzeria,-Pizza%E2%80%A2"
          },
          {
            "title": "Totonno Pizzeria Napolitana",
            "link": "https://www.theinfatuation.com/new-york/guides/best-pizza-nyc#:~:text=Totonno%20Pizzeria%20Napolitana,-Pizza%E2%80%A2"
          }
        ]
      },
      "about_this_result": {
        "source": {
          "description": "theinfatuation.com was first indexed by Google more than 10 years ago",
          "source_info_link": "https://www.theinfatuation.com/new-york/guides/best-pizza-nyc",
          "security": "secure"
        }
      },
      "about_page_link": "https://www.google.com/search?q=About+https://www.theinfatuation.com/new-york/guides/best-pizza-nyc&tbm=ilp&ilps=ADNMC121qNeq5jCA9nLivCT_4Kw6EUViOA",
      "cached_page_link": "https://webcache.googleusercontent.com/search?q=cache:8mpvGe__HKYJ:https://www.theinfatuation.com/new-york/guides/best-pizza-nyc&cd=17&hl=en&ct=clnk&gl=us"
    },
    {
      "position": 3,
      "title": "THE 10 BEST Pizza Places in New York City (Updated 2022)",
      "link": "https://www.tripadvisor.com/Restaurants-g60763-c31-New_York_City_New_York.html",
      "displayed_link": "https://www.tripadvisor.com › ... › New York City",
      "snippet": "Pizza Places in New York City · 1. SottoCasa Pizzeria · 428 reviewsClosed Now · 2. Bleecker Street Pizza · 1,676 reviewsOpens in 23 min · 3. Sottocasa Pizzeria.",
      "snippet_highlighted_words": [
        "Pizza",
        "New York",
        "Pizzeria",
        "Pizza",
        "Pizzeria"
      ],
      "about_this_result": {
        "source": {
          "description": "Tripadvisor, Inc. is an American online travel company that operates a website and mobile app with user-generated content and a comparison shopping website. It also offer
          "source_info_link": "https://www.tripadvisor.com/Restaurants-g60763-c31-New_York_City_New_York.html",
          "security": "secure"
        }
      },
      "about_page_link": "https://www.google.com/search?q=About+https://www.tripadvisor.com/Restaurants-g60763-c31-New_York_City_New_York.html&tbm=ilp&ilps=ADNMC135TVgF05Q_ihRDnkOuK0kTDFh_ew",
      "cached_page_link": "https://webcache.googleusercontent.com/search?q=cache:a_34MPAmFd4J:https://www.tripadvisor.com/Restaurants-g60763-c31-New_York_City_New_York.html&cd=18&hl=en&ct=clnk&gl=
      "related_pages_link": "https://www.google.com/search?q=related:https://www.tripadvisor.com/Restaurants-g60763-c31-New_York_City_New_York.html+pizza+new+york"
    },
    {
      "position": 4,
      "title": "The 31 best pizza places in NYC - Time Out",
      "link": "https://www.timeout.com/newyork/restaurants/best-new-york-pizza",
      "displayed_link": "https://www.timeout.com › newyork › best-pizza",
      "date": "Aug 26, 2022",
      "snippet": "Best New York pizza · 1. Di Fara Pizza · 2. Lucali · 3. L&B Spumoni Gardens · 4. Ops · 5. Scarr's Pizza · 6. Joe's Pizza · 7. Totonno's · 8. Trattoria ...",
      "snippet_highlighted_words": [
        "New York pizza",
        "Pizza",
        "Pizza",
        "Pizza"
      ],
      "sitelinks": {
        "inline": [
          {
            "title": "1. Di Fara Pizza",
            "link": "https://www.timeout.com/newyork/restaurants/best-new-york-pizza#:~:text=1.%20Di%20Fara%20Pizza"
          },
          {
            "title": "2. Lucali",
            "link": "https://www.timeout.com/newyork/restaurants/best-new-york-pizza#:~:text=2.%20Lucali"
          },
          {
            "title": "3. L&b Spumoni Gardens",
            "link": "https://www.timeout.com/newyork/restaurants/best-new-york-pizza#:~:text=3.%20L%26B%20Spumoni%20Gardens"
          }
        ]
      },
      "about_this_result": {
        "source": {
          "description": "Time Out is a global magazine published by Time Out Group. Time Out started as a London-only publication in 1968 and has expanded its editorial recommendations to 328 cit
          "source_info_link": "https://www.timeout.com/newyork/restaurants/best-new-york-pizza",
          "security": "secure"
        }
      },
      "about_page_link": "https://www.google.com/search?q=About+https://www.timeout.com/newyork/restaurants/best-new-york-pizza&tbm=ilp&ilps=ADNMC10rmZ1lmy5Au5_1N3WgF41l5RzhhA",
      "cached_page_link": "https://webcache.googleusercontent.com/search?q=cache:cj1WvTGA9JkJ:https://www.timeout.com/newyork/restaurants/best-new-york-pizza&cd=19&hl=en&ct=clnk&gl=us",
      "related_pages_link": "https://www.google.com/search?q=related:https://www.timeout.com/newyork/restaurants/best-new-york-pizza+pizza+new+york"
    },
    {
      "position": 5,
      "title": "A *Definitive* List of the 20 Best Pizza Places in New York",
      "link": "https://www.cosmopolitan.com/lifestyle/g40668692/best-pizza-in-new-york/",
      "displayed_link": "https://www.cosmopolitan.com › lifestyle › best-pizza-i...",
      "thumbnail": "https://encrypted-tbn0.gstatic.com/images?q=tbn:ANd9GcTBOB76Y9K0agd4xsjGx7QJEBN-RPXc7EzrRLOz0oofOpJ9NihTrLVrj&usqp=CAE&s",
      "date": "Aug 15, 2022",
      "snippet": "Here are the very best pizza joints in New York City, including famous spots like Lucali's and Joe's Pizza.",
      "snippet_highlighted_words": ["pizza", "New York", "Pizza"],
      "about_this_result": {
        "source": {
          "description": "Cosmopolitan is an American monthly fashion and entertainment magazine for women, first published based in New York City in March 1886 as a family magazine; it was later
          "source_info_link": "https://www.cosmopolitan.com/lifestyle/g40668692/best-pizza-in-new-york/",
          "security": "secure"
        }
      },
      "about_page_link": "https://www.google.com/search?q=About+https://www.cosmopolitan.com/lifestyle/g40668692/best-pizza-in-new-york/&tbm=ilp&ilps=ADNMC11aH1vJrF8rIUe2k9vsUXPICN101w",
      "cached_page_link": "https://webcache.googleusercontent.com/search?q=cache:_7KBcOLuv6cJ:https://www.cosmopolitan.com/lifestyle/g40668692/best-pizza-in-new-york/&cd=23&hl=en&ct=clnk&gl=us"
    },
    {
      "position": 6,
      "title": "20 Places With The Absolute Best Pizza In NYC",
      "link": "https://secretnyc.co/best-pizza-in-nyc/",
      "displayed_link": "https://secretnyc.co › Food & Drink",
      "date": "Feb 9, 2022",
      "snippet": "Best pizza in NYC · 1. Patsy's Pizzeria, East Harlem · 2. Song' E Napule, SoHo/Greenwich · 3. Joe's Pizza, Greenwich Village · 4. Prince Street ...",
      "snippet_highlighted_words": ["pizza", "NYC", "Pizzeria", "Pizza"],
      "sitelinks": {
        "inline": [
          {
            "title": "1. Patsy's Pizzeria, East...",
            "link": "https://secretnyc.co/best-pizza-in-nyc/#:~:text=1.%20Patsy%27s%20Pizzeria%2C%20East%20Harlem"
```

Document title: SearchApi

Capture URL: https://web.archive.org/web/20230326112835/https://www.searchapi.io/

Capture timestamp (UTC): Thu, 25 Sep 2025 05:09:47 GMT

Estimated post date: 03/26/2023 11:28:35 AM

      },
      {
        "position": 6,
        "title": "20 Places With The Absolute Best Pizza In NYC",
        "link": "https://secretnyc.co/best-pizza-in-nyc/",
        "displayed_link": "https://secretnyc.co › Food & Drink",
        "date": "Feb 9, 2022",
        "snippet": "Best pizza in NYC · 1. Patsy's Pizzeria, East Harlem · 2. Song' E Napule, SoHo/Greenwich · 3. Joe's Pizza, Greenwich Village · 4. Prince Street ...",
        "snippet_highlighted_words": ["pizza", "NYC", "Pizzeria", "Pizza"],
        "sitelinks": {
          "inline": [
            {
              "title": "1. Patsy's Pizzeria, East...",
              "link": "https://secretnyc.co/best-pizza-in-nyc/#:~:text=1.%20Patsy%27s%20Pizzeria%2C%20East%20Harlem"
            },
            {
              "title": "2. Song' E Napule...",
              "link": "https://secretnyc.co/best-pizza-in-nyc/#:~:text=2.%20Song%27%20E%20Napule%2C%20SoHo%2FGreenwich"
            },
            {
              "title": "3. Joe's Pizza, Greenwich...",
              "link": "https://secretnyc.co/best-pizza-in-nyc/#:~:text=3.%20Joe%27s%20Pizza%2C%20Greenwich%20Village"
            }
          ]
        },
        "about_this_result": {
          "source": {
            "description": "secretnyc.co was first indexed by Google in June 2015",
            "source_info_link": "https://secretnyc.co/best-pizza-in-nyc/",
            "security": "secure"
          }
        },
        "about_page_link": "https://www.google.com/search?q=About+https://secretnyc.co/best-pizza-in-nyc/&tbm=ilp&ilps=ADNMCi3E9Ej5Us_zVsF5VZ8Dw75L4P26KVQ",
        "cached_page_link": "https://webcache.googleusercontent.com/search?q=cache:FWkCSydpvHEJ:https://secretnyc.co/best-pizza-in-nyc/+&cd=24&hl=en&ct=clnk&gl=us"
      },
      {
        "position": 7,
        "title": "31 Great New York Pizza Shops in all 5 Boroughs | 2foodtrippers",
        "link": "https://www.2foodtrippers.com/new-york-pizza-guide/",
        "displayed_link": "https://www.2foodtrippers.com › Food and Travel",
        "date": "6 days ago",
        "snippet": "The toppings at pizzerias like Mama's Too elevate NYC pizza slices to a higher level. Fun Fact Some people speculate that the minerality of New ...",
        "snippet_highlighted_words": ["NYC pizza"],
        "sitelinks": {
          "inline": [
            {
              "title": "New York Pizza Guide",
              "link": "https://www.2foodtrippers.com/new-york-pizza-guide/#:~:text=Ad-,New%20York%20Pizza%20Guide"
            },
            {
              "title": "Best Brooklyn Pizza Shops",
              "link": "https://www.2foodtrippers.com/new-york-pizza-guide/#:~:text=.-,Best%20Brooklyn%20Pizza%20Shops"
            },
            {
              "title": "Best Manhattan Pizza Shops",
              "link": "https://www.2foodtrippers.com/new-york-pizza-guide/#:~:text=.-,Best%20Manhattan%20Pizza%20Shops"
            }
          ]
        },
        "about_this_result": {
          "source": {
            "description": "2foodtrippers.com was first indexed by Google more than 10 years ago",
            "source_info_link": "https://www.2foodtrippers.com/new-york-pizza-guide/",
            "security": "secure"
          }
        },
        "about_page_link": "https://www.google.com/search?q=About+https://www.2foodtrippers.com/new-york-pizza-guide/&tbm=ilp&ilps=ADNMCi1ZtFYxayYYRmZXA1RHt7p7Ok-zHQ"
      },
      {
        "position": 8,
        "title": "11 Best Pizza Places in New York State - ILoveNY.com",
        "link": "https://www.iloveny.com/blog/post/best-pizza-places-in-new-york-state/",
        "displayed_link": "https://www.iloveny.com › blog › post › best-pizza-pla...",
        "date": "Nov 14, 2022",
        "snippet": "Paulie Gee's (New York City) · Pizzeria Posto (Hudson Valley) · Apizza Regionale (Finger Lakes) · Andriaccio's (Chautauqua-Allegheny) · Caffé ...",
        "snippet_highlighted_words": ["New York", "Pizzeria"],
        "sitelinks": {
          "inline": [
            {
              "title": "Paulie Gee's (new York City)",
              "link": "https://www.iloveny.com/blog/post/best-pizza-places-in-new-york-state/#:~:text=Paulie%20Gee%27s%20%28New%20York%20City%29"
            },
            {
              "title": "Pizzeria Posto (hudson...",
              "link": "https://www.iloveny.com/blog/post/best-pizza-places-in-new-york-state/#:~:text=Pizzeria%20Posto%20%28Hudson%20Valley%29"
            },
            {
              "title": "Apizza Regionale (finger...",
              "link": "https://www.iloveny.com/blog/post/best-pizza-places-in-new-york-state/#:~:text=Apizza%20Regionale%20%28Finger%20Lakes%29"
            }
          ]
        },
        "about_this_result": {
          "source": {
            "description": "I Love New York is a slogan, a logo, and a song that are the basis of an advertising campaign developed by the marketing firm of Wells, Rich, Greene under the directorshi",
            "source_info_link": "https://www.iloveny.com/blog/post/best-pizza-places-in-new-york-state/",
            "security": "secure"
          }
        },
        "about_page_link": "https://www.google.com/search?q=About+https://www.iloveny.com/blog/post/best-pizza-places-in-new-york-state/&tbm=ilp&ilps=ADNMCi3c2HjJMpGn1Abh_WyZ-qtJKc4lhw",
        "cached_page_link": "https://webcache.googleusercontent.com/search?q=cache:IUsLgOngSYIJ:https://www.iloveny.com/blog/post/best-pizza-places-in-new-york-state/+&cd=26&hl=en&ct=clnk&gl=us"
      },
      {
        "position": 9,
        "title": "25 Best Places for Pizza in New York City",
        "link": "https://www.cntraveler.com/gallery/best-places-for-pizza-in-new-york-city",
        "displayed_link": "https://www.cntraveler.com › Destinations › Food",
        "thumbnail": "https://encrypted-tbn0.gstatic.com/images?q=tbn:ANd9GcRrnzq7AK6qrfqjAS_ePI7ex5rXRVe4CNGJAra6wC5cZuSurrVhLa2p&usqp=CAE&s",
        "date": "Jan 18, 2022",
        "snippet": "Our top recommendations for the best pizza restaurants in New York City with pictures, reviews, and details. Find the best in NYC pizza ...",
        "snippet_highlighted_words": ["pizza", "New York", "NYC pizza"],
        "about_this_result": {
          "source": {
            "description": "Condé Nast Traveler is a luxury and lifestyle travel magazine published by Condé Nast. The magazine has won 25 National Magazine Awards.\nThe Condé Nast unit of Advance P",
            "source_info_link": "https://www.cntraveler.com/gallery/best-places-for-pizza-in-new-york-city",
            "security": "secure"
          }
        },
        "about_page_link": "https://www.google.com/search?q=About+https://www.cntraveler.com/gallery/best-places-for-pizza-in-new-york-city&tbm=ilp&ilps=ADNMC12_bJdbLW2S9oB6IzJYfbh8sWzOuw"
      }
    ],
    "related_searches": [
      {
        "query": "best pizza new york",
        "link": "https://www.google.com/search?q=Best+pizza+New+York&sa=X&ved=2ahUKEwj9pt-1xp_8AhUFEVkFHQyDA1cQ1QJ6BAhfEAE"
      },
      {
        "query": "best pizza in manhattan",
        "link": "https://www.google.com/search?q=Best+pizza+in+Manhattan&sa=X&ved=2ahUKEwj9pt-1xp_8AhUFEVkFHQyDA1cQ1QJ6BAhdEAE"
      },
      {
        "query": "best pizza in manhattan 2022",
        "link": "https://www.google.com/search?q=Best+pizza+in+Manhattan+2022&sa=X&ved=2ahUKEwj9pt-1xp_8AhUFEVkFHQyDA1cQ1QJ6BAheEAE"
      },
      {

```
"related_searches": [
    {
      "query": "best pizza new york",
      "link": "https://www.google.com/search?q=Best+pizza+New+York&sa=X&ved=2ahUKEwj9pt-1xp_8AhUFEVkFHQyDA1cQ1QJ6BAhfEAE"
    },
    {
      "query": "best pizza in manhattan",
      "link": "https://www.google.com/search?q=best+pizza+in+Manhattan&sa=X&ved=2ahUKEwj9pt-1xp_8AhUFEVkFHQyDA1cQ1QJ6BAhdEAE"
    },
    {
      "query": "best pizza in manhattan 2022",
      "link": "https://www.google.com/search?q=best+pizza+in+Manhattan+2022&sa=X&ved=2ahUKEwj9pt-1xp_8AhUFEVkFHQyDA1cQ1QJ6BAheEAE"
    },
    {
      "query": "pizza new york near me",
      "link": "https://www.google.com/search?q=Pizza+New+York+near+me&sa=X&ved=2ahUKEwj9pt-1xp_8AhUFEVkFHQyDA1cQ1QJ6BAhbEAE"
    },
    {
      "query": "pizza new york style",
      "link": "https://www.google.com/search?q=Pizza+New+York+style&sa=X&ved=2ahUKEwj9pt-1xp_8AhUFEVkFHQyDA1cQ1QJ6BAhgEAE"
    },
    {
      "query": "best pizza midtown manhattan",
      "link": "https://www.google.com/search?q=Best+pizza+Midtown+Manhattan&sa=X&ved=2ahUKEwj9pt-1xp_8AhUFEVkFHQyDA1cQ1QJ6BAhiEAE"
    },
    {
      "query": "best pizza brooklyn",
      "link": "https://www.google.com/search?q=Best+pizza+Brooklyn&sa=X&ved=2ahUKEwj9pt-1xp_8AhUFEVkFHQyDA1cQ1QJ6BAhhEAE"
    },
    {
      "query": "best pizza slice in nyc",
      "link": "https://www.google.com/search?q=Best+pizza+slice+in+NYC&sa=X&ved=2ahUKEwj9pt-1xp_8AhUFEVkFHQyDA1cQ1QJ6BAhcEAE"
    }
  ]
}
```

## Rich snippets

All-in-one platform

We support a wide range of rich snippets available on the page. We constantly add new ones once they become available.



INTERNET ARCHIVE
WayBackMachine
136 captures
16 May 2017 - 19 Sep 2025

Case 1:26-cv-00143    Document 1-8    Filed 01/20/26    Page 11 of 27

https://www.searchapi.io/    Go

MAY  MAR  MAY
◀  26  ▶
2022  2023  2024



Organic Results

One search result page can contains up to 100 results. Using Pagination, up to 400.





Ads

All type of Google ads, including their position on the search result page.




News Results

Inline news as part of the organic results, including thumbnail, description and target url.



Document title: SearchApi
Capture URL: https://web.archive.org/web/20230326112835/https://www.searchapi.io/
Capture timestamp (UTC): Thu, 25 Sep 2025 05:09:47 GMT
Estimated post date: 03/26/2023 11:28:35 AM



Video Results

Inline video results as part of the organic results, including their title and url.



Document title: SearchApi
Capture URL: https://web.archive.org/web/20230326112835/https://www.searchapi.io/
Capture timestamp (UTC): Thu, 25 Sep 2025 05:09:47 GMT
Estimated post date: 03/26/2023 11:28:35 AM



Knowledge Graph

Search results can contain a knowledge block containing search query related information.



Document title: SearchApi
Capture URL: https://web.archive.org/web/20230326112835/https://www.searchapi.io/
Capture timestamp (UTC): Thu, 25 Sep 2025 05:09:47 GMT
Estimated post date: 03/26/2023 11:28:35 AM



Related Questions

Find what you need with advanced filters, bulk actions, and quick views.



Document title: SearchApi
Capture URL: https://web.archive.org/web/20230326112835/https://www.searchapi.io/
Capture timestamp (UTC): Thu, 25 Sep 2025 05:09:47 GMT
Estimated post date: 03/26/2023 11:28:35 AM



Maps Results

Google Maps search results return information for stores, local businesses like restaurants, etc..



Document title: SearchApi
Capture URL: https://web.archive.org/web/20230326112835/https://www.searchapi.io/
Capture timestamp (UTC): Thu, 25 Sep 2025 05:09:47 GMT
Estimated post date: 03/26/2023 11:28:35 AM



Other snippets

We add new rich snippets on a constant basis.





Document title: SearchApi
Capture URL: https://web.archive.org/web/20230326112835/https://www.searchapi.io/
Capture timestamp (UTC): Thu, 25 Sep 2025 05:09:47 GMT
Estimated post date: 03/26/2023 11:28:35 AM



I have been using SearchAPI for over a year and it has greatly improved my business. It is easy to use and the customer support is excellent. I highly recommend it for scraping search engine result pages.

Judith Black

CEO at DataInsights

### Powerful Infrastructure

Meet even the most demands

Leverage our powerful infrastructure.



Document title: SearchApi
Capture URL: https://web.archive.org/web/20230326112835/https://www.searchapi.io/
Capture timestamp (UTC): Thu, 25 Sep 2025 05:09:47 GMT
Estimated post date: 03/26/2023 11:28:35 AM

https://www.searchapi.io/

136 captures
16 May 2017 - 19 Sep 2025



**No Proxy Management**

We utilize a huge list of proxies. We benchmark and rotate them often.



Document title: SearchApi
Capture URL: https://web.archive.org/web/20230326112835/https://www.searchapi.io/
Capture timestamp (UTC): Thu, 25 Sep 2025 05:09:47 GMT
Estimated post date: 03/26/2023 11:28:35 AM



**Multiple locations**

Gather localized search results from 195 countries with coordinate-level precision.



Document title: SearchApi
Capture URL: https://web.archive.org/web/20230326112835/https://www.searchapi.io/
Capture timestamp (UTC): Thu, 25 Sep 2025 05:09:47 GMT
Estimated post date: 03/26/2023 11:28:35 AM

Case 1:26-cv-00143    Document 1-8    Filed 01/20/26    Page 22 of 27



**99.9% SLA Guarantee**

The SLA guarantee comes with a 100% penalty. We offer credits up to 100% of the monthly price of your plan on your next invoice.



Document title: SearchApi
Capture URL: https://web.archive.org/web/20230326112835/https://www.searchapi.io/
Capture timestamp (UTC): Thu, 25 Sep 2025 05:09:47 GMT
Estimated post date: 03/26/2023 11:28:35 AM

https://www.searchapi.io/    Go

136 captures
16 May 2017 - 19 Sep 2025

Case 1:26-cv-00143    Document 1-8    Filed 01/20/26    Page 23 of 27

MAY   MAR   MAY
26
2022   2023   2024



**Captcha solving**

SearchAPI behaves like a real-human. This is includes full browser rendering, Javascript execution, and even CAPTCHA solving.



https://www.searchapi.io/

136 captures
16 May 2017 - 19 Sep 2025

Case 1:26-cv-00143 | Document 1-8 | Filed 01/20/26 | Page 24 of 27

MAY | MAR | MAY
26
2022 | 2023 | 2024



**Real-time API**

Infrastructure is built for reliability, performance, and scale to allow us return real-time results.



https://www.searchapi.io/

136 captures
16 May 2017 - 19 Sep 2025



**JSON Results**

Get structured data. No need to write complex regexes and selectors to extract the data.



Making public data accessible to everyone.







Document title: SearchApi
Capture URL: https://web.archive.org/web/20230326112835/https://www.searchapi.io/
Capture timestamp (UTC): Thu, 25 Sep 2025 05:09:47 GMT
Estimated post date: 03/26/2023 11:28:35 AM



**Solutions**

- Marketing
- Analytics
- Commerce
- Insights

**Support**

- Pricing
- Documentation
- API Status

**Company**

- About
- Blog
- Jobs
- Press

**Legal**

- Privacy Policy
- Terms of Service

© 2023 SearchApi. All rights reserverd.

Document title: SearchApi
Capture URL: https://web.archive.org/web/20230326112835/https://www.searchapi.io/
Capture timestamp (UTC): Thu, 25 Sep 2025 05:09:47 GMT
Estimated post date: 03/26/2023 11:28:35 AM