# EXHIBIT 7

PageVault

| | |
|---|---|
| Document title: | Google Search API \| SearchApi |
| Capture URL: | https://web.archive.org/web/20230531181923/https://www.searchapi.io/ |
| Page loaded at (UTC): | Thu, 25 Sep 2025 05:12:48 GMT |
| Capture timestamp (UTC): | Thu, 25 Sep 2025 05:12:49 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 3.85.175.172 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | twSDrZHbsgkbeqzHCA747t |
| Display Name: | abhi |

PDF REFERENCE #:    qZuGXu9DhfbKuqwcu3cZQi



## EXTENSIVE SEARCH RESULTS

## Get JSON results in seconds

Scrape organic results, ads, related searches, inline questions and more. Receive structured results in JSON format.



**Rich snippets**

## All-in-one platform

Supporting a vast array of rich snippets

✓ **Organic Results**

Access position, snippet, link, date, sitelinks, rich snippets, nested results, and much more.

✓ **Knowledge Graph**

Obtain search query-related information within search results' knowledge blocks.

---

Document title: Google Search API | SearchApi
Capture URL: https://web.archive.org/web/20230531181923/https://www.searchapi.io/
Capture timestamp (UTC): Thu, 25 Sep 2025 05:12:49 GMT
Estimated post date: 05/31/2023 6:19:23 PM

Page 1 of 3

INTERNET ARCHIVE WaybackMachine
https://www.searchapi.io/
136 captures
16 May 2017 - 19 Sep 2025
Go MAR MAY SEP 31 2022 2023 2024
About this capture

**Rich snippets**

## All-in-one platform

Supporting a vast array of rich snippets found on web pages, we continually update our platform to include new ones as they become available.

✓ **Organic Results**
Access position, snippet, link, date, sitelinks, rich snippets, nested results, and much more.

✓ **Knowledge Graph**
Obtain search query-related information within search results' knowledge blocks.

✓ **Ads**
Scrape all types of Google ads, along with their positions on the search result page.

✓ **People Also Ask**
Explore frequently asked questions related to the search query.

✓ **News Results**
Extract inline news within organic results, including thumbnail, description, and target URL.

✓ **Maps Results**
Retrieve Google Maps search results for local businesses like stores, restaurants, and more.

✓ **Related searches**
Discover relevant keywords for your content with related searches.

✓ **Other snippets**
We continuously add new rich snippets to our platform.



> SearchApi's fast and reliable scraping capabilities coupled with their exceptional customer support have been invaluable to our business. We're able to focus on growth and development instead of maintenance.
>
> **Thomas Young**
> CEO at DataInsights

**ROBUST INFRASTRUCTURE**

## Satisfy even the most demanding needs

Harness the power of our advanced infrastructure.



### Forget Proxy Management

Benefit from our global network of 20M+ proxies, meticulously benchmarked and selected for optimal performance.



### Precise Geolocations

Collect localized search results from 195 countries with pinpoint accuracy at the coordinate level.



### 99.9% SLA Guarantee

Our SLA guarantee includes a 100% penalty, offering credits up to 100% of your plan's monthly cost on your next invoice.








### Forget Proxy Management

Benefit from our global network of 20M+ proxies, meticulously benchmarked and selected for optimal performance.


### Precise Geolocations

Collect localized search results from 195 countries with pinpoint accuracy at the coordinate level.


### 99.9% SLA Guarantee

Our SLA guarantee includes a 100% penalty, offering credits up to 100% of your plan's monthly cost on your next invoice.

### Captcha solving

SearchAPI mimics real-human behavior, complete with full browser rendering, JavaScript execution, and even CAPTCHA solving.

### Real-time API

Our infrastructure is designed for reliability, performance, and scalability, enabling us to deliver real-time results.

### JSON Results

Obtain structured data effortlessly - no need for complicated regexes and selectors to extract information.



Making public data accessible to everyone.

**ADDRESS**
SearchApi, LLC
447 Broadway, 2nd Floor, 376,
New York, NY 10013

**EMAIL**
support@searchapi.io

 

**APIS**
Google SERP API
Google Play Product API
Google Play Store API
Google Trends API

**SUPPORT**
Pricing

**LEGAL**
Privacy Policy
Terms of Service

© 2023 SearchApi. All rights reserverd.

Document title: Google Search API | SearchApi
Capture URL: https://web.archive.org/web/20230531181923/https://www.searchapi.io/
Capture timestamp (UTC): Thu, 25 Sep 2025 05:12:49 GMT
Estimated post date: 05/31/2023 6:19:23 PM
Page 3 of 3