# EXHIBIT 8





Document title: Google Search API for real-time SERP scraping
Capture URL: https://web.archive.org/web/20251005220732/https://www.searchapi.io/
Capture timestamp (UTC): Fri, 16 Jan 2026 18:24:50 GMT



## DEVELOPER EXPERIENCE
# Easy integration

Integrating is as simple as making a GET HTTP request.



## RICH SNIPPETS
# All-in-one platform

Supporting a vast array of rich snippets found on web pages, we continually update our platform to include new ones as they become available.

✓ **Organic Results**
Access position, snippet, link, date, sitelinks, rich snippets, nested results, and much more.

✓ **Knowledge Graph**
Obtain search query-related information within search results' knowledge blocks.

✓ **Ads**
Scrape all types of Google ads, along with their positions on the search result page.

✓ **People Also Ask**
Explore frequently asked questions related to the search query.

✓ **News Results**
Extract inline news within organic results, including thumbnail, description, and target URL.

✓ **Maps Results**
Retrieve Google Maps search results for local businesses like stores, restaurants, and more.

✓ **Related searches**
Discover relevant keywords for your content with related searches.

✓ **AI Overview**
Retrieve AI-powered answers to your questions directly from search results.

**LEGAL PROTECTION**

# U.S. Legal Shield

Our processes of crawling and parsing public data are protected by the First Amendment of the U.S. Constitution. We take on the legal responsibilities associated with these methods for both domestic and international entities. This does not apply if the entities are involved in illegal activities according to U.S. federal law, including but not limited to cybercrime, terrorism, child exploitation, denial-of-service attacks, and war crimes.

**SIMPLE PRICING**

# Pricing plans

✓ Pay per success   ✓ Built in location geo-targetting   ✓ Only premium proxies

[ Regular | High Volume ]






**Developer Plan**
$4 per 1,000 searches
**$40** / month
Buy Developer Plan
● Standard speed
○ Enhanced speed
WHAT'S INCLUDED
✓ 10,000 Searches
✓ 99.9% SLA

**Production Plan**
$3 per 1,000 searches
**$100** / month
Buy Production Plan
● Standard speed
○ Enhanced speed
WHAT'S INCLUDED
✓ 35,000 Searches
✓ Team Management
✓ U.S. Legal Shield
✓ 99.9% SLA

**BigData Plan**
$2.5 per 1,000 searches
**$250** / month
Buy BigData Plan
● Standard speed
○ Enhanced speed
WHAT'S INCLUDED
✓ 100,000 Searches
✓ Team Management
✓ U.S. Legal Shield
✓ 99.9% SLA
✓ Medium Throughput

**Scale Plan**
$2 per 1,000 searches
**$500** / month
Buy Scale Plan
● Standard speed
○ Enhanced speed
WHAT'S INCLUDED
✓ 250,000 Searches
✓ Team Management
✓ U.S. Legal Shield
✓ 99.9% SLA
✓ High Throughput
✓ Search Analytics

**TRUSTED BY INDUSTRY LEADERS**



ROBUST INFRASTRUCTURE

# Handle even the most demanding needs



**Performance**
Sub-2 second average response time

Optimized for low latency, delivering rapid results for AI applications, SEO analysis, and research.



**100% Success Rate**
Guaranteed query completion

Guaranteed success with built-in auto-retry mechanism and adaptive error handling to ensure complete data collection.







Case 1:26-cv-00143   Document 1-10   Filed 01/20/26   Page 6 of 7



| Proxy Management | Captcha Solving | Integrations |
|---|---|---|
| **Scalable proxy rotation** | **Advanced CAPTCHA bypass** | **Open-source integrations** |
| Our built-in proxy rotator and auto-retry mechanisms ensure scalability, handling millions of searches daily across a global network of 100M+ proxies. | Mimics real human behavior with full browser rendering, JavaScript execution, and CAPTCHA solving for uninterrupted data scraping. | Easily integrate with popular open-source tools like Dify, Flowise, LangChain, and Haystack to extend functionality with minimal setup. |

## Frequently asked questions

If you can't find what you're looking for, you can always *send us an email* with your enquiry.

**What data does the Google Search API provide?**

Our Google Search API provides a wealth of data including organic search results, paid search results, knowledge graph entries, local map listings, featured snippets, and related search queries. It captures real-time search engine results pages as seen by users.

**Can I use the Google Search API for keyword rank tracking?**

Absolutely. The Google Search API is designed to help you monitor keyword rankings and their positions on the search results page. You can track keywords for specific locations, devices, and languages.

**How often is the data from the Google Search API updated?**

The data is fetched in real-time, ensuring that you always get the most current Search data whenever you make a request. This allows you to stay updated with the ever-changing search engine landscape.

**Can I use the Google Search API to monitor my competitors' paid ads?**

Yes, the Google Search API includes data on paid ads, allowing you to analyze competitors' ad copy, display URLs, and ad positioning.

**How do I integrate the Google Search API with my application?**

Integration is straightforward. Refer to our *Google Search API* documentation for request examples.

## Get started with SearchAPI today

Document title: Google Search API for real-time SERP scraping
Capture URL: https://web.archive.org/web/20251005220732/https://www.searchapi.io/
Capture timestamp (UTC): Fri, 16 Jan 2026 18:24:50 GMT
Page 5 of 6



## Get started with SearchAPI today

No credit card required. No commitment. Cancel anytime.

Sign up for 100 free requests



### SearchApi

Making public data accessible to everyone.

**ADDRESS**
SearchApi, LLC
447 Broadway, 2nd Floor, 376,
New York, NY 10013

**EMAIL**
support@searchapi.io

**APIS**
- Google SERP API
- Google Ads Transparency
- Google Maps API
- Google Flights API
- Google Videos API
- Google Lens API
- Google Autocomplete API
- Google Finance API
- Google Jobs API
- Amazon Search API
- Bing Search API
- Google Play API
- Apple App Store API
- Bing Videos API
- DuckDuckGo API
- Walmart Search API
- eBay Search API
- LinkedIn Ad Library API
- Tiktok Ads Library API

- Google AI Mode API
- Google Shopping API
- Google Trends API
- Google Hotels API
- Google Images API
- Google News API
- Google Scholar API
- Google Patents API
- Google Events API
- Shein Search API
- Baidu Search API
- Bing Images API
- Yandex Search API
- YouTube Search API
- Yahoo Search API
- Naver Search API
- Meta Ad Library API
- Reddit Ad Library API

**PRODUCT**
- Pricing
- Status Page
- Affiliate Program
- Press
- Careers

**LEGAL**
- Privacy Policy
- Terms of Service

© 2025 SearchApi. All rights reserverd.

Talk to our Design Consultant
Chester • Just now