# EXHIBIT 9

## Contact

www.linkedin.com/in/
zilvinaskucinskas (LinkedIn)

## Top Skills

MongoDB
Ruby on Rails
Ruby

## Languages

English (Full Professional)
Lithuanian (Native or Bilingual)

## Honors-Awards

Certificate of Achievement

# Žilvinas Kučinskas

CEO at SearchApi
Vilnius, Vilniaus, Lithuania

## Summary

Hi!  I'm Zilvinas Kucinskas, an independent developer who's specialized working with Ruby on Rails, Sidekiq, Hotwire (Stimulus + Turbo), TailwindCSS, PostgreSQL, Redis, ElasticSearch, Docker, Terraform and AWS.

 Here's what I can help you with:

Building SaaS applications, especially API as a service.
Scraping data at scale.
Performance optimizations.
Infrastructure as a code on AWS.
SEO (Search Engine Optimization).
System design.

My GitHub account: https://github.com/ZilvinasKucinskas

―――――

## Experience

**SearchApi**
CEO
2023 - Present (3 years)
United States

Building a collection of real-time SERP APIs with a focus on developer experience, reliability, low latency, and one of the best ad scraping success rates in the industry.

**ExportData**
Founder
September 2019 - 2023 (4 years)
London, England, United Kingdom

Created a SaaS platform to export and analyze historical Twitter data. Acquired by Fedica.

Sedition
Staff Engineer
August 2021 - October 2022 (1 year 3 months)
London, England, United Kingdom

Netflix for Art

SerpApi
Senior Software Engineer
June 2020 - August 2021 (1 year 3 months)
Austin, Texas, United States

Real-time API to access structured search results of Google, Youtube, eBay, and other search engines.

Fractal
Senior Software Engineer
October 2018 - June 2020 (1 year 9 months)
Remote

Working on a single sign-on KYC/AML software solution. It features a fully compliant onboarding process with a focus on usability for an international audience that is easy to integrate.

• Implemented the OAuth 2.0 authorization server, supporting authorization code, resource owner password, and client credentials flow.
• Designed and implemented a 2-factor authentication flow.
• Designed and implemented webhooks (push notifications).
• Designed and implemented a billing system utilizing EventSourcing.
• Made significant contributions to various frontend/backend applications/microservices and terraform deployment process.

Technology Stack:
Ruby, Ruby on Rails, Javascript (Webpack, React, Redux), PostgreSQL, Terraform, Amazon Web Services, Docker, Sendgrid, Pivotal Tracker, Slack.

AVWallet
Software Engineering Contractor
April 2018 - September 2018 (6 months)

• Gathered a team of 5 people to design and implement cryptocurrency wallet MVP from scratch.
• Led user-flow, wireframes, and high fidelity prototype design stages.

- Managed project cost, estimates, priorities, and communication with a client.
- Set up high availability infrastructure using Amazon Web Services.
- Implemented API for the whole product - JWT authentication, Facebook / Google authorization server-side flow, 2 factor authentication, support for Bitcoin, and Ethereum cryptocurrencies.
- Conducted 30+ technical interviews.

Technology Stack:
Ruby, Ruby on Rails, Javascript (Webpack, React, React Native), PostgreSQL, Amazon Web Services (VPC, Elastic BeanStalk, Route53, S3, Cloudfront, SQS), Docker, Twilio, TravisCI, Sendgrid, API Blueprint, ClubHouse, Slack.

## CGTrader
2 years 10 months

### Technical Lead
October 2016 - April 2018 (1 year 7 months)
Vilnius, Lithuania

I was one of the earliest CGTrader permanent hires. We grew up to 8 developers and have received investments worth 2.3M. I know what it takes to build a company, a team, and a stack.

- Conducted technical meetings and support teams from big corporations such as Autodesk.
- Worked closely with sales, marketing, and link-building teams to convert requirements into delivered solutions.
- Created lead generation and qualification techniques for our sales team which have been hugely successful.
- Integrated React framework and Webpack module bundler.
- Executed CDN integration and migration to a new email service provider.
- Ensured high-quality code standards and practices.

Technology stack:
Ruby, Ruby on Rails, JavaScript (Webpack, ES6, React), MySQL, PostgreSQL, Redis, ElasticSearch, Amazon RedShift, Amazon Web Services, Heroku, CoffeeScript, HTML, SASS, Yarn, Git, Nginx, Unicorn, Puma, Capistrano, Sidekiq, Ansible, Jira, NewRelic, Codeship, Honeybadger, Pingdom, Hound CI, Chartio.

Full Stack Ruby on Rails Developer
July 2015 - October 2016 (1 year 4 months)
Vilnius, Lithuania

- Dividing feature epics to smaller subtasks, driving feature architecture decisions.
- Scaled application horizontally on AWS (teamwork).
- Hunted memory leaks in Sidekiq workers. Rewrote background jobs to be idempotent and as small as possible.
- Performance tuning. Fixed MySQL indexes, rewrote 5-10 most time-consuming queries. Changes significantly reduced CPU usage and server response time (by ~200 ms).
- Extended and improved public CGTrader API.
- Implemented Traceparts integration. Released public Traceparts gem.
- Implemented social features to boost Social traffic 300%.
- Implemented various SEO enhancements that increased organic traffic by 30-100%.
- Implemented advanced eCommerce tracking via Google Tag Manager.
- Integrated Honeybadger, registered, and solved a lot of bugs.
- Mentored 3 junior programmers.

Technology stack:
Ruby, Ruby on Rails, MySQL, Redis, ElasticSearch, CoffeeScript, Javascript (JQuery, Backbone.js), HTML, SASS, Git, Nginx, Unicorn, Capistrano, Sidekiq, Vagrant, Ansible, Jira, NewRelic, CircleCI, Honeybadger, Pingdom.

GetaFollow
Co-Founder and CTO
February 2016 - August 2017 (1 year 7 months)
Vilnius, Lithuania

GetaFollow helps you analyze your Instagram followers. Written in Ruby and Ruby on Rails, using the Instagram API, it can drill down into the data to help you understand where your followers are coming from, improve engagement, and optimize the time you spend on marketing.

GetaFollow was the winner of HackerGames Vilnius in the Software category for 2016/7. It was also #1 on the BetaList of trending startups.

- Developed and launched product MVP.
- Built infrastructure from scratch on DigitalOcean servers.

- Implemented responsive web design using Bootstrap, custom responsive emails using Sendgrid.
- Implemented various growth hacks together with a refer-a-friend program.
- Mounted WordPress blog on the same domain URL because of SEO.

Technology stack:
Ruby, Ruby on Rails, JavaScript (JQuery), Bootstrap, Redis, Sidekiq, Git, Capistrano, PostgreSQL, Nginx, Passenger, Trello, WordPress, SendGrid, Travis.CI.

### Vibe
Co-Founder and Ruby on Rails Developer
December 2013 - December 2014 (1 year 1 month)
Amsterdam Area, Netherlands

- Created RESTful API for mobile and web integration.
- Crawled music venue websites using Foursquare API and events using Facebook Graph API.
- Integrated Instagram API to get photos from venues.
- Integrated SoundCloud API to fetch music by specific artists.
- Implemented various crawlers to get publicly available data about artists and venues.
- Startup failed due to a lack of investment and technical challenges, especially mapping artists to venues.

Technology stack:
Ruby, Ruby on Rails, Python, Javascript, PostgreSQL, Redis, Sidekiq, Heroku, Trello

### Tieto
1 year 2 months

Remote Java Developer
December 2012 - November 2013 (1 year)
Vilnius, Lithuania

- Developed SIP-based (Session Initiation Protocol)solution for one of the biggest telecommunication companies in Europe (TeliaSonera).
- Developed asynchronous messaging services.
- Introduced TDD, written unit and functional tests, performed load testing.

Technology stack:

Java, JUnit, Mockito, MyBatis, Wireshark, WebLogic, HTTP, SIP, SIPP, Python, SVN, Git, JIRA, Bamboo, and more.

Software Engineering Intern
October 2012 - November 2012 (2 months)
Vilnius, Lithuania

Led by the best employees at Tieto, I have spent a month in a cross-functional team. I have been taught Java, Agile methodology, UX, and leadership skills. Successful participation has landed me a full-time job offer at Tieto Corporation.

Technology stack:
Java, Spring Core, Maven, Wicket, Bootstrap, JUnit, Jetty, GIT, Apache CXF, Apache Shiro.

UAB "Programming Services Center"
Software Engineering Contractor
2010 - 2012 (2 years)
Vilnius, Lithuania

• Supporting legacy code. Services were written in various languages, you could even find Pascal in there.
• Created interactive voice response service wrapper, which saved time writing IVR-based applications.

Technology stack:
Java, Gembase, Oracle DB, C++, VB6, SoapUI, SVN, OpenVMS.

---

## Education

Vilniaus universitetas / Vilnius University
Master's degree, Computer Software Engineering · (2013 - 2017)

Vrije Universiteit Amsterdam
Master's degree, Computer Science · (2014 - 2014)

Vilniaus universitetas / Vilnius University
Bachelor's degree, Computer Software Engineering · (2009 - 2013)