# EXHIBIT 10

# SerpApi

Sign In    Register

- Google Local Services API
- Google Maps API
- Google Maps Reviews API
- Google News API
- Google News Light API
- Google Patents API
- Google Play Store API
- Google Related Questions API
- Google Reverse Image API
- Google Scholar API
- Google Shopping API
- Google Shopping Light API
- Google Short Videos API
- Google Travel Explore API
- Google Trends API
- Google Videos API
- Google Videos Light API
- Amazon Search API
- Amazon Product API
- Apple App Store API
- Baidu Search API
- Bing Search API
- Bing Copilot API
- Bing Images API
- DuckDuckGo Search API
- DuckDuckGo Light API
- eBay Search API
- Facebook Profile API
- Naver Search API
- OpenTable Reviews API
- The Home Depot Search API
- Tripadvisor Search API
- Walmart Search API
- Yahoo! Search API
- Yandex Search API
- Yelp Search API
- YouTube Search API
- Extra APIs
- **Account**
- Locations
- Pixel Position (BETA)
- Search Archive
- Status and Error Codes

## Account API

Account API allows you to check the number of searches you made in this month, your plan's monthly limit, your plan's monthly searches left, your account's hourly throughput limit, and if you have an account with no monthly plan then you can also check the remaining credits. Account API is free of charge, and using it will not be counted toward your monthly quota.

You can query `https://serpapi.com/account.json` using a `GET` request with these parameters:

### 🔗 API Parameters

| | | |
|---|---|---|
| `api_key` | Required | Parameter is your SerpApi private key. You should be able to retrieve it inside the 'Your Account' tab. |

## API Examples

### Account API example

**GET**

```
1  https://serpapi.com/account?api_key=SECRET_API_KEY
```

**JSON Example**

```json
{
  "account_id": "5ac54d6adefb2f1dba1663f5",
  "api_key": "SECRET_API_KEY",
  "account_email": "demo@serpapi.com",
  "plan_id": "bigdata",
  "plan_name": "Big Data Plan",
  "plan_monthly_price": 250.0,
  "searches_per_month": 30000,
  "plan_searches_left": 5958,
  "extra_credits": 0,
  "total_searches_left": 5958,
  "this_month_usage": 24042,
  "last_hour_searches": 42,
  "account_rate_limit_per_hour": 6000
}
```

Api Status · GitHub · Legal · Security · Libraries · Release Notes · Public Roadmap · Support

© 2016-2026 SerpApi, LLC.