# EXHIBIT 11



# Account API

`GET /api/v1/me`

The Account API provides access to your account usage statistics, allowing you to **retrieve real-time data** on your current monthly usage, remaining credits, and hourly limits.

## API Parameters

### Search Parameters

`api_key`  Required

The `api_key` authenticates your requests. Use it as a query parameter (`https://www.searchapi.io/api/v1/me?api_key=YOUR_API_KEY`) or in the Authorization header (`Bearer YOUR_API_KEY`).

### Zero Data Retention

`zero_retention`  Enterprise Only  Optional

Set this parameter to `true` to disable all logging and persistent storage. No request parameters, HTML, or JSON responses are stored or logged. Suitable for high-compliance use cases. Debugging and support may be limited while enabled.

## API Example

### Account Usage

This example shows current usage details, helping you stay within your monthly limits and track remaining credits.

Response structure:

`account`  General account usage data:

- `current_month_usage`  Total searches performed this month.
- `monthly_allowance`  Maximum allowable searches per month.
- `remaining_credits`  Search credits remaining for the month.

`api_usage`  Hourly limits and recent search activity:

- `searches_this_hour`  Searches made in the current hour.

- `hourly_rate_limit` Maximum searches allowed per hour.

`subscription` Subscription period information (if an active subscription exists):

- `period_start` Start date of the current subscription period.
- `period_end` End date of the current subscription period.

```
GET

https://www.searchapi.io/api/v1/me
```

Request                                           Python ⇅   requests ⇅

```python
import requests

url = "https://www.searchapi.io/api/v1/me"
params = {}

response = requests.get(url, params=params)
print(response.text)
```

Response

```json
{
  "account": {
    "current_month_usage": 4800,
    "monthly_allowance": 10000,
    "remaining_credits": 5200
  },
  "api_usage": {
    "searches_this_hour": 250,
    "hourly_rate_limit": 200000
  },
  "subscription": {
    "period_start": "2024-12-04T00:34:59Z",
    "period_end": "2025-01-04T00:34:59Z"
  }
}
```