# EXHIBIT 13



Play with more parameters and search engines

## Easy Integration

GET

```
1  https://serpapi.com/search.json?
   q=Coffee&location=Austin,+Texas,+United+States&hl=en&gl=us&google_domain=google.com
```

Or by using one of our libraries in your preferred language:

Code to integrate    ython    JavaScript    Go    PHP    Java    Rust    .NET    Google Sheets

```ruby
require "serpapi"

client = SerpApi::Client.new(
  q: "Coffee",
  location: "Austin, Texas, United States",
  hl: "en",
  gl: "us",
  google_domain: "google.com",
  api_key: "secret_api_key"
)

results = client.search
```

## Advanced Features

Leverage our infrastructure (IPs across the globe, full browser cluster, and CAPTCHA solving technology), and exploit our structured SERP data in the way you want.



**Real Time and Real Results**

Each API request runs immediately – no waiting for results.

In addition, each API request runs in a full browser, and we'll even solve all CAPTCHAs, completely mimicking what a human would do. This guarantees that you get what users truly see.



**Accurate Locations**

Get Google results from anywhere in the world with our "location" parameter.

SerpApi uses Google's geolocated, encrypted params and routes your request through the proxy server nearest to your desired location to ensure accuracy. Get locations at our locations endpoint.



**JSON Results**

Regular organic results are available as well as Maps, Local, Stories, Shopping, Direct Answer, and Knowledge Graph.

Lots of structured data is available for each result, including links, addresses, tweets, prices, thumbnails, ratings, reviews, rich snippets, and more.



### U.S. Legal Shield

The crawling and parsing of public data is protected by the First Amendment of the United States Constitution. We value freedom of speech tremendously. We assume scraping and parsing liabilities for both domestic and foreign companies unless your usage is otherwise illegal. (Including but are not limited to: acts of cyber criminality, terrorism, pedopornography, denial of service attacks, and war crimes.)

## Simple Pricing

Month-to-month contract. Cancel anytime.



### Starter
$ **25** / month

Get Started

✓ **1,000** searches per month

### Developer
$ **75** / month

Get Started

✓ **5,000** searches per month

✓ 200 throughput per hour ?
✗ U.S. Legal Shield ?

✓ 1,000 throughput per hour ?
✗ U.S. Legal Shield ?



Most popular

Production

$ 150 / month

Get Started

✓ 15,000 searches per month
✓ 3,000 throughput per hour ?
✓ U.S. Legal Shield ?

Big Data

$ 275 / month

Get Started

✓ 30,000 searches per month
✓ 6,000 throughput per hour ?
✓ U.S. Legal Shield ?

## Flexible options for every stage

Start for free, upgrade as you grow, or contact our team about an enterprise plan tailored to your volume, performance, and compliance needs.

View all plans



Free

$ 0 / month

Get Started

✓ 250 searches per month
✓ 50 throughput per hour ?

Enterprise

Contact sales for pricing
contact@serpapi.com

Contact us

✓ Custom searches per month
✓ Custom throughput per hour

| | |
|---|---|
| ✗ U.S. Legal Shield ❓ | ✓ U.S. Legal Shield ❓ |
| ✗ ZeroTrace Mode ❓ | ✓ ZeroTrace Mode ❓ |
| ✗ Priority support | ✓ Priority support |

## They trust us

You are in good company. Join them.

















## FAQ

How are searches counted?

What's your guaranteed throughput?

What if I need more volume?

Do you provide SLA guarantees?

What's your refund policy?

What are scraper legal protections?

For more answers visit our FAQ page

## Contact Us

Questions, get a quote, special needs, or just say hi.
We would love to hear from you!

Your Email

Your Message

**SEND MESSAGE**

### Documentation

- Google Search API
- Google Light Search API
- Google AI Mode API
- Google AI Overview API
- Google Ads Transparency API
- Google Autocomplete API

- Google Events API
- Google Finance API
- Google Flights API
- Google Forums API
- Google Hotels API
- Google Images API

### About

Home
Documentation
Integrations
Features
Pricing
Use cases

### Contact

SerpApi, LLC

5540 N Lamar Blvd #12
Austin, TX 78751

+1 (512) 666-8245

contact@serpapi.com

| | | |
|---|---|---|
|  Google Images Light API |  Amazon Search API | Team |
|  Google Immersive Product API |  Amazon Product API | Careers |
|  Google Jobs API |  Apple App Store API | FAQ |
|  Google Lens API |  Baidu Search API | Legal |
|  Google Light Fast API |  Bing Search API | Security |
|  Google Local API |  Bing Copilot API | Contact us |
|  Google Local Services API |  Bing Images API | Blog |
|  Google Maps API |  DuckDuckGo Search API | |
|  Google Maps Reviews API |  DuckDuckGo Light API | |
|  Google News API |  eBay Search API | |
|  Google News Light API |  Facebook Profile API | |
|  Google Patents API |  Naver Search API | |
|  Google Play Store API |  OpenTable Reviews API | |
|  Google Related Questions API |  The Home Depot Search API | |
|  Google Reverse Image API |  Tripadvisor Search API | |
|  Google Scholar API |  Walmart Search API | |
|  Google Shopping API |  Yahoo! Search API | |
|  Google Shopping Light API |  Yandex Search API | |
|  Google Short Videos API |  Yelp Search API | |
|  Google Travel Explore API |  YouTube Search API | |
|  Google Trends API |  Extra APIs | |
|  Google Videos API |  Status and Error Codes | |
|  Google Videos Light API | | |

## Our Values

SerpApi

We value full transparency and painful honesty both in our internal and external communications. We believe a world with complete and open transparency is a better world.

 Built with love in Austin, TX. © 2026 SerpApi, LLC.

