# EXHIBIT 15

SearchApi APIs Pricing More Sign in Sign up

WHAT'S NEW See our recent updates

# Google Search API

## Real-time SERP API for easy SERP scraping

- Pay only for successful searches
- Precise coordinate-level geo-targetting
- 99.9% success rate

Get 100 Free Requests | View Documentation

No credit card required.

```
curl --get https://www.searchapi.io/api/v1/search \
  -d engine="google" \
  -d q="chatgpt"
```

Try live example

EXTENSIVE SEARCH RESULTS

## Get JSON results in seconds

Coffee | Test Search

## DEVELOPER EXPERIENCE

# Easy integration

Integrating is as simple as making a GET HTTP request.

```
GET

https://www.searchapi.io/api/v1/search?engine=google&q=chatgpt
```

```
Request                                      Python    requests

import requests

url = "https://www.searchapi.io/api/v1/search"
params = {
  "engine": "google",
  "q": "chatgpt"
}
```

```
response = requests.get(url, params=params)
print(response.text)
```



RICH SNIPPETS

# All-in-one platform

Supporting a vast array of rich snippets found on web pages, we continually update our platform to include new ones as they become available.

✓ **Organic Results**
Access position, snippet, link, date, sitelinks, rich snippets, nested results, and much more.

✓ **Knowledge Graph**
Obtain search query-related information within search results' knowledge blocks.

✓ **Ads**
Scrape all types of Google ads, along with their positions on the search result page.

✓ **People Also Ask**
Explore frequently asked questions related to the search query.

✓ **News Results**
Extract inline news within organic results, including thumbnail, description, and target URL.

✓ **Maps Results**
Retrieve Google Maps search results for local businesses like stores, restaurants, and more.

✓ **Related searches**
Discover relevant keywords for your content with related searches.

✓ **AI Overview**
Retrieve AI-powered answers to your questions directly from search results.

LEGAL COVERAGE



# Legal Protection Guarantee

We accept legal responsibility for how SearchApi collects and parses publicly available search results, backed by up to $2M in coverage. This protection applies to customers worldwide, operates under U.S. law, and does not cover your use of the data or unlawful activities.

SIMPLE PRICING

# Pricing plans

✓ Pay per success    ✓ Built in location geo-targetting    ✓ Only premium proxies

[ Regular | High Volume ]

### Developer Plan
$4 per 1,000 searches

**$40** / month

[ Buy Developer Plan ]

● Standard speed
○ Enhanced speed

**WHAT'S INCLUDED**
✓ 10,000 Searches
✓ 99.9% SLA

### Production Plan
$3 per 1,000 searches

**$100** / month

[ Buy Production Plan ]

● Standard speed
○ Enhanced speed

**WHAT'S INCLUDED**
✓ 35,000 Searches
✓ Team Management
✓ Legal Protection Guarantee
✓ 99.9% SLA

### BigData Plan
$2.5 per 1,000 searches

**$250** / month

[ Buy BigData Plan ]

● Standard speed

### Scale Plan
$2 per 1,000 searches

**$500** / month

[ Buy Scale Plan ]

● Standard speed

|  | Enhanced speed |  |  | Enhanced speed |  |

**WHAT'S INCLUDED**

- ✓ 100,000 Searches
- ✓ Team Management
- ✓ Legal Protection Guarantee
- ✓ 99.9% SLA
- ✓ Medium Throughput

**WHAT'S INCLUDED**

- ✓ 250,000 Searches
- ✓ Team Management
- ✓ Legal Protection Guarantee
- ✓ 99.9% SLA
- ✓ High Throughput
- ✓ Search Analytics

## TRUSTED BY INDUSTRY LEADERS



**ROBUST INFRASTRUCTURE**

# Handle even the most demanding needs





**Performance**

## Sub-2 second average response time

Optimized for low latency, delivering rapid results for AI applications, SEO analysis, and research.



**100% Success Rate**

## Guaranteed query completion

Guaranteed success with built-in auto-retry mechanism and adaptive error handling to ensure complete data collection.



**Proxy Management**

## Scalable proxy rotation

Our built-in proxy rotator and auto-retry mechanisms ensure scalability, handling millions of searches daily across a global network of 100M+ proxies.



**Captcha Solving**

## Advanced CAPTCHA bypass

Mimics real human behavior with full browser rendering, JavaScript execution, and CAPTCHA solving for uninterrupted data scraping.



Integrations

## Open-source integrations

Easily integrate with popular open-source tools like Dify, Flowise, LangChain, and Haystack to extend functionality with minimal setup.

# Frequently asked questions

If you can't find what you're looking for, you can always send us an email with your enquiry.

**What data does the Google Search API provide?**

Our Google Search API provides a wealth of data including organic search results, paid search results, knowledge graph entries, local map listings, featured snippets, and related search queries. It captures real-time search engine results pages as seen by users.

**Can I use the Google Search API for keyword rank tracking?**

Absolutely. The Google Search API is designed to help you monitor keyword rankings and their positions on the search results page. You can track keywords for specific locations, devices, and languages.

**How often is the data from the Google Search API updated?**

The data is fetched in real-time, ensuring that you always get the most current Search data whenever you make a request. This allows you to stay updated with the ever-changing search engine landscape.

Can I use the Google Search API to monitor my competitors' paid ads?

Yes, the Google Search API includes data on paid ads, allowing you to analyze competitors' ad copy, display URLs, and ad positioning.

How do I integrate the Google Search API with my application?

Integration is straightforward. Refer to our Google Search API documentation for request examples.



---



Making public data accessible to everyone.

**ADDRESS**

SearchApi, LLC
447 Broadway, 2nd Floor, 376,
New York, NY 10013

EMAIL

support@searchapi.io

 

| APIS | | PRODUCT | LEGAL |
|---|---|---|---|
| Google SERP API | Google AI Mode API | Pricing | Privacy Policy |
| Google Ads Transparency | Google Shopping API | Status Page | Terms of Service |
| Google Maps API | Google Local API | Affiliate Program | |
| Google Trends API | Google Flights API | Press | |
| Google Hotels API | Google Videos API | Careers | |
| Google Images API | Google Shorts API | | |
| Google Lens API | Google News API | | |
| Google Autocomplete API | Google Scholar API | | |
| Google Forums API | Google Finance API | | |
| Google Patents API | Google Jobs API | | |
| Google Events API | Amazon Search API | | |
| Shein Search API | Bing Search API | | |
| Baidu Search API | Google Play API | | |
| Bing Images API | Apple App Store API | | |
| Yandex Search API | Yandex Reverse Image | | |
| Bing Videos API | YouTube Search API | | |
| DuckDuckGo API | Yahoo Search API | | |
| Walmart Search API | Naver Search API | | |
| eBay Search API | Meta Ad Library API | | |
| LinkedIn Ad Library API | Reddit Ad Library API | | |
| TikTok Ads Library API | TikTok Profile API | | |
| Google AI Overview API | Airbnb Search API | | |
| Facebook Business Page | Instagram Profile API | | |

© 2026 SearchApi. All rights reserved.