# EXHIBIT 16

SerpApi

API DASHBOARD

- Your Account
- Your API Metrics
- Your Searches
- Your Playground

API DOCUMENTATION

- Google Search API
- AI Overview
- About Carousel
- Ad Results
- Answer Box
- Available On
- Broaden Searches
- Buying Guide
- Complementary Results
- Courses
- DMCA Messages
- Discover More Places
- Discussions and Forums
- Episode Guide
- Events Results
- Find Results On
- Google About This Result API
- Google Ads Transparency API
- Grammar Check
- Immersive Products
- Inline Images
- Inline People Also Search For
- Inline Products
- Inline Shopping
- Inline Videos
- Jobs Results
- Knowledge Graph
- Latest From
- Latest Posts
- Local Ads
- Local News
- Local Pack
- Menu Highlights
- News Results
- Nutrition Information
- Organic Results
- Pagination
- Perspectives
- Places Sites
- Popular Destinations
- Product Result
- Product Sites

# Google Search Engine Results API

API uptime 99.505%

`/search` API endpoint allows you to scrape the results from Google search engine via our SerpApi service. Head to the playground for a live and interactive demo. You can query `https://serpapi.com/search` using a `GET` request.

## API Parameters

### Search Query

| | | |
|---|---|---|
| q | Required | Parameter defines the query you want to search. You can use anything that you would use in a regular Google search. e.g. `inurl:`, `site:`, `intitle:`. We also support advanced search query parameters such as as_dt and as_eq. See the full list of supported advanced search query parameters. |

### Geographic Location

| | | |
|---|---|---|
| location | Optional | Parameter defines from where you want the search to originate. If several locations match the location requested, we'll pick the most popular one. Head to the /locations.json API if you need more precise control. The location and uule parameters can't be used together. It is recommended to specify location at the city level in order to simulate a real user's search. If location is omitted, the search may take on the location of the proxy. |
| uule | Optional | Parameter is the Google encoded location you want to use for the search. uule and location parameters can't be used together. |

### Advanced Google Parameters

| | | |
|---|---|---|
| ludocid | Optional | Parameter defines the Google CID (customer identifier) of a place. This parameter can be found in Google Search API and Google Local API local results under the name of place_id, as well as in Google Maps API local results under the name of data_cid. You can also acquire it using Google's CID converter. |
| lsig | Optional | Parameter that you might have to use to force the knowledge graph map view to show up. You can find the lsig ID by using our Local Pack API or Google Local API. lsig ID is also available via a redirect Google uses within Google My Business. |
| kgmid | Optional | Parameter defines the id ( `KGMID` ) of the Google Knowledge Graph listing you want to scrape. Also known as Google Knowledge Graph ID. Searches with kgmid parameter will return results for the originally encrypted search parameters. For some searches, kgmid may override all other parameters except start, and num parameters. |
| si | Optional | Parameter defines the cached search parameters of the Google Search you want to scrape. Searches with si parameter will return results for the originally encrypted search parameters. For some searches, si may override all other parameters except start, and num parameters. si can be used to scrape Google Knowledge Graph Tabs. |
| ibp | Optional | Parameter is responsible for rendering layouts and expansions for some elements (e.g., `gwp;0,7` to expand searches with `ludocid` for expanded knowledge graph). |
| uds | Optional | Parameter enables to filter search. It's a string provided by Google as a filter. `uds` values are provided under the section: `filters` with `uds`, `q` and `serpapi_link` values provided for each filter. |

### Localization

INTERNET ARCHIVE WaybackMachine https://serpapi.com/search-api Go 177 captures 4 Apr 2019 - 20 Dec 2025 JUN AUG OCT 23 2024 2025 2026 About this capture

SerpApi

API DASHBOARD

- Your Account
- Your API Metrics
- Your Searches
- Your Playground

API DOCUMENTATION

- Google Search API
- AI Overview
- About Carousel
- Ad Results
- Answer Box
- Available On
- Broaden Searches
- Buying Guide
- Complementary Results
- Courses
- DMCA Messages
- Discover More Places
- Discussions and Forums
- Episode Guide
- Events Results
- Find Results On
- Google About This Result API
- Google Ads Transparency API
- Grammar Check
- Immersive Products
- Inline Images
- Inline People Also Search For
- Inline Products
- Inline Shopping
- Inline Videos
- Jobs Results
- Knowledge Graph
- Latest From
- Latest Posts
- Local Ads
- Local News
- Local Pack
- Menu Highlights
- News Results
- Nutrition Information
- Organic Results
- Pagination
- Perspectives
- Places Sites
- Popular Destinations
- Product Result
- Product Sites

values are provided under the section: `filters` with `uds`, `q` and `serpapi_link` values provided for each filter.

## Localization

| | | |
|---|---|---|
| google_domain | Optional | Parameter defines the Google domain to use. It defaults to `google.com`. Head to the Google domains page for a full list of supported Google domains. |
| gl | Optional | Parameter defines the country to use for the Google search. It's a two-letter country code. (e.g., `us` for the United States, `uk` for United Kingdom, or `fr` for France). Head to the Google countries page for a full list of supported Google countries. |
| hl | Optional | Parameter defines the language to use for the Google search. It's a two-letter language code. (e.g., `en` for English, `es` for Spanish, or `fr` for French). Head to the Google languages page for a full list of supported Google languages. |
| cr | Optional | Parameter defines one or multiple countries to limit the search to. It uses `country{two-letter upper-case country code}` to specify countries and `\|` as a delimiter. (e.g., `countryFR\|countryDE` will only search French and German pages). Head to the Google cr countries page for a full list of supported countries. |
| lr | Optional | Parameter defines one or multiple languages to limit the search to. It uses `lang_{two-letter language code}` to specify languages and `\|` as a delimiter. (e.g., `lang_fr\|lang_de` will only search French and German pages). Head to the Google lr languages page for a full list of supported languages. |

## Advanced Filters

| | | |
|---|---|---|
| tbs | Optional | (to be searched) parameter defines advanced search parameters that aren't possible in the regular query field. (e.g., advanced search for patents, dates, news, videos, images, apps, or text contents). |
| safe | Optional | Parameter defines the level of filtering for adult content. It can be set to `active` or `off`, by default Google will blur explicit content. |
| nfpr | Optional | Parameter defines the exclusion of results from an auto-corrected query when the original query is spelled wrong. It can be set to `1` to exclude these results, or `0` to include them (default). Note that this parameter may not prevent Google from returning results for an auto-corrected query if no other results are available. |
| filter | Optional | Parameter defines if the filters for 'Similar Results' and 'Omitted Results' are on or off. It can be set to `1` (default) to enable these filters, or `0` to disable these filters. |

## Search Type

tbm — Optional — (to be matched) parameter defines the type of search you want to do.

It can be set to:
`(no tbm parameter)`: regular Google Search,
`isch`: Google Images API,
`lcl` - Google Local API
`vid`: Google Videos API,
`nws`: Google News API,
`shop`: Google Shopping API,
`pts`: Google Patents API,
or any other Google service.

## Pagination

| | | |
|---|---|---|
| start | Optional | Parameter defines the result offset. It skips the given number of results. It's used for pagination. (e.g., `0` (default) is the first page of results, `10` is the 2nd page of results, `20` is the 3rd page of results, etc.). |

Document title: Google Search Engine Results API - SerpApi
Capture URL: https://web.archive.org/web/20250823062840/https:/serpapi.com/search-api#api-parameters-geographic-location
Capture timestamp (UTC): Tue, 20 Jan 2026 16:02:40 GMT
Page 2 of 24

start | Optional | Parameter defines the result offset. It skips the given number of results. It's used for pagination. (e.g., 0 (default) is the first page of results, 10 is the 2nd page of results, 20 is the 3rd page of results, etc.).

Google Local Results only accepts multiples of 20 (e.g. 20 for the second page results, 40 for the third page results, etc.) as the start value.

num | Optional | Parameter defines the maximum number of results to return. (e.g., 10 (default) returns 10 results, 40 returns 40 results, and 100 returns 100 results).

The use of num may introduce latency, and/or prevent the inclusion of specialized result types. It is better to omit this parameter unless it is strictly necessary to increase the number of results per page.

Results are not guaranteed to have the number of results specified in num.

## Serpapi Parameters

| | | |
|---|---|---|
| engine | Optional | Set parameter to google (default) to use the Google API engine. |
| device | Optional | Parameter defines the device to use to get the results. It can be set to desktop (default) to use a regular browser, tablet to use a tablet browser (currently using iPads), or mobile to use a mobile browser. |
| no_cache | Optional | Parameter will force SerpApi to fetch the Google results even if a cached version is already present. A cache is served only if the query and all parameters are exactly the same. Cache expires after 1h. Cached searches are free, and are not counted towards your searches per month. It can be set to false (default) to allow results from the cache, or true to disallow results from the cache. no_cache and async parameters should not be used together. |
| async | Optional | Parameter defines the way you want to submit your search to SerpApi. It can be set to false (default) to open an HTTP connection and keep it open until you got your search results, or true to just submit your search to SerpApi and retrieve them later. In this case, you'll need to use our Searches Archive API to retrieve your results. async and no_cache parameters should not be used together. async should not be used on accounts with Ludicrous Speed enabled. |
| zero_trace | Optional | Enterprise only. Parameter enables ZeroTrace mode. It can be set to false (default) or true . Enable this mode to skip storing search parameters, search files, and search metadata on our servers. This may make debugging more difficult. |
| api_key | Required | Parameter defines the SerpApi private key to use. |
| output | Optional | Parameter defines the final output you want. It can be set to json (default) to get a structured JSON of the results, or html to get the raw html retrieved. |
| json_restrictor | Optional | Parameter defines the fields you want to restrict in the response. For example, setting it to organic_results[].{title,snippet} will only return the title and snippet of the organic results. See JSON Restrictor for more details. |

## Note on Search Queries using the parameter num

Due to Google's new Knowledge Graph layout, Google is ignoring the num parameter for the first page of results in many searches related to celebrities, famous groups, and popular media.

When start parameter is used and set to 1 or higher, the num parameter works as expected.

Until Google resolves this issue, if necessary, you may set start to 1 in order to get the parameter num to work normally.

However, the first Organic Results item and the Knowledge Graph will not be returned when using this approach.

Document title: Google Search Engine Results API - SerpApi
Capture URL: https://web.archive.org/web/20250823062840/https:/serpapi.com/search-api#api-parameters-geographic-location
Capture timestamp (UTC): Tue, 20 Jan 2026 16:02:40 GMT
Page 3 of 24


to get the parameter `num` to work normally.

However, the first Organic Results item and the Knowledge Graph will not be returned when using this approach.

SerpApi

API DASHBOARD

- Your Account
- Your API Metrics
- Your Searches
- Your Playground

API DOCUMENTATION

- Google Search API
- AI Overview
- About Carousel
- Ad Results
- Answer Box
- Available On
- Broaden Searches
- Buying Guide
- Complementary Results
- Courses
- DMCA Messages
- Discover More Places
- Discussions and Forums
- Episode Guide
- Events Results
- Find Results On
- Google About This Result API
- Google Ads Transparency API
- Grammar Check
- Immersive Products
- Inline Images
- Inline People Also Search For
- Inline Products
- Inline Shopping
- Inline Videos
- Jobs Results
- Knowledge Graph
- Latest From
- Latest Posts
- Local Ads
- Local News
- Local Pack
- Menu Highlights
- News Results
- Nutrition Information
- Organic Results
- Pagination
- Perspectives
- Places Sites
- Popular Destinations
- Product Result
- Product Sites

## API Results

### JSON Results

JSON output includes structured data for organic results, local results, ad results, the knowledge graph, direct answer boxes, images results, news results, shopping results, video results, and more.

A search status is accessible through `search_metadata.status`. It flows this way: `Processing` -> `Success` || `Error`. If a search has failed, `error` will contain an error message. `search_metadata.id` is the search ID inside SerpApi.

### HTML Results

HTML output is useful to debug JSON results or support features not supported yet by SerpApi.
HTML output gives you the raw HTML results from Google.

## API Examples

### Example with `q`: `Coffee` parameter

JSON Example

{
"search_metadata": {
"id": "61afb3ace7d08a685b3bcbb1",
"status": "Success",
"json_endpoint": "https://serpapi.com/searches/c292c1c1fe1
"created_at": "2021-12-07 19:19:08 UTC",
"processed_at": "2021-12-07 19:19:08 UTC",
"google_url": "https://www.google.com/search?q=coffee&oq=cof
"raw_html_file": "https://serpapi.com/searches/c292c1c1fe17
"total_time_taken": 1.52
},
"search_parameters": {
"engine": "google",
"q": "coffee",
"location_requested": "Austin, Texas, United States",
"location_used": "Austin,Texas,United States",
"google_domain": "google.com",
"hl": "en",
"gl": "us",
"device": "desktop"
},
"search_information": {
"organic_results_state": "Results for exact spelling",
"query_displayed": "coffee",
"total_results": 1340000000,
"time_taken_displayed": 0.99
},
"recipes_results": [
{
"title": "Bulletproof Coffee Recipe",
"link": "https://www.bulletproof.com/recipes/bulletproof-

SerpApi

API DASHBOARD

- Your Account
- Your API Metrics
- Your Searches
- Your Playground

API DOCUMENTATION

- Google Search API
- AI Overview
- About Carousel
- Ad Results
- Answer Box
- Available On
- Broaden Searches
- Buying Guide
- Complementary Results
- Courses
- DMCA Messages
- Discover More Places
- Discussions and Forums
- Episode Guide
- Events Results
- Find Results On
- Google About This Result API
- Google Ads Transparency API
- Grammar Check
- Immersive Products
- Inline Images
- Inline People Also Search For
- Inline Products
- Inline Shopping
- Inline Videos
- Jobs Results
- Knowledge Graph
- Latest From
- Latest Posts
- Local Ads
- Local News
- Local Pack
- Menu Highlights
- News Results
- Nutrition Information
- Organic Results
- Pagination
- Perspectives
- Places Sites
- Popular Destinations
- Product Result
- Product Sites

},
"recipes_results": [
{
"title": "Bulletproof Coffee Recipe",
"link": "https://www.bulletproof.com/recipes/bulletproof-
"source": "Bulletproof",
"total_time": "5 min",
"ingredients": [
"Mct oil",
"bulletproof coffee",
"grass fed"
],
"thumbnail": "https://encrypted-tbn0.gstatic.com/images?
},
{
"title": "Whipped Coffee",
"link": "https://cooking.nytimes.com/recipes/1021005-whi
"source": "NYT Cooking - The New York Times",
"rating": 4,
"reviews": 770,
"ingredients": [
"Instant coffee",
"ice",
"milk",
"hot water"
],
"thumbnail": "https://encrypted-tbn0.gstatic.com/images?
},
{
"title": "Coffee recipes",
"link": "https://www.bbcgoodfood.com/recipes/collection/
"source": "BBC Good Food",
"ingredients": [
"Instant coffee"
],
"thumbnail": "https://encrypted-tbn0.gstatic.com/images?
}
],
"shopping_results": [
{
"position": 1,
"block_position": "top",
"title": "mudwtr.com - MUD\\WTR | Mushroom Coffee Alternat
"price": "$50.00",
"extracted_price": 50,
"link": "https://www.google.com/aclk?sa=l&ai=DChcSEwiZtL
"source": "mudwtr.com",
"reviews": 6000,
"thumbnail": "https://serpapi.com/searches/61afb3ace7d08
},
{
"position": 2,
"block_position": "top",
"title": "mudwtr.com - MUD\\WTR | Mushroom Coffee Replace
"price": "$125.00",
"extracted_price": 125,
"link": "https://www.google.com/aclk?sa=l&ai=DChcSEwiZtL
"source": "mudwtr.com",
"reviews": 2000,
"thumbnail": "https://serpapi.com/searches/61afb3ace7d08
},
{
"position": 3,
"block_position": "top",
"title": "Angelino's Coffee - 96ct Flavored Coffee Experie
"price": "$49.95",
"extracted_price": 49.95,
"link": "https://www.google.com/aclk?sa=l&ai=DChcSEwiZtL
"source": "Angelino's Coffee",
"reviews": 55,

SerpApi

API DASHBOARD

- Your Account
- Your API Metrics
- Your Searches
- Your Playground

API DOCUMENTATION

- Google Search API
  - AI Overview
  - About Carousel
  - Ad Results
  - Answer Box
  - Available On
  - Broaden Searches
  - Buying Guide
  - Complementary Results
  - Courses
  - DMCA Messages
  - Discover More Places
  - Discussions and Forums
  - Episode Guide
  - Events Results
  - Find Results On
  - Google About This Result API
  - Google Ads Transparency API
  - Grammar Check
  - Immersive Products
  - Inline Images
  - Inline People Also Search For
  - Inline Products
  - Inline Shopping
  - Inline Videos
  - Jobs Results
  - Knowledge Graph
  - Latest From
  - Latest Posts
  - Local Ads
  - Local News
  - Local Pack
  - Menu Highlights
  - News Results
  - Nutrition Information
  - Organic Results
  - Pagination
  - Perspectives
  - Places Sites
  - Popular Destinations
  - Product Result
  - Product Sites

```
      "price": "$49.95",
      "extracted_price": 49.95,
      "link": "https://www.google.com/aclk?sa=l&ai=DChcSEwiZtL
      "source": "Angelino's Coffee",
      "reviews": 55,
      "thumbnail": "https://serpapi.com/searches/61afb3ace7d08
    }
  ],
  "local_map": {
    "link": "https://www.google.com/search?gl=us&hl=en&q=coffee
    "image": "https://serpapi.com/searches/61afb3ace7d08a685b3
    "gps_coordinates": {
      "latitude": 30.267485,
      "longitude": -97.74256
    }
  },
  "local_results": {
    "more_locations_link": "https://www.google.com/search?gl=u
    "places": [
      {
        "position": 1,
        "title": "Houndstooth Coffee",
        "place_id": "11265938073076301333",
        "lsig": "AB86z5Vdw6C2pJpM0xQ6JUx2KONU",
        "place_id_search": "https://serpapi.com/search.json?dev
        "rating": 4.6,
        "reviews": 746,
        "price": "$$",
        "type": "Coffee shop",
        "address": "401 Congress Ave #100c · In Frost Bank Towe
        "thumbnail": "https://serpapi.com/searches/61afb3ace7d
        "gps_coordinates": {
          "latitude": 30.2664,
          "longitude": -97.74278
        }
      },
      {
        "position": 2,
        "title": "Starbucks",
        "place_id": "10605736027611436825",
        "lsig": "AB86z5XTJ_Io_anVBu2fU62aqu3b",
        "place_id_search": "https://serpapi.com/search.json?dev
        "rating": 4.1,
        "reviews": 509,
        "price": "$$",
        "type": "Coffee shop",
        "address": "600 Congress Ave",
        "thumbnail": "https://serpapi.com/searches/61afb3ace7d
        "gps_coordinates": {
          "latitude": 30.26826,
          "longitude": -97.74296
        }
      },
      {
        "position": 3,
        "title": "The Hideout Coffee House",
        "place_id": "15498522356495312950",
        "lsig": "AB86z5WSxdnDKVF_iLXNN6Lg0UQ5",
        "place_id_search": "https://serpapi.com/search.json?dev
        "rating": 4.4,
        "reviews": 374,
        "price": "$",
        "type": "Coffee shop",
        "address": "617 Congress Ave",
        "thumbnail": "https://lh5.googleusercontent.com/p/AF1Q
        "gps_coordinates": {
          "latitude": 30.268572,
          "longitude": -97.742165
        }
      }
    ]
```

INTERNET ARCHIVE WaybackMachine
https://serpapi.com/search-api Go
177 captures
4 Apr 2019 - 20 Dec 2025
JUN AUG OCT
23
2024 2025 2026
About this capture

SerpApi

API DASHBOARD

- Your Account
- Your API Metrics
- Your Searches
- Your Playground

API DOCUMENTATION

- Google Search API
  - AI Overview
  - About Carousel
  - Ad Results
  - Answer Box
  - Available On
  - Broaden Searches
  - Buying Guide
  - Complementary Results
  - Courses
  - DMCA Messages
  - Discover More Places
  - Discussions and Forums
  - Episode Guide
  - Events Results
  - Find Results On
  - Google About This Result API
  - Google Ads Transparency API
  - Grammar Check
  - Immersive Products
  - Inline Images
  - Inline People Also Search For
  - Inline Products
  - Inline Shopping
  - Inline Videos
  - Jobs Results
  - Knowledge Graph
  - Latest From
  - Latest Posts
  - Local Ads
  - Local News
  - Local Pack
  - Menu Highlights
  - News Results
  - Nutrition Information
  - Organic Results
  - Pagination
  - Perspectives
  - Places Sites
  - Popular Destinations
  - Product Result
  - Product Sites

```
          "latitude": 30.268572,
          "longitude": -97.742165
        }
      }
    ]
  },
  "knowledge_graph": {
    "title": "Coffee",
    "type": "Drink",
    "kgmid": "/m/02vqfm",
    "knowledge_graph_search_link": "https://www.google.com/sea
    "serpapi_knowledge_graph_search_link": "https://serpapi.co
    "header_images": [
      {
        "image": "https://serpapi.com/searches/61afb3ace7d08a6
        "source": "https://en.wikipedia.org/wiki/Coffee"
      },
      {
        "image": "https://serpapi.com/searches/61afb3ace7d08a6
        "source": "https://www.nbcnews.com/better/lifestyle/ho
      },
      {
        "image": "https://serpapi.com/searches/61afb3ace7d08a6
        "source": "https://austin.eater.com/maps/best-coffee-au
      },
      {
        "image": "https://serpapi.com/searches/61afb3ace7d08a6
        "source": "https://www.cancer.org/latest-news/coffee-an
      }
    ],
    "description": "Coffee is a brewed drink prepared from roast
    "source": {
      "name": "Wikipedia",
      "link": "https://en.wikipedia.org/wiki/Coffee"
    },
    "patron_saint": "Saint Drogo",
    "patron_saint_links": [
      {
        "text": "Patron saint",
        "link": "https://www.google.com/search?gl=us&hl=en&q=co
      }
    ],
    "species_of_coffee": [
      {
        "name": "Coffea arabica",
        "link": "https://www.google.com/search?gl=us&hl=en&q=Co
        "image": "https://serpapi.com/searches/61afb3ace7d08a6
      },
      {
        "name": "Robusta coffee",
        "link": "https://www.google.com/search?gl=us&hl=en&q=Ro
        "image": "https://serpapi.com/searches/61afb3ace7d08a6
      },
      {
        "name": "Coffea liberica",
        "link": "https://www.google.com/search?gl=us&hl=en&q=Co
        "image": "https://serpapi.com/searches/61afb3ace7d08a6
      },
      {
        "name": "Hemileia vastatrix",
        "link": "https://www.google.com/search?gl=us&hl=en&q=He
        "image": "https://serpapi.com/searches/61afb3ace7d08a6
      },
      {
        "name": "Coffea stenophylla",
        "link": "https://www.google.com/search?gl=us&hl=en&q=Co
        "image": "https://serpapi.com/searches/61afb3ace7d08a6
      }
    ],
    "species_of_coffee_link": "https://www.google.com/search?gl=
```

SerpApi

API DASHBOARD

Your Account
Your API Metrics
Your Searches
Your Playground

API DOCUMENTATION

Google Search API
AI Overview
About Carousel
Ad Results
Answer Box
Available On
Broaden Searches
Buying Guide
Complementary Results
Courses
DMCA Messages
Discover More Places
Discussions and Forums
Episode Guide
Events Results
Find Results On
Google About This Result API
Google Ads Transparency API
Grammar Check
Immersive Products
Inline Images
Inline People Also Search For
Inline Products
Inline Shopping
Inline Videos
Jobs Results
Knowledge Graph
Latest From
Latest Posts
Local Ads
Local News
Local Pack
Menu Highlights
News Results
Nutrition Information
Organic Results
Pagination
Perspectives
Places Sites
Popular Destinations
Product Result
Product Sites

```
      "link": "https://www.google.com/search?gl=us&hl=en&q=C
      "image": "https://serpapi.com/searches/61afb3ace7d08a6
    }
  ],
  "species_of_coffee_link": "https://www.google.com/search?gl=
  "species_of_coffee_stick": "H4sIAAAAAAAAAONgFuLUz9U3MCorTMt
  "coffee_books": [
    {
      "name": "The World Atlas of Coffee: F...",
      "link": "https://www.google.com/search?gl=us&hl=en&q=Th
      "image": "https://serpapi.com/searches/61afb3ace7d08a6
    },
    {
      "name": "Craft Coffee: A Manual",
      "link": "https://www.google.com/search?gl=us&hl=en&q=Cr
      "image": "https://serpapi.com/searches/61afb3ace7d08a6
    },
    {
      "name": "The Professional Barista's...",
      "link": "https://www.google.com/search?gl=us&hl=en&q=Th
      "image": "https://serpapi.com/searches/61afb3ace7d08a6
    },
    {
      "name": "The Curious Barista's...",
      "link": "https://www.google.com/search?gl=us&hl=en&q=Th
      "image": "https://serpapi.com/searches/61afb3ace7d08a6
    },
    {
      "name": "Uncommon Grounds: The Hist...",
      "link": "https://www.google.com/search?gl=us&hl=en&q=Un
      "image": "https://serpapi.com/searches/61afb3ace7d08a6
    }
  ],
  "coffee_books_link": "https://www.google.com/search?gl=us&hl
  "coffee_books_stick": "H4sIAAAAAAAAAONgFuLUz9U3MCorTMtVQjC1I
  "people_also_search_for": [
    {
      "name": "Tea",
      "link": "https://www.google.com/search?gl=us&hl=en&q=Te
      "image": "https://serpapi.com/searches/61afb3ace7d08a6
    },
    {
      "name": "Espresso",
      "link": "https://www.google.com/search?gl=us&hl=en&q=Es
      "image": "https://serpapi.com/searches/61afb3ace7d08a6
    },
    {
      "name": "Drink",
      "link": "https://www.google.com/search?gl=us&hl=en&q=Be
      "image": "https://serpapi.com/searches/61afb3ace7d08a6
    },
    {
      "name": "Iced coffee",
      "link": "https://www.google.com/search?gl=us&hl=en&q=Ic
      "image": "https://serpapi.com/searches/61afb3ace7d08a6
    },
    {
      "name": "Latte",
      "link": "https://www.google.com/search?gl=us&hl=en&q=La
      "image": "https://serpapi.com/searches/61afb3ace7d08a6
    }
  ],
  "people_also_search_for_link": "https://www.google.com/sea
  "people_also_search_for_stick": "H4sIAAAAAAAAAONgFuLUz9U3M
  "see_results_about": [
    {
      "name": "Coffee bean",
      "extensions": [
        "A coffee bean is a seed of the Coffea plant and the s
      ],
      "image": "https://serpapi.com/searches/61afb3ace7d08a6
```



INTERNET ARCHIVE WaybackMachine https://serpapi.com/search-api Go 177 captures 4 Apr 2019 - 20 Dec 2025 JUN AUG OCT 23 2024 2025 2026 About this capture

SerpApi
API DASHBOARD
Your Account
Your API Metrics
Your Searches
Your Playground
API DOCUMENTATION
Google Search API
AI Overview
About Carousel
Ad Results
Answer Box
Available On
Broaden Searches
Buying Guide
Complementary Results
Courses
DMCA Messages
Discover More Places
Discussions and Forums
Episode Guide
Events Results
Find Results On
Google About This Result API
Google Ads Transparency API
Grammar Check
Immersive Products
Inline Images
Inline People Also Search For
Inline Products
Inline Shopping
Inline Videos
Jobs Results
Knowledge Graph
Latest From
Latest Posts
Local Ads
Local News
Local Pack
Menu Highlights
News Results
Nutrition Information
Organic Results
Pagination
Perspectives
Places Sites
Popular Destinations
Product Result
Product Sites

```
        "name": "Coffee bean",
        "extensions": [
          "A coffee bean is a seed of the Coffea plant and the s
        ],
        "image": "https://serpapi.com/searches/61afb3ace7d08a6
      },
      {
        "name": "Coffee",
        "extensions": [
          "Plant"
        ],
        "image": "https://serpapi.com/searches/61afb3ace7d08a6
      }
    ],
    "list": {
      "total_fat": [
        "0 g",
        "0%"
      ],
      "saturated_fat": [
        "0 g",
        "0%"
      ],
      "trans_fat_regulation": [
        "0 g"
      ],
      "cholesterol": [
        "0 mg",
        "0%"
      ],
      "sodium": [
        "5 mg",
        "0%"
      ],
      "potassium": [
        "116 mg",
        "3%"
      ],
      "total_carbohydrate": [
        "0 g",
        "0%"
      ],
      "dietary_fiber": [
        "0 g",
        "0%"
      ],
      "sugar": [
        "0 g"
      ],
      "protein": [
        "0.3 g",
        "0%"
      ],
      "caffeine": [
        "95 mg"
      ],
      "vitamin_c": [
        "0%"
      ],
      "calcium": [
        "0%"
      ],
      "iron": [
        "0%"
      ],
      "vitamin_d": [
        "0%"
      ],
      "vitamin_b6": [
        "0%"
      ],
```

Document title: Google Search Engine Results API - SerpApi
Capture URL: https://web.archive.org/web/20250823062840/https:/serpapi.com/search-api#api-parameters-geographic-location
Capture timestamp (UTC): Tue, 20 Jan 2026 16:02:40 GMT
Page 9 of 24



```
          "0%"
        ],
        "vitamin_b6": [
          "0%"
        ],
        "cobalamin": [
          "0%"
        ],
        "magnesium": [
          "1%"
        ]
      }
    },
    "discover_more_places": [
      {
        "title": "Takeout",
        "link": "https://www.google.com/search?gl=us&hl=en&tbm=l
        "images": [
          "https://lh3.googleusercontent.com/QE3L93qm5Lz1UM1SZwP
        ]
      },
      {
        "title": "Delivery",
        "link": "https://www.google.com/search?gl=us&hl=en&tbm=l
        "images": [
          "https://lh3.googleusercontent.com/t204sQ6xcx_aUaQET-8
        ]
      },
      {
        "title": "Coffee and Wi-Fi",
        "link": "https://www.google.com/search?gl=us&hl=en&tbm=l
        "images": [
          "https://lh5.googleusercontent.com/p/AF1QipP4YxFeZQnTs
        ]
      },
      {
        "title": "Coffee shops",
        "link": "https://www.google.com/search?gl=us&hl=en&tbm=l
        "images": [
          "https://lh5.googleusercontent.com/p/AF1QipPYvOSktWe_N
        ]
      },
      {
        "title": "Best coffee",
        "link": "https://www.google.com/search?gl=us&hl=en&tbm=l
        "images": [
          "https://lh5.googleusercontent.com/p/AF1QipMpg1hK3bFIX
        ]
      },
      {
        "title": "Best breakfasts",
        "link": "https://www.google.com/search?gl=us&hl=en&tbm=l
        "images": [
          "https://lh5.googleusercontent.com/p/AF1QipN3TIQ6EmxL0
        ]
      }
    ],
    "related_questions": [
      {
        "question": "What coffee does to your body?",
        "snippet": "The Bottom Line Not only can your daily cup
        "title": "13 Health Benefits of Coffee, Based on Science -
        "link": "https://www.healthline.com/nutrition/top-13-evi
        "displayed_link": "https://www.healthline.com › nutritio
      },
      {
        "question": "Is coffee made from poop?",
        "snippet": "Kopi luwak is coffee made from coffee cherries
        "title": "Kopi Luwak: 'World's Most Expensive Coffee' Is
        "link": "https://www.businessinsider.com/kopi-luwak-cat-
```

INTERNET ARCHIVE WaybackMachine
https://serpapi.com/search-api Go
177 captures
4 Apr 2019 - 20 Dec 2025
JUN AUG OCT
23
2024 2025 2026
About this capture

SerpApi

API DASHBOARD

Your Account
Your API Metrics
Your Searches
Your Playground

API DOCUMENTATION

Google Search API
AI Overview
About Carousel
Ad Results
Answer Box
Available On
Broaden Searches
Buying Guide
Complementary Results
Courses
DMCA Messages
Discover More Places
Discussions and Forums
Episode Guide
Events Results
Find Results On
Google About This Result API
Google Ads Transparency API
Grammar Check
Immersive Products
Inline Images
Inline People Also Search For
Inline Products
Inline Shopping
Inline Videos
Jobs Results
Knowledge Graph
Latest From
Latest Posts
Local Ads
Local News
Local Pack
Menu Highlights
News Results
Nutrition Information
Organic Results
Pagination
Perspectives
Places Sites
Popular Destinations
Product Result
Product Sites

```
{
  "question": "Is coffee made from poop?",
  "snippet": "Kopi luwak is coffee made from coffee cherries
  "title": "Kopi Luwak: 'World's Most Expensive Coffee' Is a
  "link": "https://www.businessinsider.com/kopi-luwak-cat-p
  "displayed_link": "https://www.businessinsider.com › kop:
},
{
  "question": "Why is coffee bad for you?",
  "snippet": "Too much caffeine can also cause anxiety in pe
  "title": "Is coffee good or bad for your health? | News",
  "link": "https://www.hsph.harvard.edu/news/hsph-in-the-ne
  "displayed_link": "https://www.hsph.harvard.edu › news ›
},
{
  "question": "Is it healthy to drink coffee everyday?",
  "snippet": "Like so many foods and nutrients, too much co
  "title": "The Case For Drinking Coffee Is Stronger Than Ev
  "link": "https://time.com/4768860/is-coffee-good-for-you/
  "displayed_link": "https://time.com › is-coffee-good-for-y
}
],
"organic_results": [
{
  "position": 1,
  "title": "Coffee - Wikipedia",
  "link": "https://en.wikipedia.org/wiki/Coffee",
  "redirect_link": "https://www.google.com/url?sa=t&source=
  "displayed_link": "https://en.wikipedia.org › wiki › Coffe
  "snippet": "Coffee is a brewed drink prepared from roasted
  "sitelinks": {
    "inline": [
      {
        "title": "Coffee bean",
        "link": "https://en.wikipedia.org/wiki/Coffee_bean"
      },
      {
        "title": "History",
        "link": "https://en.wikipedia.org/wiki/History_of_c
      },
      {
        "title": "Coffee production",
        "link": "https://en.wikipedia.org/wiki/Coffee_produc
      },
      {
        "title": "Coffee preparation",
        "link": "https://en.wikipedia.org/wiki/Coffee_prepar
      }
    ]
  },
  "rich_snippet": {
    "bottom": {
      "extensions": [
        "Region of origin: Horn of Africa and South Ara...",
        "Color: Black, dark brown, light brown, beige",
        "Introduced: 15th century"
      ],
      "detected_extensions": {
        "introduced_th_century": 15
      }
    }
  },
  "about_this_result": {
    "source": {
      "description": "Wikipedia is a free content, multilin
      "source_info_link": "https://en.wikipedia.org/wiki/W:
      "security": "secure",
      "icon": "https://serpapi.com/searches/61afb3ace7d08a
    },
    "keywords": [
      "coffee"
```



https://serpapi.com/search-api
177 captures
4 Apr 2019 - 20 Dec 2025
JUN AUG OCT
23
2024 2025 2026
About this capture

**SerpApi**

API DASHBOARD

- Your Account
- Your API Metrics
- Your Searches
- Your Playground

API DOCUMENTATION

- Google Search API
  - AI Overview
  - About Carousel
  - Ad Results
  - Answer Box
  - Available On
  - Broaden Searches
  - Buying Guide
  - Complementary Results
  - Courses
  - DMCA Messages
  - Discover More Places
  - Discussions and Forums
  - Episode Guide
  - Events Results
  - Find Results On
  - Google About This Result API
  - Google Ads Transparency API
  - Grammar Check
  - Immersive Products
  - Inline Images
  - Inline People Also Search For
  - Inline Products
  - Inline Shopping
  - Inline Videos
  - Jobs Results
  - Knowledge Graph
  - Latest From
  - Latest Posts
  - Local Ads
  - Local News
  - Local Pack
  - Menu Highlights
  - News Results
  - Nutrition Information
  - Organic Results
  - Pagination
  - Perspectives
  - Places Sites
  - Popular Destinations
  - Product Result
  - Product Sites

```
        "security": "secure",
        "icon": "https://serpapi.com/searches/61afb3ace7d08a
      },
      "keywords": [
        "coffee"
      ],
      "languages": [
        "English"
      ],
      "regions": [
        "the United States"
      ]
    },
    "about_page_link": "https://google.com/search?q=About+htt
    "about_page_serpapi_link": "https://serpapi.com/search.js
    "cached_page_link": "https://webcache.googleusercontent.c
    "related_pages_link": "https://www.google.com/search?gl=u
  },
  {
    "position": 2,
    "title": "21 Excellent Coffee Shops in Austin",
    "link": "https://austin.eater.com/maps/best-coffee-austin-
    "redirect_link": "https://www.google.com/url?sa=t&rct=j&
    "displayed_link": "https://austin.eater.com › maps › best
    "date": "5 days ago",
    "snippet": "21 Excellent Coffee Shops in Austin · 1. Barre
    "about_this_result": {
      "source": {
        "description": "Eater is a food website by Vox Media.
        "source_info_link": "https://en.wikipedia.org/wiki/Ea
        "security": "secure",
        "icon": "https://serpapi.com/searches/61afb3ace7d08a
      },
      "keywords": [
        "coffee"
      ],
      "languages": [
        "English"
      ]
    },
    "about_page_link": "https://google.com/search?q=About+htt
    "about_page_serpapi_link": "https://serpapi.com/search.js
    "cached_page_link": "https://webcache.googleusercontent.c
  },
  {
    "position": 3,
    "title": "Home | The Coffee Bean & Tea Leaf",
    "link": "https://www.coffeebean.com/",
    "redirect_link": "https://www.google.com/url?sa=t&source=
    "displayed_link": "https://www.coffeebean.com",
    "snippet": "Icon of a bag of coffee being shipped to you.
    "sitelinks": {
      "inline": [
        {
          "title": "Store locator",
          "link": "https://www.coffeebean.com/store-locator"
        },
        {
          "title": "Coffee",
          "link": "https://www.coffeebean.com/cafe-menu/coffee
        },
        {
          "title": "Cafe Menu",
          "link": "https://www.coffeebean.com/cafe-menu"
        },
        {
          "title": "Flavored Coffee",
          "link": "https://store.coffeebean.com/collections/fl
        }
      ]
```

INTERNET ARCHIVE WaybackMachine
https://serpapi.com/search-api Go
177 captures
4 Apr 2019 - 20 Dec 2025
JUN AUG OCT
23
2024 2025 2026
About this capture

SerpApi

API DASHBOARD

Your Account
Your API Metrics
Your Searches
Your Playground

API DOCUMENTATION

Google Search API
AI Overview
About Carousel
Ad Results
Answer Box
Available On
Broaden Searches
Buying Guide
Complementary Results
Courses
DMCA Messages
Discover More Places
Discussions and Forums
Episode Guide
Events Results
Find Results On
Google About This Result API
Google Ads Transparency API
Grammar Check
Immersive Products
Inline Images
Inline People Also Search For
Inline Products
Inline Shopping
Inline Videos
Jobs Results
Knowledge Graph
Latest From
Latest Posts
Local Ads
Local News
Local Pack
Menu Highlights
News Results
Nutrition Information
Organic Results
Pagination
Perspectives
Places Sites
Popular Destinations
Product Result
Product Sites

```
          {
            "title": "Flavored Coffee",
            "link": "https://store.coffeebean.com/collections/fl
          }
        ]
      },
      "about_this_result": {
        "source": {
          "description": "The Coffee Bean & Tea Leaf is an Amer
          "source_info_link": "https://en.wikipedia.org/wiki/Th
          "security": "secure",
          "icon": "https://serpapi.com/searches/61afb3ace7d08a
        },
        "keywords": [
          "coffee"
        ],
        "related_keywords": [
          "coffees"
        ],
        "languages": [
          "English"
        ],
        "regions": [
          "the United States"
        ]
      },
      "about_page_link": "https://google.com/search?q=About+htt
      "about_page_serpapi_link": "https://serpapi.com/search.js
      "cached_page_link": "https://webcache.googleusercontent.c
      "related_pages_link": "https://www.google.com/search?gl=u
    },
    {
      "position": 4,
      "title": "coffee - Amazon.com",
      "link": "https://www.amazon.com/coffee/s?k=coffee",
      "redirect_link": "https://www.google.com/url?sa=t&rct=j&
      "displayed_link": "https://www.amazon.com › coffee › k=cof
      "thumbnail": "https://serpapi.com/searches/61afb3ace7d08a
      "displayed_results": "Results 1 - 48 of 20000+",
      "snippet": "Coffee is the most important way for anyone to
      "rich_snippet": {
        "top": {
          "detected_extensions": {
            "results_of": 1
          },
          "extensions": [
            "Results 1 - 48 of 20000+ —"
          ]
        }
      },
      "about_this_result": {
        "source": {
          "description": "Amazon.com, Inc. is an American mult
          "source_info_link": "https://en.wikipedia.org/wiki/Am
          "security": "secure",
          "icon": "https://serpapi.com/searches/61afb3ace7d08a
        },
        "keywords": [
          "coffee"
        ],
        "languages": [
          "English"
        ],
        "regions": [
          "the United States"
        ]
      },
      "about_page_link": "https://google.com/search?q=About+htt
      "about_page_serpapi_link": "https://serpapi.com/search.js
      "cached_page_link": "https://webcache.googleusercontent.c
    },
```


SerpApi

API DASHBOARD

- Your Account
- Your API Metrics
- Your Searches
- Your Playground

API DOCUMENTATION

- Google Search API
- AI Overview
- About Carousel
- Ad Results
- Answer Box
- Available On
- Broaden Searches
- Buying Guide
- Complementary Results
- Courses
- DMCA Messages
- Discover More Places
- Discussions and Forums
- Episode Guide
- Events Results
- Find Results On
- Google About This Result API
- Google Ads Transparency API
- Grammar Check
- Immersive Products
- Inline Images
- Inline People Also Search For
- Inline Products
- Inline Shopping
- Inline Videos
- Jobs Results
- Knowledge Graph
- Latest From
- Latest Posts
- Local Ads
- Local News
- Local Pack
- Menu Highlights
- News Results
- Nutrition Information
- Organic Results
- Pagination
- Perspectives
- Places Sites
- Popular Destinations
- Product Result
- Product Sites

```
  },
  "about_page_link": "https://google.com/search?q=About+htt
  "about_page_serpapi_link": "https://serpapi.com/search.js
  "cached_page_link": "https://webcache.googleusercontent.c
},
{
  "position": 5,
  "title": "Peet's Coffee: The Original Craft Coffee",
  "link": "https://www.peets.com/",
  "redirect_link": "https://www.google.com/url?sa=t&rct=j&
  "displayed_link": "https://www.peets.com",
  "snippet": "A rare, highly esteemed coffee that lives up t
  "about_this_result": {
    "source": {
      "description": "Peet's Coffee is a San Francisco Bay A
      "source_info_link": "https://en.wikipedia.org/wiki/Pe
      "security": "secure",
      "icon": "https://serpapi.com/searches/61afb3ace7d08a
    },
    "keywords": [
      "coffee"
    ],
    "related_keywords": [
      "coffees"
    ],
    "languages": [
      "English"
    ],
    "regions": [
      "the United States"
    ]
  },
  "about_page_link": "https://google.com/search?q=About+htt
  "cached_page_link": "https://webcache.googleusercontent.c
  "related_pages_link": "https://www.google.com/search?gl=u
},
{
  "position": 6,
  "title": "13 Health Benefits of Coffee, Based on Science -
  "link": "https://www.healthline.com/nutrition/top-13-evid
  "displayed_link": "https://www.healthline.com › nutrition
  "date": "Sep 20, 2018",
  "snippet": "Coffee is one of the world's most popular beve
  "sitelinks": {
    "inline": [
      {
        "title": "Coffee with Lemon",
        "link": "https://www.healthline.com/nutrition/coffee
      },
      {
        "title": "Why Does Coffee Make You...",
        "link": "https://www.healthline.com/nutrition/why-c
      },
      {
        "title": "Decaf Coffee: Good or Bad?",
        "link": "https://www.healthline.com/nutrition/decaf
      }
    ]
  },
  "about_this_result": {
    "source": {
      "description": "Healthline Media, Inc. is an American
      "source_info_link": "https://en.wikipedia.org/wiki/He
      "security": "secure",
      "icon": "https://serpapi.com/searches/61afb3ace7d08a
    },
    "keywords": [
      "coffee"
    ],
    "languages": [
```

Document title: Google Search Engine Results API - SerpApi
Capture URL: https://web.archive.org/web/20250823062840/https:/serpapi.com/search-api#api-parameters-geographic-location
Capture timestamp (UTC): Tue, 20 Jan 2026 16:02:40 GMT
Page 14 of 24





INTERNET ARCHIVE
WayBackMachine
https://serpapi.com/search-api
Go
177 captures
4 Apr 2019 - 20 Dec 2025
JUN AUG OCT
23
2024 2025 2026
About this capture

SerpApi
API DASHBOARD
Your Account
Your API Metrics
Your Searches
Your Playground
API DOCUMENTATION
Google Search API
AI Overview
About Carousel
Ad Results
Answer Box
Available On
Broaden Searches
Buying Guide
Complementary Results
Courses
DMCA Messages
Discover More Places
Discussions and Forums
Episode Guide
Events Results
Find Results On
Google About This Result API
Google Ads Transparency API
Grammar Check
Immersive Products
Inline Images
Inline People Also Search For
Inline Products
Inline Shopping
Inline Videos
Jobs Results
Knowledge Graph
Latest From
Latest Posts
Local Ads
Local News
Local Pack
Menu Highlights
News Results
Nutrition Information
Organic Results
Pagination
Perspectives
Places Sites
Popular Destinations
Product Result
Product Sites

```
      "keywords": [
        "coffee"
      ],
      "languages": [
        "English"
      ],
      "regions": [
        "the United States"
      ]
    },
    "about_page_link": "https://google.com/search?q=About+htt
    "about_page_serpapi_link": "https://serpapi.com/search.js
    "cached_page_link": "https://webcache.googleusercontent.c
  },
  {
    "position": 7,
    "title": "The History of Coffee",
    "link": "https://www.ncausa.org/about-coffee/history-of-co
    "redirect_link": "https://www.google.com/url?sa=t&rct=j&c
    "displayed_link": "https://www.ncausa.org › ... › History
    "snippet": "The story goes that that Kaldi discovered cof
    "about_this_result": {
      "source": {
        "description": "The National Coffee Association or, is
        "source_info_link": "https://en.wikipedia.org/wiki/Na
        "security": "secure"
      },
      "keywords": [
        "coffee"
      ],
      "languages": [
        "English"
      ],
      "regions": [
        "the United States"
      ]
    },
    "about_page_link": "https://google.com/search?q=About+htt
    "about_page_serpapi_link": "https://serpapi.com/search.js
    "cached_page_link": "https://webcache.googleusercontent.c
  },
  {
    "position": 8,
    "title": "Starbucks Coffee Company",
    "link": "https://www.starbucks.com/",
    "redirect_link": "https://www.google.com/url?sa=t&rct=j&c
    "displayed_link": "https://www.starbucks.com",
    "snippet": "More than just great coffee. Explore the menu,
    "about_this_result": {
      "source": {
        "description": "Starbucks Corporation is an American
        "source_info_link": "https://en.wikipedia.org/wiki/St
        "security": "secure",
        "icon": "https://serpapi.com/searches/61afb3ace7d08a
      },
      "keywords": [
        "coffee"
      ],
      "languages": [
        "English"
      ],
      "regions": [
        "the United States"
      ]
    },
    "about_page_link": "https://google.com/search?q=About+htt
    "about_page_serpapi_link": "https://serpapi.com/search.js
    "cached_page_link": "https://webcache.googleusercontent.c
    "related_pages_link": "https://www.google.com/search?gl=u
  },
```

SerpApi

API DASHBOARD

- Your Account
- Your API Metrics
- Your Searches
- Your Playground

API DOCUMENTATION

- Google Search API
- AI Overview
- About Carousel
- Ad Results
- Answer Box
- Available On
- Broaden Searches
- Buying Guide
- Complementary Results
- Courses
- DMCA Messages
- Discover More Places
- Discussions and Forums
- Episode Guide
- Events Results
- Find Results On
- Google About This Result API
- Google Ads Transparency API
- Grammar Check
- Immersive Products
- Inline Images
- Inline People Also Search For
- Inline Products
- Inline Shopping
- Inline Videos
- Jobs Results
- Knowledge Graph
- Latest From
- Latest Posts
- Local Ads
- Local News
- Local Pack
- Menu Highlights
- News Results
- Nutrition Information
- Organic Results
- Pagination
- Perspectives
- Places Sites
- Popular Destinations
- Product Result
- Product Sites

```
      "about_page_link": "https://google.com/search?q=About+htt
      "about_page_serpapi_link": "https://serpapi.com/search.js
      "cached_page_link": "https://webcache.googleusercontent.c
      "related_pages_link": "https://www.google.com/search?gl=u
    },
    {
      "position": 9,
      "title": "Coffee Review - The World's Leading Coffee Guide"
      "link": "https://www.coffeereview.com/",
      "redirect_link": "https://www.google.com/url?sa=t&rct=j&
      "displayed_link": "https://www.coffeereview.com",
      "snippet": "Coffee reviews, espresso ratings, informative
      "about_this_result": {
        "source": {
          "description": "coffeereview.com was first indexed by (
          "security": "secure",
          "icon": "https://serpapi.com/searches/61afb3ace7d08a
        },
        "keywords": [
          "coffee"
        ],
        "languages": [
          "English"
        ],
        "regions": [
          "the United States"
        ]
      },
      "about_page_link": "https://google.com/search?q=About+htt
      "about_page_serpapi_link": "https://serpapi.com/search.js
      "cached_page_link": "https://webcache.googleusercontent.c
    }
  ],
  "related_searches": [
    {
      "query": "coffee brands",
      "link": "https://www.google.com/search?gl=us&hl=en&q=Coffe
    },
    {
      "query": "coffee beans",
      "link": "https://www.google.com/search?gl=us&hl=en&q=Coffe
    },
    {
      "query": "coffee near me",
      "link": "https://www.google.com/search?gl=us&hl=en&q=Coffe
    },
    {
      "query": "coffee online",
      "link": "https://www.google.com/search?gl=us&hl=en&q=Coffe
    },
    {
      "query": "types of coffee",
      "link": "https://www.google.com/search?gl=us&hl=en&q=Type
    },
    {
      "query": "coffee maker",
      "link": "https://www.google.com/search?gl=us&hl=en&q=Coffe
    },
    {
      "query": "coffee recipe",
      "link": "https://www.google.com/search?gl=us&hl=en&q=Coffe
    },
    {
      "query": "coffee origin",
      "link": "https://www.google.com/search?gl=us&hl=en&q=Coffe
    }
  ],
  "pagination": {
    "current": 1,
    "next": "https://www.google.com/search?q=coffee&gl=us&hl=en&
    "other_pages": {
```

Document title: Google Search Engine Results API - SerpApi
Capture URL: https://web.archive.org/web/20250823062840/https:/serpapi.com/search-api#api-parameters-geographic-location
Capture timestamp (UTC): Tue, 20 Jan 2026 16:02:40 GMT Page 16 of 24



INTERNET ARCHIVE WayBackMachine https://serpapi.com/search-api Go 177 captures 4 Apr 2019 - 20 Dec 2025 JUN AUG OCT 23 2024 2025 2026 About this capture

SerpApi

API DASHBOARD

Your Account
Your API Metrics
Your Searches
Your Playground

API DOCUMENTATION

Google Search API
AI Overview
About Carousel
Ad Results
Answer Box
Available On
Broaden Searches
Buying Guide
Complementary Results
Courses
DMCA Messages
Discover More Places
Discussions and Forums
Episode Guide
Events Results
Find Results On
Google About This Result API
Google Ads Transparency API
Grammar Check
Immersive Products
Inline Images
Inline People Also Search For
Inline Products
Inline Shopping
Inline Videos
Jobs Results
Knowledge Graph
Latest From
Latest Posts
Local Ads
Local News
Local Pack
Menu Highlights
News Results
Nutrition Information
Organic Results
Pagination
Perspectives
Places Sites
Popular Destinations
Product Result
Product Sites

```
  ],
  "pagination": {
    "current": 1,
    "next": "https://www.google.com/search?q=coffee&gl=us&hl=en&
    "other_pages": {
      "2": "https://www.google.com/search?q=coffee&gl=us&hl=en&
      "3": "https://www.google.com/search?q=coffee&gl=us&hl=en&
      "4": "https://www.google.com/search?q=coffee&gl=us&hl=en&
      "5": "https://www.google.com/search?q=coffee&gl=us&hl=en&
      "6": "https://www.google.com/search?q=coffee&gl=us&hl=en&
      "7": "https://www.google.com/search?q=coffee&gl=us&hl=en&
      "8": "https://www.google.com/search?q=coffee&gl=us&hl=en&
      "9": "https://www.google.com/search?q=coffee&gl=us&hl=en&
      "10": "https://www.google.com/search?q=coffee&gl=us&hl=en&
    }
  },
  "serpapi_pagination": {
    "current": 1,
    "next_link": "https://serpapi.com/search.json?device=deskt
    "next": "https://serpapi.com/search.json?device=desktop&en
    "other_pages": {
      "2": "https://serpapi.com/search.json?device=desktop&eng
      "3": "https://serpapi.com/search.json?device=desktop&eng
      "4": "https://serpapi.com/search.json?device=desktop&eng
      "5": "https://serpapi.com/search.json?device=desktop&eng
      "6": "https://serpapi.com/search.json?device=desktop&eng
      "7": "https://serpapi.com/search.json?device=desktop&eng
      "8": "https://serpapi.com/search.json?device=desktop&eng
      "9": "https://serpapi.com/search.json?device=desktop&eng
      "10": "https://serpapi.com/search.json?device=desktop&en
    }
  }
}
```

## More complex examples with multiple optional parameters

The URL below fetches:

- The second page ( `start=10` and `num=10` ) of the results,
- for the search "Fresh Bagels" in Seattle,
- using Google.com in the United States,
- with the Google language UI set to English,
- with the adult content filter on,
- using the demo SerpApi key,
- and output the results in JSON.

JSON Example

```
{
  "search_metadata": {
    "id": "62d5efcae7d08a486c7b86ad",
    "status": "Success",
    "json_endpoint": "https://serpapi.com/searches/3ed30d31b62f3cfd/62d5efcae7d08a486c7b86ad.json",
    "created_at": "2022-07-18 23:42:02 UTC",
    "processed_at": "2022-07-18 23:42:02 UTC",
    "google_url": "https://www.google.com/search?q=Fresh+Bagels&oq=Fresh+Bagels&uule=w+CAIQICIqU2VhdHRsZS1UYWNvbWEsV0EsV2FzaGluZ3
    "raw_html_file": "https://serpapi.com/searches/3ed30d31b62f3cfd/62d5efcae7d08a486c7b86ad.html",
    "total_time_taken": 1.35
  },
  "search_parameters": {
    "engine": "google",
    "q": "Fresh Bagels",
    "location_requested": "Seattle-Tacoma, WA, Washington, United States",
```

INTERNET ARCHIVE WaybackMachine https://serpapi.com/search-api Go 177 captures 4 Apr 2019 - 20 Dec 2025 JUN AUG OCT 23 2024 2025 2026 About this capture

```
  },
  "search_parameters": {
    "engine": "google",
    "q": "Fresh Bagels",
    "location_requested": "Seattle-Tacoma, WA, Washington, United States",
    "location_used": "Seattle-Tacoma,WA,Washington,United States",
    "google_domain": "google.com",
    "hl": "en",
    "gl": "us",
    "safe": "active",
    "start": 10,
    "num": "10",
    "device": "desktop"
  },
  "search_information": {
    "organic_results_state": "Results for exact spelling",
    "query_displayed": "Fresh Bagels",
    "total_results": 200000000,
    "page_number": 2,
    "time_taken_displayed": 0.63
  },
  "organic_results": [
    {
      "position": 1,
      "title": "The 7 Best Bagel Shops In Seattle - boam",
      "link": "https://boam.com/wa/seattle/best-bagel-shops/",
      "redirect_link": "https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&cad=rja&uact=8&ved=2ahUKEwj2ht67sK2DAxX1F1
      "displayed_link": "https://boam.com › WA › Seattle",
      "thumbnail": "https://serpapi.com/searches/62d5efcae7d08a486c7b86ad/images/02306781b6e93635966d70cf70c16bc2e20ef7a5b15f3cc7
      "date": "May 2, 2022",
      "snippet": "Zylberschtein's Delicatessen & Bakery · The Ultimate List of the Best Bagels In Seattle, Ranked · Seattle Actua
      "snippet_highlighted_words": [
        "Best Bagels"
      ],
      "about_this_result": {
        "source": {
          "description": "boam.com was first indexed by Google more than 10 years ago",
          "icon": "https://serpapi.com/searches/62d5efcae7d08a486c7b86ad/images/02306781b6e93635966d70cf70c16bc2538e80db255d5d827
        },
        "keywords": [
          "bagels"
        ],
        "related_keywords": [
          "bagel"
        ],
        "languages": [
          "English"
        ],
        "regions": [
          "the United States"
        ]
      },
      "about_page_link": "https://www.google.com/search?q=About+https://boam.com/wa/seattle/best-bagel-shops/&tbm=ilp&ilps=ADNMCi
      "about_page_serpapi_link": "https://serpapi.com/search.json?engine=google_about_this_result&ilps=ADNMCi0YHj-gX85Ugpr7byPA3C
      "cached_page_link": "https://webcache.googleusercontent.com/search?q=cache:_46756rn-DYJ:https://boam.com/wa/seattle/best-ba
    },
    {
      "position": 2,
      "title": "Einstein Bros. Bagels: Home",
      "link": "https://www.einsteinbros.com/",
      "redirect_link": "https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&cad=rja&uact=8&ved=2ahUKEwjmqP3Hsa2DAxWIF1
      "displayed_link": "https://www.einsteinbros.com",
      "snippet": "Couple eating Einstein Bros. bagel egg sandwiches with coffee ... Our Menu. Fresh-Baked Bagels, Specialty Sandwi
      "snippet_highlighted_words": [
        "bagel",
        "Fresh",
        "Bagels"
      ],
      "about_this_result": {
        "source": {
```

SerpApi

API DASHBOARD

- Your Account
- Your API Metrics
- Your Searches
- Your Playground

API DOCUMENTATION

- Google Search API
- AI Overview
- About Carousel
- Ad Results
- Answer Box
- Available On
- Broaden Searches
- Buying Guide
- Complementary Results
- Courses
- DMCA Messages
- Discover More Places
- Discussions and Forums
- Episode Guide
- Events Results
- Find Results On
- Google About This Result API
- Google Ads Transparency API
- Grammar Check
- Immersive Products
- Inline Images
- Inline People Also Search For
- Inline Products
- Inline Shopping
- Inline Videos
- Jobs Results
- Knowledge Graph
- Latest From
- Latest Posts
- Local Ads
- Local News
- Local Pack
- Menu Highlights
- News Results
- Nutrition Information
- Organic Results
- Pagination
- Perspectives
- Places Sites
- Popular Destinations
- Product Result
- Product Sites

```
        "Fresh",
        "Bagels"
      ],
      "about_this_result": {
        "source": {
          "description": "Einstein Bros. Bagels is an American chain that specializes in bagels and coffee. In 1996, Berkeley-base
          "icon": "https://serpapi.com/searches/62d5efcae7d08a486c7b86ad/images/02306781b6e93635966d70cf70c16bc2aecbb5efc76b6e09c
        },
        "keywords": [
          "fresh",
          "bagels"
        ],
        "related_keywords": [
          "bagel"
        ],
        "languages": [
          "English"
        ],
        "regions": [
          "the United States"
        ]
      },
      "about_page_link": "https://www.google.com/search?q=About+https://www.einsteinbros.com/&tbm=ilp&ilps=ADNMCi3-IrycLvrpky0-3c
      "about_page_serpapi_link": "https://serpapi.com/search.json?engine=google_about_this_result&ilps=ADNMCi3-IrycLvrpky0-3olpqC
      "cached_page_link": "https://webcache.googleusercontent.com/search?q=cache:W6Fk1TntVPwJ:https://www.einsteinbros.com/+&cd=1
      "related_pages_link": "https://www.google.com/search?safe=active&hl=en&gl=us&q=related:https://www.einsteinbros.com/+Fresh+
    },
    {
      "position": 3,
      "title": "Here's where to find the best bagels in Seattle - Daily Hive",
      "link": "https://dailyhive.com/seattle/best-bagels-in-seattle",
      "redirect_link": "https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&cad=rja&uact=8&ved=2ahUKEwjh6uPTsa2DAxVdEV
      "displayed_link": "https://dailyhive.com › seattle › best-bagels-in-seattle",
      "thumbnail": "https://serpapi.com/searches/62d5efcae7d08a486c7b86ad/images/02306781b6e93635966d70cf70c16bc2ec9e582273005b8
      "date": "Jan 15, 2021",
      "snippet": "Whether you're after a dense, slightly sweet bagel or a soft, doughy New York-style bagel, check out our picks
      "snippet_highlighted_words": [
        "bagel",
        "bagel",
        "best"
      ],
      "about_this_result": {
        "source": {
          "description": "Daily Hive, formerly known as Vancity Buzz, is a Canadian online newspaper based in Vancouver, British
          "icon": "https://serpapi.com/searches/62d5efcae7d08a486c7b86ad/images/02306781b6e93635966d70cf70c16bc215a2020d35579a213
        },
        "keywords": [
          "bagels"
        ],
        "related_keywords": [
          "bagel"
        ],
        "languages": [
          "English"
        ],
        "regions": [
          "the United States"
        ]
      },
      "about_page_link": "https://www.google.com/search?q=About+https://dailyhive.com/seattle/best-bagels-in-seattle&tbm=ilp&ilps
      "about_page_serpapi_link": "https://serpapi.com/search.json?engine=google_about_this_result&ilps=ADNMCi1lx-vDLNV9Lk3ui6_0Cx
      "cached_page_link": "https://webcache.googleusercontent.com/search?q=cache:9m9a9OBplrAJ:https://dailyhive.com/seattle/best-
    },
    {
      "position": 4,
      "title": "Best Bagels in Seattle - Do206",
      "link": "https://do206.com/p/id/17521",
      "redirect_link": "https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&cad=rja&uact=8&ved=2ahUKEwicruTisa2DAxUtF1
      "displayed_link": "https://do206.com › ...",
      "thumbnail": "https://serpapi.com/searches/62d5efcae7d08a486c7b86ad/images/02306781b6e93635966d70cf70c16bc2befd0979111c077e
      "snippet": "Best Bagels in Seattle · Eltana Wood-Fired Bagel Cafe · Rubinstein Bagels · Westman's Bagel and Coffee · Rachel'
```

SerpApi

API DASHBOARD

Your Account
Your API Metrics
Your Searches
Your Playground

API DOCUMENTATION

Google Search API
AI Overview
About Carousel
Ad Results
Answer Box
Available On
Broaden Searches
Buying Guide
Complementary Results
Courses
DMCA Messages
Discover More Places
Discussions and Forums
Episode Guide
Events Results
Find Results On
Google About This Result API
Google Ads Transparency API
Grammar Check
Immersive Products
Inline Images
Inline People Also Search For
Inline Products
Inline Shopping
Inline Videos
Jobs Results
Knowledge Graph
Latest From
Latest Posts
Local Ads
Local News
Local Pack
Menu Highlights
News Results
Nutrition Information
Organic Results
Pagination
Perspectives
Places Sites
Popular Destinations
Product Result
Product Sites

```
    "link": "https://do206.com/p/id/17521",
    "redirect_link": "https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&cad=rja&uact=8&ved=2ahUKEwicruTisa2DAxUtF1
    "displayed_link": "https://do206.com › ...",
    "thumbnail": "https://serpapi.com/searches/62d5efcae7d08a486c7b86ad/images/02306781b6e93635966d70cf70c16bc2befd0979111c077e
    "snippet": "Best Bagels in Seattle · Eltana Wood-Fired Bagel Cafe · Rubinstein Bagels · Westman's Bagel and Coffee · Rachel'
    "snippet_highlighted_words": [
      "Best Bagels"
    ],
    "about_this_result": {
      "source": {
        "description": "do206.com was first indexed by Google more than 10 years ago",
        "icon": "https://serpapi.com/searches/62d5efcae7d08a486c7b86ad/images/02306781b6e93635966d70cf70c16bc27005428c3e2adb10c
      },
      "keywords": [
        "fresh",
        "bagels"
      ],
      "languages": [
        "English"
      ],
      "regions": [
        "the United States"
      ]
    },
    "about_page_link": "https://www.google.com/search?q=About+https://do206.com/p/id/17521&tbm=ilp&ilps=ADNMCi0NS-fBB14Sc4IWKni
    "about_page_serpapi_link": "https://serpapi.com/search.json?engine=google_about_this_result&ilps=ADNMCi0NS-fBB14Sc4IWKniB87
    "cached_page_link": "https://webcache.googleusercontent.com/search?q=cache:If60T0P9qFoJ:https://do206.com/p/id/17521+&cd=14
  },
  {
    "position": 5,
    "title": "“Great fresh bagels” Review of Seattle Bagel Bakery - CLOSED",
    "link": "https://www.tripadvisor.com/ShowUserReviews-g60878-d3846442-r537463219-Seattle_Bagel_Bakery-Seattle_Washington.htm
    "reirect_link": "https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&cad=rja&uact=8&ved=2ahUKEwj94rTzsa2DAxWhLFk
    "displayed_link": "https://www.tripadvisor.com › ... › Seattle Bagel Bakery",
    "snippet": "Seattle Bagel Bakery: Great fresh bagels - See 33 traveler reviews, 9 candid photos, and great deals for Seattl
    "snippet_highlighted_words": [
      "fresh bagels"
    ],
    "rich_snippet": {
      "top": {
        "detected_extensions": {
          "rating": 5,
          "review_by_jennaviles": 2
        },
        "extensions": [
          "Rating: 5",
          "Review by jennaviles2"
        ]
      }
    },
    "about_this_result": {
      "source": {
        "description": "Tripadvisor, Inc. is an American online travel company that operates a website and mobile app with user
        "icon": "https://serpapi.com/searches/62d5efcae7d08a486c7b86ad/images/02306781b6e93635966d70cf70c16bc289f7cc417af569cba
      },
      "keywords": [
        "fresh",
        "bagels"
      ],
      "related_keywords": [
        "bagel"
      ],
      "languages": [
        "English"
      ],
      "regions": [
        "the United States"
      ]
    },
    "about_page_link": "https://www.google.com/search?q=About+https://www.tripadvisor.com/ShowUserReviews-g60878-d3846442-r5374
```

      SerpApi

API DASHBOARD

Your Account
Your API Metrics
Your Searches
Your Playground

API DOCUMENTATION

Google Search API
AI Overview
About Carousel
Ad Results
Answer Box
Available On
Broaden Searches
Buying Guide
Complementary Results
Courses
DMCA Messages
Discover More Places
Discussions and Forums
Episode Guide
Events Results
Find Results On
Google About This Result API
Google Ads Transparency API
Grammar Check
Immersive Products
Inline Images
Inline People Also Search For
Inline Products
Inline Shopping
Inline Videos
Jobs Results
Knowledge Graph
Latest From
Latest Posts
Local Ads
Local News
Local Pack
Menu Highlights
News Results
Nutrition Information
Organic Results
Pagination
Perspectives
Places Sites
Popular Destinations
Product Result
Product Sites

```
      "regions": [
        "the United States"
      ]
    },
    "about_page_link": "https://www.google.com/search?q=About+https://www.tripadvisor.com/ShowUserReviews-g60878-d3846442-r5374
    "about_page_serpapi_link": "https://serpapi.com/search.json?engine=google_about_this_result&ilps=ADNMCi2e3NRuFXI24IoiwLIVxH
    "cached_page_link": "https://webcache.googleusercontent.com/search?q=cache:USHKQJmIIkkJ:https://www.tripadvisor.com/ShowUse
  },
  {
    "position": 6,
    "title": "Seattle Bagel Oasis",
    "link": "https://seattlebageloasis.com/index.html",
    "redirect_link": "https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&cad=rja&uact=8&ved=2ahUKEwiRytCUsq2DAxUyE1
    "displayed_link": "https://seattlebageloasis.com",
    "snippet": "Since 1988, Bagel Oasis has been baking the best bagels in Seattle with only natural ingredients and old fashic
    "snippet_highlighted_words": [
      "best bagels"
    ],
    "about_this_result": {
      "source": {
        "description": "seattlebageloasis.com was first indexed by Google more than 10 years ago"
      },
      "keywords": [
        "fresh",
        "bagels"
      ],
      "related_keywords": [
        "bagel"
      ],
      "languages": [
        "English"
      ],
      "regions": [
        "the United States"
      ]
    },
    "about_page_link": "https://www.google.com/search?q=About+https://seattlebageloasis.com/index.html&tbm=ilp&ilps=ADNMCi0cIKp
    "about_page_serpapi_link": "https://serpapi.com/search.json?engine=google_about_this_result&ilps=ADNMCi0cIKpzkxKZyu7Rc93S2G
    "cached_page_link": "https://webcache.googleusercontent.com/search?q=cache:rIswfXb-xcJ:https://seattlebageloasis.com/index.
  },
  {
    "position": 7,
    "title": "Big Apple Bagels",
    "link": "https://bigapplebagels.com/",
    "redirect_link": "https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&cad=rja&uact=8&ved=2ahUKEwihgOCjsq2DAxUqFV
    "displayed_link": "https://bigapplebagels.com",
    "snippet": "Our Menu. We have so much more in store than just our fabulous fresh bagels, muffins, and cream cheese. Our resta
    "snippet_highlighted_words": [
      "fresh bagels"
    ],
    "about_this_result": {
      "source": {
        "description": "Big Apple Bagels is an American franchised chain of bakery-cafes based in Deerfield, Illinois. Coffee, al
        "icon": "https://serpapi.com/searches/62d5efcae7d08a486c7b86ad/images/02306781b6e93635966d70cf70c16bc22e72198089a3c7cfc
      },
      "keywords": [
        "fresh",
        "bagels"
      ],
      "languages": [
        "English"
      ],
      "regions": [
        "the United States"
      ]
    },
    "about_page_link": "https://www.google.com/search?q=About+https://bigapplebagels.com/&tbm=ilp&ilps=ADNMCi20AyQKpKCXX12jNnAD
    "about_page_serpapi_link": "https://serpapi.com/search.json?engine=google_about_this_result&ilps=ADNMCi20AyQKpKCXX12jNnADw-
    "cached_page_link": "https://webcache.googleusercontent.com/search?q=cache:FTkNXecwWj4J:https://bigapplebagels.com/+&cd=17&
  },
  {
```

INTERNET ARCHIVE WaybackMachine
https://serpapi.com/search-api Go
177 captures
4 Apr 2019 - 20 Dec 2025
JUN AUG OCT
23
2024 2025 2026
About this capture

SerpApi

API DASHBOARD

- Your Account
- Your API Metrics
- Your Searches
- Your Playground

API DOCUMENTATION

- Google Search API
  - AI Overview
  - About Carousel
  - Ad Results
  - Answer Box
  - Available On
  - Broaden Searches
  - Buying Guide
  - Complementary Results
  - Courses
  - DMCA Messages
  - Discover More Places
  - Discussions and Forums
  - Episode Guide
  - Events Results
  - Find Results On
  - Google About This Result API
  - Google Ads Transparency API
  - Grammar Check
  - Immersive Products
  - Inline Images
  - Inline People Also Search For
  - Inline Products
  - Inline Shopping
  - Inline Videos
  - Jobs Results
  - Knowledge Graph
  - Latest From
  - Latest Posts
  - Local Ads
  - Local News
  - Local Pack
  - Menu Highlights
  - News Results
  - Nutrition Information
  - Organic Results
  - Pagination
  - Perspectives
  - Places Sites
  - Popular Destinations
  - Product Result
  - Product Sites

```
    "about_page_link": "https://www.google.com/search?q=About+https://bigapplebagels.com/&tbm=ilp&ilps=ADNMCi20AyQKpKCXX1ZjNnAD
    "about_page_serpapi_link": "https://serpapi.com/search.json?engine=google_about_this_result&ilps=ADNMCi20AyQKpKCXX1ZjNnADw-
    "cached_page_link": "https://webcache.googleusercontent.com/search?q=cache:FTkNXecwWj4J:https://bigapplebagels.com/+&cd=17&
  },
  {
    "position": 8,
    "title": "Best Sellers in Bagels - Amazon.com",
    "link": "https://www.amazon.com/gp/bestsellers/grocery/18770265011",
    "redirect_link": "https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&cad=rja&uact=8&ved=2ahUKEwj_4aqwsq2DAxXHEV
    "displayed_link": "https://www.amazon.com › bestsellers › grocery",
    "snippet": "Discover the best Bagels in Best Sellers. Find the top 100 most popular items in Amazon Grocery & Gourmet Food
    "snippet_highlighted_words": [
      "best Bagels"
    ],
    "about_this_result": {
      "source": {
        "description": "Amazon.com, Inc. is an American multinational technology company which focuses on e-commerce, cloud com
        "icon": "https://serpapi.com/searches/62d5efcae7d08a486c7b86ad/images/02306781b6e93635966d70cf70c16bc2ec6b8603c59960lb4
      },
      "keywords": [
        "fresh",
        "bagels"
      ],
      "languages": [
        "English"
      ],
      "regions": [
        "the United States"
      ]
    },
    "about_page_link": "https://www.google.com/search?q=About+https://www.amazon.com/gp/bestsellers/grocery/18770265011&tbm=ilp
    "about_page_serpapi_link": "https://serpapi.com/search.json?engine=google_about_this_result&ilps=ADNMCi04QxXe0QPeMLZktODViW
    "cached_page_link": "https://webcache.googleusercontent.com/search?q=cache:16Kt5ovsjskJ:https://www.amazon.com/gp/bestselle
  },
  {
    "position": 9,
    "title": "The 9 Best Bagel Shops in Washington State!",
    "link": "https://bestthingswa.com/bagel-shops/",
    "redirect_link": "https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&cad=rja&uact=8&ved=2ahUKEwivzpS_sq2DAxUXFm
    "displayed_link": "https://bestthingswa.com › bagel-shops",
    "snippet": "Seattle Bagel Bakery in Tukwila creates classic light and chewy bagels from scratch every day. This grab and go
    "snippet_highlighted_words": [
      "Bagel",
      "bagels",
      "bagel"
    ],
    "about_this_result": {
      "source": {
        "description": "bestthingswa.com was first indexed by Google in August 2016"
      },
      "keywords": [
        "fresh",
        "bagels"
      ],
      "related_keywords": [
        "bagel"
      ],
      "languages": [
        "English"
      ],
      "regions": [
        "the United States"
      ]
    },
    "about_page_link": "https://www.google.com/search?q=About+https://bestthingswa.com/bagel-shops/&tbm=ilp&ilps=ADNMCi3xYN2ttt
    "about_page_serpapi_link": "https://serpapi.com/search.json?engine=google_about_this_result&ilps=ADNMCi3xYN2ttt8Ev-h9QIRxhl
    "cached_page_link": "https://webcache.googleusercontent.com/search?q=cache:5WlXuIBYImkJ:https://bestthingswa.com/bagel-shop
  },
  {
    "position": 10,
    "title": "KEEPING BAGELS FRESH - Richmond - Nate's Bagels",
```

INTERNET ARCHIVE WaybackMachine
https://serpapi.com/search-api Go
177 captures
4 Apr 2019 - 20 Dec 2025
JUN AUG OCT
23
2024 2025 2026
About this capture

SerpApi

API DASHBOARD

- Your Account
- Your API Metrics
- Your Searches
- Your Playground

API DOCUMENTATION

- Google Search API
  - AI Overview
  - About Carousel
  - Ad Results
  - Answer Box
  - Available On
  - Broaden Searches
  - Buying Guide
  - Complementary Results
  - Courses
  - DMCA Messages
  - Discover More Places
  - Discussions and Forums
  - Episode Guide
  - Events Results
  - Find Results On
  - Google About This Result API
  - Google Ads Transparency API
  - Grammar Check
  - Immersive Products
  - Inline Images
  - Inline People Also Search For
  - Inline Products
  - Inline Shopping
  - Inline Videos
  - Jobs Results
  - Knowledge Graph
  - Latest From
  - Latest Posts
  - Local Ads
  - Local News
  - Local Pack
  - Menu Highlights
  - News Results
  - Nutrition Information
  - Organic Results
  - Pagination
  - Perspectives
  - Places Sites
  - Popular Destinations
  - Product Result
  - Product Sites

```
      "cached_page_link": "https://webcache.googleusercontent.com/search?q=cache:5WlXuIBYImkJ:https://bestthingswa.com/bagel-shop
    },
    {
      "position": 10,
      "title": "KEEPING BAGELS FRESH - Richmond - Nate's Bagels",
      "link": "https://www.natesbagelsrva.com/keeping-bagels-fresh",
      "redirect_link": "https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&cad=rja&uact=8&ved=2ahUKEwj0-a3Osq2DAxXlF1
      "displayed_link": "https://www.natesbagelsrva.com › keeping-bagels-fresh",
      "thumbnail": "https://serpapi.com/searches/62d5efcae7d08a486c7b86ad/images/02306781b6e93635966d70cf70c16bc26c90a941f649baa8
      "snippet": "BAGEL STORAGE. Nothing beats a freshly baked bagel. That said, unsliced bagels can be brought back to almost-fr
      "snippet_highlighted_words": [
        "BAGEL",
        "freshly",
        "bagel",
        "bagels",
        "fresh"
      ],
      "about_this_result": {
        "source": {
          "description": "natesbagelsrva.com was first indexed by Google in January 2016",
          "icon": "https://serpapi.com/searches/62d5efcae7d08a486c7b86ad/images/02306781b6e93635966d70cf70c16bc2d8343d2f6d209aee8
        },
        "keywords": [
          "fresh",
          "bagels"
        ],
        "related_keywords": [
          "freshly",
          "bagel"
        ],
        "languages": [
          "English"
        ],
        "regions": [
          "the United States"
        ]
      },
      "about_page_link": "https://www.google.com/search?q=About+https://www.natesbagelsrva.com/keeping-bagels-fresh&tbm=ilp&ilps=
      "about_page_serpapi_link": "https://serpapi.com/search.json?engine=google_about_this_result&ilps=ADNMCi0zyqgLTwHJCWEUo95wR1
      "cached_page_link": "https://webcache.googleusercontent.com/search?q=cache:ct2DxPva7S8J:https://www.natesbagelsrva.com/keep
    }
  ],
  "related_searches": [
    {
      "query": "Fresh Bagels near Bellevue, WA",
      "link": "https://www.google.com/search?safe=active&hl=en&gl=us&q=fresh+bagels+near+bellevue,+wa&sa=X&ved=2ahUKEwjns9vRzoP5A
    },
    {
      "query": "bagels near me",
      "link": "https://www.google.com/search?safe=active&hl=en&gl=us&q=Bagels+near+me&sa=X&ved=2ahUKEwjns9vRzoP5AhUipIkEHXkRDaY4C
    },
    {
      "query": "best bagels in seattle",
      "link": "https://www.google.com/search?safe=active&hl=en&gl=us&q=Best+bagels+in+Seattle&sa=X&ved=2ahUKEwjns9vRzoP5AhUipIkEH
    },
    {
      "query": "blazing bagels",
      "link": "https://www.google.com/search?safe=active&hl=en&gl=us&q=Blazing+Bagels&sa=X&ved=2ahUKEwjns9vRzoP5AhUipIkEHXkRDaY4C
    },
    {
      "query": "bagel seattle",
      "link": "https://www.google.com/search?safe=active&hl=en&gl=us&q=Bagel+Seattle&sa=X&ved=2ahUKEwjns9vRzoP5AhUipIkEHXkRDaY4Ch
    },
    {
      "query": "best bagels near me",
      "link": "https://www.google.com/search?safe=active&hl=en&gl=us&q=Best+bagels+near+me&sa=X&ved=2ahUKEwjns9vRzoP5AhUipIkEHXkR
    },
    {
      "query": "rubinstein bagels menu",
      "link": "https://www.google.com/search?safe=active&hl=en&gl=us&q=Rubinstein+bagels+menu&sa=X&ved=2ahUKEwjns9vRzoP5AhUipIkEH
```



INTERNET ARCHIVE
WayBackMachine
https://serpapi.com/search-api
Go
177 captures
4 Apr 2019 - 20 Dec 2025
JUN AUG OCT
23
2024 2025 2026
About this capture
SerpApi
API DASHBOARD
Your Account
Your API Metrics
Your Searches
Your Playground
API DOCUMENTATION
Google Search API
AI Overview
About Carousel
Ad Results
Answer Box
Available On
Broaden Searches
Buying Guide
Complementary Results
Courses
DMCA Messages
Discover More Places
Discussions and Forums
Episode Guide
Events Results
Find Results On
Google About This Result API
Google Ads Transparency API
Grammar Check
Immersive Products
Inline Images
Inline People Also Search For
Inline Products
Inline Shopping
Inline Videos
Jobs Results
Knowledge Graph
Latest From
Latest Posts
Local Ads
Local News
Local Pack
Menu Highlights
News Results
Nutrition Information
Organic Results
Pagination
Perspectives
Places Sites
Popular Destinations
Product Result
Product Sites
Api Status · GitHub · Legal · Security · Libraries · Release Notes · Public Roadmap · Support
© 2016-2025 SerpApi, LLC.