# EXHIBIT 17

| | |
|---|---|
| Document title: | Google Search Scraper API |
| Capture URL: | https://web.archive.org/web/20250819213652/https://www.searchapi.io/docs/google |
| Page loaded at (UTC): | Sat, 27 Sep 2025 12:36:40 GMT |
| Capture timestamp (UTC): | Sat, 27 Sep 2025 12:36:45 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 54.160.142.104 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 34 |
| Capture ID: | czkWbxXg934hbNNi5a5Zt4 |
| Display Name: | abhi |

# Google Search API

GET `/api/v1/search?engine=google` 📋

☁ Download OpenAPI Spec   ⌄

## API Parameters

### Search Query

`q`  Required

Parameter defines the query you want to search. You can use anything that you would in a regular Google search. e.g. `inurl:`, `site:`, `intitle:`, and more.

`kgmid`  Optional

Defines a Knowledge Graph identifier (kgmid), representing entities in Google's Knowledge Graph. Format:

- Location Identifier (`/m/`): Typically followed by 2 to 7 characters. Used primarily to represent specific locations. Find the identifier by searching for the "Freebase ID" on Wikidata. Example: `kgmid=/m/02_286` refers to New York.
- Google Knowledge Graph Identifier (`/g/`): Typically followed by a longer alphanumeric string. Represents general entities in Google's Knowledge Graph. Find details on Wikidata. Example: `kgmid=/g/11f555cn8l` refers to TikTok.

### Device

`device`  Optional

The default parameter `desktop` defines the search on a desktop device. The `mobile` parameter defines the search on a mobile device. The `tablet` parameter defines the search on a tablet device.

### Geographic Location

`location`  Optional

Parameter defines from where you want the search to originate. If several locations match the location requested, we'll pick the most popular one. Head to the Locations API if you need more precise control.

`uule`  Optional

Parameter is the Google encoded location you want to use for the search. SearchApi automatically generated the `uule` parameter when you use the `location` parameter but we allow you to overwrite it directly. `uule` and `location` parameters can't be used together.

### Localization

`google_domain`  Optional

The default parameter `google.com` defines the Google domain of the search. Check the full list of supported Google `google_domain` domains.

`gl`  Optional

The default parameter `us` defines the country of the search. Check the full list of supported Google `gl` countries.

`hl`  Optional

The default parameter `en` defines the interface language of the search. Check the full list of supported Google `hl` languages.

`lr`  Optional

INTERNET ARCHIVE
WaybackMachine
https://www.searchapi.io/docs/google          Go
19 captures          Case 1:26-cv-00143    Document 1-19    Filed 01/20/26    Page 4 of 35
30 Jan 2024 - 19 Aug 2025

## Localization

`hl` *Optional*

The default parameter `en` defines the interface language of the search. Check the full list of supported Google `hl` languages.

`lr` *Optional*

The lr parameter restricts search results to documents written in a particular language or a set of languages. The accepted format for this parameter is `lang_{2-letter country code}`. For instance, to filter documents written in Japanese, the value should be set to `lang_jp`. To incorporate multiple languages, a value like `lang_it|lang_de` restricts the search to documents written in either Italian or German. Google identifies the document language based on the top-level domain (TLD) of the document's URL, any language meta tags present, or the language utilized within the document's body text. Check the full list of supported Google `lr` languages.

`cr` *Optional*

The cr parameter restricts search results to documents originating in a particular country. Google determines the country of a document by the top-level domain (TLD) of the document's URL or by Web server's IP address geographic location. Check the full list of supported Google `cr` countries.

## Filters

`nfpr` *Optional*

This parameter controls whether results from queries that have been auto-corrected for spelling errors are included. To exclude these auto-corrected results, set the value to `1`. By default, the value is `0`, meaning auto-corrected results are included.

`filter` *Optional*

This parameter controls whether the "Duplicate Content" and "Host Crowding" filters are enabled. Set the value to `1` to enable these filters, which is the default setting. To disable these filters, set the value to `0`.

`safe` *Optional*

This parameter toggles the SafeSearch feature for the results. SafeSearch operates by filtering out adult content from your search results. Google's filters use proprietary technology to check keywords, phrases and URLs. While no filters are 100 percent accurate, SafeSearch will remove the overwhelming majority of adult content from your search results. Set the value to `active` to enable SafeSearch. To disable it, set the value to `off`. By default, SafeSearch is disabled.

`time_period` *Optional*

This parameter restricts results to URLs based on date. Supported values are:

- `last_hour` - data from the past hour.
- `last_day` - data from the past 24 hours.
- `last_week` - data from the past week.
- `last_month` - data from the past month.
- `last_year` - data from the past year.
- Using `time_period_min` or `time_period_max` parameters, you can specify a custom time period.

Note, that the `time_period_min` and `time_period_max` parameters could be used separately as well.

`time_period_min` *Optional*

This parameter specifies the start of the time period. It could be used in combination with the `time_period_max` parameter. The value should be in the format `MM/DD/YYYY`.

`time_period_max` *Optional*



Document title: Google Search Scraper API
Capture URL: https://web.archive.org/web/20250819213652/https://www.searchapi.io/docs/google
Capture timestamp (UTC): Sat, 27 Sep 2025 12:36:45 GMT
Estimated post date: 08/19/2025 9:36:52 PM

Filters

MM/DD/YYYY .

`time_period_max` Optional

This parameter specifies the end of the time period. It could be used in combination with the `time_period_min` parameter. The value should be in the format `MM/DD/YYYY` .

## Pagination

`num` Optional

This parameter specifies the number of results to display per page. Use in combination with the `page` parameter to implement pagination functionality.

`page` Optional

This parameter indicates which page of results to return. By default, it is set to `1` . Use in combination with the num parameter to implement pagination.

## Optimization

`optimization_strategy` Optional

Controls how the search request is optimized. Available options:

- `performance` Default
- `ads` - optimizes for higher ad collection success rate, which may result in longer request processing times.

## Engine

`engine` Required

Parameter defines an engine that will be used to retrieve real-time data. It must be set to `google` .

## API key

`api_key` Required

The `api_key` authenticates your requests. Use it as a query parameter ( `https://www.searchapi.io/api/v1/search?api_key=YOUR_API_KEY` ) or in the Authorization header ( `Bearer YOUR_API_KEY` ).

## Zero Data Retention

`zero_retention` Enterprise Only Optional

Set this parameter to `true` to disable all logging and persistent storage. No request parameters, HTML, or JSON responses are stored or logged. Suitable for high-compliance use cases. Debugging and support may be limited while enabled.

## API Examples

Full Response - Search for 'chatgpt'



INTERNET ARCHIVE
WaybackMachine
https://www.searchapi.io/docs/google
19 captures
30 Jan 2024 - 19 Aug 2025
Case 1:26-cv-00143    Document 1-19    Filed 01/20/26    Page 6 of 35
JUL AUG SEP
2024 19 2026
2025
About this capture





Document title: Google Search Scraper API
Capture URL: https://web.archive.org/web/20250819213652/https://www.searchapi.io/docs/google
Capture timestamp (UTC): Sat, 27 Sep 2025 12:36:45 GMT
Estimated post date: 08/19/2025 9:36:52 PM



Document title: Google Search Scraper API
Capture URL: https://web.archive.org/web/20250819213652/https://www.searchapi.io/docs/google
Capture timestamp (UTC): Sat, 27 Sep 2025 12:36:45 GMT
Estimated post date: 08/19/2025 9:36:52 PM



Document title: Google Search Scraper API
Capture URL: https://web.archive.org/web/20250819213652/https://www.searchapi.io/docs/google
Capture timestamp (UTC): Sat, 27 Sep 2025 12:36:45 GMT
Estimated post date: 08/19/2025 9:36:52 PM



https://www.searchapi.io/docs/google

19 captures
30 Jan 2024 - 19 Aug 2025

Case 1:26-cv-00143    Document 1-19    Filed 01/20/26    Page 11 of 35

JUL AUG SEP
2024  19  2026
      2025



Knowledge Graph - Shopping entity

have made the decision that I will not be going back.

So why the switch? After the M1 Macs released, I became obsessed with how quick ... More ⌄

Reviewed on bestbuy.com

More reviews

Critic reviews

TechRadar

Apple's nailed the smartphone formula but that could be bad for future innovation ... More

Lux

Sebastiaan de V latest telepho out of Cuperti. iPhone 15 Pro M review... More

Answer Box - Organic Result

Why do we have seasons?

All    Images    Videos    Forums    Shopping    News    Web    More          Tools

The earth's spin axis is tilted with respect to its orbital plane. This is what causes the seasons. When the earth's axis points towards the sun, it is summer for that hemisphere. When the earth's axis points away, winter can be expected.

National Weather Service (.gov)
https://www.weather.gov › lmk › seasons

Why Do We Have Seasons? - National Weather Service

ⓘ About featured snippets • ▮ Feedback

```
          "rating_text": "9.2/10",
          "rating": 9.2,
          "rating_out_of": 10
        },
        ...
      ],
      "product_reviews": {
        "rating": 4.6,
        "reviews": 28587,
        "reviews_histogram": {
          "1": "7%",
          "2": "2%",
          "3": "3%",
          "4": "6%",
          "5": "84%"
        },
        "top_review": {
          "review": "I had been an Anti-iPhone Apple hater my whole
          "date": "47 months ago",
          "rating": 5,
          "source": "57 months ago",
          "user": {
            "name": "JRai",
            "image": "data:image/png;base64,..."
          }
        }
      },
      "editorial_reviews": [
        ...
        {
          "title": "CNET",
          "rating_text": "9.2/10",
          "rating": 9.2,
          "rating_out_of": 10,
          "review": "Apple's iPhone 15 Pro and 15 Pro Max are defin
          "link": "https://www.cnet.com/tech/mobile/apple-iphone-15
          "favicon": "data:image/png;base64,..."
        }
      ],
      "images": [
        "data:image/webp;base64,...",
        ...
      ]
    }
  )
)
```

```
GET

https://www.searchapi.io/api/v1/search?engine=google&location=New

Request                                      Python ⌄   requests ⌄

import requests

url = "https://www.searchapi.io/api/v1/search"
params = {
  "engine": "google",
  "q": "Why do we have seasons?",
  "location": "New York,United States"
}

response = requests.get(url, params=params)
print(response.text)

Response

{
  "answer_box": {
    "type": "organic_result",
    "answer": "The earth's spin axis is tilted with respect to it
    "snippet": "The earth's spin axis is tilted with respect to i
    "organic_result": {
      "title": "Why Do We Have Seasons? - National Weather Servic
      "link": "https://www.weather.gov/lmk/seasons#:~:text=The%20
      "source": "National Weather Service (.gov)",
      "domain": "www.weather.gov",
      "displayed_link": "https://www.weather.gov › lmk › seasons"
      "favicon": "data:image/png;base64,..."
    },
    "thumbnail": "data:image/png;base64,..."
  }
}
```



Document title: Google Search Scraper API
Capture URL: https://web.archive.org/web/20250819213652/https://www.searchapi.io/docs/google
Capture timestamp (UTC): Sat, 27 Sep 2025 12:36:45 GMT
Estimated post date: 08/19/2025 9:36:52 PM



Document title: Google Search Scraper API
Capture URL: https://web.archive.org/web/20250819213652/https://www.searchapi.io/docs/google
Capture timestamp (UTC): Sat, 27 Sep 2025 12:36:45 GMT
Estimated post date: 08/19/2025 9:36:52 PM



Answer Box - Population Graph

Answer Box - Finance Results



Answer Box - Finance Results

```
    },
    {
      "name": "High",
      "value": 2059.6
    },
    {
      "name": "Low",
      "value": 2039.6
    },
    {
      "name": "Prev close",
      "value": 2042.2
    },
    {
      "name": "Volume",
      "value": 84.138
    },
    {
      "name": "Open interest",
      "value": 401.541
    }
  ]
  )
}
```

Answer Box - Currency Converter

usd to eur

Finance    Calculator    News    Perspectives

About 663,000,000 results (0.41 seconds)

1 United States Dollar equals

0.92 Euro

Nov 20, 1:56 PM UTC · Disclaimer

1    United States Dollar

0,92    Euro

More about USD/EUR →    Feedback

GET

https://www.searchapi.io/api/v1/search?engine=google&q=usd+to+eur

Request                                    Python    requests

```python
import requests

url = "https://www.searchapi.io/api/v1/search"
params = {
  "engine": "google",
  "q": "usd to eur"
}

response = requests.get(url, params=params)
print(response.text)
```

Response

```json
{
  "answer_box": {
    "type": "currency_converter",
    "answer": "1 United States Dollar equals 0.92 Euro (Nov 20, 1
    "price": 0.92,
    "currency": "Euro",
    "date": "Nov 20, 1:56 PM UTC",
    "from": {
      "price": 1,
      "currency": "United States Dollar"
    },
    "to": {
      "price": 0.92,
      "currency": "Euro"
    },
    "chart": [
      {
        "price": 0.94325,
        "datetime": "2023-10-20T23:58:00Z",
        "unix_date": 1697846280
      },
      {
        "price": 0.94325,
        "datetime": "2023-10-21T23:58:00Z",
        "unix_date": 1697932680
      },
      ...
    ]
  }
}
```

Answer Box - Local Time

current date

Converter    News    Images    And time

GET

https://www.searchapi.io/api/v1/search?engine=google&location=New

Document title: Google Search Scraper API
Capture URL: https://web.archive.org/web/20250819213652/https://www.searchapi.io/docs/google
Capture timestamp (UTC): Sat, 27 Sep 2025 12:36:45 GMT
Estimated post date: 08/19/2025 9:36:52 PM

INTERNET ARCHIVE
WaybackMachine
19 captures
30 Jan 2024 - 19 Aug 2025

https://www.searchapi.io/docs/google    Go

Case 1:26-cv-00143    Document 1-19    Filed 01/20/26    Page 16 of 35

JUL  AUG  SEP
19
2024  2025  2026

About this capture



Document title: Google Search Scraper API
Capture URL: https://web.archive.org/web/20250819213652/https://www.searchapi.io/docs/google
Capture timestamp (UTC): Sat, 27 Sep 2025 12:36:45 GMT
Estimated post date: 08/19/2025 9:36:52 PM



INTERNET ARCHIVE
Wayback Machine
19 captures
30 Jan 2025 - 19 Aug 2025

https://www.searchapi.io/docs/google    Go

Case 1:26-cv-00143    Document 1-19    Filed 01/20/26    Page 18 of 35

JUL  AUG  SEP
◄  19  ►
2024  2025  2026
About this capture







### Salary Estimates

```python
import requests

url = "https://www.searchapi.io/api/v1/search"
params = {
  "engine": "google",
  "q": "Digital marketing salary miami",
  "location": "Miami,Florida,United States"
}

response = requests.get(url, params=params)
print(response.text)
```

Response

```json
{
  "salary_estimates": [
    {
      "title": "Digital marketer",
      "salary": {
        "text": "$39k-120k per year",
        "range": "$39k-120k",
        "range_from": 39000.0,
        "range_to": 120000.0,
        "frequency": "per year"
      },
      "link": "https://www.indeed.com/career/digital-marketer/sal...
      "location": "Miami, FL",
      "source": "Indeed",
      "favicon": "data:image/png;base64,..."
    },
    ...
  ]
}
```

### Shopping Ads

Sponsored ⋮

| Apple Macbook Pro... | 13-inch MacBook Pr... | Apple Macbook Pro... | Apple MacBook Air... | Apple MacBook Air... |
|---|---|---|---|---|
| ● In store | Free 1-day | ● In store | ● In store | |
| Apple | Apple | Apple | Apple | Apple |
| Macbook Pro... | MacBook Pr... | Macbook Pro... | MacBook Air... | MacBook Air... |
| $1,299.00 | $1,199.00 | $2,499.00 | $1,199.00 | $399.00 |
| Adorama | NYU Booksto... | Adorama | Adorama | Walmart |
| ★★★★★ (9k+) | ⌘ Get it by 6... | ★★★★☆ (949) | ★★★★★ (3k+) | ★★★★★ (9k+) |

GET

```
https://www.searchapi.io/api/v1/search?engine=google&location=New
```

Request                                          Python ◇   requests ◇

```python
import requests

url = "https://www.searchapi.io/api/v1/search"
params = {
  "engine": "google",
  "q": "MacBook",
  "location": "New York"
}

response = requests.get(url, params=params)
print(response.text)
```

Response

```json
{
  "shopping_ads": [
    {
      "position": 1,
      "block_position": "top",
      "title": "Apple Macbook Pro 13.3In, M2 8C Cpu/10C Gpu, 8Gb,
      "seller": "Adorama",
      "link": "http://www.google.com/shopping/product/10818726284
      "price": "$1,299.00",
      "extracted_price": 1299.00,
      "order_fulfillment_method": "In store",
      "rating": 4.8,
      "reviews": 9000,
      "image": "data:image/webp;base64,..."
    },
    ...
  ],
  "shopping_ads_more_link": {
    "link": "https://www.google.com/search?q=Macbook&hl=en&gl=us&
  }
}
```

### Ads

---

Document title: Google Search Scraper API
Capture URL: https://web.archive.org/web/20250819213652/https://www.searchapi.io/docs/google
Capture timestamp (UTC): Sat, 27 Sep 2025 12:36:45 GMT
Estimated post date: 08/19/2025 9:36:52 PM



---



### Inline Shopping



```
{
  "inline_shopping": [
    {
      "position": 1,
      "title": "Apple iPhone 15",
      "seller": "Amazon.com - Seller",
      "rating": 4.6,
      "reviews": 23000,
      "price": "$399.99",
      "extracted_price": 399.99,
      "deal": "7% OFF",
      "durability": "Refurbished",
      "extensions": [
        "Also nearby"
      ],
      "thumbnail": "https://encrypted-tbn2.gstatic.com/shopping?q
    },
    {
      "position": 2,
      "title": "Apple iPhone 15 Plus",
      "seller": "Apple",
      "rating": 4.6,
      "reviews": 5600,
      "price": "$33.30/mo",
      "extracted_price": 33.3,
      "installment": {
        "months": "x 24",
        "extracted_months": 24,
        "cost_per_month": "$33.30/mo",
        "extracted_cost_per_month": 33.3
      },
      "extensions": [
        "Also nearby"
      ],
      "thumbnail": "https://encrypted-tbn1.gstatic.com/shopping?q
      ...
    }
  ]
}
```

### From Sources Across the Web

From sources across the web

| | | |
|---|---|---|
| Document360 | README | Confluence |
| GitHub | SwaggerHub | Apiary |
| MarkdownPad | Nuclino | Postman |

14 over

```
GET

https://www.searchapi.io/api/v1/search?engine=google&q=companies+
```

| Request | Python ⌄ | requests ⌄ |
|---|---|---|

```python
import requests

url = "https://www.searchapi.io/api/v1/search"
params = {
    "engine": "google",
    "q": "companies providing developer documentation tools"
}

response = requests.get(url, params=params)
print(response.text)
```

**Response**

```
{
  "from_sources_across_the_web": {
    "items": [
      {
        "name": "Document360",
        "thumbnail": "data:image/jpeg;base64,..."
      },
      {
        "name": "README",
        "thumbnail": "data:image/jpeg;base64,..."
      },
      ...
    ]
  }
}
```

### Discussions and Forums

Discussions and forums

```
GET
```



INTERNET ARCHIVE
WaybackMachine
https://www.searchapi.io/docs/google    Go
19 captures
30 Jan 2025 - 19 Aug 2025
Case 1:26-cv-00143    Document 1-19    Filed 01/20/26    Page 25 of 35
JUL AUG SEP
2024 **19** 2026
2025
About this capture



DOCUMENTATION

Google ▾

  Google Light

  Google Ads Advertiser Info

Google Ads Transparency ▸

Google Maps ▸

Google Shopping ▸

Google Flights ▸

Google Hotels ▸

Google Travel Explore

Google Videos

Google Images ▸

Google Lens

Google News ▸

Google Jobs

Google Events

Google Autocomplete

Google Trends ▸

Google Scholar ▸

Google Finance

Google Patents ▸

Bing ▸

Baidu

Naver

Yahoo Search

Meta Ad Library ▸

Linkedin Ad Library

Amazon Search ▸

Shein Search ▸

eBay Search ▸

Google Play Store ▸

Apple App Store ▸

DuckDuckGo ▸

Walmart Search ▸

YouTube ▸

Reddit Ad Library

Support APIs ▸

## Related Questions

```
      "engine": "google",
      "q": "chatgpt"
}

response = requests.get(url, params=params)
print(response.text)
```

**Response**

```
{
  "related_questions": [
    {
      "question": "Is ChatGPT safe to use?",
      "answer": "When it comes to the safety of its answers, Open
      "answer_highlight": "ChatGPT can produce biased and potenti
      "date": "1 day ago",
      "source": {
        "title": "What is ChatGPT, is it safe to use and how to d
        "link": "https://www.walesonline.co.uk/news/uk-news/what-
        "domain": "www.walesonline.co.uk",
        "displayed_link": "https://www.walesonline.co.uk › news ›
        "favicon": "data:image/png;base64,..."
      },
      "search": {
        "title": "Search for: Is ChatGPT safe to use?",
        "link": "https://www.google.com/search?hl=en&gl=us&q=Is+C
      }
    },
    ...
  ]
}
```

## Questions and Answers

Questions & answers

Reddit
**Question**
Why is we only see one side of the moon?

**Answer** · 890 votes
The short answer is that the Moon rotates on its axis...
More

brainly.co...
**Question**
Why do we see only one side of the moon from earth? A.The moon does not rotate. B.The moon takes longer to rotate than to...

**Answer** · 55 votes
We see only one side of the moon from earth because...
More

Quora
**Question**
Why do we really only see one side of the moon? Is there something on the other side they don't want us to see?

**Answer** · 51 votes
Yes. NASA, the Illuminati, the Girl Scouts, Ice Capade...
More

Feedback

**GET**

`https://www.searchapi.io/api/v1/search?engine=google&q=Why+do+we+`

**Request**    Python ⌄    requests ⌄

```
import requests

url = "https://www.searchapi.io/api/v1/search"
params = {
  "engine": "google",
  "q": "Why do we only see one side of the moon?"
}

response = requests.get(url, params=params)
print(response.text)
```

**Response**

```
{
  "questions_and_answers": [
    {
      "question": "Why is that we only see one side of the moon?"
      "answer": "The short answer is that the Moon rotates on its
      "link": "https://www.reddit.com/r/askscience/comments/166wp
      "votes": 890,
      "source": "Reddit"
    },
    ...
  ]
}
```

## Explore Brands

Explore brands  ⓘ

☕ **Stumptown Coffee Roasters**
Shop Stumptown for single-origin coffee beans and unique blends. Roasted daily. Visit our site to see all of the coffee, espresso, and gift options.
STUMPTOWN

☕ **Death Wish Coffee Company**
Live with a Death Wish. Death Wish Coffee delivers a bold, full-bodied yet

**GET**

`https://www.searchapi.io/api/v1/search?engine=google&q=Coffee`

**Request**    Python ⌄    requests ⌄

import requests

https://www.searchapi.io/docs/google

INTERNET ARCHIVE
WayBackMachine
19 captures
30 Jan 2025 - 19 Aug 2025

Case 1:26-cv-00143    Document 1-19    Filed 01/20/26    Page 26 of 35

JUL AUG SEP
19
2024 2025 2026

About this capture



INTERNET ARCHIVE
Wayback Machine
https://www.searchapi.io/docs/google [Go]
19 captures
30 Jan 2024 - 19 Aug 2025
Case 1:26-cv-00143    Document 1-19    Filed 01/20/26    Page 27 of 35
JUL AUG SEP
◀ 19 ▶
2024 2025 2026
About this capture



INTERNET ARCHIVE **WayBackMachine** | **Case 1:26-cv-00143** | **Document 1-19** | **Filed 01/20/26** | **Page 28 of 35**

19 captures
30 Jan 2025 - 19 Aug 2025





Document title: Google Search Scraper API
Capture URL: https://web.archive.org/web/20250819213652/https://www.searchapi.io/docs/google
Capture timestamp (UTC): Sat, 27 Sep 2025 12:36:45 GMT
Estimated post date: 08/19/2025 9:36:52 PM





## Inline Videos

```
        "seconds": 0,
        "title": "Basic HTML Structure, HTML Tags Explanation",
        "link": "https://www.youtube.com/watch?v=XYv6mJpFOb04t=",
        "thumbnail": "https://encrypted-tbn0.gstatic.com/images
      },
      {
        "time": "05:35",
        "seconds": 335,
        "title": "Packages Installation",
        "link": "https://www.youtube.com/watch?v=XYv6mJpFOb04t=",
        "thumbnail": "https://encrypted-tbn0.gstatic.com/images
      },
      ...
    ],
    "image": "data:image/jpeg;base64,..."
  },
  ...
  ],
  "inline_videos_more_link": "https://www.google.com/search?gl=us
  }
```

## Inline Tweets

https://twitter.com/search?Elon+Musk+tweets          ⋮

**Elon Musk tweets on Twitter**

| Elon Musk @elonmusk | Daily Express @Daily_Express | Mint @livemint |
|---|---|---|
| Let that sink in | What Is a Woman? streaming free today only: Controversial doc backed by Elon Musk 'Every parent should watch this' #WhatIsaWoman #ElonMusk | As Tesla chief, #ElonMusk wrapped up his three-day tour to China, US presidential candidate #VivekRamaswamy called out on Elon Musk over his discussions with Chinese |
| Twitter · 2 hours ago | Twitter · 21 mins ago | Twitter · 22 mins ago |

**GET**

```
https://www.searchapi.io/api/v1/search?engine=google4location=New
```

**Request**                                    Python ⌄   requests ⌄

```python
import requests

url = "https://www.searchapi.io/api/v1/search"
params = {
  "engine": "google",
  "q": "Elon Musk tweets",
  "location": "New York,United States"
}

response = requests.get(url, params=params)
print(response.text)
```

**Response**

```
  {
  "inline_tweets": {
    "title": "Elon Musk tweets on Twitter",
    "link": "https://twitter.com/search?q=elon+musk+tweets\u0026e
    "displayed_link": "https://twitter.com/search/Elon+Musk+tweet
    "tweets": [
      {
        "tweet_id": "1664637044549726210",
        "link": "https://twitter.com/elonmusk/status/166463704454
        "snippet": "Let that sink in",
        "date": "2 hours ago",
        "author": {
          "name": "Elon Musk",
          "screen_name": "elonmusk",
          "link": "https://twitter.com/elonmusk",
          "thumbnail": "data:image/jpeg;base64,..."
        }
      },
      ...
    ]
  }
  )
```

## Inline Images

🖼 Images for Panda images          ⋮

cute  wallpaper  baby  animated  drawing  love  ⌄

**GET**

```
https://www.searchapi.io/api/v1/search?engine=google&q=Panda+image
```

**Request**                                    Python ⌄   requests ⌄

```python
import requests

url = "https://www.searchapi.io/api/v1/search"
params = {
```

Document title: Google Search Scraper API
Capture URL: https://web.archive.org/web/20250819213652/https://www.searchapi.io/docs/google
Capture timestamp (UTC): Sat, 27 Sep 2025 12:36:45 GMT
Estimated post date: 08/19/2025 9:36:52 PM



Document title: Google Search Scraper API
Capture URL: https://web.archive.org/web/20250819213652/https://www.searchapi.io/docs/google
Capture timestamp (UTC): Sat, 27 Sep 2025 12:36:45 GMT
Estimated post date: 08/19/2025 9:36:52 PM



Document title: Google Search Scraper API
Capture URL: https://web.archive.org/web/20250819213652/https://www.searchapi.io/docs/google
Capture timestamp (UTC): Sat, 27 Sep 2025 12:36:45 GMT
Estimated post date: 08/19/2025 9:36:52 PM



Document title: Google Search Scraper API
Capture URL: https://web.archive.org/web/20250819213652/https://www.searchapi.io/docs/google
Capture timestamp (UTC): Sat, 27 Sep 2025 12:36:45 GMT
Estimated post date: 08/19/2025 9:36:52 PM



**Courses**

**GET**

```
https://www.searchapi.io/api/v1/search?engine=google&q=Python+cou
```

**Request**                                         Python ⌄    requests ⌄

```python
import requests

url = "https://www.searchapi.io/api/v1/search"
params = {
  "engine": "google",
  "q": "Python courses"
}

response = requests.get(url, params=params)
print(response.text)
```

**Response**

```json
{
  "courses": [
    {
      "title": "Learn Python 3",
      "link": "https://www.codecademy.com/learn/learn-python-3",
      "source": "Codecademy",
      "rating": 4.6,
      "reviews": 7200,
      "extensions": ["Beginner", "Subscription", "1 day"],
      "thumbnail": "https://encrypted-tbn0.gstatic.com/images?q=t
    },
    ...
  ]
}
```

Document title: Google Search Scraper API
Capture URL: https://web.archive.org/web/20250819213652/https://www.searchapi.io/docs/google
Capture timestamp (UTC): Sat, 27 Sep 2025 12:36:45 GMT
Estimated post date: 08/19/2025 9:36:52 PM