# EXHIBIT 18

1/15/26, 4:33 PM                    Case 1:26-cv-00143         Document 1-20        Filed 01/20/26        Page 2 of 4
                                                              Supported Locations API - SerpApi

# SerpApi

- Google News API
- Google News Light API
- Google Patents API
- Google Play Store API
- Google Related Questions API
- Google Reverse Image API
- Google Scholar API
- Google Shopping API
- Google Shopping Light API
- Google Short Videos API
- Google Travel Explore API
- Google Trends API
- Google Videos API
- Google Videos Light API
- Amazon Search API
- Amazon Product API
- Apple App Store API
- Baidu Search API
- Bing Search API
- Bing Copilot API
- Bing Images API
- DuckDuckGo Search API
- DuckDuckGo Light API
- eBay Search API
- Facebook Profile API
- Naver Search API
- OpenTable Reviews API
- The Home Depot Search API
- Tripadvisor Search API
- Walmart Search API
- Yahoo! Search API
- Yandex Search API
- Yelp Search API
- YouTube Search API
- Extra APIs
  - Account
  - **Locations**
  - Pixel Position (BETA)
  - Search Archive
- Status and Error Codes

Sign In   Register

## 📍 Supported Locations API

Locations API allows you to search SerpApi supported locations. It should return an array of locations ordered by reach. Locations that reach the most people will be first. This API is free to use. Download the full **JSON** list of **supported locations:**

[Download ⬇]

You can query `https://serpapi.com/locations.json` using a `GET` request with these parameters:

### API Parameters

| | | |
|---|---|---|
| `q` | Optional | Parameter restricts your search to locations that contain the supplied string. (e.g., `Austin` will find 'Austin, TX', 'The University of Texas at Austin', 'Rochester, MN-Mason City, IA-Austin, MN,United States', etc.) |
| `limit` | Optional | Parameter limits the number of locations returned. (e.g., `5` will return only 5 locations. Maximum is 10.) |

### API Examples

#### Locations API example

The URL below fetches the 5 biggest locations that contains "Austin" in their name in our database. You can then use the location canonical name (e.g., `"Austin,Texas,United States"`) or the location id (e.g., `"585069efee19ad271e9c9b36"`) as the value of the param `location` for the `/search` API to get more precise results.

```
</> GET
1  https://serpapi.com/locations.json?q=Austin&limit=5
```

</> JSON Example ↗

# SerpApi

Sign In    Register

- Google News API
- Google News Light API
- Google Patents API
- Google Play Store API
- Google Related Questions API
- Google Reverse Image API
- Google Scholar API
- Google Shopping API
- Google Shopping Light API
- Google Short Videos API
- Google Travel Explore API
- Google Trends API
- Google Videos API
- Google Videos Light API
- Amazon Search API
- Amazon Product API
- Apple App Store API
- Baidu Search API
- Bing Search API
- Bing Copilot API
- Bing Images API
- DuckDuckGo Search API
- DuckDuckGo Light API
- eBay Search API
- Facebook Profile API
- Naver Search API
- OpenTable Reviews API
- The Home Depot Search API
- Tripadvisor Search API
- Walmart Search API
- Yahoo! Search API
- Yandex Search API
- Yelp Search API
- YouTube Search API
- Extra APIs
  - Account
  - **Locations**
  - Pixel Position (BETA)
  - Search Archive
- Status and Error Codes

```
      "google_id": 200635,
      "google_parent_id": 21176,
      "name": "Austin, TX",
      "canonical_name": "Austin, TX,Texas,United States",
      "country_code": "US",
      "target_type": "DMA Region",
      "reach": 5560000,
      "gps": [
        -97.7430608,
        30.267153
      ]
    },
    {
      "id": "585069b8ee19ad271e9ba949",
      "google_id": 1026201,
      "google_parent_id": 21176,
      "name": "Austin",
      "canonical_name": "Austin,Texas,United States",
      "country_code": "US",
      "target_type": "City",
      "reach": 4870000,
      "gps": [
        -97.7430608,
        30.267153
      ]
    },
    {
      "id": "585069bdee19ad271e9bc05e",
      "google_id": 200611,
      "google_parent_id": 2840,
      "name": "Rochester, MN-Mason City, IA-Austin, MN",
      "canonical_name": "Rochester, MN-Mason City, IA-Austin, MN,United States",
      "country_code": "US",
      "target_type": "DMA Region",
      "reach": 555000
    },
    {
      "id": "585069eeee19ad271e9c9632",
      "google_id": 9060008,
      "google_parent_id": 21176,
      "name": "The University of Texas at Austin",
      "canonical_name": "The University of Texas at Austin,Texas,United States",
      "country_code": "US",
      "target_type": "University",
      "reach": 250000,
      "gps": [
        -97.7340567,
        30.2849185
      ]
    },
    {
      "id": "585069edee19ad271e9c93df",
      "google_id": 9059413,
      "google_parent_id": 21176,
      "name": "Austin County",
      "canonical_name": "Austin County,Texas,United States",
      "country_code": "US",
      "target_type": "County",
      "reach": 157000,
      "gps": [
        -96.2800864,
        29.8711291
      ]
    }
}
```

# SerpApi

Sign In    Register

- Google News API
- Google News Light API
- Google Patents API
- Google Play Store API
- Google Related Questions API
- Google Reverse Image API
- Google Scholar API
- Google Shopping API
- Google Shopping Light API
- Google Short Videos API
- Google Travel Explore API
- Google Trends API
- Google Videos API
- Google Videos Light API
- Amazon Search API
- Amazon Product API
- Apple App Store API
- Baidu Search API
- Bing Search API
- Bing Copilot API
- Bing Images API
- DuckDuckGo Search API
- DuckDuckGo Light API
- eBay Search API
- Facebook Profile API
- Naver Search API
- OpenTable Reviews API
- The Home Depot Search API
- Tripadvisor Search API
- Walmart Search API
- Yahoo! Search API
- Yandex Search API
- Yelp Search API
- YouTube Search API
- Extra APIs
  - Account
  - **Locations**
  - Pixel Position (BETA)
  - Search Archive
- Status and Error Codes

Api Status · GitHub · Legal · Security · Libraries · Release Notes · Public Roadmap · Support

© 2016-2026 SerpApi, LLC.