# EXHIBIT 19

 

# Supported Google Locations API

`GET /api/v1/locations`

SearchApi supported locations API allows you to **localize Google searches to particular geographic areas**. This API is completely free.

## API Parameters

### Search Parameters

`q` Required

The search query to use to search for locations. For example, `new york` and `london`.

`limit` Optional

The maximum number of results to return. Defaults to `10`. Maximum is 100.

`api_key` Required

The `api_key` authenticates your requests. Use it as a query parameter (`https://www.searchapi.io/api/v1/locations?api_key=YOUR_API_KEY`) or in the Authorization header (`Bearer YOUR_API_KEY`).

### Zero Data Retention

`zero_retention` Enterprise Only Optional

Set this parameter to `true` to disable all logging and persistent storage. No request parameters, HTML, or JSON responses are stored or logged. Suitable for high-compliance use cases. Debugging and support may be limited while enabled.

## API Examples

## Get supported locations

This API example retrieves the top 10 largest locations that include the term `london` in their name. You can then use `canonical_name` (e.g. `London,England,United Kingdom`) as the value of `location` parameter in the [Google Search API](#).

Response parameters:

- `google_id` - The unique identifier for the location as per Google's system.
- `google_parent_id` - The unique identifier for the parent location of the current location in Google's system. This points to existing `google_id`.
- `name` - the common name of the location.
- `canonical_name` - the official, standardized name of the location. **Use this value in in the** [Google Search API](#).
- `target_type` - specific classification of the location. This can be one of the following:
  - `Postal Code`
  - `City`
  - `Municipality`
  - `Canton`
  - `Neighborhood`
  - `County`
  - `City Region`
  - `Airport`
  - `University`
  - `District`
  - `Region`
  - `Province`
  - `Borough`
  - `Prefecture`
  - `Autonomous Community`
  - `Country`
  - `Union Territory`
  - `Governorate`
  - `Department`

- TV Region
- Okrug
- National Park
- Territory
- Congressional District
- `country_code` - the ISO 3166-1 alpha-2 two-letter country code. You can view the full list of supported countries.
- `reach` - the population size within the specified location.
- `lat` (latitude) - the coordinate that represents the location's north-south position on the Earth's surface.
- `lon` (longitude) - the coordinate that represents the location's east-west position on the Earth's surface.

**GET**

```
https://www.searchapi.io/api/v1/locations?q=london
```

**Request**   Python  requests

```python
import requests

url = "https://www.searchapi.io/api/v1/locations"
params = {
  "q": "london"
}

response = requests.get(url, params=params)
print(response.text)
```

**Response**

```
[
  {
    "google_id": 9047013,
    "google_parent_id": 20339,
    "name": "London",
    "canonical_name": "London TV Region,England,United Kingdom",
    "target_type": "TV Region",
    "country_code": "GB",
    "reach": 49600000,
    "lat": 51.5991266,
    "lon": -0.0942157
  },
  {
    "google_id": 9041106,
    "google_parent_id": 20339,
    "name": "Greater London",
    "canonical_name": "Greater London,England,United Kingdom",
    "target_type": "County",
```

```
      "country_code": "GB",
      "reach": 46600000,
      "lat": 51.4309209,
      "lon": -0.0936496
    },
    {
      "google_id": 1006886,
      "google_parent_id": 20339,
      "name": "London",
      "canonical_name": "London,England,United Kingdom",
      "target_type": "City",
      "country_code": "GB",
      "reach": 40300000,
      "lat": 51.5072178,
      "lon": -0.1275862
    },
    {
      "google_id": 1002316,
      "google_parent_id": 20339,
      "name": "London Borough of Lambeth",
      "canonical_name": "London Borough of Lambeth,England,United Kingdom",
      "target_type": "Municipality",
      "country_code": "GB",
      "reach": 879000,
      "lat": 51.4571477,
      "lon": -0.1230681
    },
    {
      "google_id": 9041110,
      "google_parent_id": 20339,
      "name": "City of London",
      "canonical_name": "City of London,England,United Kingdom",
      "target_type": "County",
      "country_code": "GB",
      "reach": 767000,
      "lat": 51.5123443,
      "lon": -0.0909852
    },
    {
      "google_id": 1002325,
      "google_parent_id": 20121,
      "name": "London",
      "canonical_name": "London,Ontario,Canada",
      "target_type": "City",
      "country_code": "CA",
      "reach": 662000,
      "lat": 42.9849233,
      "lon": -81.2452768
    },
    {
      "google_id": 9057243,
      "google_parent_id": 21139,
      "name": "New London County",
      "canonical_name": "New London County,Connecticut,United States",
      "target_type": "County",
      "country_code": "US",
      "reach": 402000,
      "lat": 41.5185189,
      "lon": -72.0468164
    },
    ...
  ]
```