# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| SERPAPI, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ZILVINAS KUCINSKAS and SEARCHAPI LLC,<br><br>　　　　　Defendants. | CASE NO. 1:26-cv-00143<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff SerpApi, LLC discloses that it has no parent company, nor does any other publicly held company own more than 10% of its stock.

Dated: January 20, 2026

Respectfully submitted,

*/s/ Kat Li*
Kat Li (SBN: 24070142)
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 W. 4th St.
Austin, TX 78701
Telephone: (512) 678-9100

Akshay S. Deoras (*pro hac vice* forthcoming)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

        Joshua L. Simmons (*pro hac vice* forthcoming)
        joshua.simmons@kirkland.com
        Leslie M. Schmidt (*pro hac vice* forthcoming)
        leslie.schmidt@kirkland.com
        KIRKLAND & ELLIS LLP
        601 Lexington Avenue
        New York, NY 10022
        Telephone: (212) 446-4800

        ***Attorneys for Plaintiff, SerpApi, LLC***

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on January 20, 2026, with a copy of this document via the Court's CM/ECF system.

        */s/ Kat Li*
        Kat Li