# APPENDIX A

# APPENDIX A

| Appendix A: Comparison of SerpAPI and SearchAPI JSON Responses ||
| --- | --- |
| **SerpApi** | **SearchApi** |
| *Example 1:* "organic_results" from a Google search for "Coffee" ||
| ```
"organic_results": [
  {
    "position": 1,
    "title": "Coffee",
    "link": "https://en.wikipedia.org/
    "redirect_link": "https://www.goog
    "displayed_link": "https://en.wiki
    "thumbnail": "https://serpapi.com/
    "favicon": "https://serpapi.com/se
    "snippet": "Coffee is a beverage b
    "snippet_highlighted_words": [
      "a beverage brewed from roasted,
    ],
    "sitelinks": {
      "inline": [
        {
          "title": "History",
          "link": "https://en.wikipedi
        },
        {
          "title": "Coffee bean",
          "link": "https://en.wikipedi
        },
        {
          "title": "Coffee preparation
          "link": "https://en.wikipedi
        },
        {
          "title": "Coffee production"
          "link": "https://en.wikipedi
        }
      ]
    },
    "source": "Wikipedia"
``` | ```
"organic_results": [
  {
    "position": 1,
    "title": "Coffee",
    "link": "https://en.wikipedia.org/
    "source": "Wikipedia",
    "domain": "en.wikipedia.org",
    "displayed_link": "https://en.wiki
    "snippet": "Coffee is a beverage b
    "snippet_highlighted_words": [
      "a beverage brewed from roasted,
    ],
    "sitelinks": {
      "inline": [
        {
          "title": "History",
          "link": "https://en.wikipedi
        },
        {
          "title": "Coffee bean",
          "link": "https://en.wikipedi
        },
        {
          "title": "Coffee preparation
          "link": "https://en.wikipedi
        },
        {
          "title": "Coffee production"
          "link": "https://en.wikipedi
        }
      ]
    },
    "favicon":
``` |

| Appendix A: Comparison of SerpAPI and SearchAPI JSON Responses ||
| --- | --- |
| **SerpApi** | **SearchApi** |
| *Example 2:* "organic_results" from a Google Patent search for "Coffee" ||
| ```
"organic_results": [
  {
    "position": 1,
    "rank": 0,
    "patent_id": "patent/WO2024102086A1/en",
    "patent_link": "https://patents.google.c
    "serpapi_link": "https://serpapi.com/sea
    "title": "A method of coffee preparatio
    "snippet": "CLAIMS A coffee preparation
    "priority_date": "2022-11-09",
    "filing_date": "2022-11-09",
    "publication_date": "2024-05-16",
    "inventor": "Alper ULUS",
    "assignee": "Coffee Pacifica Gida Turizr
    "publication_number": "WO2024102086A1",
    "language": "en",
    "pdf": "https://patentimages.storage.goo
    "country_status": {
      "WO": "UNKNOWN"
``` | ```
"organic_results": [
  {
    "position": 1,
    "rank": 0,
    "patent_id": "patent/WO2024102086A1/en",
    "title": "A method of coffee preparation
    "snippet": "CLAIMS A coffee preparation
    "priority_date": "2022-11-09",
    "filing_date": "2022-11-09",
    "publication_date": "2024-05-16",
    "inventor": "Alper ULUS",
    "assignee": "Coffee Pacifica Gida Turizm
    "publication_number": "WO2024102086A1",
    "language": "en",
    "pdf": "https://patentimages.storage.goo
    "country_status": {
      "WO": "UNKNOWN"
``` |

| Appendix A: Comparison of SerpAPI and SearchAPI JSON Responses ||
|---|---|
| **SerpApi** | **SearchApi** |
| *Example 3:* "suggestions" in a Google Autocomplete search for "Coffee" ||
| ```
"suggestions": [
  {
    "value": "coffee near me",
    "relevance": 1200,
    "type": "QUERY",
    "serpapi_link": "https://serpapi.co
  },
  {
    "value": "coffee shops near me",
    "relevance": 750,
    "type": "QUERY",
    "serpapi_link": "https://serpapi.co
  },
  {
    "value": "coffee shops new city",
    "relevance": 601,
    "type": "QUERY",
    "serpapi_link": "https://serpapi.co
  },
  {
    "value": "coffee shops nyc",
    "relevance": 600,
    "type": "QUERY",
    "serpapi_link": "https://serpapi.co
  },
``` | ```
"suggestions": [
  {
    "value": "coffee near me",
    "relevance": 1150,
    "type": "QUERY"
  },
  {
    "value": "coffee shops near me",
    "relevance": 750,
    "type": "QUERY"
  },
  {
    "value": "coffee tallahassee",
    "relevance": 650,
    "type": "QUERY"
  },
  {
    "value": "coffee shops tallahassee",
    "relevance": 601,
    "type": "QUERY"
  }.
``` |

| Appendix A: Comparison of SerpAPI and SearchAPI JSON Responses ||
|---|---|
| **SerpApi** | **SearchApi** |
| *Example 4:* "best_flights" from a Google Flights search from Beijing, China to Austin, Texas ||
| <pre>"best_flights": [
  {
    "flights": [
      {
        "departure_airport": {
          "name": "Beijing Capital International Airport",
          "id": "PEK",
          "time": "2025-10-08 17:25"
        },
        "arrival_airport": {
          "name": "San Francisco International Airport",
          "id": "SFO",
          "time": "2025-10-08 14:05"
        },
        "duration": 700,
        "airplane": "Boeing 777",
        "airline": "United",
        "airline_logo": "https://www.gstatic.com/flights/
        "travel_class": "Economy",
        "flight_number": "UA 889",
        "legroom": "31 in",
        "extensions": [
          "Average legroom (31 in)",
          "Wi-Fi for a fee",
          "In-seat power & USB outlets",
          "On-demand video",
          "Carbon emissions estimate: 774 kg"
        ],
        "overnight": true
      },</pre> | <pre>"best_flights": [
  {
    "flights": [
      {
        "departure_airport": {
          "name": "Beijing Capital International Airport",
          "id": "PEK",
          "date": "2025-10-08",
          "time": "17:25"
        },
        "arrival_airport": {
          "name": "San Francisco International Airport",
          "id": "SFO",
          "date": "2025-10-08",
          "time": "14:05"
        },
        "duration": 700,
        "airplane": "Boeing 777",
        "airline": "United",
        "airline_logo": "https://www.gstatic.com/flights/a
        "travel_class": "Economy",
        "flight_number": "UA 889",
        "is_overnight": true,
        "extensions": [
          "Power and USB outlets",
          "On-demand video",
          "Wi-Fi for fee",
          "Seat type Average Legroom",
          "Legroom 31 inches",
          "Carbon emission: 774 kg"
        ],</pre> |

| Appendix A: Comparison of SerpAPI and SearchAPI JSON Responses ||
|---|---|
| **SerpApi** | **SearchApi** |
| *Example 5:* Shopping results from a Google AI Mode search for "Coffee" ||
| ```
"shopping_results": [
  {
    "title": "Lavazza Super Crema E
    "product_link": "https://www.go
hUKEwi8mIvc9JKQAxXiT2wGHc39OpYQ8ccP
    "thumbnail": "https://serpapi.c
    "price": "$19.98",
    "extracted_price": 19.98,
    "old_price": "$24.98",
    "extracted_old_price": 24.98,
    "rating": 4.8,
    "reviews": 4000,
    "index": 0
``` | ```
"inline_shopping": [
  {
    "position": 1,
    "title": "Lavazza Super Crema Espress
    "link": "https://www.google.com/searc
)r9JKQAxXuQ_EDHdtRDRsQ8ccPegQIDBAB",
    "rating": 4.8,
    "reviews": 4000,
    "price": "$19.98",
    "extracted_price": 19.98,
    "original_price": "$24.98",
    "extracted_original_price": 24.98
``` |

| Appendix A: Comparison of SerpAPI and SearchAPI JSON Responses ||
|---|---|
| **SerpApi** | **SearchApi** |
| *Example 6:* "organic_results" from a Google Light API search for "Coffee" ||
| ```
"organic_results": [
  {
    "position": 1,
    "title": "Coffee - Wikipedia",
    "link": "https://en.wikipedia.c
    "displayed_link": "en.wikipedia
    "snippet": "Coffee is a beverag
    "sitelinks": {
      "inline": [
        {
          "title": "History",
          "link": "https://en.wikip
``` | ```
"organic_results": [
  {
    "position": 1,
    "title": "Coffee - Wikipedia",
    "link": "https://en.wikipedia.c
    "displayed_link": "en.wikipedia
    "snippet": "Coffee is a beverag
    "sitelinks": {
      "inline": [
        {
          "title": "History",
          "link": "https://en.wikip
``` |

| Appendix A: Comparison of SerpAPI and SearchAPI JSON Responses ||
|---|---|
| **SerpApi** | **SearchApi** |
| *Example 7:* Search data and "ad_creatives" from a Google ads transparency search ||
| ```
"search_metadata": {
  "id": "68c866575922f4fb87038273",
  "status": "Success",
  "json_endpoint": "https://serpapi.co
  "created_at": "2025-09-15 19:17:43 U
  "processed_at": "2025-09-15 19:17:43
  "google_ads_transparency_center_url"
  "raw_html_file": "https://serpapi.co
  "prettify_html_file": "https://serpa
  "total_time_taken": 1.04
},
"search_parameters": {
  "engine": "google_ads_transparency_c
  "advertiser_id": "AR17828074650563772
  "region": "2840"
},
"search_information": {
  "total_results": 800
},
"ad_creatives": [
  {
    "advertiser_id": "AR1782807465056
    "advertiser": "Tesla Inc.",
    "ad_creative_id": "CR16258154049632
    "format": "text",
    "image": "https://tpc.googlesyndic
    "width": 380,
    "height": 199,
    "total_days_shown": 417,
    "first_shown": 1721873323,
    "last_shown": 1757962102,
    "details_link": "https://adstranspa
``` | ```
"search_metadata": {
  "id": "search_m3WR9zk90VHloAJywvyn8YoV",
  "status": "Success",
  "created_at": "2025-09-15T19:20:07Z",
  "request_time_taken": 0.49,
  "parsing_time_taken": 0.01,
  "total_time_taken": 0.51,
  "request_url": "https://adstransparency.g
  "html_url": "https://www.searchapi.io/api,
  "json_url": "https://www.searchapi.io/api,
},
"search_parameters": {
  "engine": "google_ads_transparency_center"
  "advertiser_id": "AR17828074650563772417",
  "num": 40,
  "region": "2840"
},
"search_information": {
  "total_results": 800,
  "legal_name": "Tesla Inc.",
  "based_in": "United States"
},
"ad_creatives": [
  {
    "position": 1,
    "id": "CR162581540496337799713",
    "advertiser": {
      "id": "AR17828074650563772417",
      "name": "Tesla Inc."
    },
    "first_shown_datetime": "2024-07-25T02:0
    "last_shown_datetime": "2025-09-15T18:4
    "total_days_shown": 418,
    "format": "text",
    "image": {
      "link": "https://tpc.googlesyndication
      "height": 199,
      "width": 380
    },
    "details_link": "https://adstransparency
``` |

| Appendix A: Comparison of SerpAPI and SearchAPI JSON Responses ||
|---|---|
| **SerpApi** | **SearchApi** |
| *Example 8:* "local_results" from a Google Maps search for "Coffee" ||
| ```json
"local_results": [
  {
    "position": 1,
    "title": "Urban Backyard",
    "place_id": "ChIJv6INkhtZwokR
    "data_id": "0x89c2591b920da2b
    "data_cid": "1090215356409236
    "reviews_link": "https://serp
    "photos_link": "https://serpa
    "gps_coordinates": {
      "latitude": 40.7208064,
      "longitude": -73.9966015
    },
    "place_id_search": "https://s
    "provider_id": "/g/11g0tpkwp1
    "rating": 4.8,
    "reviews": 657,
    "price": "$1–10",
    "type": "Coffee shop",
    "types": [
      "Coffee shop"
``` | ```json
"local_results": [
  {
    "position": 1,
    "ludocid": "1109503986844845171191",
    "place_id": "ChIJOx_I5mZRwokRDMynEXlohd4",
    "kgmid": "/g/11sdb8g2lh",
    "data_id": "0x89c25166e6c81f3b:0xde8568791
    "title": "Bleu Coffee",
    "address": "175 2nd St, Jersey City, NJ 07
    "phone": "(201) 614-5645",
    "price": "$1–10",
    "price_description": "$1 to $10",
    "rating": 4.8,
    "reviews": 337,
    "reviews_link": "https://search.google.com
    "review_text": "\"The coffee is truly deli
    "website": "http://bleucoffee.com/",
    "domain": "bleucoffee.com",
    "gps_coordinates": {
      "latitude": 40.7219623,
      "longitude": -74.04043709999999
``` |

| Appendix A: Comparison of SerpAPI and SearchAPI JSON Responses ||
|---|---|
| **SerpApi** | **SearchApi** |
| *Example 9:* "shopping_results" from a Google Maps search for "Coffee" ||
| ```
"shopping_results": [
  {
    "position": 1,
    "title": "Apple iPhone 16e",
    "product_id": "7951480791533707761",
    "serpapi_product_api": "https://serpa
    "product_link": "https://www.google.c
    "immersive_product_page_token":
yJlaSI6Ii1FZmxhTWo4QnZTY3c4Y1A5NGlraVFzIi
MjgyMTIzNDMwMDI5NyIsInB2dCI6ImhnIiwidXVsZ!
    "serpapi_immersive_product_api": "htt
gine=google_immersive_product&page_token=
kyNTc5NDE2Mzk0MTkzODk2NCIsIm1pZCI6IjU3NjQ
    "source": "Apple",
    "source_icon": "https://serpapi.com/s
    "multiple_sources": true,
    "price": "$599.00",
    "extracted_price": 599.0,
    "rating": 4.7,
    "reviews": 4400,
    "snippet": "Performs well (201 user r
    "extensions": [
      "Nearby, 13 mi"
``` | ```
"shopping_results": [
  {
    "position": 1,
    "product_id": "48305615633927132264",
    "title": "Apple iPhone 17 Pro",
    "product_link": "https://www.google.c
    "offers": "& more",
    "offers_link": "https://www.google.co
    "price": "$1,299.00",
    "extracted_price": 1299.0,
    "rating": 4.7,
    "reviews": 463,
    "delivery_return": "14-day returns",
    "seller": "Apple",
    "thumbnail": "https://encrypted-tbn3.
    "thumbnail_video": "https://www.gstat
    "product_token":
yJxIjoiSXBob251IiwicHJvZHVjdGlkIjoiIiwiY2
IiwicHZ0IjoiaGciLCJnbCI6InVzIiwiaGwiOiJlbi
``` |

9

| Appendix A: Comparison of SerpAPI and SearchAPI JSON Responses ||
|---|---|
| **SerpApi** | **SearchApi** |
| *Example 10:* "visual_matches" from a Google Lens search ||
| ```
"visual_matches": [
  {
    "position": 1,
    "title": "Fancasting Evrart
    "link": "https://www.reddit.
    "source": "Reddit",
    "source_icon": "https://serp
    "thumbnail": "https://encryp
    "thumbnail_width": 245,
    "thumbnail_height": 206,
    "image": "https://preview.re
    "image_width": 1283,
    "image_height": 1080
``` | ```
"visual_matches": [
  {
    "position": 1,
    "title": "Danny DeVito - Wik
    "link": "https://en.wikipedi
    "image": {
      "link": "https://upload.wi
      "height": 297,
      "width": 250
    },
    "source": "Wikipedia",
    "thumbnail": "https://encryp
``` |

10

| Appendix A: Comparison of SerpAPI and SearchAPI JSON Responses ||
|---|---|
| **SerpApi** | **SearchApi** |
| *Example 11:* "organic_results" from a Google Scholar search for "biology" ||
| ```
"organic_results": [
  {
    "position": 1,
    "title": "A new biology for
    "result_id": "KNJ0p4CbwgoJ",
    "link": "https://journals.a
    "snippet": "… molecular bio
    "publication_info": {
      "summary": "CR Woese - Mi
    },
    "resources": [
      {
        "title": "nih.gov",
        "file_format": "PDF",
        "link": "https://pmc.nc
      }
    ],
    "inline_links": {
      "serpapi_cite_link": "htt
      "cited_by": {
        "total": 905,
        "link": "https://schola
        "cites_id": "7753530627
      "serpapi_scholar_link":
``` | ```
"organic_results": [
  {
    "position": 1,
    "title": "A new biology for
    "data_cid": "KNJ0p4CbwgoJ",
    "link": "https://journals.as
    "publication": "CR Woese - M
    "snippet": "… molecular biol
    "inline_links": {
      "cited_by": {
        "cites_id": "77535306272
        "total": 905,
        "link": "https://scholar
      },
      "versions": {
        "cluster_id": "775353062
        "total": 11,
        "link": "https://scholar
      },
      "related_articles_link": "
    },
    "resource": {
      "name": "nih.gov",
      "format": "PDF",
      "link": "https://pmc.ncbi.
``` |

| Appendix A: Comparison of SerpAPI and SearchAPI JSON Responses ||
|---|---|
| **SerpApi** | **SearchApi** |

*Example 12:* results from a Google Videos search for "Coffee"

