# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| SERPAPI, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> ZILVINAS KUCINSKAS and SEARCHAPI LLC, <br><br> *Defendants*. | Case No. 1:26-CV-00143 |

## DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

### I. INTRODUCTION

Defendants Zilvinas Kucinskas ("Kucinskas") and SearchApi, LLC ("SearchApi") (hereinafter collectively "Defendants") file this Motion pursuant to Fed. R. Civ. P. ("Rule") 6(b)(1) and Local Rule CV-7 for an extension of time to respond to Plaintiff SerpApi, LLC's ("Plaintiff") Complaint (D.E. [1]) filed on January 20, 2026.

### II. FACTS

Defendant Kucinskas is a citizen and resident of Lithuania and the CEO of SearchApi. Defendant SearchApi is a Wyoming state company, has a registered agent in Wyoming, and has an office in New York City.

On January 29, 2026, Plaintiff served its Complaint on SearchApi's registered agent in Wyoming (D.E. [12]). SearchApi's registered agent never advised Mr. Kucinskas of this service. See Declaration of Zilvinas Kucinskas ("Kucinskas Decl."), ¶ 2 attached hereto.

Plaintiff has not served Mr. Kucinskas personally. See Kucinskas Decl., ¶ 3.

On Friday, February 13, 2026, undersigned counsel for Defendants Jean-Marc Zimmerman ("Zimmerman") asked Mr. Kucinskas if either he or SearchApi had been served. See Kucinskas Decl., ¶ 4 and Declaration of Jean-Marc Zimmerman ("Zimmerman Decl."), ¶ 2. Mr. Kucinskas advised Mr. Zimmerman that neither he nor SearchApi had been served. See Kucinskas Decl., ¶ 5 and Zimmerman Decl., ¶ 3.

Thereafter, on Friday, February 13, 2026, Mr. Kucinskas and Mr. Zimmerman learned by checking PACER that Plaintiff had served its Complaint on SearchApi on January 29, 2026. See Kucinskas Decl., ¶ 6 and Zimmerman Decl., ¶ 4. Consequently, SearchApi's deadline to respond to the Complaint is presently February 19, 2026.

Plaintiff's Complaint is 42 pages long and includes the Declaration of Plaintiff's software expert Matthew Schroeder attached thereto as Exhibit 1 (D.E. [1-1]) and 18 other exhibits laden with lines of software code. Defendants seek a 60-day extension of time so that they can retain their own software expert to review and respond to Mr. Schroeder's report and the Complaint's other exhibits. See Kucinskas Decl., ¶ 7 and Zimmerman Decl., ¶ 5.

On Friday, February 13, 2026, Mr. Zimmerman contacted Plaintiff's counsel, Mr. Akshay Deoras and Ms. Kat Li and during a video conference with them requested a 60-day extension of time to respond to the Complaint. See Zimmerman Decl., ¶ 6. Plaintiff's counsel advised Mr. Zimmerman that they would pass the request on to Plaintiff and let Mr. Zimmerman know if Plaintiff consented. See Zimmerman Decl., ¶ 7. A 60-day extension would make Defendants' response due on April 20, 2026.

On Monday, February 16, 2026, Mr. Zimmerman emailed Mr. Deoras and Ms. Li to see if Plaintiff would consent to the requested extension of time to respond to the Complaint. See Zimmerman Decl., ¶ 8. As of the filing of this Motion, Plaintiff has not responded to Defendants' request for an extension of time. See Zimmerman Decl., ¶ 9.

### III. ARGUMENT

Rule 6(b)(1) provides that "When an act may or must be done within a specified time, the court may, for good cause, extend the time. . ." In this case, good cause exists for granting the requested extension. Specifically, the failure of the registered agent in Wyoming to notify SearchApi that it had been served by Plaintiff, together with the necessity for Defendants to have to retain a software expert to review the Declaration from Plaintiff's software expert and the significant amounts of software code included in the other exhibits attached to the Complaint constitute good cause that warrant granting the requested extension so that Defendants have sufficient time to prepare a response to the Complaint. Finally, Defendants' request is not being made to delay these proceedings or for any other improper purpose.

### IV. CONCLUSION

For the foregoing reasons, Defendants' motion to extend the time to respond to Plaintiff's Complaint should be granted.

Date: February 16, 2026

*(Signature block on following page.)*

Respectfully submitted,

**LUCOSKY BROOKMAN LLP**

*/s/ Mary-Ellen King*
Mary-Ellen King
State Bar No. 24067219
1250 S. Capital of Texas Highway
Bldg 3, Ste. 400
Austin, Texas 78746
Telephone: (512) 298-1182
Fax: (732) 395-4401

meking@lucbro.com

**-AND-**

*/s/ Jean-Marc Zimmerman*
Jean-Marc Zimmerman (*pro hac vice forthcoming*)
101 Wood Avenue South
Woodbridge, New Jersey 08830
Telephone: (908) 768-6408
jmzimmerman@lucbro.com

**ATTORNEYS FOR DEFENDANTS ZILVINAS KUCINSKAS AND SEARCHAPI LLC**

**CERTIFICATE OF CONFERENCE**

      Pursuant to Local Rule CV-7(i), undersigned counsel certified that on February 13, 2026 and February 16, 2026, he conferred with counsel for Plaintiff regarding the relief requested in this Motion. Plaintiff has not responded to Defendants' request for consent. Accordingly, this Motion is opposed.

                                          */s/ Mary-Ellen King*
                                          Mary-Ellen King

# CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been electronically served on all attorneys of record, pursuant to the Federal Rules of Civil Procedure on February 16, 2026.

**KIRKLAND & ELLIS LLP**

Kat Li
State Bar No. 24070142
kat.li@kirkland.com
401 W. 4th St.
Austin, TX 78701
Telephone: (512) 678-9100

Akshay S. Deoras (*pro hac vice* forthcoming)
akshay.deoras@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Joshua L. Simmons (*pro hac vice* forthcoming)
joshua.simmons@kirkland.com
Leslie M. Schmidt (*pro hac vice* forthcoming)
leslie.schmidt@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
**ATTORNEYS FOR PLAINTIFF
SERPAPI, LLC**

*/s/ Mary-Ellen King*
Mary-Ellen King