UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SERPAPI, LLC,<br><br>   *Plaintiff*,<br><br>v.<br><br>ZILVINAS KUCINSKAS and SEARCHAPI LLC,<br><br>   *Defendant*. | Case No. 1:26-CV-00143 |

## DECLARATION

Zilvinas Kucinskas hereby declares:

1. I am both an individually named Defendant in this lawsuit and the CEO of Defendant SearchApi, LLC ("SearchApi"), and submit this Declaration in support of Defendants' Motion pursuant to Fed. R. Civ. P 6(b)(1) and Local Rule CV-7 for an extension of time to respond to Plaintiff SerpApi, LLC's ("Plaintiff") Complaint (D.E. [1]) filed on January 20, 2026.

**2.** On January 29, 2026, Plaintiff served its Complaint on SearchApi's registered agent in Wyoming (D.E. [12]). SearchApi's registered agent never advised me of this service.

3. Plaintiff has not served me personally.

4. On Friday, February 13, 2026, Defendants counsel Jean-Marc Zimmerman asked me if either I or SearchApi had been served.

5. I advised Mr. Zimmerman that neither I nor SearchApi had been served.

6.  Thereafter, on Friday, February 13, 2026, I learned by checking PACER that Plaintiff had served its Complaint on SearchApi on January 29, 2026.

7.  Plaintiff's Complaint is 42 pages long and includes the Declaration of Plaintiff's software expert Matthew Schroeder attached thereto as Exhibit 1 (D.E. [1-1]) and 18 other exhibits laden with lines of software code. Defendants seek a 60-day extension of time so that they can retain their own software expert to review and respond to Mr. Schroeder's report and the Complaint's other exhibits.

8.  I declare under the laws of the United States that the foregoing is true and correct.

By: /s/ *Zilvinas Kucinskas*
20D63CE0CF6846C...
Zilvinas Kucinskas

Dated: February 16, 2026

Vilnius, Lithuania