# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

|  |  |
|---|---|
| SERPAPI, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> ZILVINAS KUCINSKAS and SEARCHAPI LLC, <br><br> *Defendant.* | Case No. 1:26-CV-00143 |

## DECLARATION

Jean-Marc Zimmerman hereby declares:

1. I am counsel for Defendants Zilvinas Kucinskas ("Kucinskas") and SearchApi, LLC ("SearchApi") and submit this Declaration in support of Defendants' Motion pursuant to Fed. R. Civ. P 6(b)(1) and Local Rule CV-7 for a 60-day extension of time to respond to Plaintiff SerpApi, LLC's ("Plaintiff") Complaint (D.E. [1]) filed on January 20, 2026.

2. On Friday, February 13, 2026, I asked Mr. Kucinskas if either he or SearchApi had been served.

3. He advised me that neither he nor SearchApi had been served.

4. Thereafter, on Friday, February 13, 2026, I learned by checking PACER that Plaintiff had served its Complaint on SearchApi on January 29, 2026. Consequently, SearchApi's deadline to respond to the Complaint is presently February 19, 2026.

5. Plaintiff's Complaint is 42 pages long and includes the Declaration of Plaintiff's software expert Matthew Schroeder attached thereto as Exhibit 1 (D.E. [1-1]) and 18 other

exhibits laden with lines of software code. Defendants seek a 60-day extension of time so that they can retain their own software expert to review and respond to Mr. Schroeder's report and the Complaint's other exhibits.

6. On Friday, February 13, 2026, I contacted Plaintiff's counsel, Mr. Akshay Deoras and Ms. Kat Li and requested during a video conference a 60-day extension of time to respond to the Complaint.

7. Plaintiff's counsel advised me that they would pass the request on to Plaintiff and let me know if Plaintiff consented.

8. On Monday, February 16, 2026, I emailed Mr. Deoras and Ms. Li to see if Plaintiff would consent to the requested extension of time to respond to the Complaint.

9. As of the filing of this Motion, Plaintiff has not responded to Defendants' request for an extension of time.

10. I declare under the laws of the United States that the foregoing is true and correct.

By: */s/ Jean-Marc Zimmerman*
Jean-Marc Zimmerman

Dated: February 16, 2026
Woodbridge, NJ