IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

SERPAPI, LLC,

    *Plaintiff*,

v.

ZILVINAS KUCINSKAS and
SEARCHAPI LLC,

    *Defendants*.

Case No. 1:26-CV-00143

### ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Before the Court is Defendants' Motion, filed pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule CV-7, seeking an extension of time to respond to Plaintiff's Complaint from February 19, 2026 to April 20, 2026. Having considered the Motion and finding good cause, the Court hereby **ORDERS** that Defendants' Motion is **GRANTED**.

Defendants shall respond to Plaintiff's Complaint on or before April 20, 2026.

SIGNED on this ___ day of _____, 2026.

                                                                David Alan Ezra, U.S.D.J.