**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**SERPAPI, LLC**

-vs-

**ZILVINAS KUCINSKAS and**
**SEARCHAPI LLC**

Case No.  **1:26-CV-00143**

## O R D E R

BE IT REMEMBERED on this the **19th** day of **February**, 20**26**, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Jean-Marc Zimmerman** ("Applicant"), counsel for **SearchA piLLC** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **SearchApi LLC** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the **19th** day of **February** 20**26**.

_____
David Alan Ezra
Senior United States District Judge