# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

|  |  |  |
|---|---|---|
| | § | |
| SERPAPI, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 1:26-CV-00143 |
| | § | |
| ZILVINAS KUCINSKAS and | § | |
| SEARCHAPI LLC, | § | |
| *Defendant.* | § | |

## DECLARATION OF PAUL D. MARTIN, PH.D., IN SUPPORT OF ZILVINAS KUCINSKAS AND SEARCHAPI LLC

I.   INTRODUCTION AND SCOPE OF ENGAGEMENT .................................................... 3

II.   QUALIFICATIONS AND COMPENSATION ............................................................... 3

III.   MATERIALS CONSIDERED AND METHODOLOGY ...................................................... 6

IV.   THERE IS NO EVIDENCE THAT MR. KUCINSKAS COPIED ANY MATERIALS FROM SERPAPI .................................................................................................... 7

   A.   No Evidence of API Copying ............................................................................ 7

      a.   I found comparable URL Fragments across competitor products ............................30

      b.   There is comparable API terminology across competitor products ..........................32

   B.   No Evidence of Website Material Copying .................................................... 37

      a.   "Easy Integration" was not Copied from SerpApi ..............................................38

      b.   The API Playground was not Copied ...............................................................42

   C.   No Evidence of Backend Source Code Copying ............................................. 47

      a.   There is no evidence that SerpApi's Google Flights API copies SearchApi's Google Flights API ...............................................................................................................49

      b.   Most of SerpApi's Currently Available APIs were Released After Mr. Kucinskas Departed SerpApi ........................................................................................................51

      c.   SearchApi Developed Multiple API's Before SerpApi Did .....................................53

      d.   SearchApi did not copy a "bug" from SerpApi .........................................................56

   D.   No Evidence of Price Naming or Model Copying.......................................... 58

V.   SERPAPI'S SECURITY PRACTICES ARE NOT COMPLIANT WITH BASIC INDUSTRY STANDARDS ................................................................................... 63

   A.   SerpApi did not comply with basic industry standards for deprovisioning ..................... 65

   B.   SerpApi did not comply with basic industry standards for auditing ................................ 67

   C.   SerpApi relies on personal accounts for critical infrastructure....................................... 69

   D.   SerpApi sends plaintext passwords in welcome emails.................................................... 70

VI.   THERE IS NO EVIDENCE THAT MR. KUCINSKAS WRONGFULLY ACCESSED ANY MATERIALS BELONGING TO SERPAPI ....................................................... 70

   A.   No Evidence of Wrongful MongoDB Access ................................................ 71

      a.   MongoDB Driver Lines are not "Fingerprints" .................................................71

   B.   No Evidence of Wrongful Stripe Access........................................................ 74

   C.   No Evidence of Wrongful GitHub Access...................................................... 75

VII.   CONCLUSION.................................................................................................... 75

I, Paul D. Martin, Ph.D., declare as follows:

## I.    INTRODUCTION AND SCOPE OF ENGAGEMENT

1.    My name is Paul D. Martin, Ph.D. I have been retained by Zilvinas Kucinskas and SearchApi LLC. ("SearchApi") through its counsel, Lucosky Brookman, LLP, as an independent expert witness in the matter *SerpApi, LLC v. Zilvinas Kucinskas and SearchApi LLC*, in the Western District of Texas.

2.    This expert declaration ("Declaration") contains statements of my opinions formed to date and the bases and reasons for those opinions. All opinions and facts stated in this Declaration are true and correct to the best of my knowledge. If called upon to testify, I could and would testify to the substance, contents, reasons, and bases for the statements and opinions in this Declaration and any supplemental reports or declarations that I may prepare in connection with the above-captioned matter. I reserve the right to supplement my opinions and offer additional opinions based on further review of materials in this case, including opinions and/or information of other expert witnesses and/or relevant documents and information that are produced after the date of this Declaration.

## II.    QUALIFICATIONS AND COMPENSATION

3.    I am the Chief Scientist at Harbor Experts, Inc. ("Harbor Experts"), and a part-time Lecturer in the Department of Computer Science at Johns Hopkins University. I hold B.S., M.S.E., and Ph.D. degrees from Johns Hopkins University, with all degrees, including my doctorate, being in computer science.

4.    Harbor Experts is being compensated at the rate of $775 per hour for the time that I spend on this case. Harbor Experts is also being reimbursed for my reasonable and customary

expenses. Members of the staff at Harbor Experts have worked at my direction and under my supervision to assist me in this engagement. Neither I nor Harbor Experts have received any additional compensation for my work on this case. My and Harbor Experts' compensation is not dependent in any way on the contents of this Declaration, the substance of my testimony, or the results of this lawsuit.

5.      I currently teach classes on software development, computer and network security and applied cryptography. I have over 15 years of professional experience in software security, embedded systems, network protocol analysis, and reverse engineering. My background includes extensive work supporting patent litigation, including infringement, invalidity, and trade secret misappropriation analyses across a wide range of technologies, particularly in the areas of software development, computer networks, data security, cryptography, and digital communications.

6.      My academic and professional work has concentrated on applied cryptography, secure network communications, firmware vulnerability analysis, and the security of real-time systems and protocols. I have taught and developed courses at Johns Hopkins on computer and network security, practical cryptographic systems, and hardware security.

7.      From 2013 through 2024, I held various senior positions at Harbor Labs, a Baltimore-based technical consultancy founded by Dr. Avi Rubin, Professor Emeritus of Computer Science at Johns Hopkins University. Most recently, I served as Vice President of Applied Research and prior to that Director of Firmware Security. At Harbor Experts, I regularly lead teams in analyzing complex software systems, conducting reverse engineering, and evaluating network behavior to assist in high-stakes IP litigation. A substantial portion of my role at Harbor Experts is in managing source code review engagements. As part of this work, I

have reviewed software systems of varying sizes, often totaling in the millions or billions of lines of code. I have reviewed products in the security space, television-based set top boxes, network appliances, numerous web-based enterprise systems, email management systems, telephony products, embedded system bootloaders, social network platforms, virtualization platforms, and countless other products.

8. I am the named inventor on multiple issued and pending U.S. patents, including patents on binary analysis and network traffic profiling for security purposes. I have published in conferences related to embedded systems and network security, including the ACM/IEEE IoTDI and ACM BCB, and have served on the program committee for the IEEE Symposium on Security and Privacy. My current research involves the application of large language models to supply chain security, binary versioning, container vulnerability analysis, and network protocol security.

9. I have served as an expert in more than 50 federal court cases, International Trade Commission (ITC) investigations, and inter partes reviews (IPRs), providing services such as source code analysis, expert report drafting, claim construction support, and deposition and trial testimony. My expert work has involved technologies ranging from secure erase protocols and network-based audience measurement to embedded device authentication and content delivery optimization. I have testified as an expert in both deposition and live proceedings, including in federal district court, ITC hearings, and IPR proceedings.

10. My technical expertise and professional experience, particularly in reverse engineering complex networked systems and analyzing source code and protocol behavior, have made me especially well-suited to evaluate the technologies at issue in this matter. My current curriculum vitae ("CV") is attached to this declaration as Exhibit 1, and includes information on

my background and experience, as well as a list of all other cases in which I have testified as an expert at trial or by deposition during the past four years.

### III.   MATERIALS CONSIDERED AND METHODOLOGY

11.   In forming my opinions in this Declaration, I have considered and rely upon my own personal knowledge, education, and many years of experience relating to computer science and security, as well as my review of Plaintiff's Complaint ("Complaint") in this matter, certain documents that SearchApi and/or SerpApi produced in this matter, Declaration of Matthew Schroeder in Support of SerpApi, LLC's Complaint ("Schroeder Declaration"), relevant academic literature, and other publicly available evidence. The documents and materials I have considered or relied upon are listed in Exhibit 2, attached to this Declaration. I have also considered the materials cited in the body and footnotes of this Declaration.

12.   I engaged in several methods to conduct my analysis. To generate API responses, I registered accounts with the relevant sites (such as SerpApi and SearchApi), and used tools such as Postman, web browsers, and the Playground tools offered by the relevant sites.

13.   To gather historically relevant data, I relied on tools such as the Wayback Machine to establish how certain web resources behaved within the relevant time periods. Similarly, I relied on GitHub histories to date evidence in GitHub repositories.

14.   To analyze frontend data, I used built-in Google Chrome developer tools such as view source and inspect element, which allowed me to view the raw frontend components of the sites analyzed.

15.   To analyze the security practices of SerpApi, I gathered several industry standards for security and compared those standards to SerpApi's practices.

16.    I may rely upon these materials and/or additional materials to rebut arguments raised by Plaintiff, or to respond to witness testimony that has not yet been given. Further, I reserve the right to review and consider other information and materials throughout this case, including any other documents or testimony that may emerge in this case. Those materials may affect my opinions in this matter.

17.    I further reserve the right to rely on uncited portions of the publications I identify in this Declaration, other publications, and other testimony, including expert testimony.

## IV.    THERE IS NO EVIDENCE THAT MR. KUCINSKAS COPIED ANY MATERIALS FROM SERPAPI

### A. *No Evidence of API Copying*

18.    Based on my review of available materials, I found no evidence indicating that SearchApi reproduced or incorporated any proprietary expression of SerpApi's Account API fields or supporting backend code, especially given that these API fields are not identical between SearchApi and SerpApi, and these API fields are routine and common among search engine result page products and services across the Internet.

19.    SearchApi's Account API is different from SerpApi's Account API. The difference exists both in the data structure and in JavaScript Object Notation (JSON)-formatted API response fields.

| SerpApi | SearchApi |
| --- | --- |

| | |
|---|---|
| {} JSON Example<br><br>```json<br>{<br>  "account_id": "5ac54d6adefb2f1dba1663f5",<br>  "api_key": "SECRET_API_KEY",<br>  "account_email": "demo@serpapi.com",<br>  "plan_id": "bigdata",<br>  "plan_name": "Big Data Plan",<br>  "plan_monthly_price": 250.0,<br>  "searches_per_month": 30000,<br>  "plan_searches_left": 5958,<br>  "extra_credits": 0,<br>  "total_searches_left": 5958,<br>  "this_month_usage": 24042,<br>  "last_hour_searches": 42,<br>  "account_rate_limit_per_hour": 6000<br>}<br>``` | Response<br><br>```json<br>{<br>  "account": {<br>    "current_month_usage": 4800,<br>    "monthly_allowance": 10000,<br>    "remaining_credits": 5200<br>  },<br>  "api_usage": {<br>    "searches_this_hour": 250,<br>    "hourly_rate_limit": 200000<br>  },<br>  "subscription": {<br>    "period_start": "2024-12-04T00:34:59Z",<br>    "period_end": "2025-01-04T00:34:59Z"<br>  }<br>}<br>``` |
| https://serpapi.com/account-api | https://www.searchapi.io/docs/account-api |

20.     As is clearly shown, SerpApi's Account API fields only contain one level with no nested elements. On the other hand, SearchApi's Account API fields contain two levels, with "account", "api_usage", and "subscription" as first-level elements, and additional second-level elements within these first-level elements. Therefore, in my opinion, SearchApi's Account API fields differ from SerpApi's Account API fields in terms of data structure.

21.     In addition, none of the fields in SerpApi's Account API fields (account_id, api_key, etc.) are utilized by SearchApi's Account API fields. I did not observe any of the fields in SerpApi's Account API that are "identical" to those in SearchApi's Account API fields, as suggested by the Complaint.[1] On the other hand, SearchApi's Account API also contains fields containing metrics that are not tracked by SerpApi's Account API, including but not limited to "searches_this_hour", "period_start" and "period_end". Therefore, it is my opinion that

---

[1] Complaint at ¶42.

DECLARATION OF PAUL D. MARTIN, Ph.D.                                                    Page 8

SearchApi's Account API fields differ from SerpApi's Account API fields given that they have different API response fields.

22.     In its Complaint, SerpApi cites the fact that "both SerpApi and SearchApi have the same default hourly rate value of 200000".[2] As an initial matter, I note that simply citing the matching numbers without any further information, as was done in the Complaint, is not sufficient evidence to prove that SerpApi's source code was misappropriated. This is especially clear in light of the fact that SerpApi and SearchApi use different formulas for calculating the hourly rate limit, with SerpApi using a formula of 20% for monthly limits under one million searches, and 100,000 +1% of the monthly limit for those with monthly limits of one million or more[3], and SearchApi simply using a flat 20% of the monthly allowance.[4] Additionally, considering that the rate limit is publicly available information, the rate limit itself could also not be reasonably construed as a trade secret.

23.     Furthermore, numerous comparable third-party products also use similar numbers to SerpApi and SearchApi. For example, OneTrust, an enterprise security platform, even has the exact same 200,000 per hour default rate limit.[5] As another example, Braze, a marketing API, lists a default rate of 250,000 requests per hour.[6] In short, rate limits in this range are common across the industry, and the shared rate limit between SerpApi and SearchApi is far from credible evidence of any copying.

---

[2] Complaint at ¶45.
[3] https://serpapi.com/faq
[4] https://www.searchapi.io/pricing
[5] https://developer.onetrust.com/onetrust/reference/rate-limits-overview
[6]https://web.archive.org/web/20240615065927/https://www.braze.com/docs/api/api_limits/#batch-user-track

24.    Additionally, it is a standard practice for a web service to implement an account-related API to track user profile and identity, subscription status, usage metrics, billing, and other account information.[7] It is also common for a web service to utilize JSON as the data format for APIs as JSON is one of the most widely-used data formats for API implementation.[8] Therefore, it is my opinion that SearchApi's Account API implementing a response in JSON format containing information about user profile and identity, subscription status, usage metrics, billing, and other account information, is an approach that aligns with standard practices for a web service like SearchApi.[9]

25.    More specifically, it is common practice across various search engine result page products and services to implement account-related APIs, which also track user profile and identity, subscription status, usage metrics, billing, and other account information. In the examples cited below, search engine result page products ScrapeOps, Crawlbase, ScrapeFly, and ScrapeOwl all implement account-related APIs that contain account, subscription, billing, and usage information.

| ScrapeOps | Crawlbase |
|---|---|
|  |  |

---

[7] It is standard practice for modern web applications and services to have dedicated account or user service APIs that track the types of information discussed. . Examples include Microsoft's Accounts API: https://learn.microsoft.com/en-us/rest/api/purview/accounts/list-by-subscription, Cisco Duo's Accounts API: https://duo.com/docs/accountsapi, Github's Billing Usage and Users APIs: https://docs.github.com/en/rest/billing/usage?apiVersion=2026-03-10, https://docs.github.com/en/rest/users/users?apiVersion=2026-03-10, Twilio's Usage Records API:  https://www.twilio.com/docs/usage/api/usage-record.
[8] https://aws.amazon.com/documentdb/what-is-json/.
[9] https://serpapi.com/account-api.

<table>
<tr><td>

**Example response:**

```
{
    "plan_api_credits": 1000000,
    "used_api_credits": 455332,
    "plan_max_concurrency": 100,
    "active_concurrency": 15,
    "plan_renewal_date": "2024-08-24T10:41:04.000Z"
}
```

</td><td>

```
{
  "currentMonth": {
    "totalSuccess": "0",
    "totalFailed": "0",
    "totalDue": 0,
    "domainStats": []
  }
}
```

</td></tr>
<tr><td>

https://scrapeops.io/docs/web-scraping-proxy-api-aggregator/account/usage-endpoint/.

</td><td>

https://crawlbase.com/docs/account-api/#get-account.

</td></tr>
</table>

| ScrapFly | ScrapeOwl |
|---|---|
| Example of response :<br><br>**TERMINAL**<br>`{`<br>`  "account": {`<br>`    "account_id": "4d1b8e8f-3803-4aa6-88fa-39d5aa81b6b3",`<br>`    "timezone": "Europe/Paris",`<br>`    "currency": "USD"`<br>`  },`<br>`  "project": {`<br>`    "allow_extra_usage": true,`<br>`    "allowed_networks": [],`<br>`    "budget_limit": 700,`<br>`    "budget_spent": 0,`<br>`    "concurrency_limit": null,`<br>`    "name": "default",`<br>`    "quota_reached": false,`<br>`    "scrape_request_count": 315004,`<br>`    "scrape_request_limit": 7000000,`<br>`    "tags": []`<br>`  },` | **The following JSON shows example response**<br><br>`{`<br>`  "credits": 1000,`<br>`  "credits_used": 600,`<br>`  "requests": 510,`<br>`  "failed_requests": 0,`<br>`  "successful_requests": 510,`<br>`  "concurrency_limit": 1`<br>`}` |
| https://scrapfly.io/docs/account. | https://scrapeowl.com/docs/#credits. |

26.     Therefore, it is my opinion that SearchApi's Account API aligns with the practice of other search engine result page products and services and were not copied from SerpApi.

27.     Based on my review of available materials, there is also no evidence of JSON structure copying. As an initial matter, I note that for many of the results cited in my declaration, searches were made with the same query, i.e., "coffee" for the sake of consistency.

28.     SerpApi, SearchApi, and competitors such as Piloterr[10] use routine and common field names in their JSON outputs such as google_id, google_parent_id, name, canonical_name, country_code, and others.

| Piloterr |
|---|
| **Response** <br><br>```json<br>[<br>    {<br>        "id": "585069a2ee19ad271e9b5052",<br>        "google_id": 1001982,<br>        "google_parent_id": 20115,<br>        "name": "Austin",<br>        "canonical_name": "Austin,Manitoba,Canada",<br>        "country_code": "CA",<br>        "target_type": "City",<br>        "reach": 0,<br>        "gps": [-98.936927, 49.951529]<br>    }<br>]<br>``` |
| https://docs.piloterr.com/v2/api-reference/finder/google-locations. |

---

[10] Piloterr is another web-scraping service: https://www.piloterr.com/

29.     For many of these fields the reason for this, is not that one competitor is copying another, but that they are all mapping to the same source: Google's search results page. Google has officially defined terminology for the different components of that page, and the field names in SerpApi, SearchApi, and competitors reflect that terminology, leading to field name similarity.

30.     For example, title, link, displayLink, and snippet were all JSON field names in Google's custom search API as far back as 2012,[11] long before SerpApi was founded. The Knowledge Graph and Knowledge Panel are similarly Google-defined terms that date as far back as 2012.[12] As a final example, Google's URL parameters (q, hl, gl, num) have all existed since long before SerpApi was founded.[13] In fact, in November 2017, SerpApi CEO Julien Khaleghy (GitHub username: "hartator") posted a public issue on an open-source Google search parser.[14] In the discussion, he demonstrated that SerpApi's API parameters map directly to Google's URL query structure -- demonstrating that these parameters come from Google, and are not proprietary to SerpApi. These Google-defined terms account for many of the apparent similarities in field names between SearchApi and SerpApi's JSON output.

31.     Beyond this, I found that the JSON format of responses generated by SearchApi's Playground tool is different from the JSON format used by SerpApi's Playground tool. Even where both responses contain similarly-named elements, the underlying fields differ materially.

---

[11] https://developers.googleblog.com/image-results-now-available-from-the-custom-search-api/
[12] https://blog.google/products-and-platforms/products/search/25-biggest-google-search-updates/
[13] https://yoast.com/app/uploads/2007/07/google-url-parameters.pdf
[14] https://github.com/serp-spider/search-engine-google/issues/84

32.    For example, according to the examples provided by the Complaint,[15] reproduced below, there are differences between SearchApi's Playground responses and SerpApi's Playground responses.

| SerpApi | SearchApi |
|---|---|
| ```json
"search_metadata": {
  "id": "695925908c24bd247f1be79
  "status": "Success",
  "json_endpoint": "https://serp
  "created_at": "2026-01-03 14:2
  "processed_at": "2026-01-03 14
  "google_url": "https://www.goo
  "raw_html_file": "https://serp
  "total_time_taken": 0.86
},
``` | ```json
"search_metadata": {
  "id": "search_z9qLVyexP1TbLYXbGeN
  "status": "Success",
  "created_at": "2026-01-16T16:01:4
  "request_time_taken": 1.23,
  "parsing_time_taken": 0.58,
  "total_time_taken": 1.81,
  "request_url": "https://www.googl
  "html_url": "https://www.searchap
  "json_url": "https://www.searchap
},
``` |
| ```json
"search_parameters": {
  "engine": "google",
  "q": "Coffee",
  "location_requested": "Aust
  "location_used": "Austin,Tex
  "google_domain": "google.cor
  "device": "desktop"
},
``` | ```json
"search_parameters": {
  "engine": "google",
  "q": "Coffee",
  "device": "desktop",
  "google_domain": "google.com",
  "hl": "en",
  "gl": "us"
},
``` |

33.    Within "search_metadata", SerpApi's responses contain eight second-level elements, while SearchApi's responses contain nine. Only four elements in SerpApi's responses matched those in SearchApi's results.[16] SearchApi also tracks "request_time_taken" and

---

[15] Complaint at ¶49.
[16] "json_endpoint", "processed_at", "google_url", and "raw_html_file" are all unique to SerpApi, while "request_time_taken", "parsing_time_taken", 'total_time_taken', "request_url", "html_url", and "json_url" are all names unique to fields in SearchApi.

"parsing_time_taken", which are detailed processing metrics that are not present in SerpApi's responses.

34.    Within "search_parameters", SerpApi's responses and SearchApi's responses contain 6 second-level elements, respectively. Only four elements in SerpApi's responses matched those in SearchApi's results.[17] SearchApi also tracks "hl" (host language of the website user interface), "gl" (geolocation), which contains values that are not present in SerpApi's responses.

35.    Within "search_information", SerpApi's responses and SearchApi's responses contain five second-level elements, respectively. Only three elements in SerpApi's responses matched those in SearchApi's results.[18] SearchApi also utilizes a true/false value to track whether results exist, which is a value not present in SerpApi's responses

36.    Within "knowledge_graph", specifically according to the screenshot provided in the Complaint, SerpApi's responses contain five second-level elements, while SearchApi's responses contain four. However, second-level element "source" within SearchApi's responses also has sub-elements, which is not present in SerpApi's responses. In the screenshot provided in the Complaint[19], only two elements in SerpApi's responses matched those in SearchApi's responses.

37.    However, this comparison of the "knowledge_graph" section is based on only a small excerpt of the full section, and it understates the overall differences. When I observed the complete "knowledge_graph" sections in both SerpApi's and SearchApi's responses, I found

---

[17] "location_requested" and "location_used" are unique to SerpApi, while "hl" and "gl" are both unique to SearchApi.

[18] "organic_results_state" and "results_for" are unique to SerpApi,  "detected_location" and "has_no_results_for" are unique to SearchApi.

[19] (Para.?)

more differing elements and nested structures; as a result, the difference between SerpApi's

responses and SearchApi's responses is much larger than what this limited example suggests:

| SerpApi | SearchApi |
|---|---|
|  | |
| https://serpapi.com/. | https://www.searchapi.io. |

| SerpApi | SearchApi |
|---|---|
| ```"search_information": {    "query_displayed": "Coffee",    "total_results": 3140000000,    "time_taken_displayed": 0.34,    "organic_results_state": "Res    "results_for": "Austin, TX"},``` | ```"search_information": {    "query_displayed": "Coffee",    "total_results": 3350000000,    "time_taken_displayed": 0.47,    "detected_location": "New York NY",    "has_no_results_for": false},``` |
| ```"knowledge_graph": {    "title": "Coffee",    "type": "Beverages",    "kgmid": "/m/02vqfm",    "knowledge_graph_search_link": "https:    "serpapi_knowledge_graph_search_link":``` | ```"knowledge_graph": {    "title": "Coffee",    "type": "Beverages",    "description": "Coffee is a    "source": {       "name": "Wikipedia",       "link": "https://en.wikipe    },``` |

[20]

38.    For example, in SerpApi's responses, the "knowledge_graph" section contains various links to internal SerpApi resources (links beginning with "https://serpapi.com/"), including a "serpapi_knowledge_graph_search_link." SearchApi's responses do not track these types of internal resources. On the other hand, SearchApi's responses contain second-level elements for "people_also_search_for" and "people_also_search_for_link", which contain information about each item listed by Google on the "People also search for" banner. "People also search for" information is not tracked by SerpApi's knowledge graph.[21]

39.    Therefore, in my opinion, SearchApi's Playground responses are different from SerpApi's Playground responses given that they have various differences in API response fields.

---

[20] Complaint at ¶49.
[21] https://serpapi.com/knowledge-graph.

40.     In addition, as I discuss in Section IV.B.b, various additional search engine result page products and services also implement their own Playground tools, or equivalent. The Playground tools of these additional products and services also generate JSON-formatted responses that contain search metadata, search parameters, search results, knowledge graph, and additional categories of data that are generally similar to both SearchApi's Playground responses and SerpApi's Playground responses. In the examples below, SerpHouse, SerpWow, Serper, Autom, and ThorData each implement a Playgound tool or equivalent that generates JSON-formatted responses, with common JSON elements including but not limited to "search_metadata" "search_parameters" "search_information" "knowledge_graph".

SerpHouse's API Playground

---

```
{
  "search_metadata": {
    "id": null,
    "status": "success",
    "created_at": null,
    "processed_at": "2026-03-20 17:52:50"
  },
  "search_parameters": {
    "domain": "google.com",
    "lang": "en",
    "country": "US",
    "location": "Abernathy,Texas,United States",
    "q": "coffee",
    "device": "desktop",
    "url": "https://www.google.com/search?q=coffee&uule=w+CAIQ
    "page": "1",
    "num": 10,
    "ie": "UTF-8"
  },
  "results": {
    "search_information": [
      {
```

https://www.serphouse.com/serp-api-playground.

SerpWow's Playground

```
{
  "request_info": {
    "success": true,
    "searches_used": 48,
    "searches_remaining": 52
  },
  "search_metadata": {
    "id": "d1c9ebb152d9003548a4597ce1892f000d13a25c",
    "created_at": "2019-04-11T20:54:06.057Z",
    "processed_at": "2019-04-11T20:54:10.322Z",
    "google_url": "https://www.google.com/search?
q=auto+repair&oq=auto+repair&gl=us&hl=en&uule=w+CAIQICIfTmV3IFlvcmssTmV3
IFN0YXRlcw&tbs=qdr%3Ay&sourceid=chrome&ie=UTF-8",
    "cached": false,
    "total_time_taken": 4.26,
    "location_auto_message": "SerpWow has automatically set the 'google_
'hl' parameters to match the SerpWow supported location of 'New York,New
States'. You can stop this behaviour by setting the 'location_auto' para
'false'."
  },
  "search_parameters": {
    "google_domain": "google.com",
    "q": "auto repair",
    "gl": "us",
```

https://trajectdata.com/serp/serp-wow-api/devices/.

Serper's Playground

```
{
  "knowledgeGraph": {
    "title": "Google Search",
    "type": "Website",
    "website": "https://google.com/",
    "imageUrl": "https://encrypted-tbn0.gstatic.com/images?q=tbn:ANd9GcTm1
    "description": "Google Search is a search engine provided and operated
    "descriptionSource": "Wikipedia",
    "descriptionLink": "https://en.wikipedia.org/wiki/Google_Search",
    "attributes": {
      "Written in": "Python, C, and C++",
      "Category": "Search engine",
      "Date launched": "1998"
    }
  }
```

https://serper.dev.

Autom equivalent functionalities

Results (6)                                                                    JSON    Cards

```
"knowledge_graph": {
    "type": "Aircraft manufacturing commercial company",
    "title": "Airbus SE",
    "website": "https://www.airbus.com/en",
    "attributes": {
        "Owner": "SOGEPA (French Government): 10.9%; GZBV(German Government): ...",
        "Founded": "December 18, 1970",
        "Founder": "Roger Béteille",
        "Revenue": "65.45 billion EUR (2023)",
        "Divisions": "Defence and Space; Helicopters",
        "Predecessor": "Aérospatiale, EADS CASA, DASA, Matra",
        "Headquarters": "Leiden, Netherlands"
    },
    "description": "Airbus SE is a European aerospace corporation. The company's...",
    "description_link": "https://en.wikipedia.org/wiki/Airbus",
    "description_source": "Wikipedia"
},
"organic_results": [
    {
        "link": "https://www.airbus.com/en",
        "title": "Airbus: Pioneering sustainable aerospace",
        "domain": "www.airbus.com",
        "source": "Airbus",
        "snippet": "Airbus designs, manufactures and delivers industry-leading c...",
```

https://www.autom.dev.

ThorData's Playground

```
∨ {
  ∨ "search_metadata" :{
    "id" : "1UT7V6L35YMI1775240288"
    "spider_url" : "https://www.google.com/search?gl=us&hl=en&q=coffee"
    "total_time_taken" : 1.1861
    "created_at" : "2026-04-04 02:18:08"
    "processed_at" : "2026-04-04 02:18:09"
    "status" : "Success"
  }
  ∨ "spider_parameter" :{
    "engine" : "google"
    "domain" : "https://www.google.com/"
    "gl" : "us"
    "hl" : "en"
    "q" : "coffee"
    "render_js" : false
    "render_png" : false
    "device" : "desktop"
    "ai_overview" : false
  }
  ∨ "search_information" :{
    "total_results" : "3250000000"
    "results_for" : "Seattle, WA"
    "query_displayed" : "coffee"
    "organic_results_state" : "Results for exact spelling"
  }
```

41.     Therefore, it is my opinion that SearchApi's Playground tool generates JSON-formatted responses that simply contain routine and common JSON elements also generally utilized by other search engine result page products and services. Particularly in light of these similarities, I found no evidence indicating that SearchApi reproduced or incorporated any proprietary expression of SerpApi's Playground tool, or SerpApi's JSON-formatted responses generated by the Playground tool.

42.     Lastly, based on my review of available materials, I found no evidence indicating that SearchApi reproduced or incorporated any proprietary expression of SerpApi's full API JSON response into SearchApi products, especially given that these API fields are not identical between SearchApi and SerpApi, and given that these API fields are routine and common among search engine result page products and services across the Internet.

43.      Contrary to the Complaint, the JSON response from the Google Search API request for "coffee" generated by SerpApi is not "organize[d]... in the same way with the same response field names"[22] compared to the response generated by SearchApi. According to the examples provided by the Complaint,[23] reproduced below, I found various differences between SearchApi's full API responses and SerpApi's full API responses.

| SerpApi | SearchApi |
|---|---|
| ```
"organic_results": [
  {
    "position": 1,
    "title": "Coffee",
    "link": "https://en.wikipedia.org/
    "redirect_link": "https://www.goog
    "displayed_link": "https://en.wiki
    "thumbnail": "https://serpapi.com/
    "favicon": "https://serpapi.com/se
    "snippet": "Coffee is a beverage b
    "snippet_highlighted_words": [
      "a beverage brewed from roasted,
    ],
    "sitelinks": {
      "inline": [
``` | ```
"organic_results": [
  {
    "position": 1,
    "title": "Coffee",
    "link": "https://en.wikipedia.org/
    "source": "Wikipedia",
    "domain": "en.wikipedia.org",
    "displayed_link": "https://en.wiki
    "snippet": "Coffee is a beverage b
    "snippet_highlighted_words": [
      "a beverage brewed from roasted,
    ],
    "sitelinks": {
      "inline": [
``` |

44.      As an example, SearchApi utilizes element names "source" and "domain", which are different from the element names in SerpApi's full API responses.

45.      In addition, the example above is based on only a small excerpt of the full API JSON structure, and understates the overall differences. When I observed the full API JSON structures in both SerpApi's and SearchApi's responses, I found that there were more differing elements and nested structures; as a result, the difference between SerpApi's responses and SearchApi's responses is much larger than what this limited example suggests:

---

[22] Complaint at ¶51.
[23] *Id.*

| Elements in SerpApi's full API JSON structure that do not exist in SearchApi | Elements in SearchApi's full API JSON structure that do not exist in SerpApi |
|---|---|
| "immersive_products":  "perspectives":  "refine_this_search":  "refine_search_filters":  "things to know": | "inline_shopping": |

"things_to_know": {
  "buttons": [
    {
      "text": "Health Benefits",
      "title": "9 Health Benefits of Coffee: What the Science Says - Healthline",
      "link": "https://www.healthline.com/nutrition/top-evidence-based-health-benefits-of-
      "displayed_link": "https://www.healthline.com › nutrition › top-evidence-ba...",
      "date": "Feb 23, 2023",
      "snippet": "Some research shows that drinking coffee may benefit heart health. In f
      "favicon": "https://serpapi.com/searches/695925908c24bd247f1be798/images/801f2675149

"serpapi_pagination":

"serpapi_pagination": {
  "current": 1,
  "next_link": "https://serpapi.com/search.json?device=desktop&engine=google&google_domain
  "next": "https://serpapi.com/search.json?device=desktop&engine=google&google_domain=goog
  "other_pages": {
    "2": "https://serpapi.com/search.json?device=desktop&engine=google&google_domain=goog
    "3": "https://serpapi.com/search.json?device=desktop&engine=google&google_domain=goog
    "4": "https://serpapi.com/search.json?device=desktop&engine=google&google_domain=goog
    "5": "https://serpapi.com/search.json?device=desktop&engine=google&google_domain=goog
    "6": "https://serpapi.com/search.json?device=desktop&engine=google&google_domain=goog
    "7": "https://serpapi.com/search.json?device=desktop&engine=google&google_domain=goog
    "8": "https://serpapi.com/search.json?device=desktop&engine=google&google_domain=goog
    "9": "https://serpapi.com/search.json?device=desktop&engine=google&google_domain=goog
    "10": "https://serpapi.com/search.json?device=desktop&engine=google&google_domain=goog
  }

| | |
|---|---|
| https://serpapi.com/. | https://www.searchapi.io. |

46.     As shown above, differences include but are not limited to: SerpApi's full API JSON structure contains first-level elements "immersive_products" "perspectives" "refine_this_search" "refine_search_filters" "things to know" "serpapi_pagination" that are not present in SearchApi's full API JSON structure.

47.     Furthermore, even though SerpApi's full API JSON structure and SearchApi's full API JSON structure contain first-level elements "related_searches" "related_questions" "pagination", respectively, I found that SerpApi and SearchApi implement these fields with clearly different elements and structures. As shown in the examples below, SerpApi and SearchApi each have entirely different second-level elements within the shared first-level elements, e.g., in "related_searches" SerpApi uses "block_position", "query" "link", and "serpapi_link", whereas SearchApi uses only "query" and "link".

| SerpApi | SearchApi |
|---|---|
| "related_searches": | "related_searches": |



| "related_questions": | "related_questions": |
| --- | --- |

| "pagination": | "pagination": |
| --- | --- |

https://serpapi.com/.    https://www.searchapi.io.

48.     In addition, JSON elements like "organic_results" that contain position, titles, links, etc., of search results are routine and common among other search engine result page

products and services across the Internet. In the examples below, SerpHouse, SerpWow, Serper, Autom, and ThorData each utilize a full API JSON structure containing an "organic_results" element that contains position, titles, links, etc., of search results, making them generally similar to both the "organic_results" element in SearchApi's full API JSON structure and the "organic_results" element in SerpApi's full API JSON structure.

SerpWow's Playground

```
"organic_results": [
  {
    "position": 1,
    "title": "Samsung Ireland | Mobile | Home Electronics | Home Appli
    "link": "https://www.samsung.com/ie/smartphones/",
    "domain": "www.samsung.com",
    "displayed_link": "https://www.samsung.com/ie/",
    "snippet": "Welcome to Samsung IE. Discover a wide range of home 
    "cached_page_link": "https://webcache.googleusercontent.com/search
    "sitelinks": {
      "expanded": [
        {
          "title": "Smartphones",
          "link": "https://www.samsung.com/ie/smartphones/",
          "snippet": "SAMSUNG View Samsung's Android Phones, including
        },
        {
          "title": "Contact Us",
          "link": "https://www.samsung.com/ie/info/contactus/",
          "snippet": "EMAIL SUPPORT. Send us an email using the form b
```

https://trajectdata.com/serp/serp-wow-api/devices/.

Autom equivalent functionalities



https://www.autom.dev.

HasData equivalent functionalities

```
"organicResults": [
    {
        "position": 1,
        "title": "Coffee",
        "link": "https://en.wikipedia.org/wiki/Coffee",
        "displayedLink": "https://en.wikipedia.org › wiki › Coffee"
        "source": "Wikipedia",
```

https://hasdata.com/blog/web-scraping-for-lead-generation

SerpExtractor's equivalent functionalities

```
{
  "organic_results": [
    {
      "position": 1,
      "title": "The Paris Coffee Guide by arrondissement — Drips Of God",
      "link": "https://www.dripsofgod.com/pariscoffeechallenge",
      "content": "This guide was designed to assist anyone in Paris find the best café where ever you happen to be. Some ar
    },
    {
      "position": 2,
      "title": "The Best Coffee Shops in Paris",
      "link": "https://everydayparisian.com/the-best-coffee-shops-in-paris/",
      "content": "Below is my list of the best coffee shops in Paris. In this post, the coffee spots in this post will dif
    },
    {
      "position": 3,
```

https://serpextractor.com.

49.     Therefore, it is my opinion that by including a "organic_results" element in its full API JSON structure, SearchApi simply uses routine and common JSON elements also generally utilized by other search engine result page products and services.

50.    Finally, as an additional point, I note that in a blog post from 2024[24], SerpApi itself performed a comparative analysis of its own product and three competitors: Serper, SearchApi[sic], and ValueSERP. In this report, SerpApi shows numerous features, including organic results, related searches, ads, and a knowledge graph, as being common among all four products.

51.    Based on the cited evidence and lack of evidence to the contrary, it is my opinion that the technical evidence does not support an inference that that SearchApi copied SerpApi's JSON structure.

### a.   I found comparable URL Fragments across competitor products

52.    Based on my review of available materials, I found no evidence indicating that SearchApi copied SerpApi's URL fragments, especially given that these URL fragments are generic. Specifically, the Complaint alleges that "at least 48 different URL fragments from SerpApi's website also appear as identical fragments on SearchApi's domain… [the fragments] are used 666 times across SearchApi's website."[25]

53.    URL fragments are common components of a URL used to identify a specific part of a resource, such as a section on a webpage.[26] As an example, SearchApi utilizes a URL fragment "#api-examples" on many of its documentation pages whenever an example API response is included on the page. SearchApi's documentation on the Google Search API is a page that contains an example API response: https://www.searchapi.io/docs/google#api-examples. The complaint cites only this particular "#api-examples" fragment as an example of

---

[24] https://web.archive.org/web/20240524005522/https://serpapi.com/blog/compare-serpapi-with-the-alternatives-serper-and-searchapi/
[25] Complaint at ¶54.
[26] https://developer.mozilla.org/en-US/docs/Web/URI/Reference/Fragment

alleged copying, but the term "#api-examples" itself is not unique or obscure—it is a generic, intuitive expression understood by any person with a computer science or software development background to address examples related to API implementation and usage. Therefore, "#api-examples" is a reasonable URL fragment on a tutorial or documentation website to mark a section containing API examples, which is how SearchApi utilized this URL fragment on its documentation pages. As further examples, I ran a search on GitHub of public repositories in order to find other examples of the URL fragment "#api-examples" being used, which returned hundreds of files across dozens of unrelated public repositories,[27] demonstrating the commonality of this element in development.

54.    The reason the 48 URL fragments are used 666 times across SearchApi's website is because SearchApi's documentation pages each have a section called "API Examples," therefore the URL fragment "#api-example" is utilized on each one of these pages.[28]  When URL fragments are counted, as indicated by the Complaint, "#api-examples" appear dozens of times in the count just because all these pages have the same structure, each containing an "API Examples" section. In my opinion, just because SearchApi reuses several URL fragments like "#api-examples", is not evidence that SearchApi copied SerpApi's URL fragments.

---

[27] The search was performed using the query "id=\"api-examples\"" language:HTML . A link to the search results is here: https://github.com/search?q=%22id%3D%5C%22api-examples%5C%22%22+language%3AHTML&type=code

[28] E.g., https://www.searchapi.io/docs/google#api-examples, https://www.searchapi.io/docs/google-light-api#api-examples, https://www.searchapi.io/docs/google-ads-advertiser-info-api#api-examples, and various other documentation pages within SearchApi documentaion.

### b. *There is comparable API terminology across competitor products*

55.     Based on my review of available materials, I found no evidence indicating that SearchApi copied SerpApi's API documentation, especially given that the alleged copying is limited to short, generic descriptions of common terminology.

56.     The Complaint claims that the following description from SerpApi's documentation was copied by SearchApi:

| SerpApi |
| --- |
| Ex.    16    (https://web.archive.org/web/20250823062840/https:/serpapi.com/search-api#api-parameters-geographic-location) at 2. |
| https://web.archive.org/web/20250823062840/https:/serpapi.com/search-api#api-parameters-geographic-location. Also publicly-accessible at https://serpapi.com/search-api#api-parameters-geographic-location. |

| SearchApi |
| --- |
|  |

**Example from SearchApi.io:**

**Geographic Location**

`location`  Optional

Parameter defines from where you want the search to originate. If several locations match the location requested, we'll pick the most popular one. Head to the Locations API if you need more precise control.

`uule`  Optional

Parameter is the Google encoded location you want to use for the search. SearchApi automatically generated the `uule` parameter when you use the `location` parameter but we allow you to overwrite it directly. `uule` and `location` parameters can't be used together.

Ex. 17 (https://web.archive.org/web/20250819213652/https://www.searchapi.io/docs/google) at 1.

https://web.archive.org/web/20250819213652/https://www.searchapi.io/docs/google. Also accessible at https://www.searchapi.io/docs/google#api-parameters-geographic-location.

57.     I found that the documentations shown above are short non-identical descriptions. Also, I found that "location" and "uule" are common parameters that are utilized among various search engine result page products and services across the Internet. In the examples below, Autom, Novada, Scrapeless API, and RapidAPI each implement "location" and "uule" parameters as a part of their Google Search APIs, and each provide a short, generic description of these parameters that are similar to those provided by SerpApi and SearchApi.

Autom

**location** `string`

Parameter defines from where you want the search to originate. If several locations match the location requested, we'll pick the most popular one. You can use formats like `New York, NY`, `Paris, France`, `Tokyo, Japan`. It is recommended to specify location at the city level to simulate a real user's search. If location is omitted, the search may take on the location of the proxy.

Head to the **Google Locations** API if you need more precise control. Note: The `location` and `uule` parameters cannot be used together.

---

**uule** `string`

Parameter is the Google encoded location you want to use for the search. Note: `uule` and `location` parameters cannot be used together.

https://web.archive.org/web/20250918211003/https://docs.autom.dev/api-reference/google/search.

Novada

**Geographic Location**

| Name | Type | Required | Description | Example |
|---|---|---|---|---|
| `location` | string | No | Parameter defines from where you want the search to originate. If several `locations` match the location requested, we'll pick the most popular one.Head to the /locations.json API if you need more precise control. The `location` and `uule` parameters can't be used together. If `location` is omitted, the search may take on the location of the proxy. | `Japan-Tokyo` |
| `uule` | string | No | Search using a Google-coded location. `uule` and `location` parameters can't be used together. | - |

https://developer.novada.com/novada/advanced-proxy-solutions/scraper-api/google/google-search-api.

Scrapeless API

| | | Parameter defines from where you want the search to originate. If several locations match the location requested, we'll pick the most popular one. Head to the /locations.json API if you need more precise control. The location and uule parameters can't be used together. It is recommended to specify location at the city level in order to simulate a real user's search. If location is omitted, the search may take on the location of the proxy. |
|---|---|---|
| location | false | |
| uule | false | Parameter is the Google encoded location you want to use for the search. uule and location parameters can't be used together. |

https://apidocs.scrapeless.com/v1/doc-800321.

RapidAPI

| location | query | string | no | Parameter defines from where you want the search to originate. use with `location_parameters_auto` set to `true` to automatically use most matched location. Head to the `/location` endpoint if you whish to manually search and chooce location. The location and `uule` parameters can't be used together. It is recommended to specify location at the city level in order to simulate a real user's search. If location is omitted, the search may take on the location of the proxy. |
|---|---|---|---|---|
| location_parameters_auto | query | string | no | Use to automatically set all localization ( `google_domain, uule, hl, gl` ) parameters based on location parameter |
| uule | query | string | no | Use this to manually set you localizatioan. Get uule value from `/location` endpoint. Leave blank if you wish to set automatically with location_parameters_auto. |

https://rapidapi.com/datascraper/api/g-search.

58.    Therefore, it is my opinion that the technical evidence does not support an inference that SearchApi copied any of SerpApi's API design, especially given that the alleged copying is limited to short, generic descriptions of common terminology that are shared among various search engine result page products and services.

### B. *No Evidence of Website Material Copying*

59.    I found no evidence of that SearchApi or Mr. Kucinskas copied any of SerpApi's proprietary website materials into SearchApi's products. This opinion is supported by the fact that SerpApi and SearchApi differ substantially in their frontend[29] implementation.

60.    For example, by inspecting the source HTML[30] of SearchApi's homepage,[31] one can see that site is operating its frontend using a combination of TailwindCSS and HotWire. For instance, on line 9 of SearchApi's homepage, the HTML loads an explicitly named Tailwind stylesheet. The HTML also contains numerous classes with responsive prefixes like md: and lg: throughout, which are unique to Tailwind. The HTML further uses Hotwire/Turbo attributes such as data-turbo-track="reload" and data-turbo-prefetch="false"

```
<!DOCTYPE html>
<html class="h-full antialiased" lang="en">
  <head>
    <meta name="csrf-param" content="authenticity_token" />
<meta name="csrf-token" content="z4IQZXvNKgYsgdxIEXWbRm9UmA2FGFWuuDfeuFCj2t9WMa0q0mm87bZla_94rh0IzwwTppxGOCvvy960LtVnMA" />

    <meta name="viewport" content="width=device-width, initial-scale=1">
    <script src="/assets/application-66135c6d95e15e461cef0f315ba8c42e5576d5e0c8f2d6187823e34997c0f291.js" data-turbo-track="reload" defer="defer"></script>
    <link rel="stylesheet" href="/assets/tailwind-2df46f15dafbe07e99b8a627fefaddd9f8194fac753ef5685e6b6c420f474aa7.css" media="all" data-turbo-track="reload" />

    <meta name="current-user-hash" content="">

    <meta name="theme-color" content="#818cf8">
<link rel="icon" type="image/svg+xml" href="/favicon.svg">
<link rel="icon" type="image/png" sizes="16x16" href="/favicon-16x16.png">
<link rel="icon" type="image/png" sizes="32x32" href="/favicon-32x32.png">
<link rel="mask-icon" href="/safari-pinned-tab.svg" color="#4338ca">
<link rel="apple-touch-icon" href="/apple-touch-icon.png">
```

```
            <div class="hidden space-x-8 md:flex md:space-x-4 md:ml-6 lg:space-x-8 lg:ml-10">
                <div class="relative"
        data-controller="dropdown"
        data-transition-enter="transition ease-out duration-200"
        data-transition-enter-from="opacity-0 translate-y-1"
        data-transition-enter-to="opacity-100 translate-y-0"
        data-transition-leave="transition ease-in duration-150"
        data-transition-leave-from="opacity-100 translate-y-0"
        data-transition-leave-to="opacity-0 translate-y-1">
```

*Screenshots of the raw HTML from www.searchapi.io. Lines that correspond to the evidence I cited above have been highlighted in blue.*

---

[29] The term "frontend" refers to parts of an application that users directly interact with, such as navigation menus, buttons, images, and graphs. These elements are often implemented using HTML, JavaScript, and styling: https://aws.amazon.com/compare/the-difference-between-frontend-and-backend/

[30] HTML (HyperText Markup Language) is the standard language for creating, and defining the structure of, web pages.

[31] https://www.searchapi.io (raw HTML inspected via browser "View Source").

61.     Conversely, analysis of SerpApi's homepage source HTML[32] demonstrates that it is using two different frameworks, Bootstrap and React. For example, there is an explicit call/reference to Bootstrap on lines 1756-1758. The source code further includes many Bootstrap utility and component classes such as Navbar. There is also explicit use of React classes and methods in the JavaScript loaded by SerpApi's homepage.[33]

```
1773    <!--jQuery, tether &  Bootstrap JS.-->
1774    <script src="/landing-theme/html/layout-1/js/tether.min.js"></script>
1775    <script src="/landing-theme/html/layout-1/js/bootstrap.min.js"></script>
1776
1777
1778    <script src="/select2/select2.min.js"></script>
1779    <script type="text/javascript" src="/loading.io/loading-bar.js"></script>
```

*Screenshot of raw HTML from serpapi.com.*

62.     These two frontend approaches are architecturally distinct. If SearchApi or Mr. Kucinskas simply reproduced and incorporated SerpApi's site components and architecture into SearchApi's products, it is my opinion that the two implementations would not be distinct in this way. They would have used similar architectures and frameworks, not incompatible and mutually exclusive ones. These differences clearly demonstrate strong evidence that neither SearchApi nor Mr. Kucinskas reproduced or incorporated any proprietary expression of SerpApi's website code or frontend architecture into SearchApi's products.

### a.    *"Easy Integration" was not Copied from SerpApi*

63.     Based on my review of available materials, I found no evidence indicating that SearchApi copied the "Easy Integration" section on SerpApi's website.

64.     "Easy Integration" is a generic, intuitive expression to any person with a computer science or software development background to address easy implementation of a

---

[32] https://serpapi.com (raw HTML inspected via browser "View Source")
[33] For example: https://serpapi.com/assets/landing_pages-bd971f9360f42c8230af60882b864d7b4806ea8c7d1171d745f678840573859b.js

software or a service, including services featuring API solutions. Therefore, "Easy Integration" is a commonly-used, section on a tutorial or documentation website that contains descriptions and source code snippets serving as examples demonstrating how software or a service is utilized, or how it interfaces with other applications. Specifically, "Easy Integration" can be seen within documentation of numerous third-party web applications, as it provides explanations and code snippets for deploying the applications or its APIs.[34]  Therefore, it is my opinion that SearchApi did not copy the "Easy Integration" section on SerpApi's website, simply because SearchApi also has a section titled "Easy Integration" within its documentation.

65.    The Complaint claims the SearchApi's "Easy Integration" section on its website contains the exact same function as those within SerpApi's "Easy Integration" section.[35] However, as seen in the example provided in the Complaint, and reproduced below, the functions offered by SerpApi and SearchApi, respectively actually have fundamental differences.

---

[34] The following are some third party examples of web scrapers providing "Easy Integration" guides and / or code snippets for their APIs: https://hasdata.com/apis/web-scraping-api, https://brightdata.com/products/serp-api. Common among other kinds of web applications too: https://documentation.deep-image.ai/easy-integration, https://docs.bemyguest.com.sg/guides/easy-integration, https://evinced.com/easy-integration.
[35] Complaint at ¶60.

**Example from SerpApi.com:**



Ex. 12 at 2.

**Example from SearchApi.io:**



66.   Specifically, SerpApi's function utilizes an official SerpApi library ("serpapi");

therefore, when the function calls an API[36] implemented by SerpApi, it directly executes a

method defined in the SerpApi library ("SerpApi::Client.new()") to initiate a client interface, and

then utilizes an additional method defined in the SerpApi library ("client.search()") to make an

---

[36] A function is a set of repeatable instructions that tell a system what to do. A function "calling an API" means one system asking another system for a set of data using an established interface.

API call. With the use of a SerpApi library, the source code simplifies request formatting and response handling. On the other hand, SearchApi's function does not utilize a library from SearchApi, but instead uses the widely-used third-party "requests" library that is able to make generic web requests with the Python programming language.[37] With the "requests" library, the function makes an HTTP GET request by manually defining the SearchApi API URL and adding search parameters needed by the API. Then, the function makes an API call by sending the HTTP GET request and receiving the response with a method defined by the "requests" library ("requests.get()"). With the use of the "requests" library, the source code has more control of the web request structure and content, but it potentially requires more setup and error handling because the "requests" library is a generic library that is not able to handle SearchApi request and response data formats, or error messages generated by SearchApi. In addition, the SerpApi example made an API call with parameters "q" "location" "hl" "gl" "google_domain" and "api_key", while the SearchApi example made an API call with only "engine" and "q" as parameters.

67.    Therefore, it is my opinion that SearchApi did not copy the "Easy Integration" section on SerpApi's website as the example function provided by SearchApi is different from the example provided by SerpApi in multiple respects, as described in the preceding paragraphs.

---

[37] https://pypi.org/project/requests/.

#### b. *The API Playground was not Copied*

68.     Based on my review of available materials, I found no evidence indicating that SearchApi reproduced or incorporated any proprietary expression of SerpApi's "Playground" tool into SearchApi products, especially given that "Playground" functionalities are common among third party search engine result page products and services across the Internet.

69.     SerpApi's Playground tool is a common functionality among various search engine result page products and services. According to the Complaint, SerpApi developed its "Playground" tool in 2017 that "allows users and customers to test search queries and immediately review the corresponding output," with the output displayed in JSON format.[38] However, third-party tools enabling users to test search queries and to review JSON-formatted search output have been publicly available at least since 2008. As an example, Yahoo! Search Build Your Own Search Service (BOSS) was released in July 2008. It allowed users to submit search queries, and to then receive structured output in JSON format from these search queries. There have been other applications that enabled users to perform search queries, and to immediately see and interact with structured JSON results as well, such as askBoss (natural language search for images)[39], and BuildaSearch (productivity tool that combines search results from many search engines).[40]

70.     Since the release of those tools, similar functionalities regarding test search queries have been implemented by various other products, including search engine result page

---

[38] JSON (JavaScript Object Notation) is a standard file format widely used for the organization and transmission of data
[39] https://github.com/saurabhsahni/askBOSS
[40] https://techcrunch.com/2008/09/03/yahoo-boss-used-to-create-powerset-for-images-and-more/.

products and services that are available on the Internet today. Specifically, various other search engine result page products and services across the Internet also implement functionalities that "allow users and customers to test search queries and immediately review the corresponding output," including several also naming this feature as "Playground." In the examples below, SerpHouse, Zenserp, OxyLabs, ThorData, and HasData each implement a tool that allows users to input search queries on a web interface and immediately review the corresponding output in JSON format.

SerpHouse's API Playground



https://www.serphouse.com/serp-api-playground.

---

Zenserp's Playground



https://app.zenserp.com/playground.

---

OxyLabs's API Playground



https://developers.oxylabs.io/scraping-solutions/web-scraper-api/web-scraper-api-playground.

## ThorData's Playground



https://doc.thordata.com/doc/scraping/serp-api/api-playground.

71.     Among these examples, SerpHouse, Zenserp, OxyLabs, and ThorData all name the corresponding feature as "Playground." In addition to the examples displayed in the screenshots above, FireCrawl's Playground[41], AnyCrawl's Playground[42], WebsearchApi's Playground[43], Serper Playground[44], Decodo's API Playground[45], Autom's equivalent functionalities[46], HasData's equivalent functionalities[47] and SerpExtractor's equivalent functionalities[48] also all enable users to test search queries and immediately review the corresponding output, with the output displayed in JSON format. Therefore, it is my opinion that SearchApi's Playground tool implements a functionality that simply aligns with a routine and common practice of other search engine result page products and services. I found no evidence indicating that SearchApi copied SerpApi's Playground tool.

72.     The Complaint further contends that SearchApi's Playground tool offered "an identical layout"[49] compared to SerpApi's Playground tool. Specifically, the Complaint highlights "the search results on the left and the JSON-formatted results on the right."  However, in the above-cited examples, I have shown that various third-party search engine result page products and services implemented the Playground tool (or equivalent) and the JSON-formatted results side by side, directly adjacent to each other. As an example, SerpHouse's API Playground and HasData both put the search results on the left and the JSON-formatted results on the right; OxyLabs's API Playground and ThorData's Playground both put the search results on the right

---

[41] https://www.firecrawl.dev/playground.
[42] https://anycrawl.dev/playground.
[43] https://websearchapi.ai/api-playground
[44] https://serper.dev
[45] https://help.decodo.com/docs/web-scraping-api-quick-start.
[46] https://www.autom.dev.
[47] https://hasdata.com/blog/web-scraping-for-lead-generation.
[48] https://serpextractor.com.
[49] Complaint at ¶47.

and the JSON-formatted results on the left; ZenSerp's Playground places JSON-formatted results in a block on top of the search results. Therefore, it is my opinion that SearchApi's Playground tool implements a user interface that simply aligns with a routine and common user interface adopted by other search engine result page products and services. I found no evidence indicating that SearchApi reproduced or incorporated any proprietary expression of SerpApi's Playground tool and have no reason to believe there is any.

### C. No Evidence of Backend[50] Source Code Copying

73.    Based on my review of available materials, I found no evidence from SearchApi's Account API indicating that SearchApi's source code is similar to SerpApi's source code.

74.    SearchApi's Account API returns JSON data that relates to that user's account usage, such as subscription information, monthly usage, credits, and hourly limits.[51]

75.    The Complaint claims that "[t]hese similarities [between SerpApi's Account API and SearchApi's Account API] ... are evidence that SearchApi's underlying source code is shockingly similar to SerpApi's source code."[52]  However, the Complaint does not disclose any evidence to support its claims about SearchApi's source code. An API, like SearchApi's Account API, is an external interface of a product or service. An API defines the structure of requests, responses, and the externally-facing endpoints, but does not expose how various major components of the backend source code are implemented. Even if two APIs may appear similar on the surface, their respective underlying backend source code may vary significantly in data structures, data flows, data storage, algorithms, architecture, and high-level business logic. Their

---

[50] "Backend" in this context refers to source code for functionality that users do not interact with, in contrast to "frontend" which defines components such as the user interface.
[51] https://www.searchapi.io/docs/account-api
[52] Complaint at ¶43.

respective backend source code may even be implemented in different programming languages. By way of analogy, two restaurants may be offering the same items on a menu (external-facing APIs), but their recipes, ingredients, and cooking methods in the back kitchen (backend source code) could be completely different. Therefore, it is my opinion that SerpApi cannot determine from SearchApi's Account API how SearchApi's source code is implemented, or whether SearchApi's source code is similar to SerpApi's source code, given the absence of any apparent backend analysis provided by SerpApi in their Complaint.

76.    In fact, what little we can derive from the API responses about the backend code suggests that no copying took place. I performed a test query on both SerpApi and SearchApi's Locations API, using the query "London." Examining each application's response, many of the responses have the same or similar values because, as the Complaint notes, both APIs make use of Google's API,[53] and as such it is logical that they would be drawing from the same pool of values. However, the "reach" field, which the Complaint specifically flags as displaying the result of custom backend code,[54] has different values for the same location in each API, as shown below.

| SerpApi | SearchApi |
|---|---|
|  | |

```json
{
  "google_id": 9047013,
  "google_parent_id": 20339,
  "name": "London",
  "canonical_name": "London TV Region,England,United Kingdom",
  "target_type": "TV Region",
  "country_code": "GB",
  "reach": 49600000,
  "lat": 51.5991266,
  "lon": -0.0942157
},
```

---

[53] Complaint at ¶56.
[54] Complaint at ¶57.

```
{
  "id": "585069e2ee19ad271e9c6371",
  "google_id": 9047013,
  "google_parent_id": 20339,
  "name": "London",
  "canonical_name": "London TV Region,England,United Kingdom",
  "country_code": "GB",
  "target_type": "TV Region",
  "gps": [
    -0.1384121,
    51.5181273
  ],
  "keys": [
    "london",
    "tv",
    "region",
    "england",
    "united",
    "kingdom"
  ],
  "reach": 42900000
},
```

| https://serpapi.com/locations.json?q=london | https://www.searchapi.io/api/v1/locations?api_key=API_KEY&q=london |
|---|---|

77.    As I discussed previously, the field names are not indicative of any backend code copying. However, given that by the Complaint's own admission the "reach" field is the output of backend code,[55] the fact that the values differ by 6.7 million people provides clear evidence that the backend calculations, and therefore source code, differ between SerpApi and SearchApi. Furthermore, the GPS coordinates also differ between SerpApi and SearchApi. This demonstrates that the underlying method used for collecting these data must also differ.

> ### a.    There is no evidence that SerpApi's Google Flights API copies SearchApi's Google Flights API

78.    Based on my review of available materials, I found no evidence indicating that SearchApi copied SerpApi's Google Flights API.  SerpApi's Google Flights API is publicly-available on SerpApi's website, so anybody can view this data without doing anything improper.

---

[55] *Id.*

No access to SerpApi source code or proprietary information is required to obtain access to this API. Indeed, SerpApi's Google Flights API structure can be easily reviewed.[56]  Furthermore, according to the examples provided by the Complaint,[57] and reproduced below, I found various differences between SerpApi's Google Flights API and SearchApi's Google Flights API.

| SerpApi | SearchApi |
|---|---|
| ```"best_flights": [`<br>`  {`<br>`    "flights": [`<br>`      {`<br>`        "departure_airport": {`<br>`          "name": "Beijing Capital International Airport"`<br>`          "id": "PEK",`<br>`          "time": "2025-10-08 17:25"`<br>`        },`<br>`        "arrival_airport": {`<br>`          "name": "San Francisco International Airport",`<br>`          "id": "SFO",`<br>`          "time": "2025-10-08 14:05"`<br>`        },`<br>`        "duration": 700,`<br>`        "airplane": "Boeing 777",`<br>`        "airline": "United",`<br>`        "airline_logo": "https://www.gstatic.com/flights/`<br>`        "travel_class": "Economy",`<br>`        "flight_number": "UA 889",`<br>`        "legroom": "31 in",`<br>`        "extensions": [`<br>`          "Average legroom (31 in)",`<br>`          "Wi-Fi for a fee",`<br>`          "In-seat power & USB outlets",`<br>`          "On-demand video",`<br>`          "Carbon emissions estimate: 774 kg"`<br>`        ],`<br>`        "overnight": true`<br>`      },` | ```"best_flights": [`<br>`  {`<br>`    "flights": [`<br>`      {|`<br>`        "departure_airport": {`<br>`          "name": "Beijing Capital International Airport",`<br>`          "id": "PEK",`<br>`          "date": "2025-10-08",`<br>`          "time": "17:25"`<br>`        },`<br>`        "arrival_airport": {`<br>`          "name": "San Francisco International Airport",`<br>`          "id": "SFO",`<br>`          "date": "2025-10-08",`<br>`          "time": "14:05"`<br>`        },`<br>`        "duration": 700,`<br>`        "airplane": "Boeing 777",`<br>`        "airline": "United",`<br>`        "airline_logo": "https://www.gstatic.com/flights/a`<br>`        "travel_class": "Economy",`<br>`        "flight_number": "UA 889",`<br>`        "is_overnight": true,`<br>`        "extensions": [`<br>`          "Power and USB outlets",`<br>`          "On-demand video",`<br>`          "Wi-Fi for fee",`<br>`          "Seat type Average Legroom",`<br>`          "Legroom 31 inches",`<br>`          "Carbon emission: 774 kg"`<br>`        ],` |

79.    For example, SearchApi's Google Flights API utilizes both elements "date" and "time", while SerpApi's Google Flights API only utilizes "time". SearchApi's Google Flights API also utilizes field "is_overnight", while SerpApi's does not, and tracks different "extensions" compared to SerpApi's Google Flights API.

80.    In addition, I learned from an email between SerpApi's CEO, Mr. Julien Khaleghy and Mr. Kucinskas, that Mr. Kucinskas's contract with SerpApi was terminated on

---

[56] https://serpapi.com/google-flights-api
[57] Complaint at ¶52.

July 23, 2021.[58] But I also learned that SerpApi didn't launch their Google Flights API until much later than this--October 21, 2023,[59] more than two years after Mr. Kucinskas's departure from SerpApi. There is no evidence that Mr. Kucinskas accessed any source code or documentation of SerpApi's Google Flights API when he was under contract with SerpApi, to the extent that any early version of such source code even existed. Similarly, there is no evidence that Mr. Kucinskas accessed any source code or documentation of SerpApi's Google Flights API after he departed from SerpApi.

### b. *Most of SerpApi's Currently Available APIs were Released After Mr. Kucinskas Departed SerpApi*

81.    Most of SerpApi's API offerings were released after Mr. Kucinskas departed SerpApi.

82.    By comparing a web archive of SerpApi's documentation from the time of Mr. Kucinskas' departure from SerpApi (July 2021)[60] and SerpApi's live documentation,[61] and manually counting the number of APIs listed in each, I determined that of the 117 APIs listed on SerpApi's live documentation, only 25 were present at the time of Mr. Kucinskas' departure from SerpApi. Examples of APIs introduced after Mr. Kucinskas' departure include the Google Flights API, which the Complaint specifically cites as evidence of copying, and several others that verifiably were unreleased until well after Mr. Kucinskas' departure from SerpApi shown in the chart below, including how many months after Mr. Kucinskas' departure from SerpApi that the features were released by SerpApi. Notably SerpApi tracks its feature requests using

---

[58] Email: Quitting and Contract Termination, from Julien Khaleghy to Zilvinas Kucinskas.
[59] https://github.com/serpapi/public-roadmap/issues/1065
[60] https://web.archive.org/web/20210726190033/https://serpapi.com/search-api
[61] https://serpapi.com/search-engine-apis (as of April 20, 2026)

something it calls "roadmap issues" which map these requests to its development timeline. The "Opened" date likely represents the earliest possible start of development, as the project roadmap is a development tracker, so the opening of an issue on the roadmap likely maps to the start of development on the detailed feature. As shown in the chart below, the likely start of development for each of these features also post-dates the end of Mr. Kucinskas' contract with SerpApi.

| API | Roadmap Issue | Opened | Completed | Months after Departure |
|---|---|---|---|---|
| Google Flights | #1065 | August 24, 2023 | October 21, 2023 | 27 |
| Google Hotels | #618 | February 2, 2023 | Nov 17, 2023 | 28 |
| Google Finance (Markets) | #317 | September 9, 2022 | Nov 16, 2022 | 16 |
| Google Shopping (standalone) | #36 | March 6, 2022 | Jan 18, 2023 | 18 |
| Google News (dedicated) | #631 | February 8, 2023 | Nov 28, 2023 | 28 |

83.    This is relevant because given the absence of any evidence in the Complaint that Mr. Kucinskas copied SerpApi's source code post departure from SerpApi, it is impossible for him to have copied source code that did not yet exist, and roughly 80% of the listed live API endpoints had not been implemented by SerpApi at the time of his departure.

84.    I understand that the Complaint alleges that Mr. Kucinskas was accessing SerpApi's source code as late as September 8, 2023, as evidenced by certain connections to a MongoDB server by a particular IP address.[62] However, as I address in Section V.B SerpApi was unable to definitively connect the alleged IP address to Mr. Kucinskas, and even if Mr. Kucinskas were to have accessed MongoDB, as I discuss in Section VI.A, access to MongoDB does not prove that he had any access to SerpApi's source code, as MongoDB is a database and not a source code repository that would be used as storage for SerpApi's confidential source

---

[62] Complaint ¶37-38.

code and documentation, which SerpApi considers to be trade secrets.[63]  In fact, I understand that Mr. Schroeder himself does not contend that SerpApi stores its source code in MongoDB.[64] This is a crucial point to emphasize: considering the mutually agreed upon facts of when Mr. Kucinskas's access to SerpApi's source code ended, there is no scenario in which Mr. Kucinskas possibly could have copied any SerpApi source code that did not exist when he had access to the code.

### c.  *SearchApi Developed Multiple API's Before SerpApi Did*

85.    In numerous cases, SearchApi has released support for APIs before SerpApi, obviously making the notion that it was copied from SerpApi impossible.

86.    For instance, Amazon Search compatibility was launched by SearchApi in October 2023[65], and not until May 2025[66] by SerpApi. Amazon Product compatibility was launched by SearchApi in December 2023,[67] and by SerpApi in December 2025.[68] YouTube Transcripts compatibility was released in October 2023[69] by SearchApi, and not until October 2025 by SerpApi.[70]

87.    Furthermore, there are APIs for which SearchApi has launched compatibility, but that are either still in-progress or entirely absent from SerpApi. For instance, Google Flights Calendar compatibility was launched by SearchApi in March 2025,[71] and is still in development

---

[63] Complaint at ¶26.

[64] "SerpApi's MongoDB environment serves as a central repository that **enables its code**; containing **the data they use to answer queries and to store information about users, test data, statistics, and more**." Schroeder Declaration at ¶13.

[65] https://www.searchapi.io/announcements/6

[66] https://github.com/serpapi/public-roadmap/issues/811

[67] https://www.searchapi.io/announcements/8

[68] https://github.com/serpapi/public-roadmap/issues/2844

[69] https://www.searchapi.io/announcements/6

[70] https://github.com/serpapi/public-roadmap/issues/1935

[71] https://www.searchapi.io/announcements/23

for SerpApi.[72] Google Books compatibility was launched by SearchApi in December 2025,[73] and while requested for SerpApi in March 2022, is still not being developed.[74] See the below table:

| API | SearchApi Launch | SerpApi Launch | Lead Time |
|---|---|---|---|
| Amazon Search | October 2023 | May 2025 | 20 Months |
| Amazon Product | December 2023 | December 2025 | 24 Months |
| YouTube Transcripts | October 2023 | October 2025 | 24 Months |
| Google Flights Calendar | March 2025 | April 2025 (requested) | Ongoing |
| Google Books | December 2025 | March 2022 (requested) | Ongoing |

88.    For the three APIs launched by SerpApi after SearchApi, I ran equivalent API queries to SerpApi and SearchApi for the sake of comparison. I found that the SerpApi JSON response fields were as or more similar to SearchApi's JSON response fields as the alleged copied response fields from Section IV.A.

89.    For example, for the Amazon Search API, I used the search term "coffee" for both SearchApi and SerpApi. Of the six top-level response fields in SearchApi's JSON response, five field names were also top-level JSON response fields in SerpApi's JSON ("search_metadata", "search_parameters", "search_information", "filters", and "organic_results"), and the sixth had what was essentially an equivalent field name ("pagination" vs. "serpapi_pagination"). Several of the top-level fields have a number of identical subfields. For example, within the "organic_results" collection, there are eight identical field names: "position", "link", "title", "tags", "rating", "reviews", "price", "extracted_price", out of sixteen total fields for SearchApi, and twenty-two total fields for SerpApi. I draw attention to these similarities not to accuse

---

[72] https://github.com/serpapi/public-roadmap/issues/2630
[73] https://www.searchapi.io/announcements/32
[74] https://github.com/serpapi/public-roadmap/issues/63

SerpApi of copying SearchApi features, but to demonstrate the ineffectiveness of using

comparable API response fields as evidence of copying at all.

*SerpApi JSON response (left) vs. SearchApi JSON response (right) for search term "coffee" for Amazon Search API*

*Comparison of organic_results first item for the search term "coffee" in SerpApi's Amazon Search API JSON response (left) and SearchApi's Amazon Search JSON response (right)*

90.　　If having similar API response fields was strong evidence of copying, then one would have to conclude that for the three APIs launched by SerpApi after SearchApi, SerpApi copied SearchApi. As I explain in Section IV.A, however, the similarity between these fields is not the result of copying by one party from another, but rather are the result of working with the same source APIs and using common and logical field names, often taken directly from the scraped surface.[75]

### d.　SearchApi did not copy a "bug" from SerpApi

91.　　Based on my review of available materials, it is my opinion that SearchApi did not copy a bug from SerpApi. Even though SearchApi allows user balances to drop below zero, this is an intentional design choice made by SearchApi to enhance its performance and is not a "bug" copied from elsewhere.

92.　　In computer science, a bug is an unintentional error in coding or logic that causes a program to malfunction. Therefore, a bug indicates that the source code is inconsistent with its design or specifications. The Complaint contends that SerpApi contains a bug in its source code that allows for the calculation of negative search credits on a user's account, *i.e.*, the user's available credits could be below zero.[76] In addition, the Complaint assumes that SearchApi also has the same bug and alleged that SearchApi copied this bug from SerpApi's backend code.[77]

---

[75]　"ASIN", for example, is terminology taken directly from Amazon: https://sell.amazon.com/blog/what-is-an-asin, much like terms like "knowledge graph" are taken directly from Google (See Section IV.A)

[76] Complaint at ¶44.

[77] *Id.*

93.     However, while SearchApi's service does allows user balances to drop below zero, this is an intentional choice that aligns with SearchApi's design and specifications. In Q1 2026, SearchApi commissioned a penetration test report by Oneleet, who conducted a security assessment of SearchApi in Q1 2026 led by a penetration tester with well-regarded industry certifications.[78]  Oneleet, recognized that SearchApi "accepts bounded negative credit balances as a deliberate consistency vs. performance trade-off."[79]  According to Oneleet's conclusion, SearchApi is aware of the fact that a user may have a negative credit balance; however, SearchApi intentionally allows accounts to temporarily go slightly negative instead of strictly enforcing zero or positive balances at all times. This is because SearchApi determined that strictly enforcing consistency on non-negative balances can negatively impact performance in a high-throughput system that supports a large user base conducting a high volume of concurrent searches and API connections. If SearchApi adds a negative-balance check in each one of these searches and API connections, it would inhibit SearchApi's ability to deliver SERP results with its current short response time. As a performance trade-off, SearchApi made a design decision to improve its performance at the cost of temporary minor inconsistencies with negative credit balances. Therefore, as indicated by Oneleet, it is not a bug, but a design choice by SearchApi that aligns with SearchApi's design to increase service throughput and responsiveness, which enhances the system's overall performance. The technical name for such a design is "optimistic concurrency with eventual consistency".[80]

---

[78] Specifically, Mr. Alex Vaida who has Offensive Security Certified Professional (OSCP) and OffSec Certified Expert (OSCE) certifications.

[79] Oneleet Penetration Report 2-25-26 at Page 4, attached hereto as Exhibit 3

[80] https://learn.microsoft.com/en-us/ef/core/saving/concurrency?tabs=data-annotations; https://medium.com/@Sukumar_Sundar/understanding-eventual-consistency-a-key-concept-in-distributed-systems-12f4004186ab

94.     On the other hand, the Complaint claims that SerpApi contains a bug in the source code that allows for the calculation of negative search credits on a user's account,[81] which indicates that having negative credit balances is an unintentional error in SerpApi's code that potentially causes SerpApi to malfunction. As a result, this bug in SerpApi's code is different from the intentional design choice made by SearchApi. Therefore, it is my opinion that SearchApi did not copy a bug from SerpApi. Furthermore, an API does not reveal how various major components of the backend source code are implemented. Given that the Complaint relies on SearchApi's Account API but does not contain additional evidence regarding SearchApi's source code, and provides no evidence that Mr. Kucinskas or SearchApi copied SerpApi's source code, the Complaint does not provide any evidence to support its claims about SearchApi's source code. I am also not aware of any evidence that SerpApi requested or reviewed SearchApi's source code, including but not limited to SearchApi's frontend code or backend code, or that SerpApi compared SerpApi's source code with SearchApi's source code.

### D.  No Evidence of Price Naming or Model Copying

95.     Based on my review of available materials, I found no evidence indicating that SearchApi copied the names of SerpApi's pricing plans, especially given that the names, prices, and offerings of the pricing plans are not identical, and given that it is routine and common for companies to offer different plans at different prices depending on the service being provided. The Complaint claims that "the names of SearchApi's pricing plans are identical to those of SerpApi's."[82]  However, this is not true. According to the example provided in the Complaint,

---

[81] Complaint at ¶44.
[82] Complaint at ¶63.

reproduced below,[83] the four levels of SerpApi's pricing plans are called "Starter", "Developer",

"Production" and "Big Data".

**Example from SerpApi.com:**



Ex. 12 at 4–5.

96.    However, four levels of SearchApi's pricing plans are called "Developer Plan",

"Production Plan", "BigData Plan" and "Scale Plan".

---

[83] *Id.*

**Example from SearchApi.io:**



Ex. 8 at 3.

97.    In addition, no tiers between SerpApi and SearchApi share the same price or have identical feature offerings (*e.g.*, the number of searches). Therefore, it is my opinion that SearchApi did not copy SerpApi's pricing plans.

98.    It is also common to offer different pricing plans for different features.[84] Specifically, it is routine and common for search engine result page products and services to offer various types of pricing plans with different levels of access. In the examples below, SerpWow, Serper, and OxyLabs each offers at least 4 levels of pricing plans, also with pricing plans named as "Starter" "Scale" "BigData", etc.

---

[84] As an example, Microsoft offers various pricing plans with different feature offerings for the Microsoft 365 product suite:  https://cdn-dynmedia-1.microsoft.com/is/content/microsoftcorp/microsoft/final/en-us/microsoft-brand/documents/modern-work-plan-comparison-enterprise.pdf.

| SerpWow |
| --- |
|  |
| https://trajectdata.com/serp/serp-wow-api/. |

| Serper |
| --- |
|  |
| https://serper.dev/. |

| 99.     Oxylabs |
| --- |



[https://oxylabs.io/products/scraper-api/web/pricing](https://oxylabs.io/products/scraper-api/web/pricing).

100.    Therefore, it is my opinion that SearchApi did not copy the names of SerpApi's pricing plans, especially given that such names for pricing plans are routinely and commonly used by various search engine result page products and services across the Internet.

## V.    SERPAPI'S SECURITY PRACTICES ARE NOT COMPLIANT WITH BASIC INDUSTRY STANDARDS

101.    Security controls are common in the software industry. There are numerous industry frameworks that exist to help companies manage and secure access to their confidential information such as NIST SP 800-53, CIS Controls v8, SOC 2, ISO 27001 and OWASP ASVS. SearchApi protects its confidential information using the sorts of controls listed in these frameworks. To further ensure compliance, SearchApi has taken actions such as engaging a reputable security company, Oneleet, to perform a security assessment of their systems to ensure that SearchApi's confidential information was protected as expected.[85] This Oneleet report had numerous positive findings:

### Positive Findings

- The web application implements stringent input validation on untrusted user input, effectively mitigating a broad spectrum of server-side vulnerabilities.
- The Enterprise subscription tier provides robust Authorization and Access Control and ensures effective data segregation based on robust authentication and authorization mechanisms.
- The system presents robust defenses against race condition attacks, uses optimistic concurrency with eventual consistency, accepts bounded negative credit balances as a deliberate consistency vs. performance trade-off, and relies on layered rate controls (concurrency limits, hourly throughput) to bound the practical impact.
- The application provides a zero retention flag for all search operations that does not save or store any metadata related to the user's search activity.
- The application utilizes TLS, has no outdated components, and no publicly known vulnerabilities have been identified.

102.    I understand that the Complaint alleges that SerpApi has numerous controls in place to prevent unauthorized access to what it views as its trade secrets. For example, the complaint states that, "Upon an employee's or contractor's departure from the company, SerpApi

---

[85] Exhibit 3: Oneleet Report

conducts an exit interview, reminding them of their confidentiality obligations. SerpApi also tracks termination of access on GitHub, and SerpApi uses database exchange and collaboration systems like GitHub that allow the company to set permissions for assignments and track who made what change and when. Permissions are granted in a restrictive fashion."[86]  But the very allegations in this case contradict these statements on security policies; at least in the case of Mr. Kucinskas, these policies appear to not have been followed.

103.    Based on my review of available materials, I found numerous security failings on the part of SerpApi that conflict with industry best practices. These issues include the failure to promptly deactivate an account for a departed contractor, and insufficient control over sensitive source code and materials. The security failures that I observed are inconsistent with industry-standard practices for protecting confidential information from unauthorized access.

104.    Specifically, I understand that SerpApi contends that Mr. Kucinskas accessed their Stripe and MongoDB. But it appears to be undisputed that Mr. Kucinskas had valid credentials to do so, even after his contract was terminated.

105.    As a threshold matter, when Mr. Kucinskas purportedly exported a customer report from Stripe on July 12, 2021, he was under contract with SerpApi at that time[87] and had an active Stripe account as a SerpApi contractor. Mr. Schroeder contends that Mr. Kucinskas created an export of a customer report from Stripe on July 12, 2021, while he was still under contract with SerpApi.[88] I haven't seen any evidence that Mr. Kucinskas' use of Stripe during his contract was improper. To the extent that SerpApi claims that it was, the fact that Mr. Kucinskas had the access necessary to create such customer reports would constitute a security failing on

---

[86] Complaint at ¶30.
[87] Schroeder Declaration at ¶11.
[88] Schroeder Declaration at ¶11.

SerpApi's part. Industry best practices demand that employees and contractors not be given access to services and credentials that they don't need for their actual job functions.[89]

### A. SerpApi did not comply with basic industry standards for deprovisioning

106.    Mr. Kucinskas' purported Stripe or MongoDB access after he left SerpApi demonstrates that his Stripe and MongoDB access remained active at that time and that SerpApi had failed to terminate his access to those services and failed to revoke his authentication tokens or access credentials. Although, I saw an email in which Mr. Julien Khaleghy told Mr. Kucinskas that he intended to disable Mr. Kucinskas accounts, this evidently did not occur on all of Mr. Kucinskas accounts.[90]

107.    I have seen no evidence in the available materials that Mr. Kucinskas obtained Stripe or MongoDB credentials via phishing, credential harvesting, system compromise, or other unauthorized means. Therefore, even in the alleged scenario in which Mr. Kucinskas purportedly exported data from Stripe, or accessed MongoDB, Mr. Kucinskas's Stripe and MongoDB access were active, and his authentication tokens and access credentials, if applicable, were still valid and had not been revoked. This is another massive security failing on the part of SerpApi. It appears that Mr. Kucinskas's GitHub collaborator, MongoDB and Stripe accounts were all left active from July 2021 to Dec 2025. Industry best practices dictate that employee/contractor credentials be revoked when an employee/contractor leaves the company. The industry term for this is deprovisioning -- the revocation and removal of all system access rights upon separation. Major security frameworks require this.

| Standard | Control | Requirement |
|---|---|---|
| | | |

---

[89] https://www.paloaltonetworks.com/cyberpedia/what-is-the-principle-of-least-privilege
[90] Exhibit 4: 04_CEO_Email_Disable_Accounts_Jul2021.pdf

| NIST SP 800-53 | PS-4 | Disable access upon termination |
|---|---|---|
| CIS Controls v8 | 6.2 | Disable accounts immediately upon termination |
| SOC 2 | CC6.2 | Remove user system credentials when user access is no longer authorized |
| ISO 27001:2022 | A.5.18 | Remove access rights upon termination and review access rights frequently (at least annually) |

108.    There are many reasons for mandating deprovisioning as part of a security protocol. Even if a user no longer seeks to use authentication tokens or access credentials, these authentication artifacts may still persist in browser caches,[91] local storage, client applications, or password managers; in addition, session tokens may allow access to continue without requiring an explicit new login. As a result, background services, scheduled tasks, automated scripts, or client applications may reuse these authentication artifacts or existing sessions to trigger API calls or to access resources. This may even happen without direct user interaction. For example, a background service could repeatedly read or write MongoDB data using a "cached" MongoDB connection that persists for an extended amount of time;[92] with a "cached" MongoDB connection, the user does not need to explicitly log in again unless the connection was terminated. Therefore, a user that left the company might not even realize that MongoDB was being accessed by a background service, since the activity is automated and occurs through reused, cached connections, not intentionally triggered by the user.

---

[91] https://oit.colorado.edu/services/network-internet-services/clear-browser-cache
[92] MongoDB drivers maintain a connection pool, which is essentially a cache of authenticated connections that the application reuses instead of opening a new connection for every operation. This means credentials and session state can stay active across many requests without reauthentication. . https://www.mongodb.com/docs/manual/administration/connection-pool-overview/. .

109.    In a similar manner, Mr. Kucinskas may not have made any specific, intentional connections to Stripe or MongoDB; the accesses could instead result from automated background services or processes that reuse persisted authentication artifacts as discussed above, especially in the case that SerpApi failed to terminate Mr. Kucinskas's access to these services and failed to revoke his authentication artifacts.

### B.  SerpApi did not comply with basic industry standards for auditing

110.    SerpApi contends that Mr. Kucinskas utilized two IP addresses -196.240.54.21 and 78.61.206.75, to access MongoDB a total of 29 times from June 07, 2022 to September 8, 2023. Mr. Schroeder also contends that there are three additional IP addresses in SerpApi's MongoDB logs that may "very likely to be Mr. Kucinskas's." However, the only evidence that Mr. Schroeder relies on is that these IP addresses utilize Latvia and Lithuanian-based ISPs, which is generally in the same region as Mr. Kucinskas and has issued some other IP addresses previously used by Mr. Kucinskas. Even Mr. Schroeder admits that he "did not specifically observe that [Mr. Kucinskas] used these IPs in the Stripe logs or SerpApi."[93] As a matter of fact, one cannot conclude that an IP address is used by Mr. Kucinskas solely because it is near his whereabouts. IP addresses can be shared, reassigned, used by multiple devices, or accessed by Virtual Private Networks (VPNs) from distant locations. Therefore, proximity alone is not a reliable indicator that Mr. Kucinskas utilized these additional three IP addresses. In addition, even if these three additional IP addresses come from the same ISP as other IP addresses previously used by Mr. Kucinskas, this still does not mean that these three IP addresses were used by the same person. ISPs manage a vast number of IP addresses that can be dynamically (i.e., automatically via an automated protocol) reassigned and shared.

---

[93] Schroeder Declaration at ¶18.

111.    More importantly, neither Mr. Schroeder nor SerpApi have demonstrated what data was accessed, or that Mr. Kucinskas downloaded any data, let alone any purported confidential data that SerpApi considers to be trade secrets.[94] Indeed, Mr. Schroeder admits that there is no evidence of this.[95] This is another serious security failing on the part of SerpApi. Specifically, users with valid credentials are apparently able to access their systems, but their activities on said systems are not logged for security auditing or compliance purposes. Industry best practices specify that audit logs be maintained for precisely the scenario that SerpApi is suing Defendants.[96] That is, it is important to log all accesses to important data stored on a system so that if, after the fact, an anomaly is detected, the logs can be audited to determine what happened.

| Standard | Control | Requirement |
|---|---|---|
| NIST SP 800-53 | AU-12 | Generate audit records for defined auditable events |
| CIS Controls v8 | 8 | Collect, alert, review, and retain audit logs of events that could help detect, understand, or recover from an attack |
| SOC 2 | CC7.2 | Monitor system components to detect security events/anomalies |
| ISO 27001:2022 | A.8.15 | Log security-relevant events |

112.    But SerpApi obviously must not have implemented sufficient audit logging, which would contain information about who accessed what resource at what time and from where.[97]  Therefore, even in the alleged scenario in which Mr. Kucinskas purportedly accessed MongoDB in any of these 29 incidents, there is no evidence indicating that Mr. Kucinskas

---

[94] Complaint at ¶26.
[95] Schroeder Declaration at ¶11.
[96] Complaint at ¶10.
[97] ISO 27001 A.8.15

accessed or exported any data let alone confidential data from MongoDB that SerpApi considers to be trade secrets. This lack of evidence is squarely SerpApi's fault--SerpApi can't show what, if anything, was accessed at all because of their own poor security posture. There are no allegations in this case that Mr. Kucinskas had access to any audit logs, much less write access needed to alter or modify these logs.

### C.  SerpApi relies on personal accounts for critical infrastructure

113.   SerpApi's reliance on personal accounts for storage of company data bypasses standard security practices.

114.   I reviewed documentation regarding a private GitHub repository on SerpApi CEO Julien Khaleghy's personal account called "serpapi-mongodb-backup-v8."[98]  This GitHub repository included the following notice: "THIS IS UPDATING FROM OUR LIVE PRODUCTION DATABASE," which indicates that this repository contained SerpApi's production database backups.[99] Storing production database backups in a personal GitHub repository exposes sensitive SerpApi data to potential unauthorized access, accidental leaks, or compromise, which contradicts best practices for corporate data governance.[100] The repository is tied to the CEO's personal account rather than a corporate-managed system, which indicates that SerpApi likely lacks corporate-level control, auditing, and enforceable access policies that meaningfully reduce the risk of data breaches or inadvertent exposure.

115.   It is my understanding that Mr. Kucinskas still had active collaborator access to the private Github repository until at least November 2025, which is more than four years after Mr. Kucinskas's departure from SerpApi; in addition, SerpApi only removed Mr. Kucinskas's

---

[98] Exhibit 5: 06_GitHub_Repo_Access_Never_Revoked.pdf
[99] *Id.*
[100] https://csf.tools/reference/nist-sp-800-53/r5/ac/ac-2/

access to this repository after Mr. Kucinskas actively notified SerpApi of such exposure. As I noted in Section V.A, this ongoing access after the contractor left the company violates industry standards for security. The fact that the GitHub repository was connected to Mr. Khaleghy's personal account makes such mistakes much more likely because such personal accounts are outside of company IT governance.

### D. SerpApi sends plaintext passwords in welcome emails

116.    It is commonly known in the industry that many industry standards require that passwords not be included in emails sent to employees or contractors, either for password reset or at account provisioning. For example, NIST SP 800-63B,[101] OWASP ASVS 4.0.3[102] and SOC 2 CC6.1[103] all contain such provisions. Even so, I saw that a welcome email dated July 22, 2020, from Mr. Khaleghy to Mr. Kucinskas with the Password: r9>2ahXM contained therein.[104] Including plaintext passwords in emails are problematic because they create a critical vulnerability where credentials can be intercepted or misused via compromised email channels. The inclusion of such plaintext passwords in welcome emails further underscores SerpApi's lack of compliance with even basic industry security practices.

## VI.    THERE IS NO EVIDENCE THAT MR. KUCINSKAS WRONGFULLY ACCESSED ANY MATERIALS BELONGING TO SERPAPI

---

[101] https://pages.nist.gov/800-63-3/sp800-63b.html

[102] V2.5.1
https://github.com/OWASP/ASVS/blob/master/4.0/OWASP%20Application%20Security%20Verification%20Standard%204.0.3-en.pdf

[103]    https://www.aicpa-cima.com/resources/download/2017-trust-services-criteria-with-revised-points-of-focus-2022

[104] Exhibit 6: Email: Welcome to SerpApi!, from Julien Khaleghy to Zilvinas Kucinskas, July 22, 2020

### A. No Evidence of Wrongful MongoDB Access

117.    MongoDB is a NoSQL document database with data stored in JSON-like documents, or other optional, flexible schemas.[105]  MongoDB is not utilized to store source code or product documentation. There is no evidence that MongoDB is used as storage for SerpApi's confidential source code and documentation, which SerpApi considers to be trade secrets.[106] Indeed in my opinion it would be strange for MongoDB to store source code, as MongoDB is not a code repository or version control system. In fact, Mr. Schroeder himself does not contend that SerpApi stores its source code in MongoDB.[107]

### a. MongoDB Driver Lines are not "Fingerprints"

118.    The Complaint alleges that "Mr. Kucinskas's improper access to the MongoDB server demonstrates that he retained SerpApi's codebase on his computer after his departure from SerpApi. Each access to the MongoDB server contains a 'fingerprint'"—i.e., a driver line—that shows SerpApi's codebase was retained on Mr. Kucinskas's computer for years after his departure from SerpApi."[108] However, the Complaint provides no evidence to support this claim, such as server logs containing the driver line. Even if it did, it is my opinion that MongoDB driver lines are not "fingerprints", in the sense that the Complaint applies this term, as they do not uniquely identify a user, nor do they show whether code was retained on a particular computer as the Complaint suggests.[109]

---

[105] https://www.mongodb.com/resources/basics/databases/nosql-explained.
[106] Complaint at ¶26.
[107] "SerpApi's MongoDB environment serves as a central repository that **enables its code**; containing **the data they use to answer queries and to store information about users, test data, statistics, and more**." Schroeder at ¶13.
[108] Complaint at ¶4.
[109] *Id.*

---

119.    The "driver line" referenced by the Complaint is a field contained in the "client" subdocument transmitted to the server by the MongoDB driver as part of connection establishment. The document had the following structure at the alleged date of last access, September 8, 2023:

```
{
    hello: 1,
    helloOk: true,
    client: {
        /* OPTIONAL. If present, the "name" is REQUIRED */
        application: {
            name: "<string>"
        },
        /* REQUIRED, including all sub fields */
        driver: {
            name: "<string>",
            version: "<string>"
        },
        /* REQUIRED */
        os: {
            type: "<string>",          /* REQUIRED */
            name: "<string>",          /* OPTIONAL */
            architecture: "<string>", /* OPTIONAL */
            version: "<string>"        /* OPTIONAL */
        },
        /* OPTIONAL */
        platform: "<string>",
        /* OPTIONAL */
        env: {
            name: "<string>",          /* OPTIONAL */
            timeout_sec: 42,           /* OPTIONAL */
            memory_mb: 1024,           /* OPTIONAL */
            region: "<string>",        /* OPTIONAL */
            /* OPTIONAL */
            container: {
                runtime: "<string>",  /* OPTIONAL */
                orchestrator: "<string>"  /* OPTIONAL */
            }
        }
    }
}
```
[110]

---

[110]

https://github.com/mongodb/specifications/blob/611ecb5d624708b81a4d96a16f98aa8f71fcc189/source/mongodb-handshake/handshake.rst. There are earlier versions of this document, dating to the time of Mr. Kucinskas' contract with SerpApi that do not include the "env" field, but are not otherwise                                                                   different: https://github.com/mongodb/specifications/blob/63b0451b4969f6bf7464e8d86d78b7552f65ba58/source/mongodb-handshake/handshake.rst

120.    The "driver" fields, "name" and "version" are not application configurable, meaning that they rely directly on driver details. The name and version of the driver will, naturally, be identical for anyone running the same version of the same MongoDB driver. They are not uniquely identifiable components, nor do they represent any information about the state of source code on a client device.

121.    The "platform" field contains more driver-specific platform details and it, like the driver fields discussed prior, will not uniquely identify users or provide information on source code.

122.    The "os" fields similarly do not uniquely identify a client, nor give any insight to the state of source code on a client device. All os fields will be identical between clients running the same version of the same operating system (Windows, Linux, MacOS, etc.).

123.    The "application.name" field is a string provided by the driver to identify the application. Any user accessing SerpApi's application would likely have the same application name in that field. It does not uniquely identify client devices, nor provide insight as to the state of source code on a client device.

124.    The "env" field relates to Function-as-a-Service (FaaS) attributes that are only relevant when driver functionality is activated through an external service such as Amazon Web Services, Google Cloud Platform, or Vercel. These fields are not relevant to any discussed fingerprinting efforts, as the Complaint alleges that the fingerprint identifies Mr. Kucinskas' computer, not a third-party FaaS vendor. Even in the event that they were relevant, none of the env fields uniquely identify a client, as any user accessing the same FaaS from the same region will have the same fields.

125.    It is worth noting that of these fields, the only required fields for metadata submission are driver.name, driver.version, and os.type, so although access to all of this data is insufficient to uniquely identify a client, there is no guarantee that even all of that information will be present in the logs.

126.    Since the available information in the MongoDB client subdocument cannot be used to uniquely identify a client, nor provide any information about source code, the driver line cannot be used as a "fingerprint" to show that SerpApi's codebase was retained on Mr. Kucinskas' computer.

### B. No Evidence of Wrongful Stripe Access

127.    Stripe is an online payment processor that allows businesses to manage user payments and subscriptions.[111]  Stripe is not utilized to store source code or product documentation. Further, according to Mr. Schroeder, SerpApi uses Stripe for payment processing and customer relationship management,[112] not storage of SerpApi's confidential source code and documentation, which SerpApi considers to be trade secrets.[113]

128.    Furthermore, Mr. Schroeder only identified one incident in which Mr. Kucinskas allegedly exported data from Stripe, which was during Mr. Kucinskas's contract with SerpApi. Neither Mr. Schroeder nor SerpApi contend that any additional Stripe access by Mr. Kucinskas resulted in a data export. Regarding the one incident, as Mr. Schroeder admits, "[i]t is unclear from the logging which fields Mr. Kucinskas downloaded."[114] As a result, there is no evidence indicating what data was actually exported by Mr. Kucinskas, if any, when he allegedly accessed

---

[111] https://stripe.com.
[112] Schroeder Declaration at ¶11. *See also* Complaint at ¶4, ¶36.
[113] Complaint at ¶26.
[114] Schroeder Declaration at ¶11.

Stripe on July 12, 2021, while he was still under contract with SerpApi. Neither Mr. Schroeder nor SerpApi were able to demonstrate that Mr. Kucinskas downloaded specific confidential data related to, or embodied in SerpApi's customer lists, which SerpApi considers as trade secrets.[115]

### C. *No Evidence of Wrongful GitHub Access*

129.    I understand that Mr. Kucinskas had active collaborator access to a private Github repository-- serpapi-mongodb-backup-v8.[116] until at least November 2025, which is more than four years after his departure from SerpApi; in addition, I understand that SerpApi only removed Mr. Kucinskas's access to this repository after Mr. Kucinskas actively notified SerpApi of such exposure. Although this repository appears to have been inactive for at least three years, I did not see any allegations that Mr. Kucinskas accessed any data in this repository after his contract with SerpApi was terminated. I have also seen no evidence that Mr. Kucinskas did so.

## VII.    CONCLUSION

130.    In conclusion, I found no evidence that Mr. Kucinskas copied or improperly accessed any materials from SerpApi. It is also my opinion that SerpApi's security standards are not compliant with basic industry standards.

131.    All of the facts stated in this Declaration are known personally to me and the opinions proffered are my own. If called as a witness, I could and would testify competently thereto. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on this 20th day of April, 2026, in Potomac, Maryland.

---

[115] Complaint at ¶26.
[116] Exhibit 5: 06_GitHub_Repo_Access_Never_Revoked.pdf

Paul D. Martin, Ph.D.
April 20, 2026

# Exhibit 1

**harborexperts**

# Paul D. Martin, Ph.D.
Chief Scientist at Harbor Experts
Lecturer at Johns Hopkins University

P: 443.449.9006
E: paul@harborexperts.com

## Profile

Dr. Martin has testified more than **17 times** in complex software- and hardware-related litigation, including **12 depositions**, **3 trials**, and **2 evidentiary hearings**.  He has led and managed more than 100 large-scale source code reviews involving sophisticated software and hardware systems. Dr. Martin is the Chief Scientist at Harbor Experts and a Lecturer in the Department of Computer Science at Johns Hopkins University, where he teaches courses on software development, computer and network security, and cryptography. His research interests include embedded system security, operating system security, vulnerability analysis, reverse engineering, network protocol analysis, applied cryptography, and privacy-preserving protocols.

## Education

| | |
|---|---|
| **2011-2016** | *Ph.D. Computer Science, Johns Hopkins University, Baltimore, MD* |
| **2011-2013** | *M.S.E. Computer Science, Johns Hopkins University, Baltimore, MD* |
| **2007-2011** | *B.S. Computer Science, Johns Hopkins University, Baltimore, MD* |

## Industry Experience

| | | |
|---|---|---|
| **2024-Present** | *Harbor Experts* | **Chief Scientist** |
| **2023-Present** | *Johns Hopkins University* | **Lecturer** |
| **2023-2024** | *Harbor Labs* | **Vice President of Applied Research and Technology** |
| **2018-2024** | *Harbor Labs* | **Director of Firmware Security, Senior Research Scientist** |
| **2013-2018** | *Harbor Labs* | **Research Scientist** |
| **2011-2016** | *Johns Hopkins University* | **PhD Candidate, Research Assistant** |
| **2013** | *Applied Communication Sciences* | **Graduate Intern** |
| **2011** | *University of Michigan Inter-university Consortium for Political and Social Research* (ICPSR) | **Penetration Tester** |
| **2009-2011** | *Independent Security Evaluators* | **Security Intern** |
| **2008-2010** | *Johns Hopkins University Digital Research and Curation Center* (DRCC) | **Student Software Developer** |
| **2008** | *Brandeis University* | **Freelance Software Developer** |

## Teaching Experience

| | | |
|---|---|---|
| **2025** | *Intermediate Programming* | **Lecturer** |
| **2024** | *Security and Privacy in Computing* | **Lecturer** |
| **2023** | *Security and Privacy in Computing* | **Lecturer** |
| **2015** | *Introduction to Hardware Hacking* | **Instructor** |
| **2012-2014** | *Security and Privacy* | **Teaching Assistant** |
| **2011** | *Practical Cryptographic Systems* | **Course Assistant** |

1

**harborexperts**

## Publications

P. Martin, D. Russel, M. Ben Salem, S. Checkoway, A. Rubin, Sentinel: Secure Mode Profiling and Enforcement for Embedded Systems, Proc. ACM/IEEE International Conference on Internet-of-Things Design and Implementation, (IoTDI '18).

P. Martin, M. Rushanan, T. Tantillo, C. Lehmann and A. Rubin, Applications of Secure Location Sensing in Healthcare. In the proceedings of ACM Conference of Bioinformatics, Computational Biology, and Health Informatics (BCB '16).

J. Carrigan, P. Martin, M. Rushanan, KBID: Kerberos Bracelet Identification. In the Proceedings of Financial Cryptography and Data Security (FC '16).

P. Martin, M. Rushanan, S. Checkoway, M. Green, A. Rubin. Classifying Network Protocol Implementation Versions: An OpenSSL Case Study. Technical Report 13-01, Johns Hopkins University (December 2013).

P. Martin, A. Rubin, and R. Bhatti, *Enforcing Minimum Necessary Access in Healthcare Through Integrated Audit and Access Control.* In ACM Conference on Bioinformatics, Computational Biology, and Biomedical Informatics Health Informatics Symposium (BCB-HIS), (September 2013)

## Program Committees

IEEE Symposium on Security and Privacy (Winter 2024)
IEEE Symposium on Security and Privacy (Summer 2024)

## Patents

| | |
|---|---|
| System and Method for automatically extracting information from binary files for use in Database Queries | **US 10,762,214 B1** |
| System and method for network traffic profiling and visualization | **US 10,230,599 B2** |
| System and method for network traffic profiling and visualization | **US 9,667,521 B2** |
| Healthcare privacy breach prevention through integrated audit and access control | **US 8,984,583 B2** |
| Healthcare privacy breach prevention through integrated audit and access control | **US 9,438,632 B2** |

## Current Research

Use of multimodal large language models for diagnosis of disease progression.
Use of large language models for certain types of technical research and analysis.
Automated binary version extraction for NVD cross-reference based on fuzzy matching.
Automated analysis of vulnerabilities in containers and virtual appliances.
Large-scale comparison of nature and kind of firmware vulnerabilities across and within product classes.

## Expert Witness Engagements

**CERTAIN FLASH-SPUN NONWOVEN MATERIALS AND PRODUCTS CONTAINING SAME**

| | |
|---|---|
| Case: | ITC Investigation No. 337-TA-1424 |
| Description: | ITC Investigation related to nation-state threat actors, unfair competition and trade secret misappropriation. |
| Services: | Malware analysis and reverse engineering, cyber-attribution, computer forensics, reasonableness of security measures. |
| Expert Testimony at Deposition: | Washington, DC (September 6, 2025) |
| Expert Testimony at Trial: | Washington, DC (January 29, 2026) |

**harbor**experts

**Malikie Innovations Ltd, Key Patent Innovations Ltd** v. MARA Holdings, Inc.
| | |
|---|---|
| Case: | Case # 7:25-cv-00222-DC-DTG |
| Description: | Analysis related to cryptography, elliptic curve cryptography, random number generation and cryptocurrencies. |
| Services: | Source code review, expert report drafting, validity analysis. |
| Expert Testimony at Deposition: | Potomac, MD (January 22, 2026) |

**Bayerische Motoren Werke Aktiengesellschaft** v. Onesta IP, LLC
| | |
|---|---|
| Case: | Case # 6:2025-cv-00581 |
| Description: | Analysis related to power and latency-sensitive process scheduling. |
| Services: | Expert declaration drafting, patent analysis. |

Toyota Motor Corp v. **AutoConnect Holdings LLC**
| | |
|---|---|
| Case: | PGR2025-00041 |
| Description: | Analysis related to cloud-based vehicle management and security systems. |
| Services: | Expert report drafting, validity analysis. |

**Twitch Interactive, Inc.** v. Razdog Holdings LLC,
| | |
|---|---|
| Case: | IPR2025-03017 |
| Description: | Analysis related to cloud-based content aggregation and streaming. |
| Services: | Invalidity analysis.  IPR drafting. |
| Expert Testimony at Deposition: | Washington, DC (October 10, 2025) |

**The Nielsen Company** v. Hyphametrics, Inc.
| | |
|---|---|
| Case: | Case # 23-136-GBW-CJB |
| Description: | Analysis related to audience measurement and identification systems and machine learning systems. |
| Services: | Source code review, expert report drafting, validity analysis. |
| Expert Testimony at Deposition: | Potomac, MD (February 5, 2025) |
| Expert Testimony at Trial: | Wimington, DE (July 24-25, 2025) |

Jonathan Day and Michelle Dobek v. **Advanced Micro Devices, Inc**.
| | |
|---|---|
| Case: | Case # 4:22-cv-00312-CRB |
| Description: | Litigation related to computer fTPM and TEE design characteristics. |
| Services: | Technical analysis and expert reports on security and performance characteristics of trusted execution environments and the design of NVRAM interfaces through SPI.  Drafting of expert reports. |
| Expert Testimony at Deposition: | Washington, DC (February 7, 2025) |

State of New Jersey v. **Paul Caneiro**
| | |
|---|---|
| Case: | Indictment # 19-02-283; PG # 18-4915 |
| Description: | Analysis related to reliability of specific types of computerized DNA analysis in criminal proceedings. |
| Services: | Source code review, expert report drafting. |
| Expert Testimony at Hearing: | Feehold, NJ (December 6, 2024) |

**Amazon.com, Inc.** v. B.S.D. Crown, Ltd.,
| | |
|---|---|
| Case: | IPR2025-00057 |
| Description: | Analysis related to emulation and virtualization technology. |
| Services: | Invalidity analysis.  IPR drafting. |

**MediaTek Inc.** v. Daedalus Prime LLC
| | |
|---|---|
| Case: | IPR2025-00100 |

3

**harborexperts**

Description:            Analysis related to security processors embedded in microcprocessors.
Services:              Invalidity analysis.  IPR drafting.

McKinney v. **Corsair Gaming, Inc**.
Case:                  Case # 4:22-cv-00312-CRB
Description:            Litigation related to computer memory performance.
Services:              Technical analysis and expert reports on characteristics of computer memory and forensic analysis of computer systems.

**LoganTree** v. Fossil
Case:                  Case # 21-cv-0385-JDW
Description:            Litigation related to fitness tracking wearables.
Services:              Technical analysis and expert reports on validity and infringement.
Expert Testimony at Deposition:    Monrovia, MD (August 11, 2023)

**Nielsen** v. TVSquared
Case:                  Case # 6:22-cv-00244-ADA
Description:            Litigation related to network-based audience measurement.
Services:              Technical analysis and expert reports on patentable subject matter.

ISI v. **Intuitive Surgical, Inc.**
Case:                  Case # 3:21-cv-03496-VC
Description:            Litigation related to cryptographic security protections.
Services:              Technical analysis and expert reports on security and technical aspects of surgical devices.
Expert Testimony at Deposition:    Monrovia, MD (March 16, 2023)

Healthcare Advanced Risk Technologies, Inc. and Inspirien Holdings Corp. v. **Terrence Mills, AI.io. Corp., Jane Nemcova and VEUU, Inc.**
Case:                  Case # 2:22-cv-04192-JS-AYS
Description:            Litigation related to timeline of software development and misappropriation of trade secrets.
Services:              Source code and documentation review, source code copying analysis, expert report drafting.

**Communication Technologies, Inc.** v. Samsung Electronics America, Inc., and Samsung Electronics Co. Ltd.
Case:                  Case # 2:21-cv-444-JRG
Description:            Litigation related to patents on secure erase processes.
Services:              Source code review of algorithms related to secure erase processes, declaration on aspects of source code review process and representativeness of source code

Planck, LLC D/B/A Patch Media v. **Particle Media, Inc. D/B/A News Break, Et. Al.**
Case:                  Case # 20-cv-10959 (LGS)
Description:            Litigation related to copyright.
Services:              Review of web scraping facts, contracts and agreements and syndicated web feed technology, declaration on web scraping and syndicated web feed technology

**WSOU Investments, LLC D/B/A Brazos Licensing and Development** v. Cisco, Inc.
Case:                  Case # 6:21-cv-00128-ADA
Description:            Litigation related to patents to patents on wireless network handoff, network management and authentication

4

**harborexperts**

technologies.

Services:                  Source code review of accused products, declaration on aspects of source code review process.

**United States v. Laffon Ellis**

Case:                      Case # 2:19-cr-00369-DWA
Description:               Analysis related to reliability of specific types of computerized DNA analysis in criminal proceedings.
Services:                  Source code review, expert report drafting.
Expert Testimony at Hearing:   Monrovia, MD (December 20, 2021)

Sysmex Corporation and Sysmex America, Inc. v. **Beckman Coulter, Inc.**

Case:                      CA # 19-1642-RGA-CJB
Description:               Litigation related to hematology analysis machine patents.
Services:                  Source code review.  Expert report drafting.
Expert Testimony at Deposition:   Monrovia, MD (November 22, 2021)

**CERTAIN ROUTERS, ACCESS POINTS, CONTOLLERS, NETWORKS MANAGEMENT DEVICES, OTHER NETWORKING PRODUCTS, AND HARWARE AND SOFTWARE COMPONENTS THEREOF**

Case:                      ITC Investigation No. 337-TA-1227
Description:               ITC Investigation related to patents on wireless network handoff, network management and QoS technologies.
Services:                  Source code review, validity and prior art analysis, expert report drafting.
Expert Testimony at Deposition:   Monrovia, MD (June 9-10, 2021)
Expert Testimony at Trial:        Washington, DC (July 28, 2021)

**Micro Focus, Inc.** v. Insurance Services Organization

Case:                      DE Civil Action # 15-252-RGA
Description:               Litigation related to unlicensed use of runtime environments, libraries and software compilers.
Services:                  Source code review.  Binary reverse engineering and analysis, affidavit drafting, expert report drafting.
Expert Testimony at Deposition:   Wilmington, DE (Feb 2, 2021)

**loanDepot.com, LLC** v. Sigma Infosolutions, Inc.

Case:                      AAA Case # 01-18-0001-5821
Description:               Litigation related to software development practices.
Services:                  Source code analysis, experimentation, report drafting.
Expert Testimony at Deposition:   Baltimore, MD (December 17, 2019)

**Cypress Lake Software, Inc.** v. Samsung Electronics America and Dell, Inc.

Case:                      Case # 6:18-cv-00030-RWS
Description:               Litigation related to infringement of UX patents.
Services:                  Source code analysis, report drafting.
Expert Testimony at Deposition:   Baltimore, MD (July 9, 2019)

**Apple, Inc. Device Performance Litigation**

Case:                      CA Civil Action # 18-md-02827-EJD
Description:               Litigation related to business practices.
Services:                  Technical analysis and expert reports on security and technical aspects of mobile phone forensics.

Italian Antitrust Authority v. **Apple, Inc.**

Case:                      PS/11309
Description:               Litigation related to business practices.
Services:                  Technical analysis and expert reports on security and technical aspects of software update processes.

**harborexperts**

**Carl Zeiss AG and ASML Netherlands B.V.** v. Nikon
Case:                                  Case # 2:17-cv-07083-RGK (MRWx)
Description:                            Litigation related to patents on image detection algorithms.
Services:                              Source code review of algorithms related to image processing
                                         and detection algorithms, declaration on aspects of
                                         source code review process.

Decision Resources, LLC v. **Brigham Hyde, Precision Health Intelligence, LLC and Orr Inbar**
Case:                                  MA Civil Action # 17-2834J
Description:                           Litigation related to timeline of software development and
                                         misappropriation of trade secrets.
Services:                              Source code and documentation review, development timeline
                                         analysis, affidavit drafting.

## Litigation Support

**Video Solutions** v. Cisco, Inc
Case:                                  Case # 2:23-cv-222-JRG
Description:                           Litigation related to videoconferencing and network
                                         performance optimization.
Services:                              Infringement analysis.  Source code review.

**OmniTracs, LLC** v. Motive Technologies, Inc.
Case:                                  Case # 3:23-cv-05261-RFL
Description:                           Litigation related to driver fleet management.
Services:                              infringement analysis.  Source code review.

Robocast v. **Netflix, Inc**
Case:                                  Case # 1:22-cv-00305-JLH-CJB
Description:                           Litigation related to hypermedia and multimedia node
                                         structures.
Services:                              Invalidity and noninfringement analysis and report drafting.
                                         Source code review.

**Proxense, LLC.** v. Google, LLC
Case:                                  Case # 6:23-cv-00320-ADA
Description:                           Litigation related to patents on biometrics and payment
                                         processing.
Services:                              Claim construction analysis and report drafting.

Epic Games, Inc. & Anor vs. **Apple Inc & Anor**
Case:                                  Case # NSD 1236 of 2020
Description:                           Litigation related to security and competition.
Services:                              Document review, interviews, report drafting.

**Softex LLC** v. Absolute Software Corporation, Dell Technologies Inc, and HP Inc**.**
Case:                                  Case # 1:22-cv-01309-DAE
Description:                           Litigation related to computer anti-theft technology.
Services:                              Claim construction analysis, source code review, report review,
                                         binary reverse engineering and product testing.

**Mediapointe, Inc** v. Microsoft Corporation
Case:                                  Case # 2:22-cv-01009-MCS-MRW
Description:                           Litigation related to content delivery networks.
Services:                              Claim construction analysis, source code review, validity
                                         analysis, infringement analysis, report drafting.

**Mediapointe, Inc** v. Akamai Corporation

**harborexperts**

Case:                                Case # 2:22-cv-06233-MCS-AFM
Description:                          Litigation related to content delivery networks.
Services:                            Claim construction analysis, source code review, validity
                                     analysis, infringement analysis, report drafting.

Lauri Valjakka v. **Netflix, Inc**
Case:                                Case # 4:22-cv-01490-JST
Description:                          Litigation related to content delivery networks.
Services:                            Claim construction analysis, invalidity analysis, noninfringement
                                     analysis, report review.

**Fanduel, Inc** v. Winview, Inc
Case:                                IPR 2022-01306, IPR-01307
Description:                          Litigation related to patents on probability systems.
Services:                            Document review, invalidity analysis, report review.

**Proxense, LLC.** v. Samsung Electronics America, Inc., and Samsung Electronics
Case:                                Case # 6:21-cv-00210-ADA
Description:                          Litigation related to patents on biometrics and payment
                                     processing.
Services:                            Source code review, documentation review, product testing,
                                     validity analysis, infringement analysis, report drafting.

Global Eticket Exchange Ltd. vs. **TicketMaster LLC**
Case:                                Case # 6:21-cv-00399-ADA
Description:                          Litigation related to patents on electronic ticketing.
Services:                            Source code review, documentation review, product testing,
                                     invalidity analysis, non-infringement analysis, report
                                     drafting.

**US Dominion, Inc.** vs. Fox News Network
Case:                                Case # N21C-03-257-EMD
Description:                          Litigation related to defamation and voting machine security.
Services:                            Source code review, documentation review, product testing,
                                     report drafting.

Centripetal Networks, Inc. vs. **Keysight Technologies, Inc.**
Case:                                Case # 2:22-cv-0002-AWA-DEM
Description:                          Litigation related to patents on network monitoring devices and
                                     security gateways.
Services:                            Source code review, documentation review, product testing,
                                     noninfringement analysis, infringement analysis.

**Milliman, Inc and Vigilytics LLC,** vs. Gradient A.I. Corp.
Case:                                Case # 1:21-cv-10865-NMG
Description:                          Litigation related to breach of contract and source code
                                     copying.
Services:                            Source code review, documentation review.

**WSOU Investments, LLC D/B/A Brazos Licensing and Development** v. Microsoft Corporation
Case:                                Case # 1:18- 6:20-cv-00464-ADA, 6:20-cv-00460-ADA,
                                     6:20-cv-00457-ADA,
Description:                          Litigation related to patents on telephony management systems
                                     and skill-based matchmaking.
Services:                            Source code review, documentation review, validity analysis,
                                     infringement analysis, report drafting.

**10Tales Inc.** v. TikTok PTE. Ltd.
Case:                                Case # 1:18-cv-826-WCB

**harbor**experts

| | |
|---|---|
| Description: | Litigation related to patents on user-adapted video streams. |
| Services: | Claim construction analysis. |

Carriere v. **Symantec Corporation**

| | |
|---|---|
| Case: | Case # 500-06-000894-176 |
| Description: | Class action litigation related to product security. |
| Services: | Source code review, documentation review, report drafting. |

**IOENGINE, LLC** v. Ingenico, Inc.

| | |
|---|---|
| Case: | Case # 1:18-cv-826-WCB |
| Description: | Litigation related to patents on payment processing systems. |
| Services: | Source code review, documentation review, validity analysis, infringement analysis, report drafting. |

**IOENGINE, LLC** v. PayPal Holdings, Inc.

| | |
|---|---|
| Case: | Case # 1:18-cv-452-WCB |
| Description: | Litigation related to patents on payment processing systems. |
| Services: | Source code review, documentation review, validity analysis, infringement analysis, report drafting. |

AGIS Software Development LLC v. **Uber Technologies**

| | |
|---|---|
| Case: | Case # 2:21-cv-00026-JRG-RSP |
| Description: | Litigation related to patents on map overlays and messaging systems. |
| Services: | Source code review. |

Finjan v. **Palo Alto Networks**

| | |
|---|---|
| Case: | Case # 4:14-CV-04908-PJH |
| Description: | Litigation related to patents on malware scanning gateways. |
| Services: | Invalidity analysis, Claim construction analysis, source code review. |

Huawei Technologies Co. v. **Verizon Communications Inc.**

| | |
|---|---|
| Case: | Case # 6:20-CV-00090 |
| Description: | Litigation related to patents on malware scanning gateways with cloud components. |
| Services: | Source code review, non-infringement analysis. |

Epic Games, Inc. vs. **Apple, Inc.**

| | |
|---|---|
| Case: | Case # 4:20-cv-05640-YGR-TSH |
| Description: | Litigation related to security and competition. |
| Services: | Document review, interviews, report drafting. |

Philips North America LLC ; Koninklujke Philips N.V. vs. **Summit Imaging Inc.**

| | |
|---|---|
| Case: | Case # 2:19-cv-01745-JLR |
| Description: | Litigation related to third-party repair services. |
| Services: | Source code review, document review, report drafting. |

**California Physicians Service, Inc D/B/A Blue Shield of California** vs. Healthplan Services Inc,

| | |
|---|---|
| Case: | Case # 3:18-cv-3730 |
| Description: | Litigation related to software development practices and breech of contract. |
| Services: | Document review, source code review, report drafting. |

Finjan v. **Qualys**

| | |
|---|---|
| Case: | Case # 4:18-cv-07229-YGR |
| Description: | Litigation related to patents on vulnerability assessment products. |
| Services: | Invalidity analysis, Non-infringement analysis, source code |

**harborexperts**

review, report drafting.

Finjan v. **Sonicwall**
Case:                              Case # 5:17-cv-04467-BLF-HRL
Description:                  Litigation related to patents on malware scanning gateways.
Services:                      Invalidity analysis, Non-infringement analysis, source code
                                     review, report drafting.

**TecSec Inc.** v. Cisco and Oracle
Case:                              Case # 1:10-cv-115 LO-TCB
Description:                  Litigation related to patents on hardware accelerated
                                     cryptographic processors.
Services:                      Infringement analysis, validity analysis,
                                     source code review, report drafting.

**Blackberry Limited** v. Facebook, Inc.
Case:                              Case # 2:18-cv-01844-KSx
Description:                  Litigation related to patents on agent-based network
                                     monitoring, configuration and security systems.
Services:                      Infringement analysis, validity analysis,
                                     source code review, report drafting.

Uniloc, Inc. v. **Big Fish Games, Inc.**
Case:                              Case # 2:16-cv-00741-JRG
Description:                  Litigation related to patents on hardware cryptographic chips.
Services:                      Non-infringement analysis, report drafting, source code review.

SPEX Technologies, Inc. v. **Toshiba America Electronic Components, Inc., et al.**
Case:                              Case # 8:16-cv-01800-JVS
Description:                  Litigation related to patents on hardware cryptographic chips.
Services:                      Non-infringement analysis, report drafting.

**Symantec Corporation** v. Zscaler, Inc**.**
Case:                              Case # 3:17-cv-04414-JST,
Description:                  Litigation related to patents on security gateways, URL filtering
                                     and categorization
Services:                      Infringement analysis, assignor estoppel, document review.

Koninklijke Philips v. **Microsoft Inc.**
Case:                              Case # 4:18-cv-01885-HSG,
Description:                  Litigation related to patents on secure cryptographic protocols
Services:                      Non-infringement analysis, validity analysis, claim construction
                                     analysis, document review, source code review.

**Netfuel, Inc.** v. Cisco Systems, Inc.
Case:                              Case # 5:18-cv-2352-EJD
Description:                  Litigation related to patents on agent-based network
                                     monitoring, configuration and security systems.
Services:                      Infringement analysis, claim construction analysis,
                                     source code review, report drafting.

**Byrd et al.** v. Aaron's, Inc., et al.
Case:                              PA Civil Action # 1:11-cv-00101-SJM-SPB
Description:                  Class action litigation related to privacy.
Services:                      Attend depositions, source code review, report drafting.

Finjan v. **Juniper Networks**
Case:                              Case # 3:17-cv-05659-WHA
Description:                  Litigation related to patents on malware scanning gateways.

**harborexperts**

|  |  |
|---|---|
| Services: | Invalidity analysis, non-infringement analysis, source code review. |

**Grace et al. v. Apple Inc.**

| | |
|---|---|
| Case: | Case # 5:17-cv-00551-LHK (NC) |
| Description: | Litigation related to device performance and service outages. |
| Services: | Mobile forensics and device analysis, report drafting, source code review, document review, technical analysis and argument construction. |

**Rimini Street, Inc.** v. Oracle International Corporation, et al.

| | |
|---|---|
| Case: | Case # 2:14-cv-01699 LRH-CWH |
| Description: | Litigation related to false claims on security. |
| Services: | Large-scale testing of IPS techniques for including custom test infrastructure and implementation of techniques to block exploitation of vulnerabilities, technical analysis of vulnerabilities. |

Finjan v. **Symantec Corporation**

| | |
|---|---|
| Case: | Case # 14-cv-02998-HSG |
| Description: | Litigation related to patents on malware scanning gateways, endpoint protection and firewalls. |
| Services: | Build and/or test software for Windows, invalidity argument strategy, non-infringement argument strategy, report preparation, source code reviews. |

Strikeforce, Inc. v. **Entrust et al.**

| | |
|---|---|
| Case: | Case # 1:17-cv-00309 |
| Description: | Litigation related to patents on authentication technologies. |
| Services: | Invalidity argument development, non-infringement argument development, report drafting. |

**Sony Corporation, Inc.** v. Arris

| | |
|---|---|
| Case: | Inv. # 337-TA-1049 |
| Description: | Litigation related to patents on television streaming devices and/or services. |
| Services: | Validity argument development, source code review of entire platform codebase including numerous embedded platforms, infringement argument development. |

**Kudelski SA, Nagra USA, Inc., Nagravision SA, and OpenTV, Inc.** v. Comcast Corporation

| | |
|---|---|
| Case: | Case # 2:16-cv-1362-JRG, Inv. # 337-TA-1049 |
| Description: | Litigation related to patents on television streaming devices and/or services. |
| Services: | Validity argument development, source code review of entire platform codebase including numerous embedded platforms, infringement argument development. |

**Amazon.com Inc., Hulu, LLC, and Netflix, Inc.** v. Uniloc Luxembourg S.A.

| | |
|---|---|
| Case: | IPR 2017-00948 |
| Description: | Litigation related to patents on DRM protection for content distribution |
| Services: | Prior art search, PGR Preparation, IPR preparation. |

PhishMe v. **Wombat Technologies, Inc.**

| | |
|---|---|
| Case: | Case # 16-403-LPS-CJB |
| Description: | Litigation related to patents on anti-phishing training technologies. |
| Services: | Prior art search, PGR Preparation, IPR preparation. |

10

**harborexperts**

Nader Asghari-Kamrani and Kamran Asghari-Kamrani v. **United States Automobile Association**
Case:                                    Case # 2:15-cv-478
Description:                          Litigation related to patents on authentication technologies.
Services:                             Prior art search, invalidity argument strategy, non-infringement
                                           argument strategy, source code reviews

Vir2us v. **Invincea Inc. and Invincea Labs, LLC**
Case:                                    Case # Case 2:15-cv-00162-HCM-LRL
Description:                          Litigation related to patents on virtualization and automated
                                           corruption repair.
Services:                             Prior art search, invalidity argument strategy, non-infringement
                                           argument strategy, source code reviews

**Palo Alto Networks** v. Finjan
Case:                                    IPR 2016-00159, IPR 2016-00151, IPR 2015-01974,
                                           IPR 2015-02001, IPR 2015-01979
Description:                          Litigation related to patents on malware scanning gateways and
                                           firewalls,
Services:                             Prior art search, patent interpretation, IPR preparation support,
                                           claim chart review

TVIIM v. **McAfee**
Case:                                    Case # 3:13-cv-04545-VC
Description:                          Litigation related to patents on vulnerability scanning
Services:                             Build and test software for SPARC/Linux/Windows, patch out
                                           license checks/crack software (with permission), obtain
                                           hard-to-find legacy software, prior art and non-
                                           infringement argument strategy support, source code
                                           reviews, prior art search

**Al Cioffi et al.** v. Google
Case:                                    Case # 2:13-cv-103-JRG-RSP
Description:                          Litigation related to patents on browser sandboxing and
                                           process isolation.
Services:                             Code review/software testing to collect evidence of
                                           infringement, Infringement argument preparation support,
                                           claim chart review

**Rovi Solutions & Veracode** v. Appthority
Case:                                    Case # 12-10487-DPW
Description:                          Litigation related to patents on static debugging tools
Services:                             Source code review refuting opposing expert testimony

## Analysis, Design and Development Clients

| | |
|---|---|
| Arai | ICU Medical |
| Baxter | Inexto |
| Bigfoot Medical | Intuitive Surgical |
| BT Group | Merlin |
| Cardiac Sciences | Orpheus |
| Dyadic | Security First Corporation |
| Fresenius | Texas Instruments |
| HLFIP Holdings | Thesys |
| Hospira | Vaxxin |

## Pre-Harbor Labs Security Design and Software Development Experience

11

**harbor**experts

**2013**                              At *Applied Communication Sciences*
     Role:                              Graduate Intern
     Technologies:                      JavaScript, Python, Tcpdump, Wireshark

- Developed extensible real-time traffic visualization tool to chart and analyze high-volume tcpdump streams of lossy metropolitan-area mesh network traffic.

**2011**                              At *University of Michigan ICPSR*
     Role:                              Penetration Tester
     Technologies:                      Numerous Security Tools, Amazon EC2, VMware VSphere

- Conducted wide-scale penetration testing on virtualized cloud-based systems meant to be secure environments for researchers to store confidential results
- Created formal threat model document detailing potential security vulnerabilities from all possible attack vectors
- Wrote two reports detailing results from penetration test

**2009-2011**                         At *Independent Security Evaluators*
     Role:                              Security Intern
     Technologies:                      C++, C#, Dalvik Bytecode, Gcov, GDB, Javascript, Peach Fuzzer, Python, RegEx, XML, Wireshark

- Created log parsing framework to analyze 20+ log file formats
- Assisted with malware testing, research and analysis
- Reverse engineered DRM schemes in Android and IOS applications
- Researched and prototyped secure cryptographic mail delivery system
- Developed web crawler to collect file sets for use in fuzzing
- Wrote code-coverage analysis tool for constructing minimum file set for fuzz testing
- Wrote fuzzing plugins using Peach Fuzzer framework and reverse engineered binary file specifications
- Wrote Internet Explorer and Chrome extensions for cryptographic proxy system
- Created and debugged network protocols for use in network protocol testing
- Wrote and debugged unit tests in C++ and Python for proprietary disk-encryption system

**2008-2010**                         At *Johns Hopkins University DRCC*
     Role:                              Student Software Developer
     Technologies:                      DOM, Java EE, JSP Perl, SAX, XSLT

- Drafted a report detailing security recommendations for an NSF funded data conservancy project
- Set up and deployed a Fedora digital repository with the Islandora frontend
- Ported IRStats statistics package to the DSpace information repository XMLUI
- Wrote batch importer that is now used to import more than 20 digitized books a week into DSPace repository

**2008**                              At *Brandeis University Information Technology Services Hardware Repair Shop*
     Role:                              Freelance Software Developer
     Technologies:                      Java, Visual C++, VBScript

- Sole programmer on project to interface Request Tracker ticketing system with Brother PT- 9500PC Label Printer

## Technical Skills

**Languages**                              BASH, C, C++, C#, HTML, Java, JavaScript, Objective-C,

**harbor**experts

| | |
|---|---|
| | Python, Perl, PHP, Regular Expressions, SQL, XML |
| **Architectures** | 6502, 8051, 8080, ARM Cortex-M, ARMv7, ARMv8, AVR, m68k, MIPS, MSP430, PIC, SPARC, PowerPC, x86, x86-64, Z80 |
| **Operating Systems** | Android, ChromeOS, FreeBSD, iOS, OpenBSD, Linux, macOS, Windows |
| **DevOps and Development Tools** | Ansible, Ant, BitBucket, Confluence, Docker, gdb, git, GitHub, GitLab, Gradle, Hadoop, jad, jd-gui, Jira, Maven, make, MySQL, PostgreSQL, subversion, Trello, Vagrant, valgrind |
| **Security Tools** | Aircrack-ng, apktool, binwalk, bulk-extractor, Burp suite, Charles Proxy, curl, dex2jar, ftk, hashcat, IDA Pro, Metasploit, mitmproxy, Nessus, nmap, OpenSSL, ophcrack, p0f, Scalpel, skipfish, snort, sslstrip, sslyze, Volatility, Web Scarab, wget, Wireshark |
| **Cloud and Virtualization** | AWS, Azure, Bhyve, KVM, LXD, QEMU, virt-manager, VMware, Xhyve |

## Honors, Societies and Awards

- Member Upsilon Pi Epsilon International Computer Science Honor Society
- Member Institute for Electrical and Electronics Engineers (#97507890)
- Member Association for Computing Machinery (#9700346)

***At Johns Hopkins University***

- Computer Science Department Outstanding Teaching Assistant Award (2014)
- Treasurer, Upsilon Pi Epsilon International Computer Science Honor Society (JHU Chapter)
- Computer Science Department Faculty Liaison Czar
- Student Representative to the Computer Science Undergraduate Curriculum Planning Curriculum Committee

## Certifications

- Six Sigma Black Belt
- Six Sigma Green Belt

13

Exhibit 2

# List of Materials Considered

## Complaint and Exhibits

SerpApi vComplaintSearchApi Complaint 1-20-26

Complaint Exhibit 1 (Schroeder Declaration)

Complaint Exhibit A

Complaint Exhibit B

Complaint Exhibit 2

Complaint Exhibit 3

Complaint Exhibit 4

Complaint Exhibit 5

Complaint Exhibit 6

Complaint Exhibit 7

Complaint Exhibit 8

Complaint Exhibit 9

Complaint Exhibit 10

Complaint Exhibit 11

Complaint Exhibit 12

Complaint Exhibit 13

Complaint Exhibit 14

Complaint Exhibit 15

Complaint Exhibit 16

Complaint Exhibit 17

Complaint Exhibit 18

Complaint Exhibit 19

## Documents

GitHub: hartator/serpapi-mongodb-backup-v8

## Emails:

Email: Quitting and Contract Termination, from Julien Khaleghy to Zilvinas

Email: Welcome to SerpApi!, from Julien Khaleghy to Zilvinas Kucinskas

## Standards

CIS Controls v8

ISO 27001:2022

NIST SP 800-53

SOC 2

## Websites

https://anycrawl.dev/playground

https://aws.amazon.com/compare/the-difference-between-frontend-and-backend/

https://aws.amazon.com/documentdb/what-is-json/

https://blog.google/products-and-platforms/products/search/25-biggest-google-search-updates/

https://brightdata.com/products/serp-api

https://cdn-dynmedia-1.microsoft.com/is/content/microsoftcorp/microsoft/final/en-us/microsoft-brand/documents/modern-work-plan-comparison-enterprise.pdf

https://csf.tools/reference/nist-sp-800-53/r5/ac/ac-2/

https://developer.mozilla.org/en-US/docs/Web/URI/Reference/Fragment

https://developer.onetrust.com/onetrust/reference/rate-limits-overview

https://developers.googleblog.com/image-results-now-available-from-the-custom-search-api/

https://docs.bemyguest.com.sg/guides/easy-integration

https://docs.github.com/en/rest/billing/usage?apiVersion=2026-03-10

https://docs.github.com/en/rest/users/users?apiVersion=2026-03-10

https://documentation.deep-image.ai/easy-integration

https://duo.com/docs/accountsapi

https://evinced.com/easy-integration

https://github.com/mongodb/specifications/blob/63b0451b4969f6bf7464e8d86d78b7552f65ba58/source/mongodb-handshake/handshake.rst

https://github.com/mongodb/specifications/blob/611ecb5d624708b81a4d96a16f98aa8f71fcc189/source/mongodb-handshake/handshake.rst

https://github.com/OWASP/ASVS/blob/master/4.0/OWASP%20Application%20Security%20Verification%20Standard%204.0.3-en.pdf

https://github.com/saurabhsahni/askBOSS

https://github.com/search?q=%22id%3D%5C%22api-examples%5C%22%22+language%3AHTML&type=code

https://github.com/serp-spider/search-engine-google/issues/84

https://github.com/serpapi/public-roadmap/issues/63

https://github.com/serpapi/public-roadmap/issues/811

https://github.com/serpapi/public-roadmap/issues/1065

https://github.com/serpapi/public-roadmap/issues/1935

https://github.com/serpapi/public-roadmap/issues/2630

https://github.com/serpapi/public-roadmap/issues/2844

https://hasdata.com/apis/web-scraping-api

https://hasdata.com/blog/web-scraping-for-lead-generationhttps://help.decodo.com/docs/web-scraping-api-quick-start

https://learn.microsoft.com/en-us/ef/core/saving/concurrency?tabs=data-annotations; https://medium.com/@Sukumar_Sundar/understanding-eventual-consistency-a-key-concept-in-distributed-systems-12f4004186ab

https://learn.microsoft.com/en-us/rest/api/purview/accounts/list-by-subscription

https://oit.colorado.edu/services/network-internet-services/clear-browser-cache

https://pages.nist.gov/800-63-3/sp800-63b.html

https://pypi.org/project/requests/

https://sell.amazon.com/blog/what-is-an-asin

https://serpapi.com (raw HTML inspected via browser "View Source")

https://serpapi.com/account-api

https://serpapi.com/assets/landing_pages-bd971f9360f42c8230af60882b864d7b4806ea8c7d1171d745f678840573859b.js

https://serpapi.com/faq

https://serpapi.com/google-flights-api

https://serpapi.com/knowledge-graph

https://serpapi.com/search-engine-apis (as of April 202026)

https://serper.dev

https://serpextractor.com

https://stripe.com

https://techcrunch.com/2008/09/03/yahoo-boss-used-to-create-powerset-for-images-and-more/

https://web.archive.org/web/20210726190033/https://serpapi.com/search-api

https://web.archive.org/web/20240524005522/https://serpapi.com/blog/compare-serpapi-with-the-alternatives-serper-and-searchapi/

https://web.archive.org/web/20240615065927/https://www.braze.com/docs/api/api_limits/#batch-user-track

https://websearchapi.ai/api-playground

https://www.aicpa-cima.com/resources/download/2017-trust-services-criteria-with-revised-points-of-focus-2022

https://www.autom.dev

https://www.firecrawl.dev/playground

https://www.mongodb.com/docs/manual/administration/connection-pool-overview/

https://www.mongodb.com/resources/basics/databases/nosql-explained

https://www.paloaltonetworks.com/cyberpedia/what-is-the-principle-of-least-privilege

https://www.piloterr.com/

https://www.searchapi.io (raw HTML inspected via browser "View Source")https://www.searchapi.io/announcements/6

https://www.searchapi.io/announcements/8

https://www.searchapi.io/announcements/23

4

https://www.searchapi.io/announcements/32

https://www.searchapi.io/docs/account-api

https://www.searchapi.io/docs/google#api-exampleshttps://www.searchapi.io/docs/google-light-api#api-exampleshttps://www.searchapi.io/docs/google-ads-advertiser-info-api#api-examples

https://www.searchapi.io/pricing

https://www.twilio.com/docs/usage/api/usage-recordhttps://yoast.com/app/uploads/2007/07/google-url-parameters.pdf

# Exhibit 3

**Exhibit 3 is comprised of three pages from a larger report. Pages from the report containing proprietary, confidential, or commercially sensitive information have been omitted. This exhibit is submitted in this form to avoid public disclosure of protected material.**


oneleet

COMMISSIONED BY

# SEARCHAPI

# Penetration Test Report Q1 2026

**oneleet**

# Document History

## Document Log

| Version | Date | Details | Authors |
|---------|------|---------|---------|
| 0.1 | 2026-02-25 | First version | Sebastian Ciobanu |

## SearchApi Contacts

| Name | Position |
|------|----------|
| Zilvinas Kucinskas | SearchApi Member |

## Oneleet Contacts

| Name | Position |
|------|----------|
| Alex Vaida | Penetration Tester (OSCP and OSCE certified) |
| Bryan Onel | Oneleet PoC |
| Ora Onel | Oneleet PoC |
| Erik Vogelzang | Oneleet PoC |

# Executive Summary

SearchApi requested Oneleet to perform a penetration test on its web application and API endpoints. The penetration test and reporting took place from **February 17, 2026** to **February 24, 2026** and was performed by **Alex Vaida (OSCP and OSCE certified)**. Retesting was performed by the same penetration tester.

The objective of this assessment was to investigate and establish the degree to which SearchApi's web application and API endpoints were vulnerable to abuse by attackers.

Testing included a review of the web application and API endpoints staging environment using credentials established via self-registration. This report presents the results of that assessment.

## *Security score based on outcome of penetration test after remediation*

The security score of SearchApi's web application and API endpoints after remediation is estimated to be **9/10**:



## *Conclusions and Initial Recommendations*

First and foremost, it should be stated that our experts assessed the application and API endpoints security as **Excellent** after remediation.

### *Positive Findings*

- The web application implements stringent input validation on untrusted user input, effectively mitigating a broad spectrum of server-side vulnerabilities.
- The Enterprise subscription tier provides robust Authorization and Access Control and ensures effective data segregation based on robust authentication and authorization mechanisms.
- The system presents robust defenses against race condition attacks, uses optimistic concurrency with eventual consistency, accepts bounded negative credit balances as a deliberate consistency vs. performance trade-off, and relies on layered rate controls (concurrency limits, hourly throughput) to bound the practical impact.
- The application provides a zero retention flag for all search operations that does not save or store any metadata related to the user's search activity.
- The application utilizes TLS, has no outdated components, and no publicly known vulnerabilities have been identified.

### *Initial Recommendations*

- Ensure that the application's session management mechanism invalidates and destroys session tokens upon user logout.
- Ensure that responses for all authentication and password reset attempts are generic and do not disclose whether an email address or username is valid.

Exhibit 4

# Quitting and Contract Termination

---

From: **Julien Khaleghy** | julien@serpapi.com                                    July 29, 2021 at 01:06

To:    **Zilvinas Kucinskas** | zil@serpapi.com, **Žilvinas Kučinskas** | zil.kucinskas@gmail.com

Hi Zil,

I've just realized outside of our Zoom conversations and Slack, I haven't documented you leaving SerpApi, LLC.

For the record, you shared your intent to quit on Monday, July 12, 2021. We then agreed to terminate our contract on Friday, July 23, 2021 when we had an exit interview and we paid your last invoice.

I am going to disable your accounts with us but let me know if you need access to anything and I'll re-enable them.

It was again a true pleasure to have worked with you and I hope it will happen again in the future. Best of luck with the new job and with everything else!

Best,
--
Julien Khaleghy
CEO at SerpApi, LLC

---

# Exhibit 5



# SerpApi MongoDB Dumps

## WARNING

THIS IS UPDATING FROM OUR LIVE PRODUCTION DATABASE. DO NOT MODIFY ANYTIHNG.

## GitHub LFS

[No Needed Anymore] GitHub has a limitation of 100mb per file. Our collection of requests are bigger (2.4 GB uncompressed, 747 MB gzip compressed). To use this repository, git-lfs must be installed. It's GitHub solution for Large File Storage. It works as a Git extension. Official git-lfs documentation

## Usage

This repository stores the MongoDB dumps of the SerpApi production database.

Also includes bash scripts to `./backup` and `./restore` MongoDB dumps:

```
# Pull GitHub MongoDB dumps and restore it to local MongoDB
serpapi-mongodb git:(master) $ ./restore

# Dump MongoDB from remote server and push it to GitHub
serpapi-mongodb git:(master) $ ./backup
```

MongoDB live production server: `64.225.8.191` (global) `10.108.0.4` (private network)

MongoDB live backup server worker: `64.225.9.219:/var/apps/serpapi-mongodb-backup-v8`

## Crontab on backup worker

```
0 * * * * /bin/bash -l -c 'cd /var/apps/serpapi-mongodb-backup-v8 && ./backup >> /var/apps/se
```

Exhibit 6

# Welcome to SerpApi!

From:    **Julien Khaleghy** I julien@serpapi.com                                     July 22, 2020 at 19:38

To:       **Žilvinas Kučinskas** I zil.kucinskas@gmail.com

Hi Zil,

Welcome to SerpApi!

We're glad you've joined us.

Here's your onboarding information:
Email: zil@serpapi.com Password: r9>2ahXM

Onboarding tasks: github.com/hartator/SerpApi/wiki/Onboarding

Let me know if you have any questions!

Best,
--
Julien Khaleghy
CEO at SerpApi, LLC