**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| | § | |
| SERPAPI, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 1:26-CV-00143 |
| | § | |
| ZILVINAS KUCINSKAS and | § | |
| SEARCHAPI LLC, | § | |
| *Defendant.* | § | |

## <u>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS</u>

Before the Court is Defendants Zilvinas Kucinskas and SearchApi, LLC's Motion to Dismiss, filed pursuant to Federal Rule of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(6). Having considered the Motion and finding good cause, the Court hereby **ORDERS** that Defendants' Motion to Dismiss is **GRANTED**.

SIGNED on this ___ day of _____, 2026.

_____
David Alan Ezra, U.S.D.J.