**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| SERPAPI, LLC, | |
| Plaintiff, | |
| v. | CASE NO. 1:26-CV-00143-DAE |
| ZILVINAS KUCINSKAS and SEARCHAPI LLC, | **JURY TRIAL DEMANDED** |
| Defendants. | |

**DECLARATION OF AKSHAY S. DEORAS IN SUPPORT OF**
**SERPAPI, LLC'S MOTION TO SEAL DEFENDANTS' MOTION TO DISMISS AND**
**CERTAIN EXHIBITS THERETO**

I, Akshay S. Deoras, hereby declare as follows:

1.    I am an attorney at law duly licensed to practice in the State of California and admitted to this Court. I represent Plaintiff SerpApi, LLC ("SerpApi") in the above-captioned case, and I am familiar with the file, records, and pleadings in this matter.

2.    I have personal knowledge of the facts set forth in this declaration.

3.    Attached as Exhibit A is a true and accurate copy of Defendants' Motion to Dismiss.

4.    Attached as Exhibit B is a true and accurate copy of the Declaration of Zilvinas Kucinskas in support of Defendants' Motion to Dismiss.

5.    Attached as Exhibit 1 is a true and accurate copy of a letter from Akshay Deoras to Jean-Marc Zimmerman dated October 24, 2025.

6.    Attached as Exhibit 2 is a true and accurate copy of a letter from Jean-Marc Zimmerman to Akshay Deoras dated November 7, 2025.

7.      Attached as Exhibit 3 is a true and accurate copy of a letter from Akshay Deoras to Jean-Marc Zimmerman dated December 1, 2025.

8.      Attached as Exhibit 4 is a true and accurate copy of a letter from Akshay Deoras to Jean-Marc Zimmerman dated April 23, 2026.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29th day of April 2026 in San Francisco, CA.


_/s/ Akshay Deoras_____
Akshay S. Deoras

2