# EXHIBIT 2



**LUCOSKY BROOKMAN LLP**

101 Wood Avenue South
5th Floor
Woodbridge, NJ 08830

T – (732) 395-4400
F – (732) 395-4401

111 Broadway
Suite 807
New York, NY 10006

T – (212) 417-8160
F – (212) 417-8161

www.lucbro.com

November 7, 2025

<u>Via Email</u>
Mr. Akshay S. Deoras, P.C.
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94101

Re:     *SearchApi, LLC v. SerpApi, LLC*

Akshay:

I write in response to your letter dated October 24, 2025, addressing the topic headings in the order they appear in your letter to refute the unfounded assertions of wrongdoing that SerpApi continues to maintain against Mr. Kucinskas and SearchApi (hereinafter collectively "SearchApi").

<u>API Headings and Parameters</u>
Contrary to your assertion, SearchApi's API documentation was not - and does not even appear to be - copied from SerpApi's.
- the location, uule, and query used by SearchApi are standard Google Search parameters used across the SERP industry.
- see the PDF attached hereto as Exhibit 1 that shows SerpApi's parameter descriptions directly beside those of competitors such as Autom.dev, Novada, Scrapeless, NetNut, ScrapingBee, and RapidAPI listings, demonstrating the use of nearly identical or identical text across all these vendors.
- these parameter descriptions at issue are short technical definitions required for compatibility, not proprietary language proprietary to SerpApi.
- SearchApi updated some wording, as a commercial accommodation to SerpApi. Such action is not an admission of wrongdoing. All previous versions are preserved in git.

<u>Playground</u>
Contrary to your assertion, SearchApi's playground is not nearly identical to SerpApi's.
- The parties use different stacks and build artifacts: SearchApi's landing demo uses Tailwind + Hotwire/Turbo while SerpApi uses React + Bootstrap.
- The parties use different implementations as demonstrated by their respective sites' publicly visible source code. SerpApi claims the majority of the logic at issue lies in CSS/JS, yet provides no evidence of actual code similarity. Both sites' CSS/JS code is publicly accessible and can be inspected - they are demonstrably different. Similar user interface patterns do not constitute copied code.
- the patterns used on both parties 'platforms is common: input → submit → iframe → JSON view.
- see the PDF attached hereto as Exhibit 2 that shows other companies using the same structure and naming conventions as SearchApi and SerpApi.
- git history shows SearchApi's independent development of its playground.

- SerpApi's claim about similar CSS/JS is unsupported as it appears that SerpApi did not examine SearchApi's front-end code or how its platform is built. The parties 'sites are different from one another. They employ different technologies.

Terms of Service, U.S. Shield, Payment Plans

Contrary to your assertion, SearchApi has not conceded that it uses overlapping technology on its site compared to SerpApi's site.

- SearchApi modified its ToS and "Legal Shield" branding in October as a commercial accommodation, not an admission of any wrongdoing.
- no language that may arguably be deemed "unique" to SerpApi remains on SearchApi's site.
- SearchApi's site uses generic industry terms such as "Developer" and "Production" that are used by hundreds of companies.
- SearchApi offers significantly lower pricing than SerpApi. The issue is one of competitive differentiation, not copying, and thus the issue, to the extent one ever existed, has been resolved.

Chat Feature

Contrary to your assertion, the parties 'customized uses of Intercom are different.

- both parties use Intercom as do more than 30,000 companies worldwide
- your letter describes use of Intercom's default setup, not its customization which is what SearchApi's site reflects.
- the parties use different technical implementations of Intercom:
  - SearchApi uses the new and modern setup: lightweight app (deferred loader).
  - SerpApi uses a legacy Intercom setup: CSS-container.
- SerpApi's assertion regarding Intercom is meaningless as it is equivalent to claiming that different companies 'sites using WordPress copy each other.

Servers

Contrary to your assertion, SearchApi did not improperly access SerpApi's servers.

- SearchApi denies any intentional post-employment access to SerpApi servers or backups.
- your claim fails to provide any critical details of such supposedly improper access: authentication methods, system specifications, timestamps, endpoints, and resources allegedly accessed. To enable SearchApi to better assess and respond to your allegations, please provide such information.
- As previously explained, SearchApi will not agree to voluntary forensic analysis of its platform or devices.

During investigation of SerpApi's vague allegations, SearchApi discovered that Mr. Kucinskas remains listed as an active collaborator on a private GitHub repository named "serpapi-mongodb-backup-v8" owned by SerpApi's CEO account ("hartator"). The collaborator grant dates back to his 2021 employment and has never been revoked. This repository appears to contain production database backups. Please confirm if this is the "util server" referenced in your allegations including those made in your October 24 letter. Please note that on 3rd November morning at approximately 08:33 AM, Mr. Kucinskas opened the

repository landing page and the README file only to verify its status. He did not clone, download, or open any data files.

SearchApi further notes that SerpApi publicly markets a SOC 2 Type II certification. The continued active collaborator access to a private repository described as containing production database backups, more than four years after Mr. Kucinskas's departure, appears inconsistent with standard logical-access deprovisioning controls, i.e., SOC 2 CC6.3 - Access Modification and Removal. This apparent security lapse should seemingly be of concern to SerpApi and its customers. SearchApi requests that SerpApi immediately revoke this access, which should have been removed in July 2021.

Customer List

Contrary to your assertion, SearchApi has not improperly accessed SerpApi's customer information.

- Mr. Kucinskas had authorized access to such information during his employment under a developer role that included customer data. Open-source contribution to stripe-rails (https://github.com/tansengming/stripe-rails/pull/207) demonstrates legitimate work access to such information during such timeframe.
- Mr. Kucinskas denies downloading any customer list "just days before departure" or at any other time for improper purposes.
- Mr. Kucinskas did not access such information after his departure. SerpApi credentials were deleted from Mr. Kucinskas systems upon his departure. To the extent any automated access occurred post-departure (e.g., browser cache, password manager), this was neither intentional nor for any improper purpose. To enable SearchApi to better assess and respond to your allegations, please specify the dates, authentication method, what data was accessed, and evidence of any download or use pertaining to such access.
- In any event, SearchApi provides the following categorical guarantees:
  o they possess no SerpApi customer list,
  o they have not solicited or approached SerpApi customers,
  o no SerpApi customer data has been used by or for SearchApi, and
  o they have not retained any SerpApi data after Mr. Kucinskas departure from SerpApi

Systematic Interference Campaign

SearchApi reiterates its demand that SerpApi identify all third parties it contacted including customers, platforms, open-source maintainers, partners, leads, etc. regarding Mr. Kucinskas or SearchApi.

CEO Meeting

Mr. Kucinskas is amenable to meeting with SerpApi's CEO Julien Khaleghy. Please provide a proposed agenda in writing including the topics to be discussed during such meeting, and your agreement that such discussions will be held in confidence and pursuant to FRE 408. Please also provide several dates and times for such meeting.



This letter is written without prejudice to any rights or defenses my clients have.

        Thank You,

        LUCOSKY BROOKMAN LLP

        By: */s/ Jean-Marc Zimmerman*
        Name: Jean-Marc Zimmerman
        Title: Partner