# EXHIBIT 3

# KIRKLAND & ELLIS LLP

555 California Street
San Francisco, CA 94104
United States

Akshay S. Deoras, P.C.
To Call Writer Directly:
+1 415 439 1416
akshay.deoras@kirkland.com

+1 415 439 1400

Facsimile:
+1 415 439 1500

www.kirkland.com

December 1, 2025

Mr. Jean-Marc Zimmerman
Lucosky Brookman LLP
111 Broadway Suite 807
New York, NY 10006

Re: *SerpApi, LLC v. SearchApi, LLC*

Mr. Zimmerman,

I write in response to your November 7 letter. We have reviewed SearchApi's[1] responses to SerpApi's examples of improper copying of and access to SerpApi's proprietary materials.[2] We do not agree that any of SearchApi's responses adequately explain the similarity (and often near verbatim text) between SearchApi's and SerpApi's website. Nor do any of SearchApi's responses explain or excuse SearchApi's conduct or provide a legally sound basis for SearchApi's use of SerpApi's intellectual property. Instead, SearchApi continues to ignore the overwhelming evidence of how its products and tools mimic SerpApi's products and tools and appear to be derived from SerpApi's trade secrets. SearchApi's insistence on focusing on minor, insubstantial differences and in some cases, differences that SearchApi appears to have recently manufactured to create the appearance of dissimilarity, ignores the evidence we have previously identified and suggests that SearchApi is not serious about ceasing its use of SerpApi's protected information.

We do not endeavor to respond point-by-point to each of SearchApi's alleged justifications for the similarity between these features of SearchApi's and SerpApi's website in this letter. Instead, in the interest of amicably resolving the issues between the parties, we respond to your other points below and propose setting up a meeting between Mr. Kucinskas and Mr. Khaleghy in December.

First, as to Mr. Kucinskas's access to SerpApi's repository, I can confirm that SerpApi's "serpapi-mongodb-backup-v8" is not the "util server" referenced in our October 24, 2025 letter. "serpapi-mongod-backup-v8" is a backup repo on Mr. Khaleghy's personal GitHub account. Mr. Kucinskas also should not have been accessing that code, and SerpApi confirms that Mr.

---

[1]   The use of "SearchApi" in this letter refers collectively to both SearchApi and Mr. Kucinskas.

[2]   For example, the allegations related to the API Documentation, Playground, Terms of Use, U.S. Legal Shield, and Payment Plans, Chat Feature, Servers, and Customer Lists.

Austin  Beijing  Boston  Brussels  Chicago  Dallas  Frankfurt  Hong Kong  Houston  London  Los Angeles  Miami  Munich  New York  Paris  Philadelphia  Riyadh  Salt Lake City  Shanghai  Washington, D.C.

# KIRKLAND & ELLIS LLP

December 1, 2025
Page 2

Kucinskas's access to that account has been revoked. The "util server" which Mr. Kucinskas repeatedly accessed long after his employment with SerpApi ended is a live database that includes a more complete and up to date version of the production database, test database, and CI database. Each access contains a fingerprint (i.e., driver line) that shows SerpApi's codebase was retained on Mr. Kucinskas's computer over the years.

Second, SerpApi reiterates its denial that any "systematic interference campaign" has taken place. November 7, 2025 Ltr from Zimmerman to Deoras at 3. No basis exists for either of SearchApi's accusations or related demands.

Nonetheless, as stated above, SerpApi hopes to resolve this dispute amicably. SerpApi confirms that all discussions at the meeting between Mr. Kucinskas and Mr. Khaleghy will be confidential and pursuant to Federal Rule of Evidence 408. Please further confirm that all written and oral communications related to this negotiation, including all lead-up or follow-up communications, will be protected by Rule 408.

At the meeting, SerpApi would like to discuss potential business solutions to this dispute, in lieu of litigation. Mr. Khaleghy is available to meet with Mr. Kucinskas at the following dates and times:

- Wednesday, December 10 at 10:30am CT

- Wednesday, December 10 at 3:30pm CT

- Monday, December 15 at 10:30am CT

- Monday, December 15 at 1:00pm CT

We propose that the meeting take place in person at Kirkland & Ellis LLP's Austin, Texas office. If Mr. Kucinskas is not available at any of these dates and times, please provide several alternative dates and times at which Mr. Khaleghy and Mr. Kucinskas could meet. Please let us know if it would be helpful to set up a short call to discuss logistics.

Sincerely,

Akshay Deoras