**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| SERPAPI, LLC, | |
| Plaintiff, | |
| v. | CASE NO. 1:26-CV-00143-DAE |
| ZILVINAS KUCINSKAS and SEARCHAPI LLC, | **JURY TRIAL DEMANDED** |
| Defendants. | |

**ORDER GRANTING PLAINTIFF'S MOTION TO SEAL**

Before the Court is a Motion to Seal ("Motion") filed by Plaintiff SerpApi, LLC ("SerpApi") in connection with Defendants' Motion to Dismiss.

Having considered the Motion, IT IS HEREBY ORDERED that the Motion is GRANTED and the following documents may be filed under seal pursuant to Local Rule CV-5.2:

| Document | Portions Sought to be Filed Under Seal | Designating Party |
|---|---|---|
| Defendants' Motion to Dismiss, Dkt. 21. | Entirety, and replaced with redacted copy filed as Ex. A to SerpApi's Motion to Seal which redacts 2 sentences on page 1 and 2 sentences on page three of Ex. A. | SerpApi |
| Exhibit 2 to Defendants' Motion to Dismiss, Dkt. 21-2. | Entirety, and replaced with redacted copy filed as Ex. B to SerpApi's Motion to Seal which redacts paragraphs 19 and 20 of Ex. B. | SerpApi |

So ordered this __ day of _____ 2026.

1

2

_____
PRESIDING JUDGE