**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

SERPAPI, LLC,

               Plaintiff,

v.

ZILVINAS KUCINSKAS and
SEARCHAPI LLC,

               Defendants.

CASE NO. 1:26-cv-00143-DAE

**JURY TRIAL DEMANDED**

---

**<u>DECLARATION OF KAT LI</u>**

I, Kat Li, hereby declare as follows:

1.  I am an attorney at law duly licensed to practice in the State of Texas and admitted to this Court. I represent Plaintiff SerpApi, LLC ("SerpApi") in the above-captioned case, and I am familiar with the file, records, and pleadings in this matter.

2.  I have personal knowledge of the facts set forth in this declaration.

3.  Attached hereto as **Exhibit 1** are the Requests for Production that SerpApi will serve on Zilvinas Kucinskas and SearchApi LLC ("SearchApi") should the Court grant SerpApi's Motion.

4.  Attached hereto as **Exhibit 2** are the Interrogatories that SerpApi will serve on Zilvinas Kucinskas and SearchApi LLC ("SearchApi") should the Court grant SerpApi's Motion.

5.  Attached hereto as **Exhibit 3** is the Deposition Notice that SerpApi will serve on Zilvinas Kucinskas should the Court grant SerpApi's Motion.

6.      Attached hereto as **Exhibit 4** is the Federal Rule of Civil Procedure 30(b)(6) Deposition Notice that SerpApi will serve on SearchApi should the Court grant SerpApi's Motion.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of April 2026 in Austin, Texas.


                                        */s/ Kat Li*
                                        Kat Li

2