# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| SERPAPI, LLC, | |
| Plaintiff, | |
| v. | CASE NO. 1:26-CV-00143 |
| ZILVINAS KUCINSKAS and SEARCHAPI LLC, | **JURY TRIAL DEMANDED** |
| Defendants. | |

### NOTICE OF DEPOSITION OF ZILVINAS KUCINSKAS

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure and the Local Court Rules for the United States District Court for the Western District of Texas, Plaintiff SerpApi, LLC ("SerpApi"), by and through its under-signed counsel, will take the videotaped deposition of Zilvinas Kucinskas on a date and time mutually agreeable to the parties at the offices of Kirkland & Ellis LLP, 401 West 4th Street, Austin, TX 78701, or another location upon which both parties agree. The deposition will continue from day to day until completed.

The deposition will be taken before an officer authorized to administer oaths. The deposition will be recorded by videotape and/or stenographic means and will be taken for the purposes of discovery, for use at trial in this matter, and for any purposes permitted under the Federal Rules of Civil Procedure or this Court.

You are invited to attend the deposition and examine the witness.

1

Dated: April 30, 2026                    Respectfully submitted,

                                         _/s/ Kat Li_
                                         Kat Li (SBN: 24070142)
                                         kat.li@kirkland.com
                                         KIRKLAND & ELLIS LLP
                                         401 W. 4th St.
                                         Austin, TX 78701
                                         Telephone: (512) 678-9100

                                         Akshay S. Deoras (*pro hac vice*)
                                         akshay.deoras@kirkland.com
                                         KIRKLAND & ELLIS LLP
                                         555 California Street
                                         San Francisco, CA 94104
                                         Telephone: (415) 439-1400

                                         Joshua L. Simmons (*pro hac vice*)
                                         joshua.simmons@kirkland.com
                                         Leslie M. Schmidt (*pro hac vice*)
                                         leslie.schmidt@kirkland.com
                                         KIRKLAND & ELLIS LLP
                                         601 Lexington Avenue
                                         New York, NY 10022
                                         Telephone: (212) 446-4800

                                         Attorneys for Plaintiff SerpApi, LLC

## **CERTIFICATE OF SERVICE**

I certify that on April 30, 2026, in accordance with the Federal Rules of Civil Procedure, a true and correct copy of the above and foregoing document was served on all registered counsel of record via email.

*/s/ Kat Li*
Kat Li