**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| SERPAPI, LLC, | |
| Plaintiff, | |
| v. | CASE NO. 1:26-CV-00143 |
| ZILVINAS KUCINSKAS and SEARCHAPI LLC, | **JURY TRIAL DEMANDED** |
| Defendants. | |

**ORDER ON JURISDICTION AND VENUE DISCOVERY**

After reviewing SerpApi's Motion for Venue and Jurisdictional Discovery, the Court, having considered the Motion and all other relevant factors, hereby grants the Motion. It is therefore ORDERED that Plaintiff is permitted to take limited venue discovery of Defendants as follows: Plaintiff shall be limited to 7 hours of deposition testimony, 5 requests for production, and 5 interrogatories. It is further ORDERED that the discovery and briefing schedule related to Defendants' Motion to Dismiss shall be as follows:

| | |
|---|---|
| Discovery Requests, which are Attached to this Motion, be Deemed Served | As of the Day of This Order. |
| Last Day for Defendants to Produce Documents and Respond to Interrogatories related to Venue Discovery | 14 Days from Date of This Order |
| Last Day for Depositions to be Complete | 14 Days from Defendants' Answer to Discovery Requests |
| Close of Venue and Jurisdictional Discovery | Complete Upon the Conclusion of Depositions |
| Plaintiff's Opposition to Defendants' Motion to Dismiss | 14 Days from the Completion of Discovery |
| Defendants' Reply to Plaintiff's Opposition to Motion to Dismiss | 7 Days from Plaintiff's Opposition |

1

So ordered this __ day of _____ 2026.


_____
PRESIDING JUDGE