**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| SERPAPI, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ZILVINAS KUCINSKAS and<br>SEARCHAPI LLC,<br><br><br>    Defendants. | CASE NO. 1:26-CV-00143-DAE<br><br>**JURY TRIAL DEMANDED** |

**SERPAPI'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PENDING RESOLUTION OF SERPAPI'S MOTION FOR VENUE AND JURISDICTIONAL DISCOVERY**

Plaintiff SerpApi, LLC ("SerpApi") files this Motion to Extend Time to Respond to Defendants Zilvinas Kucinskas's and SearchApi, LLC's ("SearchApi") (collectively, "Defendants") Motion to Dismiss ("Mot.," Dkt. 21), pending resolution of SerpApi's Motion for Venue and Jurisdictional Discovery ("Discovery Motion," Dkt. 23) filed earlier today.

SerpApi commenced this lawsuit on January 20, 2026. Dkt. 1. Following SerpApi's agreement to a 60-day extension for Defendants to respond to the Complaint, Defendants moved to dismiss the Complaint on April 20, 2026. *See* Mot. Among other bases, Defendants argue that this Court lacks personal jurisdiction over SearchApi and that venue for SearchApi is improper in the Western District of Texas. Mot. at 10–12. In support of their jurisdictional and venue arguments, Defendants rely on extensive evidentiary submissions throughout their Motion to Dismiss, including by attaching multiple fact declarations. Under Civil Local Rule CV-7(d)(2), SerpApi's opposition to Defendants' Motion to Dismiss is currently due on Monday, May 4, 2026.

In light of Defendants' jurisdictional and venue arguments, and in particular, Defendants' reliance on evidence from outside the pleadings to support those arguments, SerpApi filed a Discovery Motion earlier today. Dkt. 23. For the reasons explained in SerpApi's Discovery Motion, venue and jurisdictional discovery is necessary for SerpApi to fully respond to Defendants' Motion to Dismiss. Under Civil Local Rule CV-7(d)(2), Defendants' deadline for filing an opposition to SerpApi's Discovery Motion is 7 days after filing, with briefing scheduled to be completed no later than 14 days after filing. *See* Civil Local Rule CV-7(d)(3).

So that the parties may have the benefit of the Court's ruling on SerpApi's Discovery Motion before SerpApi responds to Defendants' Motion to Dismiss, SerpApi requests that the Court extend the time to respond to Defendants' Motion to Dismiss as follows:

> If venue and jurisdictional discovery is granted, SerpApi's response to Defendants' Motion to Dismiss is due 14 days after the close of venue and jurisdictional discovery. Defendants' reply in support of its Motion to Dismiss is due 7 days after SerpApi's response is filed.

> If venue and jurisdictional discovery is denied, SerpApi's response to Defendants' Motion to Dismiss is due 7 days after the Order issues. Defendants' reply in support of its Motion to Dismiss is due 7 days after SerpApi's response is filed.

Dated: April 30, 2026

Respectfully submitted,

/s/ *Kat Li*

Kat Li (Texas Bar No. 24070142)
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 W. 4th St.
Austin, TX 78701
Telephone: (512) 678-9100

Akshay S. Deoras (*pro hac vice*)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Joshua L. Simmons (*pro hac vice*)
joshua.simmons@kirkland.com
Leslie M. Schmidt (*pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

*Attorneys for Plaintiff SerpApi, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on April 30, 2026, with a copy of this document via the Court's CM/ECF system.

*/s/ Kat Li*
Kat Li

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for the parties have complied with the conference requirement of Local Rule CV-7(g). On April 27, 2026, counsel for Plaintiff and Defendants met and conferred via telephone regarding the relief requested herein. Counsel for Defendants confirmed they are opposed to the relief sought.

*/s/ Kat Li*
Kat Li