**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **SERPAPI, LLC,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | |
| | § | **A-26-CV-143-DAE** |
| **ZILVINAS KUCINSKAS and** | § | |
| **SEARCHAPI LLC,** | § | |
| **Defendants.** | § | |
| | § | |

## ORDER SETTING HEARING

The court **SETS** SerpApi, LLC's Opposed Motion To Seal Defendants' Motion To Dismiss And Certain Exhibits Thereto (Dkt. 22), SerpApi, LLC's Motion For Venue And Jurisdictional Discovery (Dkt. 23), and SerpApi, LLC's Motion To Extend Time To Respond To Defendants' Motion To Dismiss Pending Resolution Of SerpApi's Motion For Venue And Jurisdictional Discovery (Dkt. 24) for hearing on **May 26, 2026**, at **9:30 a.m.** in Courtroom Eight on the seventh floor of the Federal Courthouse located at **501 W. 5th Street, Austin, Texas 78701.**

The court further **ORDERS** the parties to participate in a meet and confer[1] to attempt to resolve these motions without court intervention and to file a joint notice <u>no later than May 20, 2026</u>, identifying the issues that have been resolved and the remaining outstanding issues.

SIGNED May 5, 2026.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

---

[1] The court requires that the meet and confer take place in person, by telephone, or by video call; email conferences will not suffice.