# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| SERPAPI, LLC,<br> *Plaintiff,*<br><br>v.<br><br>ZILVINAS KUCINSKAS and<br>SEARCHAPI LLC,<br> *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:26-CV-00143 |

**DECLARATION OF ZILVINAS KUCINSKAS IN OPPOSITION TO PLAINTIFF'S
MOTION FOR VENUE AND JURISDICTIONAL DISCOVERY**

Zilvinas Kucinskas hereby declares:

1.      I am a defendant in this case and submit this declaration in my personal capacity in opposition to Plaintiff SerpApi, LLC's Motion for Venue and Jurisdictional Discovery (Dkt. 23). I have personal knowledge of the facts stated herein.

2.      I have never directed conduct into Texas on behalf of defendant SearchApi LLC.

3.      I have never directed conduct into Texas on behalf of myself or defendant SearchApi LLC in connection with the claims at issue in this case.

4.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 7, 2026
   Vilnius, Lithuania

By: _____
   Signed by:
   *Zilvinas Kucinskas*
   20D63CE0CF6846C...
   Zilvinas Kucinskas

1