# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| SERPAPI, LLC,<br>*Plaintiff,*<br><br>v.<br><br>ZILVINAS KUCINSKAS and<br>SEARCHAPI LLC,<br>*Defendants.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Case No. 1:26-CV-00143 |

**DECLARATION OF ZILVINAS KUCINSKAS IN SUPPORT OF SEARCHAPI LLC'S
OPPOSITION TO MOTION FOR VENUE AND JURISDICTIONAL DISCOVERY**

Zilvinas Kucinskas hereby declares:

1.      I am the sole member and Chief Executive Officer of Defendant SearchApi LLC ("SearchApi") and am authorized to make this Declaration on its behalf in support of its opposition to Plaintiff SerpApi, LLC's Motion for Venue and Jurisdictional Discovery (Dkt. 23). I have personal knowledge of the facts stated herein.

2.      SearchApi was formed as a Wyoming limited liability company on July 9, 2022, approximately one year after my engagement with Plaintiff ended, and has been continuously a Wyoming LLC since that date. SearchApi did not exist at the time of the events alleged in the Complaint.

3.      SearchApi's principal office is 447 Broadway, 2nd Floor, 376, New York, NY 10013, and SearchApi has no other office. Its Wyoming registered agent is FBRA LLC,

1

1023 E. Lincolnway, Cheyenne, WY 82001. SearchApi has no registered agent in Texas and is not registered, qualified, or authorized to transact business in Texas.

4.      SearchApi maintains its own bank accounts in its own name, separate from my personal accounts, and has no bank account at a Texas-headquartered institution and no funds on deposit in Texas.

5.      SearchApi has not directed marketing, sales, or other business activity at Texas. It accepts inquiries and sign-ups through an inbound web form available worldwide; does not solicit business in Texas, route service to Texas, or condition any transaction on Texas presence. SearchApi has not negotiated any contract in Texas, has no Texas-resident decision-makers or account-management activity, has not run any advertising or marketing campaign that uses Texas as a geographic targeting parameter, and has not attended any trade show, conference, or in-person business meeting in Texas on its behalf.

6.      SearchApi has no employees, independent contractors, officers, managers, or members located in, residing in, or working from Texas.

7.      SearchApi has no office, place of business, real property, leasehold, post office box, mailing address, or physical facility of any kind in Texas.

8.      SearchApi has not selected Texas as a region for primary compute or storage infrastructure and owns no servers, computers, or other tangible information-technology infrastructure located in Texas.

9.      SearchApi has not initiated any communication, transaction, sale, contract, or business activity directed to Texas in connection with the claims at issue in this action.

2

No person has acted on SearchApi's behalf in Texas in connection with those claims, and SearchApi has not authorized, ratified, or directed any such conduct.

10.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 7, 2026                                              Signed by:
Vilnius, Lithuania                          By: _Zilvinas Kucinskas_
                                                        20D63CE0CF6846C...
                                                    Zilvinas Kucinskas
                                                    CEO, SearchApi LLC

3