**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| SERPAPI, LLC,<br>*Plaintiff,*<br><br>v.<br><br>ZILVINAS KUCINSKAS and<br>SEARCHAPI LLC,<br>*Defendants.* | § § § § § § § § § § | Case No. 1:26-CV-00143 |

**ORDER DENYING PLAINTIFF'S MOTION FOR
VENUE AND JURISDICTIONAL DISCOVERY**

Before the Court is Defendants' Response in Opposition to Plaintiff's Motion for Venue

and Jurisdictional Discovery. Having considered the Response and finding good cause, the Court

hereby **ORDERS** that Plaintiff's Motion for Venue and Jurisdictional Discovery is **DENIED**.

SIGNED on this ___ day of _____, 2026.

_____
Mark Lane, U.S.M.J.