**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| SERPAPI, LLC,<br>　　*Plaintiff,*<br><br>v.<br><br>ZILVINAS KUCINSKAS and<br>SEARCHAPI LLC,<br>　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:26-CV-00143 |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO EXTEND**
**TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Defendants Zilvinas Kucinskas and SearchApi LLC (collectively "Defendants") file this response to Plaintiff SerpApi, LLC's ("Plaintiff" or "SerpApi") Motion to Extend Time to Respond (Dkt. 24) to Defendants' Motion to Dismiss (Dkt. 21).

**ARGUMENT**

On May 1, 2026, the Court suspended Plaintiff's May 4, 2026 deadline to respond to the Motion to Dismiss until the Court rules on the Motion to Extend Time. On May 5, 2026 the Court issued an Order (Dkt. 25) setting oral argument for May 26, 2026 at 9:30 AM on Plaintiff's Opposed Motion to Seal (Dkt. 22), Motion for Venue and Jurisdiction Discovery (Dkt. 23), and Motion to Extend Time (Dkt. 24).

In its Motion to Extend Time, SerpApi asks that if discovery is granted, its response to the Motion to Dismiss be due fourteen days after the close of discovery. Defendants oppose this request as it will unnecessarily delay these proceedings.

Defendants' Motion to Dismiss raises legal and pleading-based defects in SerpApi's claims for trade-secret misappropriation, copyright infringement, CFAA violations, and breach

1

of contract. SerpApi does not need venue or jurisdictional discovery to address whether its Complaint (Dkt. 1) states plausible claims.

Defendants filed a threshold Motion to Dismiss to avoid litigating – and avoid burdensome discovery on - deficient claims. SerpApi's proposed schedule would frustrate Defendants' utilization and the intent of Rule 12(b)(6) by forcing Defendants to litigate discovery before the Court decides whether the Complaint states viable claims.

### CONCLUSION

For the foregoing reasons, SerpApi's Motion to Extend Time should be denied. If any extension of time is granted beyond the stay already entered, it should not be tied to the completion of venue or jurisdictional discovery.

Dated: May 7, 2026.

Respectfully submitted,

**LUCOSKY BROOKMAN LLP**
*/s/ Jean-Marc Zimmerman*
Jean-Marc Zimmerman (*pro hac vice*)
101 Wood Avenue South
Woodbridge, New Jersey 08830
Telephone: (908) 768-6408
jmzimmerman@lucbro.com

**-AND-**

*/s/ Mary-Ellen King*
Mary-Ellen King
State Bar No. 24067219
1250 S. Capital of Texas Highway
Bldg 3, Ste. 400
Austin, Texas 78746
Telephone: (512) 298-1182
meking@lucbro.com

**ATTORNEYS FOR DEFENDANTS ZILVINAS KUCINSKAS AND SEARCHAPI LLC**

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above foregoing instrument has been served via CM/ECF electronic filing, in accordance with the Federal Rules of Civil Procedure, on May 7, 2026, to the following counsel of record:

**KIRKLAND & ELLIS LLP**

Kat Li
State Bar No. 24070142
kat.li@kirkland.com
401 W. 4th St.
Austin, TX 78701
Telephone: (512) 678-9100

Akshay S. Deoras (*pro hac vice* forthcoming)
akshay.deoras@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Joshua L. Simmons (*pro hac vice* forthcoming)
joshua.simmons@kirkland.com
Leslie M. Schmidt (*pro hac vice* forthcoming)
leslie.schmidt@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

**ATTORNEYS FOR PLAINTIFF**
**SERPAPI, LLC**

*/s/ Mary-Ellen King*
Mary-Ellen King