**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| SERPAPI, LLC,<br>*Plaintiff,*<br><br>v.<br><br>ZILVINAS KUCINSKAS and<br>SEARCHAPI LLC,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:26-CV-00143 |

**ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF
TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Before the Court is Defendants' Response in Opposition to Plaintiff's Motion for an Extension of Time to Respond to Defendants' Motion to Dismiss the Complaint. Having considered the Response and finding good cause, the Court hereby **ORDERS** that Plaintiff's Motion for an Extension of Time to Respond is **DENIED**.

SIGNED on this ___ day of _____, 2026.

_____
Mark Lane, U.S.M.J.