**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| SERPAPI, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 1:26-CV-00143 |
| | § | |
| ZILVINAS KUCINSKAS and | § | |
| SEARCHAPI LLC, | § | |
| *Defendant.* | § | |

**ORDER DENYING PLAINTIFF'S MOTION TO SEAL**

Before the Court is Defendants' Response in Opposition to Plaintiff's Motion to Seal.

Having considered the Response and finding good cause, the Court hereby **ORDERS** that

Plaintiff's Motion to Seal is **DENIED**.


SIGNED on this ___ day of _____, 2026.


_____
Mark Lane, U.S.M.J.