**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| SERPAPI, LLC, | |
| Plaintiff, | |
| v. | CASE NO. 1:26-CV-00143-DAE |
| ZILVINAS KUCINSKAS and SEARCHAPI LLC, | **JURY TRIAL DEMANDED** |
| Defendants. | |

**SERPAPI, LLC'S OPPOSED MOTION TO SEAL DEFENDANTS'**
**RESPONSE TO PLAINTIFF'S OPPOSED MOTION TO SEAL**

On May 7, 2026, Defendants publicly filed a response to Plaintiff's Opposed Motion to Seal Defendants' Motion to Dismiss and Certain Exhibits Thereto. Pursuant to Local Rule CV-5.2, Plaintiff SerpApi requests that the Court seal portions of Defendants' Response to Plaintiff's Opposed Motion to Seal (Dkt. 28) and replace it with a redacted version attached as Exhibit A to this motion. Defendants' currently filed response contains highly confidential information related to the parties' pre-suit settlement negotiations that the parties previously agreed to keep confidential and to protect under Federal Rule of Evidence 408 ("Rule 408"). This is the same information that Plaintiffs sought to seal in the Motion to Seal itself (Dkt. 22), after Defendants publicly filed a motion to dismiss that included details of the parties' confidential settlement discussions. Defendants again refuse to withdraw or seal this information despite the parties' agreement and the balance of equities under Rule 408.

As explained in SerpApi's prior motion, "SerpApi's request is a narrow one—to seal the content of the parties' pre-suit settlement discussion." Dkt. 22. at 4. SerpApi seeks to seal the same information in Defendants' Response to SerpApi's Motion to Seal (Dkt. 28) as in Defendants' Motion to Dismiss (Dkt. 18). Thus, rather than restating the same brief, SerpApi incorporates by reference the entirety of its prior Motion to Seal this information. *See* Dkt. 22.

For these reasons discussed in SerpApi's original Motion to Seal (Dkt. 22), SerpApi requests that Defendants' Response to Plaintiff's Opposed Motion to Seal (Dkt. 28) be filed under seal and replaced with Exhibit A to this motion.

Dated: May 8, 2026

Respectfully submitted,

*/s/ Kat Li*

Kat Li (SBN: 24070142)
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 W. 4th St.
Austin, TX 78701
Telephone: (512) 678-9100

Akshay S. Deoras (*pro hac vice*)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Joshua L. Simmons (*pro hac vice*)
joshua.simmons@kirkland.com
Leslie M. Schmidt (*pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

**Attorneys for Plaintiff SerpApi, LLC**

**CERTIFICATE OF CONFERENCE**

I hereby certify that the Parties' counsel met and conferred on the issue raised in this Motion on April 27, 2026. On May 8, 2026, Defendants' counsel confirmed they continue to oppose sealing SerpApi's confidential material discussed in this Motion.

*/s/ Kat Li*
Kat Li

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on May 8, 2026, with a copy of this document via the Court's CM/ECF system.

*/s/ Kat Li*
Kat Li