**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

SERPAPI, LLC,

               Plaintiff,

v.

ZILVINAS KUCINSKAS and
SEARCHAPI LLC,

               Defendants.

CASE NO. 1:26-CV-00143-DAE

**JURY TRIAL DEMANDED**

### DECLARATION OF AKSHAY S. DEORAS IN SUPPORT OF SERPAPI, LLC'S MOTION TO SEAL DEFENDANTS' RESPONSE TO PLAINTIFF'S OPPOSED MOTION TO SEAL

I, Akshay S. Deoras, hereby declare as follows:

1.    I am an attorney at law duly licensed to practice in the State of California and admitted to this Court. I represent Plaintiff SerpApi, LLC ("SerpApi") in the above-captioned case, and I am familiar with the file, records, and pleadings in this matter.

2.    I have personal knowledge of the facts set forth in this declaration.

3.    Attached as Exhibit A is a true and accurate redacted copy of Defendants' Response to Plaintiff's Opposed Motion to Seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of May 2026 in San Francisco, CA.

                                  */s/ Akshay Deoras*
                                  Akshay S. Deoras