**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| SERPAPI, LLC, | |
| Plaintiff, | |
| v. | CASE NO. 1:26-CV-00143-DAE |
| ZILVINAS KUCINSKAS and SEARCHAPI LLC, | **JURY TRIAL DEMANDED** |
| Defendants. | |

## ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

Before the Court is SerpApi, LLC's Motion to Seal Defendants' Response to Plaintiff's Opposed Motion to Seal ("Motion") filed in connection with Defendants' Response to Plaintiff's Opposed Motion to Seal (Dkt. 28).

Having considered the Motion, IT IS HEREBY ORDERED that the Motion is GRANTED and the following documents may be filed under seal pursuant to Local Rule CV-5.2:

| Document | Portions Sought to be Filed Under Seal | Designating Party |
|---|---|---|
| Defendants' Response to Plaintiff's Opposed Motion to Seal, Dkt. 28. | Entirety, and replaced with redacted copy filed as Ex. A to SerpApi's Motion which redacts part or all of 2 sentences on page 2 of Ex. A. | SerpApi |

So ordered this __ day of _____ 2026.

_____
PRESIDING JUDGE