# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

|  |  |  |
|---|---|---|
| | § | |
| SERPAPI, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 1:26-CV-00143-DAE |
| | § | |
| ZILVINAS KUCINSKAS and | § | |
| SEARCHAPI LLC, | § | |
| *Defendants.* | § | |

### ORDER DENYING PLAINTIFF'S MOTION TO SEAL

Before the Court is Defendants' Response in Opposition to Plaintiff's Motion to Seal (Dkt. 29). Having considered the Response and finding good cause, the Court hereby **ORDERS** that Plaintiff's Motion to Seal is **DENIED**.

SIGNED on this ___ day of _____, 2026.

_____
Mark Lane, U.S.M.J.