**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

SERPAPI, LLC,

               Plaintiff,

v.

ZILVINAS KUCINSKAS and
SEARCHAPI LLC,

               Defendants.

CASE NO. 1:26-CV-00143-DAE

**JURY TRIAL DEMANDED**

## JOINT NOTICE OF CONFERENCE AND OUTSTANDING ISSUES

Plaintiff SerpApi, LLC ("SerpApi") and Defendants Zilvinas Kucinskas and SearchApi LLC ("Defendants") (collectively, "the Parties") hereby file this joint notice relating to SerpApi's Opposed Motion to Seal Defendants' Motion to Dismiss and Certain Exhibits Thereto (Dkt. 22), SerpApi's Motion for Venue and Jurisdictional Discovery (Dkt. 23), SerpApi's Motion to Extend Time to Respond to Defendants' Motion to Dismiss Pending Resolution of SerpApi's Motion for Venue and Jurisdictional Discovery (Dkt. 24), and SerpApi's Motion to Seal Defendants' Response to SerpApi's Motion Seal (Dkt. 29).

On May 18, 2026, the Parties conferred via teleconference pursuant to Magistrate Judge Lane's May 5, 2026 Order requiring the parties to "meet and confer to attempt to resolve these motions . . . and to file a joint notice no later than May 20, 2026, identifying the issues that have been resolved and the remaining outstanding issues," Dkt. 25 (internal citation omitted); *see also* 2026-05-19 Text Order.  The Parties were unable to resolve any of the pending motions at Dkts. 22–24, 29.  All issues subject to these motions therefore remain outstanding.

Dated: May 19, 2026

Respectfully submitted,

 /s/ *Kat Li*
Kat Li (SBN: 24070142)
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 W. 4th St.
Austin, TX 78701
Telephone: (512) 678-9100

Akshay S. Deoras (*pro hac vice*)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Joshua L. Simmons (*pro hac vice*)
joshua.simmons@kirkland.com
Leslie M. Schmidt (*pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

**ATTORNEYS FOR PLAINTIFF SERPAPI, LLC**

LUCOSKY BROOKMAN LLP

*/s/ Jean-Marc Zimmerman*
Jean-Marc Zimmerman (pro hac vice)
101 Wood Avenue South
Woodbridge, New Jersey 08830
Telephone: (908) 768-6408
jmzimmerman@lucbro.com

Mary-Ellen King
State Bar No. 24067219
1250 S. Capital of Texas Highway
Bldg 3, Ste. 400
Austin, Texas 78746
Telephone: (512) 298-1182
meking@lucbro.com

**ATTORNEYS FOR DEFENDANTS
ZILVINAS KUCINSKAS AND SEARCHAPI
LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on May 19, 2026, with a copy of this document via the Court's CM/ECF system.


*/s/ Kat Li*
Kat Li