**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| SERPAPI, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | Case No. 1:26-CV-00143 |
| | § | |
| ZILVINAS KUCINSKAS and | § | |
| SEARCHAPI LLC, | § | |
| *Defendants.* | § | |

**ORDER SUSTAINING DEFENDANTS' OPPOSED OBJECTIONS UNDER
FED. R. CIV. P. 72(a) TO SET ASIDE MAGISTRATE JUDGE'S ORDER**

Before the Court are Defendants' opposed Objections under Fed. R. Civ. P. 72(a) for an

Order Setting Aside U.S. Magistrate Judge Mark Lane's Order (Dkt. 37) granting Plaintiff's

Motion for Venue and Jurisdictional Discovery. Having considered Defendants' Objections, any

response thereto, and finding good cause, the Court hereby **ORDERS** that Defendants' Objections

under Fed. R. Civ. P. 72(a) are **SUSTAINED** and the discovery Order is set aside.


SIGNED on this ___ day of _____, 2026


_____

David Alan Ezra, U.S.D.J.