**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| SERPAPI, LLC, | § | |
| *Plaintiff,* | § | |
|  | § | |
|  | § | |
| v. | § | Case No. 1:26-CV-00143 |
|  | § | |
| ZILVINAS KUCINSKAS and | § | |
| SEARCHAPI LLC, | § | |
| *Defendants.* | § | |

**ORDER GRANTING DEFENDANTS' OPPOSED MOTION TO
STAY MAGISTRATE JUDGE'S DISCOVERY ORDER**

Before the Court is Defendants' opposed Motion to Stay U.S. Magistrate Judge Mark Lane's Order (Dkt. 37) granting Plaintiff's Motion for Venue and Jurisdictional Discovery. Having considered Defendants' Motion, any response thereto, and finding good cause, the Court hereby **ORDERS** that Defendants' Motion is **GRANTED** and the discovery Order is stayed pending a decision by the Court on Defendants' Objections filed under Fed. R. Civ. P. 72(a).

SIGNED on this ___ day of _____, 2026

_____
David Alan Ezra, U.S.D.J.