**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| SERPAPI, LLC, | |
| Plaintiff, | |
| v. | CASE NO. 1:26-cv-00143-DAE |
| ZILVINAS KUCINSKAS and SEARCHAPI LLC, | **JURY TRIAL DEMANDED** |
| Defendants. | |

**DECLARATION OF KAT LI IN SUPPORT OF SERPAPI, LLC'S OPPOSITION TO DEFENDANTS' OPPOSED MOTION TO STAY DISCOVERY PENDING RESOLUTION OF THEIR RULE 72(a) OBJECTIONS**

I, Kat Li, hereby declare as follows:

1.    I am an attorney at law duly licensed to practice in the State of Texas and admitted to this Court. I represent Plaintiff SerpApi, LLC ("SerpApi") in the above-captioned case, and I am familiar with the file, records, and pleadings in this matter.

2.    I have personal knowledge of the facts set forth in this declaration.

3.    On June 4, 2026, Defendants Zilvinas Kucinskas and SearchApi LLC (collectively, "Defendants") filed Rule 72(a) Objections to Magistrate Judge's Order Granting Venue and Jurisdictional Discovery (Dkt. 43) and a Motion to Stay Discovery Pending Resolution of Their Rule 72(a) Objections (Dkt. 44) (collectively, "Defendants' Briefs").

4.    In the Certificate of Conference appended to Defendants' Briefs, Defendants' counsel indicated that he requested confirmation of SerpApi's opposition to the Briefs in emails dated June

3, 2026, and June 4, 2026, but had not yet received confirmation as of the time of filing. *See* Dkt. 43 at 11; Dkt. 44 at 9.

5.    Contrary to Defendants' Certificate of Conference, counsel for SerpApi had in fact responded to Defendants' counsel's first email on June 3, 2026, confirming that SerpApi opposed Defendants' opposition to and request to stay the discovery order. SerpApi's counsel also responded to Defendants' counsel's second email on June 4, 2026, again confirming SerpApi's opposition and attaching its June 3, 2026 email. SerpApi's June 3 and June 4, 2026 response emails were sent to both Defendants' counsel, Jean-Marc Zimmerman and Mary-Ellen King.

6.    After SerpApi's counsel informed Defendants' counsel by telephone of its June 3 and June 4, 2026 emails, Mr. Zimmerman discovered that counsel for SerpApi's emails had been quarantined by his firm's IT system and that the emails had in fact been received. Thus, SerpApi informed Defendants of its opposition to Defendants' Briefs prior to their filing.

7.    Attached hereto as **Exhibit 1** is a true and correct copy of "Defendant SearchApi LLC's Objections and Responses to Plaintiff SerpApi, LLC's Interrogatories" dated June 9, 2026.

8.    Attached hereto as **Exhibit 2** is a true and correct copy of "Defendant SearchApi LLC's Objections and Responses to Plaintiff SerpApi, LLC's Requests for Production" dated June 9, 2026.

9.    Attached hereto as **Exhibit 3** is a true and correct copy of an email exchange between Laura Ashley Harris and Jean-Marc Zimmerman from June 10, 2026 through June 11, 2026.

10.    Attached hereto as **Exhibit 4** is a true and correct copy of the transcript from the May 26, 2026 motions hearing on Dkts. 22, 23, 24, and 29 in this case before Judge Lane.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3

Executed on this 11th day of June 2026 in Austin, Texas.

_/s/ Kat Li_
Kat Li

3