# EXHIBIT 3

| From: | Li, Kat |
|---|---|
| To: | Jean-Marc Zimmerman; Harris, Laura Ashley; LeeAnn Parmenter; Mary-Ellen King; Angelita Vences; Svitlana Karagenova |
| Cc: | #SerpApi_Kirkland |
| Subject: | RE: SerpApi, LLC v. SearchApi LLC (1:26-CV-00143) \|\| Responses to Discovery Requests |
| Date: | Thursday, June 11, 2026 2:29:43 PM |
| Attachments: | image001.png |

Jean-Marc,

Thank you for the email. We will send our revisions to the PO over today.

Per the Court's order, we intend to take Mr. Kucinskas' deposition in person.  However, we will discuss your proposal with our client.  So that we may consider Defendants' proposal, can you confirm that Mr. Kucinskas will sit for the proposed remote deposition in a country that permits U.S. depositions to be taken remotely (*e.g.*, the UK)?

In addition, Defendants' discovery responses and documents were due on June 9, but on that day, Defendants did not provide any substantive responses or produce any documents. Please let us know by what day Defendants now intend to serve its complete and fulsome discovery responses and document production as ordered by the Court. SerpApi reserves all rights in light of Defendants' delay.

Finally, please note that unless Defendants inform the Court that they are withdrawing Dkts. 43 and 44 by 5pm CT today, SerpApi needs to proceed with filing its responses.

Best,
Kat

**Kat Li, P.C.**
––––––––––––––––––––––––––––––––––––––––––––––––––––
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
**T** +1 512 678 9167  **F** +1 512 678 9101
––––––––––––––––––––––––––––––––––––––––––––––––––––
kat.li@kirkland.com

---

**From:** Jean-Marc Zimmerman <jmzimmerman@lucbro.com>
**Sent:** Thursday, June 11, 2026 12:41 PM
**To:** Harris, Laura Ashley <lauraashley.harris@kirkland.com>; LeeAnn Parmenter <lparmenter@lucbro.com>; Mary-Ellen King <meking@lucbro.com>; Angelita Vences <avences@lucbro.com>; Svitlana Karagenova <SKaragenova@lucbro.com>
**Cc:** #SerpApi_Kirkland <SerpApi_Kirkland@kirkland.com>
**Subject:** RE: SerpApi, LLC v. SearchApi LLC (1:26-CV-00143) \|\| Responses to Discovery Requests

**This message is from an EXTERNAL SENDER**

Be cautious, particularly with links and attachments.

Hi Laura,

I wanted to follow up on when we can expect your comments to the protective order.

Also, Mr. Kucinskas is willing to appear for his deposition remotely, which SerpApi stated in its reply brief in support of its motion for venue and jurisdictional discovery would be acceptable. See Doc. 32 at 5. Please confirm that a remote deposition is acceptable.

Thanks,

**Jean-Marc Zimmerman**  |  Partner



101 Wood Avenue South | Woodbridge | New Jersey 08830
tel 732 395 4400 | direct 908 768 6408 | fax 732 395 4401

**Website**  |  **Email**  |  **VCard**  |  **LinkedIn**  |  **Biography**  |  **Year In Review**

Confidentiality Notice: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this e-mail in error, please notify Lucosky Brookman LLP by return e-mail and destroy the original message and all copies thereof.

**From:** Jean-Marc Zimmerman
**Sent:** Thursday, June 11, 2026 11:33 AM
**To:** Harris, Laura Ashley <lauraashley.harris@kirkland.com>; LeeAnn Parmenter <lparmenter@lucbro.com>; Mary-Ellen King <meking@lucbro.com>; Angelita Vences <avences@lucbro.com>; Svitlana Karagenova <SKaragenova@lucbro.com>
**Cc:** #SerpApi_Kirkland <SerpApi_Kirkland@kirkland.com>
**Subject:** RE: SerpApi, LLC v. SearchApi LLC (1:26-CV-00143) || Responses to Discovery Requests

Hi Laura,

To preserve their rights, Defendants will not withdraw their motion to stay.

Thanks,

**Jean-Marc Zimmerman**  |  Partner



101 Wood Avenue South | Woodbridge | New Jersey 08830
tel 732 395 4400 | direct 908 768 6408 | fax 732 395 4401

**Website**  |  **Email**  |  **VCard**  |  **LinkedIn**  |  **Biography**  |  **Year In Review**

Confidentiality Notice: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this e-mail in error, please notify Lucosky Brookman LLP by return e-mail and destroy the original message and all copies thereof.

---

**From:** Harris, Laura Ashley <lauraashley.harris@kirkland.com>
**Sent:** Wednesday, June 10, 2026 5:52 PM
**To:** Jean-Marc Zimmerman <jmzimmerman@lucbro.com>; LeeAnn Parmenter <lparmenter@lucbro.com>; Mary-Ellen King <meking@lucbro.com>; Angelita Vences <avences@lucbro.com>; Svitlana Karagenova <SKaragenova@lucbro.com>
**Cc:** #SerpApi_Kirkland <SerpApi_Kirkland@kirkland.com>
**Subject:** RE: SerpApi, LLC v. SearchApi LLC (1:26-CV-00143) || Responses to Discovery Requests

Hi Jean-Marc,

Thank you for the call this afternoon. We're writing to memorialize our understanding of Defendants' positions.

**Protective Order**

> We understand that your client prefers a protective order on the docket before producing "HIGHLY CONFIDENTIAL – OUTSIDE LITIGATION COUNSEL ONLY" information. We are working to provide edits to the draft protective order as soon as possible but previewed certain of your proposed edits, such as logging every time someone views a confidential document, are unworkable. In the interest of moving discovery along, we proposed using one of the protective orders from W.D. Texas's local rules as an interim protective order until the parties can agree to the full protective order. We propose using Appendix H-2, which is for "more complex cases" per L.R. CV-26(c), as the interim order (attached).

> We understand you are checking whether your client will agree to use one of the W.D. Tex. protective orders as an interim protective order. Please let us know by Friday, June

12.

**Discovery Responses**

We understand that Defendants no longer intend to withhold written discovery responses (interrogatories and RFPs) and will substantively respond to each written discovery request by this weekend. However, you stated that Mr. Kucinskas will not make himself available for a deposition until the resolution of the 72(a) objection. We maintain that this is an improper withholding of discovery under Judge Lane's order granting venue and jurisdictional discovery. Dkt. 37.

Given the delay in discovery (including delayed responses to written discovery and the refusal to make Mr. Kucinskas available for a deposition), you indicated that you would not oppose a motion for an extension of time on venue and jurisdictional related issues. Until Defendants provide substantive discovery responses and Mr. Kucinskas's deposition, we will not know how much of an extension is needed, but we expect to request an extension to respond to Defendants' Motion to Dismiss that is 14 days from the date that Defendants last provide Court-ordered venue and jurisdictional discovery.

**Motion to Stay**

Based on your agreement to respond to written discovery requests, you agreed to reconsider your position on your motion to stay venue and jurisdictional discovery and are considering withdrawing this motion at least in so far as it pertains to written discovery (interrogatories and RFPs). Because our response to this motion is due tomorrow, we would appreciate any updates you have regarding any redefined scope of the motion by noon CT tomorrow.

Thank you,
Laura

**Laura Ashley Harris**

--------------------------------------

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1596 **M** +1 415 714 9023
**F** +1 415 439 1500

--------------------------------------

lauraashley.harris@kirkland.com

**From:** Harris, Laura Ashley <lauraashley.harris@kirkland.com>
**Sent:** Wednesday, June 10, 2026 9:52 AM
**To:** Jean-Marc Zimmerman <jmzimmerman@lucbro.com>; LeeAnn Parmenter <lparmenter@lucbro.com>; Mary-Ellen King <meking@lucbro.com>; Angelita Vences <avences@lucbro.com>; Svitlana Karagenova <SKaragenova@lucbro.com>

**Cc:** #SerpApi_Kirkland <SerpApi_Kirkland@kirkland.com>
**Subject:** RE: SerpApi, LLC v. SearchApi LLC (1:26-CV-00143) || Responses to Discovery Requests

Jean-Marc,

As mentioned yesterday, we are still going through your proposed edits to the protective order, including edits to the definition and restrictions on the term "HIGHLY CONFIDENTIAL – OUTSIDE LITIGATION COUNSEL ONLY," so we too want to be clear what we are agreeing to.

At this stage, we agree to treat all materials you produce as HIGHLY CONFIDENTIAL – OUTSIDE LITIGATION COUNSEL ONLY, which we agree will only be disclosed to outside litigation counsel (and staff) and will not be used for any purpose other than litigating this action.  Our agreement will remain in place until the Court enters a protective order, which will then control. If materials during this interim period have been over-designated as "HIGHLY CONFIDENTIAL – OUTSIDE LITIGATION COUNSEL ONLY," we reserve the right to challenge those designations after the full protective order is entered on the docket. Please let us know if this works for you.

Thanks,
Laura


## Laura Ashley Harris

------------------------------------------------------------

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1596 **M** +1 415 714 9023
**F** +1 415 439 1500

------------------------------------------------------------

lauraashley.harris@kirkland.com

---

**From:** Jean-Marc Zimmerman <jmzimmerman@lucbro.com>
**Sent:** Tuesday, June 9, 2026 7:16 PM
**To:** Harris, Laura Ashley <lauraashley.harris@kirkland.com>; LeeAnn Parmenter <lparmenter@lucbro.com>; Mary-Ellen King <meking@lucbro.com>; Angelita Vences <avences@lucbro.com>; Svitlana Karagenova <SKaragenova@lucbro.com>
**Cc:** #SerpApi_Kirkland <SerpApi_Kirkland@kirkland.com>
**Subject:** RE: SerpApi, LLC v. SearchApi LLC (1:26-CV-00143) || Responses to Discovery Requests

Laura,

To clarify, please confirm that the term "Highly Confidential – Outside Counsel Eye's Only" used in your email below sent at 9:18 PM corresponds to the term we proposed "Highly Confidential – Outside Lidiation Counsel Only".

Also to clarify, please confirm that the designation "Highly Confidential – Outside Litigation Counsel Only" will apply to all information designated as such and provided in response to discovery requests whether documents, interrogatory answers, or any other discovery responses.

Thanks,

**Jean-Marc Zimmerman**   |   Partner



101 Wood Avenue South | Woodbridge | New Jersey 08830
tel 732 395 4400 | direct 908 768 6408 | fax 732 395 4401

**Website**  |  **Email**  |  **VCard**  |  **LinkedIn**  |  **Biography**  |  **Year In Review**

Confidentiality Notice: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this e-mail in error, please notify Lucosky Brookman LLP by return e-mail and destroy the original message and all copies thereof.

---

**From:** Jean-Marc Zimmerman
**Sent:** Tuesday, June 9, 2026 9:46 PM
**To:** Harris, Laura Ashley <lauraashley.harris@kirkland.com>; LeeAnn Parmenter <lparmenter@lucbro.com>; Mary-Ellen King <meking@lucbro.com>; Angelita Vences <avences@lucbro.com>; Svitlana Karagenova <SKaragenova@lucbro.com>
**Cc:** #SerpApi_Kirkland <SerpApi_Kirkland@kirkland.com>
**Subject:** RE: SerpApi, LLC v. SearchApi LLC (1:26-CV-00143) || Responses to Discovery Requests

Hi Laura,

Your treating all materials produced by Defendants as Highly Confidential – Outside Counsel's Eyes Only, provided that the protective order filed with the Court includes that designation and it applies to the documents produced should resolve our protective order concerns.

We look forward to receiving your comments/edits to our edits to the protective order.

We will endeavor to get you our edits to the proposed scheduling order by Friday, June 12.

Speak to you tomorrow.

Thanks,

**Jean-Marc Zimmerman**  |  Partner



101 Wood Avenue South | Woodbridge | New Jersey 08830
tel 732 395 4400 | direct 908 768 6408 | fax 732 395 4401

**Website**  |  **Email**  |  **VCard**  |  **LinkedIn**  |  **Biography**  |  **Year In Review**

Confidentiality Notice: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this e-mail in error, please notify Lucosky Brookman LLP by return e-mail and destroy the original message and all copies thereof.

---

**From:** Harris, Laura Ashley <lauraashley.harris@kirkland.com>
**Sent:** Tuesday, June 9, 2026 9:18 PM
**To:** Jean-Marc Zimmerman <jmzimmerman@lucbro.com>; LeeAnn Parmenter <lparmenter@lucbro.com>; Mary-Ellen King <meking@lucbro.com>; Angelita Vences <avences@lucbro.com>; Svitlana Karagenova <SKaragenova@lucbro.com>
**Cc:** #SerpApi_Kirkland <SerpApi_Kirkland@kirkland.com>
**Subject:** RE: SerpApi, LLC v. SearchApi LLC (1:26-CV-00143) || Responses to Discovery Requests

Thanks Jean-Marc. We will send a calendar invite for 1pm ET/12pm CT tomorrow.

Your email suggests that the protective order is the barrier to production of Defendants' confidential material, but this should not be a barrier to producing non-confidential material, which Defendants have also failed to produce. In any event, this is the first time Defendants have stated they will not produce documents without a protective order. If this is the barrier to discovery, we are willing to treat all materials produced as Highly Confidential – Outside Counsel's Eyes Only until a protective order can be filed with the Court. Please confirm whether this resolves your protective order concerns.

As far as timing, although we said we would try to get the protective order back to you late last week, we made no guarantees. We are continuing to work through Defendants' edits to the protective order and will revert back with those edits as soon as possible.

In the interest of moving all the open items along, can you please send your edits to the proposed scheduling order by Friday, June 12?

Best,
Laura

### Laura Ashley Harris

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1596 **M** +1 415 714 9023
**F** +1 415 439 1500

lauraashley.harris@kirkland.com

**From:** Jean-Marc Zimmerman <jmzimmerman@lucbro.com>
**Sent:** Tuesday, June 9, 2026 4:35 PM
**To:** Harris, Laura Ashley <lauraashley.harris@kirkland.com>; LeeAnn Parmenter <lparmenter@lucbro.com>; Mary-Ellen King <meking@lucbro.com>; Angelita Vences <avences@lucbro.com>; Svitlana Karagenova <SKaragenova@lucbro.com>
**Cc:** #SerpApi_Kirkland <SerpApi_Kirkland@kirkland.com>
**Subject:** RE: SerpApi, LLC v. SearchApi LLC (1:26-CV-00143) || Responses to Discovery Requests

Laura,

Thanks for your email.

Last week on Tuesday, June 2 during our video conference you indicated you'd send me by the end of the week – Friday, June 5, your comments to the revisions I made to your proposed protective order.
In the absence of an agreed upon Protective Order, Defendants are unable to produce any confidential information.

Please send me your comments to the protective order.

I am available to meet and confer tomorrow at 1PM ET.

Thanks,

**Jean-Marc Zimmerman**  |  Partner



101 Wood Avenue South | Woodbridge | New Jersey 08830
tel 732 395 4400 | direct 908 768 6408 | fax 732 395 4401

**Website**  |  **Email**  |  **VCard**  |  **LinkedIn**  |  **Biography**  |  **Year In Review**

Confidentiality Notice: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this e-mail in error, please notify Lucosky Brookman LLP by return e-mail and destroy the original message and all copies thereof.

**From:** Harris, Laura Ashley <lauraashley.harris@kirkland.com>
**Sent:** Tuesday, June 9, 2026 6:54 PM
**To:** LeeAnn Parmenter <lparmenter@lucbro.com>; Jean-Marc Zimmerman <jmzimmerman@lucbro.com>; Mary-Ellen King <meking@lucbro.com>; Angelita Vences <avences@lucbro.com>; Svitlana Karagenova <SKaragenova@lucbro.com>
**Cc:** #SerpApi_Kirkland <SerpApi_Kirkland@kirkland.com>
**Subject:** RE: SerpApi, LLC v. SearchApi LLC (1:26-CV-00143) || Responses to Discovery Requests

Jean-Marc,

As noted earlier, we received Defendant SearchApi LLC's Objections and Responses to Plaintiff SerpApi, LLC's Interrogatories and Defendant SearchApi LLC's Objections and Responses to Plaintiff SerpApi, LLC's Requests for Production. Defendants' "responses" are improper, and instead of answering the written discovery requests or producing documents, they defer serving any answer or production, despite Judge Lane's Order. Dkt. 37.

SerpApi requests a meet and confer so that we can bring this dispute to the Court. We are available tomorrow, June 10 between 11am and 6pm CT. If none of those times works for you tomorrow, please let us know your earliest availability.

Thank you,
Laura

**Laura Ashley Harris**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**KIRKLAND & ELLIS LLP**

555 California Street, San Francisco, CA 94104
**T** +1 415 439 1596 **M** +1 415 714 9023
**F** +1 415 439 1500
------------------------------------------
lauraashley.harris@kirkland.com

---

**From:** Li, Kat <kat.li@kirkland.com>
**Sent:** Tuesday, June 9, 2026 2:21 PM
**To:** LeeAnn Parmenter <lparmenter@lucbro.com>; Deoras, Akshay S. <adeoras@kirkland.com>; Simmons, Joshua L. <joshua.simmons@kirkland.com>; Schmidt, Leslie M. <leslie.schmidt@kirkland.com>
**Cc:** Jean-Marc Zimmerman <jmzimmerman@lucbro.com>; Mary-Ellen King <meking@lucbro.com>; Angelita Vences <avences@lucbro.com>; Svitlana Karagenova <SKaragenova@lucbro.com>; #SerpApi_Kirkland <SerpApi_Kirkland@kirkland.com>
**Subject:** RE: SerpApi, LLC v. SearchApi LLC (1:26-CV-00143) || Responses to Discovery Requests

LeeAnn—Thank you, received. In the future, can you please include our listserv (SerpApi_Kirkland@kirkland.com), copied here, on service emails?

Thanks,
Kat

**Kat Li, P.C.**
------------------------------------------
**KIRKLAND & ELLIS LLP**
401 W. 4th Street, Austin, TX 78701
**T** +1 512 678 9167  **F** +1 512 678 9101
------------------------------------------
kat.li@kirkland.com

---

**From:** LeeAnn Parmenter <lparmenter@lucbro.com>
**Sent:** Tuesday, June 9, 2026 4:14 PM
**To:** Li, Kat <kat.li@kirkland.com>; Deoras, Akshay S. <adeoras@kirkland.com>; Simmons, Joshua L. <joshua.simmons@kirkland.com>; Schmidt, Leslie M. <leslie.schmidt@kirkland.com>
**Cc:** Jean-Marc Zimmerman <jmzimmerman@lucbro.com>; Mary-Ellen King <meking@lucbro.com>; Angelita Vences <avences@lucbro.com>; Svitlana Karagenova <SKaragenova@lucbro.com>
**Subject:** SerpApi, LLC v. SearchApi LLC (1:26-CV-00143) || Responses to Discovery Requests

Counsel – Attached please find the following in the above-referenced matter:

1. Defendant SearchApi LLC's Objections and Responses to Plaintiff SerpApi, LLC's Interrogatories; and
2. Defendant SearchApi LLC's Objections and Responses to Plaintiff SerpApi, LLC's Requests for Production.

Thank you.

**LeeAnn Parmenter**  |  Senior Paralegal



111 Broadway, Suite 807 | New York | NY 10006
tel 732 395 4400 | direct 913 392 8489 | fax 732 395 4401

|  **Email**  |  **VCard**  |  **LinkedIn**  |  **Biography**  |  **Year In Review**

Confidentiality Notice: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this e-mail in error, please notify Lucosky Brookman LLP by return e-mail and destroy the original message and all copies thereof.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.