**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

SERPAPI, LLC,

                Plaintiff,

v.                                                          CASE NO. 1:26-CV-00143-DAE

ZILVINAS KUCINSKAS and                  **JURY TRIAL DEMANDED**
SEARCHAPI LLC,

                Defendants.

<u>**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**</u>

Pursuant to Local Rule CV-16(a), Plaintiff SerpApi, LLC and Defendants Zilvinas

Kucinskas and SearchApi LLC move this Court for entry of the agreed Protective Order attached

hereto as Exhibit A.

1

Dated: June 19, 2026

Respectfully submitted,

*/s/ Kat Li*

Kat Li (SBN: 24070142)
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 W. 4th St.
Austin, TX 78701
Telephone: (512) 678-9100

Akshay S. Deoras (*pro hac vice*)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Joshua L. Simmons (*pro hac vice*)
joshua.simmons@kirkland.com
Leslie M. Schmidt (*pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

**Attorneys for Plaintiff SerpApi, LLC**

1

Respectfully submitted,

**LUCOSKY BROOKMAN LLP**


*/s/ Jean-Marc Zimmerman*
Jean-Marc Zimmerman (*pro hac vice*)
101 Wood Avenue South
Woodbridge, New Jersey 08830
Telephone: (908) 768-6408
jmzimmerman@lucbro.com

**-AND-**

*/s/ Mary-Ellen King*
Mary-Ellen King
State Bar No. 24067219
1250 S. Capital of Texas Highway
Bldg 3, Ste. 400
Austin, Texas 78746
Telephone: (512) 298-1182
meking@lucbro.com


**ATTORNEYS FOR DEFENDANTS
ZILVINAS KUCINSKAS AND SEARCHAPI
LLC**

2

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on June 19, 2026, with a copy of this document via the Court's CM/ECF system.


 */s/ Kat Li*
Kat Li