**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

SERPAPI, LLC,

             Plaintiff,

v.

ZILVINAS KUCINSKAS and
SEARCHAPI LLC,

             Defendants.

CASE NO. 1:26-CV-00143-DAE

**JURY TRIAL DEMANDED**

## SCHEDULING ORDER

The scheduling recommendations provided by the parties on June 22, 2026 (Dkt. # 55) are adopted by the Court.  Therefore, the following dates are entered to control the course of this case:

1. The parties must mediate this case on or before **January 7, 2027**, and file a report in accordance with Rule 88 after the mediation is completed.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **November 12, 2026**, and each opposing party shall respond, in writing, by **December 10, 2026.**

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **September 15, 2026**.

4. All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **February 4, 2027**.  Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **March 4, 2027.** All designations of rebuttal experts shall be designated within fourteen (14) days of receipt of the report of the opposing expert. The Parties asserting claims for relief shall serve any reply expert reports by **March 25, 2027**.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion by **May 6, 2027**. Responses to any motions made pursuant to Federal Rule of Evidence 702 shall be due by **May 20, 2027**. Replies in support of any motions made pursuant to Federal Rule of Evidence 702 shall be due **May 27, 2027**.

6. The parties shall complete all discovery on or before **April 15, 2027**.  Fact discovery shall be completed by **January 14, 2027**, and expert discovery shall be completed by **April 15, 2027.** Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than **May 6, 2027**.  Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to twenty (20) pages in length.  Replies, if any, shall be limited to ten (10) pages in length in accordance with Local Rule CV-7(e).  **If parties elect not to file dispositive motions, they must contact the courtroom deputy on or before this deadline in order to set a trial date.**

8. The hearing on dispositive motions will be set by the Court for a date after the deadline for responses and replies.

9. The Court will set the case for trial by separate order.  The order will establish trial type deadlines to include pretrial matters pursuant to Local Rule CV-16(e)-(g)

IT IS SO ORDERED.

DATED: Austin, Texas, June 23, 2026.

_____
David Alan Ezra
Senior United States District Judge